David L. LeBas, SBN 12098600
dlebas@namanhowell.com
Michael S. Duncan, SBN 24097628
mduncan@namanhowell.com
NAMAN HOWELL SMITH & LEE PLLC
8310 N. Capital of Texas Highway, Ste. 490
Austin, Texas 78731
Ph. (512) 479-0300
Fax (512) 474-1901

*ATTORNEYS FOR AGTEXAS FARM CREDIT SERVICES
AGTEXAS, PCA AND
THORLAKSON DIAMOND T FEEDERS, LP*

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>       Debtors. | Case No. 23-20084-rlj<br>Chapter No. 7<br><br>Jointly Administered |
| IN RE:<br><br>2B FARMS, a Texas General Partnership, et al.,<br><br>       Debtors. | Case No. 23-50096-rlj<br>Chapter No. 12<br><br>Jointly Administered |
| IN RE:<br><br>AGTEXAS FARM CREDIT SERVICES; AGTEXAS, PCA; AND THORLAKSON DIAMOND T FEEDERS, LP<br><br>       Plaintiffs,<br><br>and | ADV. PROC. NO. 24-02007-rlj<br><br>(Consolidated Adversary Proceeding) |

| | |
|---|---|
| EDWARD DUFURRENA et al.,<br><br>        Intervenor-Plaintiffs<br><br>v.<br><br>RABO AGRIFINANCE, LLC et al.,<br><br>        Defendants | |
| IN RE:<br><br>HTLF BANK, as successor to FIRST BANK & TRUST,<br><br>        Plaintiffs, Counter-Defendant, and<br>        Cross-Claim Defendant,<br><br>v.<br><br>2B FARMS, a Texas General Partnership, et al., TERRY M. ROBINSON, and REBECCA A. ROBINSON,<br><br>        Defendants, Counterclaim-Plaintiffs,<br>        Third-Party Plaintiffs and Third-Party<br>        Counterclaim Defendants,<br><br>v.<br><br>RABO AGRIFINANCE LLC and MECHANICS BANK,<br><br>        Third-Party Defendants, and as to Rabo<br>        AgriFinance LLC only, Third-Party<br>        Counterclaim Plaintiff and Cross-Claim<br>        Plaintiff. | ADV. PROC. NO. 24-02007-rlj<br><br>(Consolidated Adversary Proceeding) |

**APPENDIX TO PLAINTIFFS AND INTERVENORS' JOINT RESPONSE IN OPPOSITION TO DEFENDANT GOAD'S MOTION TO DISMISS AND ALTERNATIVE MOTION FOR LEAVE TO AMEND**

Pursuant to the local rules of the Court for confidential records, exhibits are being produced to the Court in physical form via FedEx delivery. All counsel of record will be served with a digital copy via email.

| Tab No. | Description | Page No. |
|---|---|---|
| A | Case No. 23-50096-rlj-12, 23-50097-rlj-12: Transcript of 341(a) Meeting of Creditors, June 29, 2023 | 1 |
| B | Transcript of the Deposition of Meagan Goad, July 16, 2024 | 75 |
| C | Deposition Exhibit 2 – Copies of Checks to Crystal McClain | 129 |
| D | Deposition Exhibit 22 – Mechanics Bank, Domestic Wire Out Request | 136 |
| E | Deposition Exhibit 32 – CFSB – Checks from McClain Farms to JLE Trucking and JLE Trucking Checking Deposits | 138 |
| F | Deposition Exhibit 35 – Cattle Feeding Agreements, Projected Closeouts, and Invoices | 165 |
| G | Deposition Exhibit 36 – Borrowing Base Certificates and Reconciliation Summaries, dated October 31, 2022 | 188 |
| H | Deposition Exhibit 37 – Borrowing Base Certificates and Reconciliation Summaries, dated November 30, 2022 | 219 |
| I | Deposition Exhibit 50 – Cattle Feeding Agreement between Thorlakson Diamond T Feeders and Brian McClain/McClain Feedyard/7M Feeders, dated March 1, 2023 | 250 |
| J | Deposition Exhibit 51 – Cattle Feeding Agreement between Thorlakson Diamond T Feeders and Brian McClain/McClain Feedyard/7M Feeders, dated March 1, 2023 | 256 |
| K | Deposition Exhibit 52 – Text Messages between Angela, Meagan McClain, Brian McClain | 261 |

