BTXN 208 (rev. 07/09)

| IN RE: AGTexas Farm Credit Services et al v. Rabo AgriFinance, LLC et al | Hearing on Motion for Protective Order document no. 37 | Case # 24–02007–rlj |
|---|---|---|
| DEBTOR | | |

## TYPE OF HEARING

| 3rd Pty Defendant Mechanics Bank | *VS* | 3rd Party Plaintiff 2B Farms, a General Texas Partnership. |
|---|---|---|
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| Illmer, Richard | | Johnston, Todd |
|---|---|---|
| **ATTORNEY** | | **ATTORNEY** |

## EXHIBITS

Exhibit A and Exhibit B filed by 3rd Party Plaintiff 2B Farms, a General Texas Partnership (RE: related document(s)37 Motion for protective order) Filed at doc. no. 71 . (Johnston, Todd)

| C. Graham | 1–15–25 | Robert L. Jones |
|---|---|---|
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |