

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 12, 2025**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| McClain Feed Yard, Inc., et al., | § | Case No. 23-20084-rlj7 |
| _Debtors._ | § | Jointly Administered |
| | § | |
| In re: | § | |
| | § | |
| 2B Farms, a Texas General | § | Case No. 23-500096-rlj12 |
| Partnership, et al., | § | Jointly Administered |
| _Debtors._ | § | |
| | § | |
| In re: | § | |
| | § | |
| AgTexas Farm Credit Services, AgTexas PCA, | § | |
| Thorlakson Diamond T Feeders, LP, | § | |
| _Plaintiffs,_ | § | |
| | § | Adversary No. 24-02007-rlj |
| and | § | Consolidated Adversary Proceeding |
| | § | |
| Edward Dufurrena et. al., | § | |
| _Intervenor-Plaintiffs,_ | § | |
| | § | |
| v. | § | |
| | § | |
| Rabo AgriFinance, LLC, et al., | § | |
| _Defendants._ | § | |
| | § | |

|  | § |  |
| --- | --- | --- |
|  | § |  |
|  | § |  |
|  | § |  |
| In re: | § |  |
|  | § |  |
| HTLF Bank, as successor to First Bank & Trust, | § |  |
|     *Plaintiffs, Counter-Defendant and* | § |  |
|     *Cross-Claim Defendant,* | § |  |
|  | § | Adversary No. 24-02007-rlj |
|  | § | Consolidate Adversary Proceeding |
| v. | § |  |
|  | § |  |
| 2B Farms, a Texas General Partnership, Terry M. | § |  |
| Robinson, and Rebecca A. Robinson, | § |  |
|     *Defendants, Counterclaim-Plaintiffs,* | § |  |
|     *Third-Party Plaintiffs and Third-Party* | § |  |
|     *Counterclaim Defendants,* | § |  |
|  | § |  |
| v. | § |  |
|  | § |  |
| Rabo AgriFinance, LLC and Mechanics Bank, | § |  |
|     *Third-Party Defendants and, as to Rabo* | § |  |
|     *AgriFinance LLC only, Third-Party* | § |  |
|     *Counterclaim Plaintiff and Cross-Claim* | § |  |
|     *Plaintiff.* | § |  |

**AGREED ORDER GRANTING MOTIONS FOR LEAVE TO AMEND AND CONSOLIDATE
PLEADINGS AND RENDERING PENDING MOTIONS OPPOSED AS MOOT**

On this day was heard Plaintiffs AgTexas Farm Credit Services, AgTexas PCA ("AgTexas"), and

Thorlakson Diamond T. Feeders, LP ("Thorlakson"), joined by those certain Intervenors in their *Opposed*

*Motion for Leave to Amend and Consolidate Pleadings* (ECF No. 95) as well as 2B Farms, a Texas General

Partnership, Terry M. Robinson and Rebecca A. Robinson's (collectively, "2B Farms") *Motion for Leave*

*to Amend and Consolidate Pleadings* (ECF No. 97) (both pending motions are hereinafter collectively

referred to herein as the "Motions for Leave to Amend")[1].

After considering the Motions for Leave to Amend and the agreement of the parties as shown by

their signatures below, the Court concludes that they should be granted.

It is hereby:

---

[1] Capitalized words not defined in this Order have the same meaning given to them in the Motions for Leave to Amend.

ORDERED that Plaintiffs and Intervenors' Motion for Leave to Amend and Consolidate Pleadings is GRANTED; and it is further

ORDERED that 2B Farms' Motion for Leave to Amend and Consolidate Pleadings is GRANTED; and it is further

ORDERED that the Clerk of the Court shall file *PLAINTIFFS' AND INTERVENORS' ORIGINAL FEDERAL COMPLAINT AMENDING AND CONSOLIDATING THEIR STATE COURT PETITIONS*, attached as an exhibit thereto (ECF No. 95-1); and it is further

ORDERED that any answers, motions or other appropriate responses to *PLAINTIFFS' AND INTERVENORS' ORIGINAL FEDERAL COMPLAINT AMENDING AND CONSOLIDATING THEIR STATE COURT PETITIONS* shall be filed with the Court within twenty-one (21) days of docketing of the pleading, or such later date as counsel may agree upon or the Court may subsequently order; and it is further

ORDERED that the Clerk of the Court shall file *2B FARMS, A TEXAS GENERAL PARTNERSHIP, TERRY M. ROBINSON AND REBECCA A. ROBINSON'S SECOND AMENDED THIRD-PARTY COMPLAINT ALSO AMENDING AND CONSOLIDATING REMOVED STATE COURT COUNTERCLAIMS AGAINST HTLF BANK*, attached as an exhibit thereto (ECF No. 97-1); and it is further

