UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN: 240556451
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: tom.riney@uwlaw.com
Email: heath.hendricks@uwlaw.com

--and--

Michael R. Johnson (*Pro Hac Vice*)
Matthew M. Cannon (*Pro Hac Vice*)
Austin C. Nate (*Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
Email:  mjohnson@rqn.com
Email:  mcannon@rqn.com
Email:  anate@rqn.com

*Attorneys for Rabo AgriFinance LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| In re:<br><br>MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.<br><br>     Debtors. | CASE NO. 23-20084-rlj7<br>Chapter No. 7<br><br>(Jointly Administered Cases) |
| In re:<br><br>2B FARMS, a Texas General Partnership, et al.,<br><br>     Debtors. | CASE NO. 23-50096-rlj12<br>Chapter No. 12<br><br>(Jointly Administered Cases) |

| | |
|---|---|
| AGTEXAS FARM CREDIT SERVICES, AGTEXAS, PCA and THORLAKSON DIAMOND T FEEDERS, LP,<br><br>    Plaintiffs,<br><br>EDWARD DUFURRENA et al.,<br><br>    Intervenor Plaintiffs,<br><br>v.<br><br>RABO AGRIFINANCE LLC et al.,<br><br>    Defendants. | ADVERSARY NO. 24-02007-rlj<br><br>(Consolidated Adversary Proceeding) |
| HTLF BANK, as successor to FIRST BANK & TRUST,<br><br>    Plaintiff, Counter-Defendant, and Cross-Claim Defendant,<br><br>v.<br><br>2B FARMS, a Texas General Partnership, TERRY M. ROBINSON, and REBECCA A. ROBINSON,<br><br>    Defendants, Counterclaim-Plaintiffs, Third-Party Plaintiffs and Third-Party Counterclaim Defendants,<br><br>v.<br><br>RABO AGRIFINANCE LLC and MECHANICS BANK,<br><br>    Third-Party Defendants and, as to Rabo AgriFinance LLC only, Third-Party Counterclaim Plaintiff and Cross-Claim Plaintiff. | ADVERSARY NO. 24-02007-rlj<br><br>(Consolidated Adversary Proceeding) |

## **STIPULATION**

Defendant/Third-Party Defendant, Rabo AgriFinance LLC ("**RAF**"), and Plaintiffs AgTexas Farm Credit Services, AgTexas, PCA, Thorlakson Diamond T Feeders, LP, and all Intervenors (collectively, "**Plaintiffs**"), and Third-Party Plaintiffs 2B Farms, Terry M. Robinson and Rebecca A. Robinson (collectively, "**Third-Party Plaintiffs**"), by and through their undersigned counsel, file this Stipulation and state that RAF, Plaintiffs, and Third-Party Plaintiffs hereby stipulate that RAF's response to (1) Plaintiffs' Amended Complaint (Dkt. No. 103) and (2) Third-Party Plaintiffs' Second Amended Third-Party Complaint (Dkt. No. 104), shall be due on or before **May 26, 2025**.

DATED: May 2, 2025.

                UNDERWOOD LAW FIRM, P.C.
                Thomas C. Riney, SBN: 16935100
                W. Heath Hendricks, SBN: 240556451
                500 South Taylor, Suite 1200, LB 233
                Amarillo, Texas 79101
                Telephone: (806) 376-5613
                Facsimile: (806) 379-0316
                Email: tom.riney@uwlaw.com
                Email: heath.hendricks@uwlaw.com

                      --and--

                RAY QUINNEY & NEBEKER P.C.
                Michael R. Johnson *(Pro Hac Vice)*
                Matthew M. Cannon *(Pro Hac Vice)*
                Austin C. Nate  *(Pro Hac Vice)*
                36 South State, Suite 1400
                Salt Lake City, UT 84111
                Telephone:  (801) 532-1500
                Facsimile:  (801) 532-7543
                Email:  mjohnson@rqn.com
                Email: mcannon@rqn.com
                Email: anate@rqn.com

                */s/ Michael R. Johnson*
                Michael R. Johnson
                *Attorneys for Rabo AgriFinance LLC*

**AGREED AS TO FORM:**

*/s/ David L. LeBas (with permission)*
David L. LeBas, SBN: 12098600
Counsel for AgTexas and Thorlakson


*/s/ James D. Bradbury (with permission)*
James D. Bradbury, SBN 02814500
Counsel for Certain Intervenors


*/s/ John Massouh (with permission)*
John Massouh, SBN 24026866
Counsel for Certain Intervenors


*/s/ Amber S. Miller (with permission)*
Amber S. Miller SBN 24026866
Counsel for Certain Intervenors


*/s/ Timothy T. Pridmore (with permission)*
Timothy T. Pridmore, SBN 00788224
Counsel for Third-Party Plaintiffs

5

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2025, the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which sent notice of electronic filing to all electronic filing users in this case.

                              */s/ Michael R. Johnson*
                              Michael R. Johnson

1707854