Timothy T. Pridmore; SBN: 00788224
Todd J. Johnston; SBN: 24050837
MCWHORTER, COBB & JOHNSON, LLP
1722 Broadway (79401)
P. O. Box 2547
Lubbock, Texas 79408
806/762-0214; 806/498-4808 (fax)
*Attorneys for Debtors/Defendants/Counter-Plaintiffs/Third-Party Plaintiffs/Third-Party
Defendants 2B Farms, a Texas General Partnership, Terry M. Robinson, Rebecca A. Robinson
and Non-Debtor, Angela Robinson*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| INRE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>   Debtors. | Case No. 23-20084-swe<br>Chapter No. 7<br><br>Jointly Administered |
| INRE:<br><br>2B FARMS, a Texas General Partnership, et al.,<br><br>   Debtors. | Case No. 23-50096-swe<br>Chapter No. 12<br><br>Jointly Administered |
| IN RE:<br><br>AGTEXAS FARM CREDIT SERVICES; AGTEXAS, PCA; AND THORLAKSON DIAMOND T FEEDERS, LP<br><br>   Plaintiffs,<br><br>and<br><br>EDWARD DUFURRENA et al.,<br>   Intervenor-Plaintiffs<br><br>v. | ADV. PROC. NO. 24-02007-swe<br><br>(Consolidated Adversary Proceeding) |

| | |
|---|---|
| RABO AGRIFINANCE, LLC et al., <br><br> Defendants | |
| IN RE: <br><br> HTLF BANK, as successor to FIRST BANK & TRUST, <br><br> Plaintiffs, Counter-Defendant, and Cross-Claim Defendant, <br><br> v. <br><br> 2B FARMS, a Texas General Partnership, et al., TERRY M. ROBINSON, and REBECCA A. ROBINSON, <br><br> Defendants, Counterclaim-Plaintiffs, Third-Party Plaintiffs and Third-Party Counterclaim Defendants, <br><br> v. <br><br> RABO AGRIFINANCE LLC and MECHANICS BANK, <br><br> Third-Party Defendants, and as to Rabo AgriFinance LLC only, Third-Party Counterclaim Plaintiff and Cross-Claim Plaintiff. | ADV. PROC. NO. 24-02007-swe <br><br> (Consolidated Adversary Proceeding) |

## STIPULATION REGARDING PENDING MOTION TO DISMISS (ECF No. 121)

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, 2B Farms, a Texas general partnership, Terry M. Robinson and Rebecca A. Robinson ("**2B Farms**" and collectively with Terry M. Robinson and Rebecca A. Robinson, "**Counterclaim-Plaintiffs**") by and through their counsel of record, and file this Joint Stipulation Regarding the Pending Motions to Dismiss.

As to the Motion to Dismiss filed by First Bank & Trust, a division of UMB Bank n.a. successor by merger to HTLF Bank ("**HTLF**"):

HTLF agrees that the deadline for Plaintiffs to respond to HTLF's (ECF No. 121) Motion to Dismiss will be continued to June 6, 2025.

DATED this 14th day of May, 2025.

Respectfully submitted,

**MCWHORTER, COBB & JOHNSON, L.L.P.**
1722 Broadway (79401)
P.O. Box 2547
Lubbock, Texas 79408
(806) 762-0214 - Telephone
(806) 498-4808 – Facsimile

Timothy T. Pridmore
SBN: 00788224
*tpridmore@mcjllp.com*
Todd J. Johnston
SBN: 24050837
*tjohnston@mcjllp.com*

By: */s/ Timothy T. Pridmore*
      Timothy T. Pridmore

***ATTORNEYS FOR DEFENDANTS, COUNTER-PLAINTIFFS, THIRD-PARTY PLAINTIFFS AND THIRD-PARTY DEFENDANTS 2B FARMS, A GENERAL TEXAS PARTNERSHIP, TERRY ROBINSON, REBECCA ROBINSON, AND ANGELA ROBINSON***

*[SIGNATURES ON FOLOWING PAGE]*

**AGREED TO:**

**LOVELL, ISERN & FARABOUGH, LLP**
John H. Lovell
SBN: 12609300
*john@lovell-law.net*
112 SW 8th Avenue, Suite 1000
Amarillo, Texas 79101
(806) 373-1515 - Telephone
(806) 379- 7176 – Facsimile

- *And* -

**MULLIN HOARD & BROWN, L.L.P.**
500 South Taylor, Suite 800 (79101)
P.O. Box 31656
Amarillo, Texas 79120-1656
(806) 372-5050 - Telephone
(806) 372-5086 – Facsimile

Matthew S. Merriott
SBN: 24100846
*mmerriott@mhba.com*


By: /s/ Matthew S. Merriott
    Matthew S. Merriott


*ATTORNEYS FOR PLAINTIFFS,*
*COUNTER-DEFENDANT AND CROSS-CLAIM DEFENDANT HTLF BANK*


**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2025, the foregoing document was filed with the Clerk of the Court in the foregoing case using the CM/ECF system, which sent notice of electronic filing to all electronic filing users in this case.

/s/ Timothy T. Pridmore
Timothy T. Pridmore