# EXHIBIT A

| **Witness** | **Date of Deposition** | **Place of Deposition** | **Parties Represented** | **Questioned By** |
|---|---|---|---|---|
| Crystal McClain | 7/14/2024 | Law Offices of Farmer & Wright, Paducah, Kentucky | For Rabo AgriFinance: Michael R. Johnson<br><br>For HTLF Bank: John Lovell<br><br>For AgTexas and Thorlakson: David L. LeBas<br><br>For 2B Farms Terry and Rebecca Robinson: Todd J. Johnston<br><br>For MAP Enterprises: Thomas A. Swafford<br><br>For Trustee Kent Ries: Hudson Jobe<br><br>For Dennis Buss, et al.: John Massouh<br><br>For Ridgefield Capital Asset Managment, Robert Ellis, Drew Phllips, Barry Phillips, Robert Carraway, Carraway Cattle, LLC, and Big Seven Cattle, LLC: Amber Miller<br><br>For Mechanics Bank: Alex Brakefield<br><br>For Witness Crystal McClain: Marcus H. Herbert | Direct: Michael Johnson<br>Cross: John Lovell |

| Witness | Date of Deposition | Place of Deposition | Parties Represented | Questioned By |
|---|---|---|---|---|
| Meagan Goad | 7/16/2024 | Law Offices of Farmer & Wright, Paducah, Kentucky | For Rabo AgriFinance: Michael R. Johnson<br><br>For HTLF Bank: John Lovell<br><br>For AgTexas and Thorlakson: David L. LeBas<br><br>For 2B Farms Terry and Rebecca Robinson: Todd J. Johnston<br><br>For MAP Enterprises: Thomas A. Swafford<br><br>For Trustee Kent Ries: Hudson Jobe<br><br>For Dennis Buss, et al.: John Massouh<br><br>For Wild Forest Cattle: David Kelly<br><br>For Ridgefield Capital Asset Managment, Robert Ellis, Drew Phllips, Barry Phillips, Robert Carraway, Carraway Cattle, LLC, and Big Seven Cattle, LLC: Amber Miller<br><br>For Mechanics Bank: Javon Johnson<br><br>For Witnesses Meagan Goad, William Jedediah Goad, and Kinsey Moreland: Charity Bird, Todd A. Farmer | Direct/Redirect: Michael Johnson<br><br>Cross: John Lovell, David LeBas, John Massouh |

| Witness | Date of Deposition | Place of Deposition | Parties Represented | Questioned By |
|---|---|---|---|---|
| William Jedediah Goad | 7/17/2024 | Law Offices of Farmer & Wright, Paducah, Kentucky | For Rabo AgriFinance:  Michael R. Johnson<br><br>For HTLF Bank:  John Lovell<br><br>For AgTexas and Thorlakson:  David L. LeBas<br><br>For 2B Farms Terry and Rebecca Robinson:  Todd J. Johnston<br><br>For MAP Enterprises:  Thomas A. Swafford<br><br>For Trustee Kent Ries:  Hudson Jobe<br><br>For Dennis Buss, et al.:  John Massouh<br><br>For Wild Forest Cattle:  David Kelly<br><br>For Ridgefield Capital Asset Managment, Robert Ellis, Drew Phllips, Barry Phillips, Robert Carraway, Carraway Cattle, LLC, and Big Seven Cattle, LLC:  Amber Miller<br><br>For Mechanics Bank:  Alex Brakefield<br><br>For Witnesses Meagan Goad, William Jedediah Goad, and Kinsey Moreland:  Charity Bird, Todd A. Farmer | Direct/Redirect: Michael Johnson<br><br>Cross:  David LeBas |

