John H. Lovell, SBN 12609300
john@lovell-law.net
LOVELL ISERN & FARABOUGH, LLP
112 SW 8th Avenue, Suite 1000
Amarillo, Texas 79101-2314
Phone: (806) 373-1515
Fax:    (806) 379-7176

--and—

Matthew S. Merriott, SNB 24100846
mmerriott@mhba.com
MULLIN HOARD & BROWN, L.L.P.
500 South Taylor, Suite 800
P.O. Box 31656
Amarillo, Texas 79120-1656
Telephone:  (806) 372-5050
Facsimile:  (806) 372-5086

*Attorneys for First Bank & Trust, a division of UMB Bank n.a., successor by merger to HTLF Bank.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re: McClain Feed Yard, Inc., et al, | § § § § | Case No. 23-20084-swe7<br>Jointly Administered |
| Debtors. | § | |
| In re: 2B Farms, a Texas General Partnership, et al, | § § § § | Case No. 23-50096-swe12<br>Jointly Administered |
| Debtors. | § § | |
| AgTexas Farm Credit Services, AgTexas PCA, and Thorlakson Diamond T Feeders, LP, | § § § § | |
| Plaintiffs, | § § | |
| Edward Dufurrena, et al, | § § | |
| Intervenor-Plaintiffs,<br>v. | § § § | Adversary No. 24-02007-swe<br>Consolidated Adversary Proceeding |

| | | |
|---|---|---|
| Rabo AgriFinance, LLC, et al, | § § § | |
| Defendants | § § | |
| HTLF Bank, as successor to First Bank & Trust, | § § § | |
| Plaintiff, Counter-Defendant, and Cross-Claim Defendant, | § § § | |
| v. | § § | |
| 2B Farms, a Texas General Partnership, Terry M. Robinson, and Rebecca A. Robinson, | § § § | |
| Defendants, Counterclaim-Plaintiffs, Third-Party Counterclaim Defendants, | § § § | Adversary No. 24-02007-swe Consolidated Adversary Proceeding |
| v. | § § | |
| Rabo AgriFinance, LLC and Mechanics Bank, | § § | |
| Third-Party Defendants and, as to Rabo AgriFinance, LLC only, Third-Party Counterclaim Plaintiff and Cross-Claim Plaintiff. | § § § § § | |
| HTLF Bank, as successor to First Bank & Trust, | § § § | |
| Plaintiff and Counter-Defendant, | § § | |
| v. | § § § | Adversary No. 24-02007-swe Consolidated Adversary Proceeding |
| 2B Farms, a Texas General Partnership, Terry M. Robinson, and Angela Robinson, | § § § | |
| Defendants and Counter-Plaintiffs[1] | § § | |

---

[1] These claims were originally pending as Adversary No. 23-05003-rlj but were previously consolidated under Adversary No. 23-05002-rlj.

**HTLF'S RESPONSE TO PLAINTIFFS' AND INTERVENOR-PLAINTIFFS' EMERGENCY MOTION TO EXTEND DEADLINES TO RESPOND TO CERTAIN MOTIONS TO DISMISS AND TO CONTINUE ALL HEARINGS ON SAME**

TO THE HONORABLE JUDGE EVERETT:

Because Plaintiffs and Intervenors have already filed their Response to HTLF's Motion to Dismiss (the "Response") [Doc. 143], only their motion to continue hearings is applicable to HTLF.

The hearing on HTLF's motion to dismiss should not be continued because of the substantial overlap with the Trustee's Motion to Intervene and Motion to Enforce the Automatic Stay (the "Trustee's Motion") [Doc. 140].

In their Response, Plaintiffs and Intervenors base all of their claims against HTLF on the alleged check kite operated by the Debtors between the Debtors' own bank (Mechanics) and their customer's bank (HTLF). [Doc. 143, at *e.g.*, ¶¶ 8, 13, 26, 29, 42]

Plaintiffs and Intervenors argue that this check kite damaged them because it created overdrafts in the Debtors' accounts that the Debtors cured these overdrafts by collecting funds from Plaintiffs and Intervenors (among others). [Doc. 143 ¶ 8]

Plaintiffs and Intervenors' Response implicates the same issues of claim ownership raised by the Trustee's Motion. While other issues are also raised by HTLF's Motion, Counsel for HTLF anticipates that the majority of the time spent on HTLF's Motion will be on these same issues. The Motion to Continue should therefore be denied, at least as to HTLF's Motion.

Alternatively, HTLF's Motion should at least be heard as to the issue of whether Plaintiffs and Intervenors' damages and claims arising from the alleged check kite are their own damages and claims or belong to the Trustee.

## PRAYER

For each of these reasons, HTLF respectfully requests that the Court deny Plaintiffs and Intervenors' Motion to Continue Hearings, at least as to HTLF's Motion to Dismiss.

Dated this 10th day of June 2025.

        Respectfully submitted,

        **LOVELL ISERN & FARABOUGH, LLP**
        John H. Lovell, SBN 12609300
        112 SW 8th Avenue, Suite 1000
        Amarillo, Texas 79101-2314
        Phone: (806) 373-1515
        Fax:     (806) 379-7176
        Email:  john@lovell-law.net

        **MULLIN HOARD & BROWN, L.L.P.**
        Matthew S. Merriott, SBN 24100846
        500 South Taylor, Suite 800
        P.O. Box 31656
        Amarillo, Texas 79120-1656
        Telephone:  (806) 372-5050
        Facsimile:  (806) 372-5086
        Email:  mmerriott@mhba.com

        By:     /s/ *Matthew S. Merriott*
        Matthew S. Merriott

        *Attorneys for HTLF Bank, as Successor to*
        *First Bank & Trust*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 10th day of June 2025, I electronically filed the foregoing document with the Northern District of Texas through its filing system through and that a true and correct copy was served on the parties listed through the electronic case filing system by email as registered with the electronic case filing system:

        /s/ *Matthew S. Merriott*
        Matthew S. Merriott