Respectfully submitted,

**NAMAN HOWELL SMITH & LEE, PLLC**
David L. LeBas, SBN 12098600
dlebas@namanhowell.com
Michael S. Duncan, SBN 24097628
mduncan@namanhowell.com
8310 N. Capital of Texas Hwy., Suite 490
Austin, Texas 78731
(512) 479-0300
(512) 474-1901 (FAX)

BY:    */s/ David L. LeBas*
       David L. LeBas

**ATTORNEYS FOR THORLAKSON
DIAMOND T FEEDERS, LP, AGTEXAS
FARM CREDIT SERVICES AND AGTEXAS
PCA**

        **-And-**

**LEAL LAW FIRM, LLC**
Abel A. Leal, SBN 24026989
abel@leal.law
14180 N. Dallas Parkway, Suite 300
Dallas, Texas 75254
(214) 395-5325

By:    */s/ Abel A. Leal*
       Abel A. Leal

       *and*

**SPROUSE SHRADER SMITH PLLC**
John Massouh, SBN 24026866
John.massouh@sprouselaw.com
Josh Kundert, SBN 24143877
Josh.kundert@sprouselaw.com
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas 79105-5008
(806) 468-3300; (806) 373-3454 FAX

By:    */s/ John Massouh*
       John Massouh

**Attorneys For Dennis Buss, Buss Family Trust, Eddie Bryant, Robert E. Gray, Ronnie Gray, Gray Brothers, Craig Sutton, Amy Sutton, Steve Ryan, Janice Lawhon, AJ Jacques Living Trust, Gungoll Cattle, LLC, Leah Gungoll, Morrison Café, LLC, Gary Lesh, Jan Lesh, Lesh Family Trust, Jared Lesh, Jordan Lesh, LLC, Joel Brookshire, Gene Brookshire Family, LP, Douglas Finley, Scarlet And Black Cattle, LLC, Bryan Blackman, Steve T Scott Farm, Inc., Scott Livestock Company, Inc., Arnold Braun Trust, Robert Braun, Jim Rininger, Robert Spring, Michael Evans, Miranda Evans, Charles Lockwood, Cole Lockwood, Sherle Lockwood, Nikki Lockwood, Lyndal Van Buskirk, Janet Van Buskirk, Colby Van Buskirk, Susan Van Buskirk, Jimmy Greer, Dustin Johnson And Dora Blackman**

**-And-**

**CRENSHAW, DUPREE & MILAM, L.L.P.**
Amber S. Miller, SBN 24050320
amiller@cdmlaw.com
4411 98th Street, Suite 400
Lubbock TX 79424
(806) 762-5281
(806) 762-3510 (fax)

*By:*   */s/ Amber S. Miller*
       Amber S. Miller

**Attorney for Ridgefield Capital Group, Drew Phillips, Carraway Cattle, Robert Ellis, Barry Phillips, Big Seven Capital Partners, Richard Carraway**

**-And-**

**JAMES D. BRADBURY, PLLC**
James D. Bradbury, SBN 02814500
jim@bradburycounsel.com
Kyle K. Weldon, SBN 24097192
kyle@bradburycounsel.com
201 Main Street, Suite 600

Fort Worth, Texas 76102
Telephone: 817-339-1105
Fax: 817-886-3495

By:     */s/ James D. Bradbury*
        James D. Bradbury

**Attorneys for Priest Cattle Company, Ltd, Priest Victory Investment LLC, Wiley Roby Russell, Jr., W. Robbie Russell Living Trust, and Eddie Stewart**

## Certificate of Service

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served through the Bankruptcy Court's Electronic Case Filing System upon all counsel of record who have consented to such service on January 7, 2024, as follows:

- Michael Johnson          mjohnson@rqn.com
- Hudson M. Jobe           hjobe@jobelawpllc.com
- Charles Dunham Biles     dunham@bileswilson.com
- Charity S Bird           cbird@kaplanjohnsonlaw.com
- Lynn Hamilton Butler     lynn.butler@huschblackwell.com
- Todd Farmer              todd@farmerwright.com
- Dallas Flick             dflick@cwl.law
- Richard Illmer           rick.illmer@huschblackwell.com
- Todd Jeffrey Johnston    tjohnston@mcjllp.com
- John F. Lovell           john@lovell-law.net
- Metthew Merriott         matthew@lovell-law.net
- Kent David Ries          kent@kentries.com

*/s/ David L. LeBas*
David L. LeBas