ORDERED that any answers, motions or other appropriate responses to *2B FARMS, A TEXAS GENERAL PARTNERSHIP, TERRY M. ROBINSON AND REBECCA A. ROBINSON'S SECOND AMENDED THIRD-PARTY COMPLAINT ALSO AMENDING AND CONSOLIDATING REMOVED STATE COURT COUNTERCLAIMS AGAINST HTLF BANK* shall be filed with the Court within twenty-one (21) days of docketing of the pleading, or such later date as counsel may agree upon or the Court may subsequently order; and it is further

ORDERED that, as to Plaintiffs and Intervenors' Motion for Leave to Amend, *Defendant Meagan B. Goad's Motion to Dismiss* (ECF No. 33), *Mechanics Bank's Motion to Dismiss Third Amended Petition Pursuant to Federal Rules of Procedure 8(a), 9(b), 12(b)(6)* (ECF No. 49), *Defendant Shawn Ragland's Motion to Dismiss Plaintiff's Third Amended Petition Pursuant to Fed. R. Bankr. P. 7012* (ECF No. 63,

originally filed in Adv Case 24-2002, ECF No. 14, filed on 4/19/2024)*, Rabo AgriFinance LLC's Motion to Dismiss Plaintiffs' Third Amended Petition* (ECF No. 64, originally filed in Adv Case 24-2002, ECF No. 19, filed on 4/25/2024)*, Rabo AgriFinance LLC's Joinder in Mechanics Bank's Motion to Dismiss Third Amended Petition Pursuant to Federal Rules of Procedure 8(a), 9(b),12(b)(6)* (ECF No. 68)*, Mechanics Bank's Motion to Dismiss Petition in Intervention Pursuant to Federal Rules of Procedure 8(a), 9(b),12(b)(6)* (ECF No. 76)*, Rabo AgriFinance LLC's Motion to Dismiss First Amended Plea in Intervention* (ECF No. 79)*, Rabo AgriFinance LLC's Motion to Dismiss Edward Dufurrena and Open A Arena, LLC's Original Petition for Intervention* (ECF No. 81) and *Rabo AgriFinance LLC's Motion to Dismiss Petition for Intervention* (ECF No. 83) are hereby rendered moot; and it is further

ORDERED that, as to 2B Farms' Motion for Leave to Amend, *Rabo AgriFinance LLC's Motion to Dismiss Third-Party Plaintiffs' Amended Complaint* (ECF No. 62, originally filed in Adv Case 23-5002, ECF No. 62, filed on 4/29/2024) and *Third-Party Defendant Mechanics Bank's Motion to Dismiss Third-Party Plaintiffs' Amended Complaint for Failure to State a Claim Pursuant to Federal Rule of Procedure 12(b)(6)* (ECF No. 61, originally filed in Adv Case 23-5002, ECF No. 55, filed on 4/19/2024) are hereby rendered moot.

### End of Order ###

*Approved and Submitted by:*

NAMAN HOWELL SMITH & LEE, PLLC          Dated:  March 11, 2025

8310 N. Capital of Texas Hwy., Suite 490
Austin, Texas 78731
(512) 479-0300
(512) 474-1901 (FAX)
Email: dlebas@namanhowell.com

BY:   */s/ David L. LeBas*
        David L. LeBas
        State Bar No. 12098600

**ATTORNEYS FOR THORLAKSON
DIAMOND T FEEDERS, LP, AGTEXAS
FARM CREDIT SERVICES AND**

**AGTEXAS PCA**

**-and-**

SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas 79105-5008
(806) 468-3300; (806) 373-3454 FAX

By: /s/ John Massouh
        John Massouh

**-and-**

The Leal Law Firm, LLC
abel@leal.law
14180 N. Dallas Parkway, Suite 300
Dallas, Texas 75254
Tel. (214) 395-5325;Fax. (806) 364-2526

By:   */s/ Abel Leal*
        Abel Leal
        State Bar No. 24026989

**Attorneys For Dennis Buss, Buss Family Trust, Eddie Bryant, Robert E. Gray, Ronnie Gray, Gray Brothers, Craig Sutton, Amy Sutton, Steve Ryan, Janice Lawhon, AJ Jacques Living Trust, Gungoll Cattle, LLC, Leah Gungoll, Morrison Café, LLC, Gary Lesh, Jan Lesh, Lesh Family Trust, Jared Lesh, Jordan Lesh, LLC, Joel Brookshire, Gene Brookshire Family, LP, Douglas Finley, Scarlet And Black Cattle, LLC, Bryan Blackman, Steve T Scott Farm, Inc., Scott Livestock Company, Inc., Arnold Braun Trust, Robert Braun, Jim Rininger, Robert Spring, Michael Evans, Miranda Evans, Charles Lockwood, Cole Lockwood, Sherle Lockwood, Nikki Lockwood, Lyndal Van Buskirk, Janet Van Buskirk, Colby Van Buskirk, Susan Van Buskirk, Jimmy Greer, Dustin Johnson and Dora Blackman**

**-and-**

By:   */s/ Amber S. Miller*
Amber S. Miller
State Bar No. 24050320
CRENSHAW, DUPREE & MILAM, L.L.P.