| Witness | Date of Deposition | Place of Deposition | Parties Represented | Questioned By |
|---|---|---|---|---|
| Kinsey Moreland | 7/17/2024 | Law Offices of Farmer & Wright, Paducah, Kentucky | For Rabo AgriFinance: Michael R. Johnson<br><br>For HTLF Bank: John Lovell<br><br>For AgTexas and Thorlakson: David L. LeBas<br><br>For 2B Farms Terry and Rebecca Robinson: Todd J. Johnston<br><br>For MAP Enterprises: Thomas A. Swafford<br><br>For Trustee Kent Ries: Hudson Jobe<br><br>For Dennis Buss, et al.: John Massouh<br><br>For Wild Forest Cattle: David Kelly<br><br>For Ridgefield Capital Asset Managment, Robert Ellis, Drew Phllips, Barry Phillips, Robert Carraway, Carraway Cattle, LLC, and Big Seven Cattle, LLC: Amber Miller<br><br>For Mechanics Bank: Alex Brakefield<br><br>For Witnesses Meagan Goad, William Jedediah Goad, and Kinsey Moreland: Charity Bird, Todd A. Farmer | Direct: Michael Johnson<br>Cross: David LeBas |

| Witness | Date of Deposition | Place of Deposition | Parties Represented | Questioned By |
|---|---|---|---|---|
| Chelsea McClain | 7/17/2024 | Law Offices of Farmer & Wright, Paducah, Kentucky | For Rabo AgriFinance: Michael R. Johnson<br><br>For HTLF Bank: John Lovell<br><br>For AgTexas and Thorlakson: David L. LeBas<br><br>For 2B Farms Terry and Rebecca Robinson: Todd J. Johnston<br><br>For MAP Enterprises: Thomas A. Swafford<br><br>For Trustee Kent Ries: Hudson Jobe<br><br>For Dennis Buss, et al.: John Massouh<br><br>For Ridgefield Capital Asset Managment, Robert Ellis, Drew Phllips, Barry Phillips, Robert Carraway, Carraway Cattle, LLC, and Big Seven Cattle, LLC: Amber Miller<br><br>For Mechanics Bank: Alex Brakefield<br><br>For Witness Chelsea McClain: Stephen Barnes | Direct: Michael Johnson |

| **Witness** | **Date of Deposition** | **Place of Deposition** | **Parties Represented** | **Questioned By** |
|---|---|---|---|---|
| Johnny Earp | 12/6/2024 | Law Offices of McWhorter Cobb and Johnson, LLP, Lubbock Texas | For HTLF:  John H. Lovell<br><br>For AgTexas and Thorlakson:  David L. LeBas<br><br>For 2B Farms:  Timothy T. Pridmore, Todd J. Johnston<br><br>For Dennis Buss, et al.:  John F. Massouh, Abel Leal<br><br>For Shawn Ragland:  Dallas Flick<br><br>For Rabo AgriFinance:  Heath Hendricks<br><br>For Mechanics Bank:  Javon Johnson<br><br>For Ridgefield Capital Group:  Amber Miller<br><br>For Trustee Kent Ries:  Hudson M. Jobe | Examination by:  John Lovell, David LeBas, Timothy Pridmore, John Massouh, Dallas Flick, Heath Hendricks, Abel Leal |

| **Witness** | **Date of Deposition** | **Place of Deposition** | **Parties Represented** | **Questioned By** |
|---|---|---|---|---|
| Jason Dunn | 2/4/2025 | DoubleTree by Hilton, Evansville, IN | For AgTexas and Thorlakson: David L. LeBas<br><br>For HTLF: John H. Lovell, Matthew S. Merriott<br><br>For Dennis Buss, et al.: John F. Massouh, Abel A. Leal<br><br>For 2B Farms, et al.: Timothy T. Pridmore<br><br>For Rabo AgriFinance: Michael Johnson<br><br>For Mechanics Bank: Javon Johnson<br><br>For Priest Cattle Company, LTD, et al.: Kyle Weldon<br><br>For Ridgefield Capital Group: Amber Miller<br><br>For Shawn Ragland: Dallas Flick<br><br>For Trustee Kent Ries: Hudson M. Jobe<br><br>For Meagan Goad: Gabriel Dennery | Questions by: David LeBas, John Massouh, Michael Johnson, John Lovell, Timothy Pridmore |