4411 98th Street, Suite 400
Lubbock, Texas 79424
(806) 762-5281
(806) 762-3510 (fax)

**ATTORNEY FOR RIDGEFIELD CAPITAL GROUP, DREW PHILLIPS, CARRAWAY CATTLE, ROBERT ELLIS, BARRY PHILLIPS, BIG SEVEN CAPITAL PARTNERS, RICHARD CARRAWAY**

**-and-**

By: _/s/ Kyle K. Weldon_
James D. Bradbury
State Bar No. 02814500
jim@bradburycounsel.com
Kyle K. Weldon
State Bar No. 24097192
kyle@bradburycounsel.com
JAMES D. BRADBURY, PLLC
201 Main Street, Suite 600
Fort Worth, Texas 76102
Telephone:      817-339-1105
Fax:                817-886-3495

**ATTORNEYS FOR PRIEST CATTLE COMPANY, LTD, PRIEST VICTORY INVESTMENT LLC, W. ROBBIE RUSSELL LIVING TRUST, AND EDDIE STEWART**

_/s/  Timothy T. Pridmore_                            Dated:  March 10, 2025
**McWHORTER COBB & JOHNSON, LLP**
Timothy T. Pridmore, SBN: 00788224
Todd Johnston, SBN:  24050837
PO Box 2547
Lubbock, Texas 79408
Telephone:  (806) 762-0214
Facsimile:  (806) 762-8014
Email:  tpridmore@mcjllp.com
Email:  tjohnston@mcjllp.com
*Attorneys for 2B Farms, a Texas General Partnership, Terry M. Robinson, Rebecca A. Robinson and Non-Debtor, Angela Robinson*

_/s/   John H. Lovell_                            Dated:  March 12, 2025
**LOVELL, ISERN & FARABOUGH, LLP**
John H. Lovell; State Bar No. 12609300
112 SW 8th Ave., Suite 1000
Amarillo, Texas 79101

Telephone:  (806) 373-1515
Email:  john@lovell-law.net
***Attorneys for HTLF Bank,***
***as successor to First Bank & Trust***


/s/   Richard A. Illmer                                          Dated:  March 11, 2025
**HUSCH BLACKWELL, LLP**
Richard A. Illmer; SBN:  10388350
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100 - Telephone
(214) 999-6700 – Facsimile
*rick.illmer@huschblackwell.com*
***Attorneys for Mechanics Bank***


/s/    Michael R. Johnson                                    Dated:  March 11, 2025
**RAY QUINNEY & NEBEKER P.C.**
Michael R. Johnson
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
(801) 532-1500 - Telephone
(801) 532-7543 – Facsimile
*mjohnson@rqn.com*
***Attorneys for Rabo AgriFinance LLC***


/s/   Matthew S. Muckleroy                              Dated:  March 11, 2025
**CRAWFORD, WISHNEW & LANG PLLC**
Matthew S. Muckleroy; State Bar No. 24066796
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone:  (214) 817-4500
Facsimile: (214) 602-6551
Email:  mmuckleroy@cwl.law
***Attorneys for Shawn Ragland***


By: */s/ Charity S. Bird*                                      Dated:  March 11, 2025
Charity S. Bird, KYBAR 92622
**Kaplan Johnson Abate & Bird LLP**
710 West Main Street, 4th Floor
Louisville, KY 40202
Phone: (502) 540-8285
Email:  cbird@kaplanjohnsonlaw.com

Todd A Farmer, KYBAR 86214
Farmer & Wright, PLLC
4978 Alben Barkley Drive, Suite 1
Paducah, KY 42001

Phone: (270) 443-4431
Email: tfarmer@farmerwright.com

William A. Franklin, SBN: 24007200
Boerner, Dennis & Franklin, PLLC
P.O. Box 1738
Lubbock, TX 79408-1738
Phone: (806) 763-0044
Email:  bfranklin@bdflawfirm.com

**ATTORNEYS FOR MEAGAN GOAD**