| Witness | Date of Deposition | Place of Deposition | Parties Represented | Questioned By |
|---|---|---|---|---|
| Chip Lawson | 2/5/2025 | DoubleTree by Hilton, Evansville, IN | For AgTexas and Thorlakson:  David L. LeBas<br><br>For HTLF:  John H. Lovell, Matthew S. Merriott<br><br>For Dennis Buss, et al.:  John F. Massouh, Abel A. Leal<br><br>For 2B Farms, et al.:  Timothy T. Pridmore, Todd J. Johnston<br><br>For Rabo AgriFinance:  Michael Johnson<br><br>For Mechanics Bank:  Javon Johnson<br><br>For Priest Cattle Company, LTD, et al.:  Kyle Weldon<br><br>For Ridgefield Capital Group:  Amber Miller<br><br>For Shawn Ragland:  Dallas Flick<br><br>For Trustee Kent Ries:  Alan Dabdoub<br><br>For Meagan Goad:  Charity Bird | Questions by:  David LeBas, John Massouh, John Lovell, Timothy Pridmore |

| Witness | Date of Deposition | Place of Deposition | Parties Represented | Questioned By |
|---|---|---|---|---|
| Doug Williams | 5/13/2025 | Law Offices of Sprouse Shrader Smith, PLLC, Amarillo, Texas | For Trustee Kent Ries:  Farsheed Fozouni<br><br>For 2B Farms and the Robinson Family:  Timothy T. Pridmore<br><br>For AgTexas and Thorlakson:  David L. LeBas<br><br>For Dennis Buss, et al.:  John F. Massouh, Abel A. Leal, Josh Kundert<br><br>For Rabo AgriFinance:  Michael R. Johnson<br><br>For HTLF Bank:  Matthew S. Merriott, John H. Lovell<br><br>For Shawn Ragland:  Dallas Flick<br><br>For Ridgefield Capital Asset Management:  Amber S. Miller<br><br>For Meagan Goad:  Charity Bird | Examination by:  David LeBas, Matthew Merriott, Timothy Pridmore, Abel Leal |
| Jo Deckard | 5/13/2025 | Law Offices of Sprouse Shrader Smith, PLLC, Amarillo, Texas | For Trustee Kent Ries:  Farsheed Fozouni<br><br>For 2B Farms and the Robinson Family:  Timothy T. Pridmore<br><br>For AgTexas and Thorlakson:  David L. LeBas<br><br>For Dennis Buss, et al.:  John F. Massouh, Abel A. Leal, Josh Kundert<br><br>For Rabo AgriFinance:  Michael R. Johnson<br><br>For HTLF Bank:  Matthew S. Merriott, John H. Lovell<br><br>For Shawn Ragland:  Dallas Flick | Examination by:  David LeBas, John Massouh, Matthew Merriott, Timothy Pridmore |

| Witness | Date of Deposition | Place of Deposition | Parties Represented | Questioned By |
|---|---|---|---|---|
| Ann Michelle Stockett | 5/14/2025 | Law Offices of Sprouse Shrader Smith, PLLC, Amarillo, Texas | For 2B Farms and the Robinson Family: Timothy T. Pridmore<br><br>For AgTexas and Thorlakson: David L. LeBas<br><br>For Dennis Buss, et al.: John F. Massouh, Abel A. Leal, Josh Kundert<br><br>For Rabo AgriFinance: Michael R. Johnson<br><br>For HTLF Bank: Matthew S. Merriott, John H. Lovell<br><br>For Priest Cattle Company, LTD, et al.: Kyle Weldon | Examination by: David LeBas, John Massouh, Matthew Merriott, Timothy Pridmore |