David L. LeBas, SBN 12098600
dlebas@namanhowell.com
Michael S. Duncan, SBN 24097628
mduncan@namanhowell.com
NAMAN HOWELL SMITH & LEE PLLC
8310 N. Capital of Texas Highway, Ste. 490
Austin, Texas 78731
Ph. (512) 479-0300
Fax (512) 474-1901

*ATTORNEYS FOR AGTEXAS FARM CREDIT SERVICES AGTEXAS, PCA AND
THORLAKSON DIAMOND T FEEDERS, LP*

John Massouh, SBN 24026866
John.massouh@sprouselaw.com
Josh Kundert, SBN 24143877
Josh.kundert@sprouselaw.com
SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas 79105-5008
(806) 468-3300; (806) 373-3454 FAX

--and--

Abel A. Leal, SBN 24026989
abel@leal.law
LEAL LAW FIRM, LLC
14180 N. Dallas Parkway, Suite 300
Dallas, Texas 75254
(214) 395-5325

*ATTORNEYS FOR DENNIS BUSS, BUSS FAMILY TRUST, EDDIE BRYANT,
ROBERT E. GRAY, RONNIE GRAY, GRAY BROTHERS, CRAIG SUTTON, AMY
SUTTON, STEVE RYAN, JANICE LAWHON, AJ JACQUES LIVING TRUST,
GUNGOLL CATTLE, LLC, LEAH GUNGOLL, MORRISON CAFÉ, LLC, GARY
LESH, JAN LESH, LESH FAMILY TRUST, JARED LESH, JORDAN LESH, LLC,
JOEL BROOKSHIRE, GENE BROOKSHIRE FAMILY, LP, DOUGLAS FINLEY,
SCARLET AND BLACK CATTLE, LLC, BRYAN BLACKMAN, STEVE T SCOTT
FARM, INC., SCOTT LIVESTOCK COMPANY, INC., ARNOLD BRAUN TRUST,
ROBERT BRAUN, JIM RININGER, ROBERT SPRING, MICHAEL EVANS,
MIRANDA EVANS, CHARLES LOCKWOOD, COLE LOCKWOOD, SHERLE
LOCKWOOD, NIKKI LOCKWOOD, LYNDAL VAN BUSKIRK, JANET VAN
BUSKIRK, COLBY VAN BUSKIRK, SUSAN VAN BUSKIRK, JIMMY GREER,
DUSTIN JOHNSON AND DORA BLACKMAN*

Amber S. Miller, SBN 24050320
amiller@cdmlaw.com
CRENSHAW, DUPREE & MILAM, L.L.P.

4411 98th Street, Suite 400
Lubbock TX 79424
(806) 762-5281
(806) 762-3510 (fax)

*ATTORNEY FOR RIDGEFIELD CAPITAL GROUP, DREW PHILLIPS,*
*CARRAWAY CATTLE, ROBERT ELLIS, BARRY PHILLIPS, BIG SEVEN*
*CAPITAL PARTNERS, RICHARD CARRAWAY*

James D. Bradbury, SBN 02814500
jim@bradburycounsel.com
Kyle K. Weldon, SBN 24097192
kyle@bradburycounsel.com
JAMES D. BRADBURY, PLLC
201 Main Street, Suite 600
Fort Worth, Texas 76102
Telephone: 817-339-1105
Fax: 817-886-3495

*ATTORNEYS FOR PRIEST CATTLE COMPANY, LTD, PRIEST VICTORY*
*INVESTMENT LLC, W. ROBBIE RUSSELL LIVING TRUST, AND EDDIE*
*STEWART*

### IN THE UNITED STATES BANKRUPTCY
### COURT FOR THE NORTHERN DISTRICT OF
### TEXAS AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>     Debtors. | Case No. 23-20084-swe<br>Chapter No. 7<br><br>Jointly Administered |
| IN RE:<br><br>2B FARMS, a Texas General Partnership, et al.,<br><br>     Debtors. | Case No. 23-50096-swe<br>Chapter No. 12<br><br>Jointly Administered |
| IN RE: | |

| | |
|---|---|
| AGTEXAS FARM CREDIT SERVICES; AGTEXAS, PCA; AND THORLAKSON DIAMOND T FEEDERS, LP<br><br>    Plaintiffs,<br><br>and<br><br>EDWARD DUFURRENA et al.,<br>    Intervenor-Plaintiffs<br>v.<br><br>RABO AGRIFINANCE, LLC et al.,<br><br>    Defendants | ADV. PROC. NO. 24-02007-swe<br><br>(Consolidated Adversary Proceeding) |
| IN RE:<br><br>HTLF BANK, as successor to FIRST BANK & TRUST,<br><br>    Plaintiffs, Counter-Defendant, and<br>    Cross-Claim Defendant,<br><br>v.<br><br>2B FARMS, a Texas General Partnership, et al., TERRY M. ROBINSON, and REBECCA A. ROBINSON,<br><br>    Defendants, Counterclaim-Plaintiffs, Third-Party Plaintiffs and Third-Party Counterclaim Defendants,<br><br>v.<br><br>RABO AGRIFINANCE LLC and MECHANICS BANK,<br><br>    Third-Party Defendants, and as to Rabo AgriFinance LLC only, Third-Party Counterclaim Plaintiff and Cross-Claim Plaintiff. | ADV. PROC. NO. 24-02007-swe<br><br>(Consolidated Adversary Proceeding) |

## PLAINTIFFS' AND INTERVENOR-PLAINTIFFS' EXHIBIT AND DEMONSTRATIVE EXHIBIT LIST

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Plaintiffs AgTexas Farm Credit Services, AgTexas PCA, and Thorlakson Diamond T. Feeders, LP and Intervenor-Plaintiffs[1] (collectively "Plaintiffs") file this Exhibit and Demonstrative Exhibit List for the hearing set for June 12, 2025 on Plaintiffs' and Intervenor-Plaintiffs' Emergency Motion to Extend Deadlines to Respond to Certain Motions to Dismiss and to Continue All Hearings on Same [Dkt. 160] and would show the Court as follows:

## I.
## EXHIBITS AND DEMONSTRATIVE EXHIBIT LIST

A.  Chart of depositions and participants (attached as Exhibit A to Dkt. 160);

B.  Email string of May 2025 regarding Rabo's request for extension with proposed Stipulated Motion and Order (attached as Exhibit B to Dkt. 167); and

C.  Demonstrative Aid – Chart of Adversary Proceedings.

Plaintiffs reserve the right to offer any exhibit designated by other parties and present exhibits for rebuttal or impeachment purposes and to offer any documents or pleadings filed in this bankruptcy proceeding.

Plaintiffs reserve the right to supplement or amend this list any time prior to the hearing.

---

[1] The Intervenor-Plaintiffs are Edward Dufurrena, Open A Arena, LLC, Dennis Buss, Buss Family Trust, Eddie Bryant, Robert E Gray, Ronnie Gray, Gray Brothers, Craig Sutton, Amy Sutton, Steve Ryan, Janice Lawhon, AJ Jacques Living Trust, Gungoll Cattle, LLC, Leah Gungoll, Morrison Cafe, LLC, Gary Lesh, Jan Lesh, Lesh Family Trust, Jared Lesh, Jordan Lesh, LLC, Joel Brookshire, Gene Brookshire Family, LP, Douglas Finley, Scarlet and Black Cattle, LLC, Bryan Blackman, Steve T Scott Farm, Inc., Scott Livestock Company, Inc., Arnold Braun Trust, Robert Braun, Jim Rininger, Robert Spring, Michael Evans, Miranda Evans, Charles Lockwood, Cole Lockwood, Sherle Lockwood, Nikki Lockwood, Lyndal Van Buskirk, Janet Van Buskirk, Colby Van Buskirk, Susan Van Buskirk, Jimmy Greer, Dustin Johnson, Dora Blackman, Ridgefield Capital Asset Management, LP, Robert Ellis, Carraway Cattle, LLC, Big Seven Capital Partners, LLC, Richard Carraway, Drew Phillips, Barry Phillips, Priest Cattle Company, Ltd, Priest Victory Investment, LLC, Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust, and Eddie Stewart.

Respectfully submitted,

**NAMAN HOWELL SMITH & LEE PLLC**
David L. LeBas, SBN 12098600
dlebas@namanhowell.com
Michael S. Duncan, SBN 24097628
mduncan@namanhowell.com
8310 N. Capital of Texas Highway, Ste. 490
Austin, Texas 78731
Ph. (512) 479-0300
Fax (512) 474-1901

By: */s/ David L. LeBas*
        David L. LeBas

*ATTORNEYS FOR AGTEXAS FARM CREDIT
SERVICES AGTEXAS, PCA AND THORLAKSON
DIAMOND T FEEDERS, LP*

**SPROUSE SHRADER SMITH PLLC**
John Massouh, SBN 24026866
John.massouh@sprouselaw.com
Josh Kundert, SBN 24143877
Josh.kundert@sprouselaw.com
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas 79105-5008
(806) 468-3300; (806) 373-3454 FAX

--and--

**LEAL LAW FIRM, LLC**
Abel A. Leal, SBN 24026989
abel@leal.law
14180 N. Dallas Parkway, Suite 300
Dallas, Texas 75254
(214) 395-5325

By: */s/ John Massouh*
        John Massouh

*ATTORNEYS FOR DENNIS BUSS, BUSS FAMILY
TRUST, EDDIE BRYANT, ROBERT E. GRAY,
RONNIE GRAY, GRAY BROTHERS, CRAIG
SUTTON, AMY SUTTON, STEVE RYAN, JANICE
LAWHON, AJ JACQUES LIVING TRUST,
GUNGOLL CATTLE, LLC, LEAH GUNGOLL,
MORRISON CAFÉ, LLC, GARY LESH, JAN LESH,
LESH FAMILY TRUST, JARED LESH, JORDAN*

*LESH, LLC, JOEL BROOKSHIRE, GENE
BROOKSHIRE FAMILY, LP, DOUGLAS FINLEY,
SCARLET AND BLACK CATTLE, LLC, BRYAN
BLACKMAN, STEVE T SCOTT FARM, INC.,
SCOTT LIVESTOCK COMPANY, INC., ARNOLD
BRAUN TRUST, ROBERT BRAUN, JIM
RININGER, ROBERT SPRING, MICHAEL EVANS,
MIRANDA EVANS, CHARLES LOCKWOOD,
COLE LOCKWOOD, SHERLE LOCKWOOD,
NIKKI LOCKWOOD, LYNDAL VAN BUSKIRK,
JANET VAN BUSKIRK, COLBY VAN BUSKIRK,
SUSAN VAN BUSKIRK, JIMMY GREER, DUSTIN
JOHNSON AND DORA BLACKMAN*

**CRENSHAW, DUPREE & MILAM, L.L.P.**
Amber S. Miller, SBN 24050320
amiller@cdmlaw.com
4411 98th Street, Suite 400
Lubbock TX 79424
(806) 762-5281
(806) 762-3510 (fax)

By: *Amber S. Miller*
        Amber S. Miller

*ATTORNEY FOR RIDGEFIELD CAPITAL
GROUP, DREW PHILLIPS, CARRAWAY CATTLE,
ROBERT ELLIS, BARRY PHILLIPS, BIG SEVEN
CAPITAL PARTNERS, RICHARD CARRAWAY*

**JAMES D. BRADBURY, PLLC**
James D. Bradbury, SBN 02814500
jim@bradburycounsel.com
Kyle K. Weldon, SBN 24097192
kyle@bradburycounsel.com
201 Main Street, Suite 600
Fort Worth, Texas 76102
Telephone: 817-339-1105
Fax: 817-886-3495

By: */s/ James D. Bradbury*
        James D. Bradbury

*ATTORNEYS FOR PRIEST CATTLE COMPANY,
LTD, PRIEST VICTORY INVESTMENT LLC, W.
ROBBIE RUSSELL LIVING TRUST, AND EDDIE
STEWART*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 11, 2025, the foregoing document was filed with the Clerk of the Court in the foregoing case using the CM/ECF system, which sent notice of electronic filing to all electronic filing users in this case.


*/s/ David L. LeBas*
David L. LeBas

# EXHIBIT A

| Witness | Date of Deposition | Place of Deposition | Parties Represented | Questioned By |
|---|---|---|---|---|
| Crystal McClain | 7/14/2024 | Law Offices of Farmer & Wright, Paducah, Kentucky | For Rabo AgriFinance:  Michael R. Johnson<br><br>For HTLF Bank:  John Lovell<br><br>For AgTexas and Thorlakson:  David L. LeBas<br><br>For 2B Farms Terry and Rebecca Robinson:  Todd J. Johnston<br><br>For MAP Enterprises:  Thomas A. Swafford<br><br>For Trustee Kent Ries:  Hudson Jobe<br><br>For Dennis Buss, et al.:  John Massouh<br><br>For Ridgefield Capital Asset Managment, Robert Ellis, Drew Phllips, Barry Phillips, Robert Carraway, Carraway Cattle, LLC, and Big Seven Cattle, LLC:  Amber Miller<br><br>For Mechanics Bank:  Alex Brakefield<br><br>For Witness Crystal McClain:  Marcus H. Herbert | Direct: Michael Johnson<br>Cross:  John Lovell |

| Witness | Date of Deposition | Place of Deposition | Parties Represented | Questioned By |
|---|---|---|---|---|
| Meagan Goad | 7/16/2024 | Law Offices of Farmer & Wright, Paducah, Kentucky | For Rabo AgriFinance: Michael R. Johnson<br><br>For HTLF Bank: John Lovell<br><br>For AgTexas and Thorlakson: David L. LeBas<br><br>For 2B Farms Terry and Rebecca Robinson: Todd J. Johnston<br><br>For MAP Enterprises: Thomas A. Swafford<br><br>For Trustee Kent Ries: Hudson Jobe<br><br>For Dennis Buss, et al.: John Massouh<br><br>For Wild Forest Cattle: David Kelly<br><br>For Ridgefield Capital Asset Managment, Robert Ellis, Drew Phllips, Barry Phillips, Robert Carraway, Carraway Cattle, LLC, and Big Seven Cattle, LLC: Amber Miller<br><br>For Mechanics Bank: Javon Johnson<br><br>For Witnesses Meagan Goad, William Jedediah Goad, and Kinsey Moreland: Charity Bird, Todd A. Farmer | Direct/Redirect: Michael Johnson<br>Cross: John Lovell, David LeBas, John Massouh |

| Witness | Date of Deposition | Place of Deposition | Parties Represented | Questioned By |
|---|---|---|---|---|
| William Jedediah Goad | 7/17/2024 | Law Offices of Farmer & Wright, Paducah, Kentucky | For Rabo AgriFinance:  Michael R. Johnson<br><br>For HTLF Bank:  John Lovell<br><br>For AgTexas and Thorlakson:  David L. LeBas<br><br>For 2B Farms Terry and Rebecca Robinson:  Todd J. Johnston<br><br>For MAP Enterprises:  Thomas A. Swafford<br><br>For Trustee Kent Ries:  Hudson Jobe<br><br>For Dennis Buss, et al.:  John Massouh<br><br>For Wild Forest Cattle:  David Kelly<br><br>For Ridgefield Capital Asset Managment, Robert Ellis, Drew Phllips, Barry Phillips, Robert Carraway, Carraway Cattle, LLC, and Big Seven Cattle, LLC:  Amber Miller<br><br>For Mechanics Bank:  Alex Brakefield<br><br>For Witnesses Meagan Goad, William Jediah Goad, and Kinsey Moreland:  Charity Bird, Todd A. Farmer | Direct/Redirect: Michael Johnson<br>Cross:  David LeBas |

| Witness | Date of Deposition | Place of Deposition | Parties Represented | Questioned By |
|---------|-------------------|---------------------|--------------------|--------------| 
| Kinsey Moreland | 7/17/2024 | Law Offices of Farmer & Wright, Paducah, Kentucky | For Rabo AgriFinance: Michael R. Johnson<br><br>For HTLF Bank: John Lovell<br><br>For AgTexas and Thorlakson: David L. LeBas<br><br>For 2B Farms Terry and Rebecca Robinson: Todd J. Johnston<br><br>For MAP Enterprises: Thomas A. Swafford<br><br>For Trustee Kent Ries: Hudson Jobe<br><br>For Dennis Buss, et al.: John Massouh<br><br>For Wild Forest Cattle: David Kelly<br><br>For Ridgefield Capital Asset Managment, Robert Ellis, Drew Phllips, Barry Phillips, Robert Carraway, Carraway Cattle, LLC, and Big Seven Cattle, LLC: Amber Miller<br><br>For Mechanics Bank: Alex Brakefield<br><br>For Witnesses Meagan Goad, William Jedediah Goad, and Kinsey Moreland: Charity Bird, Todd A. Farmer | Direct: Michael Johnson<br>Cross: David LeBas |

| Witness | Date of Deposition | Place of Deposition | Parties Represented | Questioned By |
|---------|-------------------|---------------------|---------------------|---------------|
| Chelsea McClain | 7/17/2024 | Law Offices of Farmer & Wright, Paducah, Kentucky | For Rabo AgriFinance:  Michael R. Johnson<br><br>For HTLF Bank:  John Lovell<br><br>For AgTexas and Thorlakson:  David L. LeBas<br><br>For 2B Farms Terry and Rebecca Robinson:  Todd J. Johnston<br><br>For MAP Enterprises:  Thomas A. Swafford<br><br>For Trustee Kent Ries:  Hudson Jobe<br><br>For Dennis Buss, et al.:  John Massouh<br><br>For Ridgefield Capital Asset Managment, Robert Ellis, Drew Phllips, Barry Phillips, Robert Carraway, Carraway Cattle, LLC, and Big Seven Cattle, LLC:  Amber Miller<br><br>For Mechanics Bank:  Alex Brakefield<br><br>For Witness Chelsea McClain:  Stephen Barnes | Direct:  Michael Johnson |

| Witness | Date of Deposition | Place of Deposition | Parties Represented | Questioned By |
|---------|--------------------|--------------------|---------------------|---------------|
| Johnny Earp | 12/6/2024 | Law Offices of McWhorter Cobb and Johnson, LLP, Lubbock Texas | For HTLF:  John H. Lovell<br><br>For AgTexas and Thorlakson:  David L. LeBas<br><br>For 2B Farms:  Timothy T. Pridmore, Todd J. Johnston<br><br>For Dennis Buss, et al.:  John F. Massouh, Abel Leal<br><br>For Shawn Ragland:  Dallas Flick<br><br>For Rabo AgriFinance:  Heath Hendricks<br><br>For Mechanics Bank:  Javon Johnson<br><br>For Ridgefield Capital Group:  Amber Miller<br><br>For Trustee Kent Ries:  Hudson M. Jobe | Examination by:  John Lovell, David LeBas, Timothy Pridmore, John Massouh, Dallas Flick, Heath Hendricks, Abel Leal |

| Witness | Date of Deposition | Place of Deposition | Parties Represented | Questioned By |
|---------|--------------------|---------------------|---------------------|---------------|
| Jason Dunn | 2/4/2025 | DoubleTree by Hilton, Evansville, IN | For AgTexas and Thorlakson: David L. LeBas<br><br>For HTLF: John H. Lovell, Matthew S. Merriott<br><br>For Dennis Buss, et al.: John F. Massouh, Abel A. Leal<br><br>For 2B Farms, et al.: Timothy T. Pridmore<br><br>For Rabo AgriFinance: Michael Johnson<br><br>For Mechanics Bank: Javon Johnson<br><br>For Priest Cattle Company, LTD, et al.: Kyle Weldon<br><br>For Ridgefield Capital Group: Amber Miller<br><br>For Shawn Ragland: Dallas Flick<br><br>For Trustee Kent Ries: Hudson M. Jobe<br><br>For Meagan Goad: Gabriel Dennery | Questions by: David LeBas, John Massouh, Michael Johnson, John Lovell, Timothy Pridmore |

| Witness | Date of Deposition | Place of Deposition | Parties Represented | Questioned By |
|---|---|---|---|---|
| Chip Lawson | 2/5/2025 | DoubleTree by Hilton, Evansville, IN | For AgTexas and Thorlakson: David L. LeBas<br><br>For HTLF: John H. Lovell, Matthew S. Merriott<br><br>For Dennis Buss, et al.: John F. Massouh, Abel A. Leal<br><br>For 2B Farms, et al.: Timothy T. Pridmore, Todd J. Johnston<br><br>For Rabo AgriFinance: Michael Johnson<br><br>For Mechanics Bank: Javon Johnson<br><br>For Priest Cattle Company, LTD, et al.: Kyle Weldon<br><br>For Ridgefield Capital Group: Amber Miller<br><br>For Shawn Ragland: Dallas Flick<br><br>For Trustee Kent Ries: Alan Dabdoub<br><br>For Meagan Goad: Charity Bird | Questions by: David LeBas, John Massouh, John Lovell, Timothy Pridmore |

| Witness | Date of Deposition | Place of Deposition | Parties Represented | Questioned By |
|---------|--------------------|--------------------|---------------------|---------------|
| Doug Williams | 5/13/2025 | Law Offices of Sprouse Shrader Smith, PLLC, Amarillo, Texas | For Trustee Kent Ries:  Farsheed Fozouni<br><br>For 2B Farms and the Robinson Family:  Timothy T. Pridmore<br><br>For AgTexas and Thorlakson:  David L. LeBas<br><br>For Dennis Buss, et al.:  John F. Massouh, Abel A. Leal, Josh Kundert<br><br>For Rabo AgriFinance:  Michael R. Johnson<br><br>For HTLF Bank:  Matthew S. Merriott, John H. Lovell<br><br>For Shawn Ragland:  Dallas Flick<br><br>For Ridgefield Capital Asset Management:  Amber S. Miller<br><br>For Meagan Goad:  Charity Bird | Examination by:  David LeBas, Matthew Merriott, Timothy Pridmore, Abel Leal |
| Jo Deckard | 5/13/2025 | Law Offices of Sprouse Shrader Smith, PLLC, Amarillo, Texas | For Trustee Kent Ries:  Farsheed Fozouni<br><br>For 2B Farms and the Robinson Family:  Timothy T. Pridmore<br><br>For AgTexas and Thorlakson:  David L. LeBas<br><br>For Dennis Buss, et al.:  John F. Massouh, Abel A. Leal, Josh Kundert<br><br>For Rabo AgriFinance:  Michael R. Johnson<br><br>For HTLF Bank:  Matthew S. Merriott, John H. Lovell<br><br>For Shawn Ragland:  Dallas Flick | Examination by:  David LeBas, John Massouh, Matthew Merriott, Timothy Pridmore |

| Witness | Date of Deposition | Place of Deposition | Parties Represented | Questioned By |
|---|---|---|---|---|
| Ann Michelle Stockett | 5/14/2025 | Law Offices of Sprouse Shrader Smith, PLLC, Amarillo, Texas | For 2B Farms and the Robinson Family:  Timothy T. Pridmore<br><br>For AgTexas and Thorlakson:  David L. LeBas<br><br>For Dennis Buss, et al.:  John F. Massouh, Abel A. Leal, Josh Kundert<br><br>For Rabo AgriFinance:  Michael R. Johnson<br><br>For HTLF Bank:  Matthew S. Merriott, John H. Lovell<br><br>For Priest Cattle Company, LTD, et al.:  Kyle Weldon | Examination by:  David LeBas, John Massouh, Matthew Merriott, Timothy Pridmore |

EXHIBIT B

Outlook

## RE: Consolidated Adversary Proceeding - No. 24-02007

**From** Matthew Cannon <mcannon@rqn.com>

**Date** Thu 2025-05-01 11:02 PM

**To** Amber Miller <amiller@cdmlaw.com>; john.massouh@sprouselaw.com <john.massouh@sprouselaw.com>

**Cc** Timothy T. Pridmore <tpridmore@mcjllp.com>; Michael Johnson <MJohnson@rqn.com>; David LeBas <DLeBas@namanhowell.com>; Jennifer Aucoin <jaucoin@namanhowell.com>; Tom.Riney@uwlaw.com <Tom.Riney@uwlaw.com>; Hudson Jobe <hjobe@jobelawpllc.com>; cbird@kaplanjohnsonlaw.com <cbird@kaplanjohnsonlaw.com>; Lynn Butler <lynn.butler@huschblackwell.com>; todd@farmerwright.com <todd@farmerwright.com>; Dallas Flick <dflick@cwl.law>; Rick Illmer <rick.illmer@huschblackwell.com>; Todd J. Johnston <tjohnston@mcjllp.com>; John H. Lovell <john@lovell-law.net>; mmerriott@mhba.com <mmerriott@mhba.com>; Kent Ries <kent@kentries.com>; Josh Kundert <josh.kundert@sprouselaw.com>; Abel Leal <abel@leal.law>; jim@bradburycounsel.com <jim@bradburycounsel.com>; Kyle Weldon <kyle@bradburycounsel.com>; Alan Dabdoub <adabdoub@lynnllp.com>

Thanks, everybody. Greatly appreciated. We will get it on file Friday morning.

Matt

---

**From:** Amber Miller <amiller@cdmlaw.com>
**Sent:** Thursday, May 1, 2025 8:08 PM
**To:** John Massouh <john.massouh@sprouselaw.com>
**Cc:** Matthew Cannon <mcannon@rqn.com>; Timothy T. Pridmore <tpridmore@mcjllp.com>; Michael Johnson <MJohnson@rqn.com>; David LeBas <DLeBas@namanhowell.com>; Jennifer Aucoin <jaucoin@namanhowell.com>; Tom.Riney@uwlaw.com; Hudson Jobe <hjobe@jobelawpllc.com>; cbird@kaplanjohnsonlaw.com; Lynn Butler <lynn.butler@huschblackwell.com>; todd@farmerwright.com; Dallas Flick <dflick@cwl.law>; Rick Illmer <rick.illmer@huschblackwell.com>; Todd J. Johnston <tjohnston@mcjllp.com>; John H. Lovell <john@lovell-law.net>; mmerriott@mhba.com; Kent Ries <kent@kentries.com>; Josh Kundert <josh.kundert@sprouselaw.com>; abel@leal.law; jim@bradburycounsel.com; Kyle Weldon <kyle@bradburycounsel.com>; Alan Dabdoub <adabdoub@lynnllp.com>; Matthew Muckleroy <mmuckleroy@cwl.law>; Michael Duncan <mduncan@namanhowell.com>; Heath Hendricks <heath.hendricks@uwlaw.com>; Liz Beidoun <lbeidoun@rqn.com>
**Subject:** Re: Consolidated Adversary Proceeding - No. 24-02007

---

Agree.

Thank you.

> On May 1, 2025, at 8:13 PM, John Massouh <john.massouh@sprouselaw.com> wrote:
>
> Agree
>
> John Massouh
> Sprouse Shrader Smith, PLLC
> 806-468-3337

001

On May 1, 2025, at 6:30 PM, Matthew Cannon <mcannon@rqn.com> wrote:

Thank you Tim and David. Attached is a draft Stipulation for a response deadline of May 26.

Would James, John, and Amber please let us know if you are likewise willing to stipulate? Thank you.

---

**From:** Timothy T. Pridmore <tpridmore@mcjllp.com>
**Sent:** Thursday, May 1, 2025 2:15 PM
**To:** Michael Johnson <MJohnson@rqn.com>; David LeBas <DLeBas@namanhowell.com>; Matthew Cannon <mcannon@rqn.com>; Jennifer Aucoin <jaucoin@namanhowell.com>; tom.riney@uwlaw.com; Hudson Jobe <hjobe@jobelawpllc.com>; cbird@kaplanjohnsonlaw.com; Butler, Lynn <lynn.butler@huschblackwell.com>; todd@farmerwright.com; Dallas Flick <dflick@cwl.law>; Illmer, Rick <rick.illmer@huschblackwell.com>; Todd J. Johnston <tjohnston@mcjllp.com>; John H. Lovell <john@lovell-law.net>; mmerriott@mhba.com; Kent Ries <kent@kentries.com>; John Massouh <john.massouh@sprouselaw.com>; Josh Kundert <josh.kundert@sprouselaw.com>; abel@leal.law; amiller@cdmlaw.com; jim@bradburycounsel.com; Kyle Weldon <kyle@bradburycounsel.com>; Alan Dabdoub <adabdoub@lynnllp.com>; Matthew Muckleroy <mmuckleroy@cwl.law>; Michael Duncan <mduncan@namanhowell.com>
**Cc:** Heath Hendricks (heath.hendricks@uwlaw.com) <heath.hendricks@uwlaw.com>; Liz Beidoun <lbeidoun@RQN.COM>
**Subject:** RE: Consolidated Adversary Proceeding - No. 24-02007

---

Mike/Matt,

We agree to the same extension of May 26, 2025.

Regards,
Tim

<image001.png>
Timothy T. Pridmore
McWhorter, Cobb and Johnson, LLP
1722 Broadway
P.O. Box 2547 (79408)
Lubbock, Texas  79401
Phone: (806) 762-0214
Facsimile: (806) 498-4808
tpridmore@mcjllp.com
www.mcjllp.com

*NOTICE:  The information contained in this e-mail is considered by the sender to be confidential and may be of an attorney-client privileged nature.  It is intended only for the use of the individual or entity named above.  If the reader of this message is not the named recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited.  If you have received this communication in error, please destroy immediately and notify us by contacting the sender of this transmission.TREASURY CIRCULAR 230 DISCLOSURE:  This message is not intended or*

*written to be used, and cannot be used, for the purpose of tax advice or avoiding penalties under the Internal Revenue Code.*

---

**From:** Michael Johnson <MJohnson@rqn.com>
**Sent:** Thursday, May 1, 2025 3:03 PM
**To:** David LeBas <DLeBas@namanhowell.com>; Matthew Cannon <mcannon@rqn.com>; Jennifer Aucoin <jaucoin@namanhowell.com>; tom.riney@uwlaw.com; Hudson Jobe <hjobe@jobelawpllc.com>; cbird@kaplanjohnsonlaw.com; Butler, Lynn <lynn.butler@huschblackwell.com>; todd@farmerwright.com; Dallas Flick <dflick@cwl.law>; Illmer, Rick <rick.illmer@huschblackwell.com>; Todd J. Johnston <tjohnston@mcjllp.com>; Timothy T. Pridmore <tpridmore@mcjllp.com>; John H. Lovell <john@lovell-law.net>; mmerriott@mhba.com; Kent Ries <kent@kentries.com>; John Massouh <john.massouh@sprouselaw.com>; Josh Kundert <josh.kundert@sprouselaw.com>; abel@leal.law; amiller@cdmlaw.com; jim@bradburycounsel.com; Kyle Weldon <kyle@bradburycounsel.com>; Alan Dabdoub <adabdoub@lynnllp.com>; Matthew Muckleroy <mmuckleroy@cwl.law>; Michael Duncan <mduncan@namanhowell.com>
**Cc:** Heath Hendricks (heath.hendricks@uwlaw.com) <heath.hendricks@uwlaw.com>; Liz Beidoun <lbeidoun@RQN.COM>
**Subject:** RE: Consolidated Adversary Proceeding - No. 24-02007

Thank you David.  I agree it makes sense to see what Kent files before we make any long-term decisions.  In the interim, we appreciate the accommodation in moving our deadline to May 26 to correspond with Mechanics Bank.

Todd and Tim—May we have the same extension for our response to the Bo Robinson/2B Farms complaint?

On a somewhat related note, I spoke with Sean Johnstone.  While he does not have any current business planned in the panhandle area he is willing to travel to Amarillo for his deposition if the parties will reimburse travel expenses (maybe one night hotel and travel mileage).  He is generally available in June other than June 11-14.  I also may want to depose Bo Robinson and one or two folks from HTLF so perhaps we can find 3-4 days in June for additional depositions.  Thoughts?

**Michael Johnson | Ray Quinney & Nebeker P.C.** | 36 South State Street, Suite 1400 | Salt Lake City, Utah 84111
Direct: +1 (801) 323-3363 | Facsimile: +1 (801) 532-7543 | www.rqn.com | vCard
This email is from a law firm and may contain privileged or confidential information.  Any unauthorized disclosure, distribution, or other use of this email and its contents is prohibited.  If you are not the intended recipient, please contact the sender and delete this email. Thank you.

**From:** David LeBas <DLeBas@namanhowell.com>
**Sent:** Thursday, May 1, 2025 1:00 PM
**To:** Matthew Cannon <mcannon@rqn.com>; Jennifer Aucoin <jaucoin@namanhowell.com>; tom.riney@uwlaw.com; Hudson Jobe <hjobe@jobelawpllc.com>; cbird@kaplanjohnsonlaw.com; Butler, Lynn <lynn.butler@huschblackwell.com>; todd@farmerwright.com; Dallas Flick <dflick@cwl.law>; Illmer, Rick <rick.illmer@huschblackwell.com>; Todd J. Johnston <tjohnston@mcjllp.com>; tpridmore@mcjllp.com; John H. Lovell <john@lovell-law.net>; mmerriott@mhba.com; Kent Ries <kent@kentries.com>; John Massouh <john.massouh@sprouselaw.com>; Josh Kundert <josh.kundert@sprouselaw.com>; abel@leal.law; amiller@cdmlaw.com; jim@bradburycounsel.com; Kyle Weldon <kyle@bradburycounsel.com>; Alan Dabdoub <adabdoub@lynnllp.com>; Matthew

003

Muckleroy <mmuckleroy@cwl.law>; Michael Duncan <mduncan@namanhowell.com>>
**Cc:** Michael Johnson <MJohnson@rqn.com>; Heath Hendricks
(heath.hendricks@uwlaw.com) <heath.hendricks@uwlaw.com>; Liz Beidoun
<lbeidoun@RQN.COM>
**Subject:** RE: Consolidated Adversary Proceeding - No. 24-02007

Matt,

Plaintiffs and Intervenors respectfully decline to submit the proposed stipulation
and order.  If and when the Trustee files a motion, we will respond.

We are willing to agree to extend Rabo's deadline to answer or otherwise
respond to our Complaint, currently set for May 2, 2025, pursuant to the Order
signed April 11, 2025 (doc. 109) to May 26. This would conform to the date
currently set for Mechanics Bank to respond (see doc. 110).

**David L. LeBas**
Naman Howell Smith & Lee, PLLC
8310 N. Capital of Texas Highway, Suite 490
Austin, Texas 78731 │ 512.807.2460 │ 806.679.6641 *cell* │ 512.474.1901 *fax*
dlebas@namanhowell.com

**From:** Matthew Cannon <mcannon@rqn.com>
**Sent:** Wednesday, April 30, 2025 3:04 PM
**To:** David LeBas <DLeBas@namanhowell.com>; Jennifer Aucoin
<jaucoin@namanhowell.com>; tom.riney@uwlaw.com; Hudson Jobe
<hjobe@jobelawpllc.com>; cbird@kaplanjohnsonlaw.com; Butler, Lynn
<lynn.butler@huschblackwell.com>; todd@farmerwright.com; Dallas Flick
<dflick@cwl.law>; Illmer, Rick <rick.illmer@huschblackwell.com>; Todd J. Johnston
<tjohnston@mcjllp.com>; tpridmore@mcjllp.com; John H. Lovell <john@lovell-
law.net>; mmerriott@mhba.com; Kent Ries <kent@kentries.com>; John Massouh
<john.massouh@sprouselaw.com>; Josh Kundert <josh.kundert@sprouselaw.com>;
abel@leal.law; amiller@cdmlaw.com; jim@bradburycounsel.com; Kyle Weldon
<kyle@bradburycounsel.com>; Alan Dabdoub <adabdoub@lynnllp.com>; Matthew
Muckleroy <mmuckleroy@cwl.law>; Michael Duncan <mduncan@namanhowell.com>
**Cc:** Michael Johnson <MJohnson@rqn.com>; Heath Hendricks
(heath.hendricks@uwlaw.com) <heath.hendricks@uwlaw.com>; Liz Beidoun
<lbeidoun@RQN.COM>
**Subject:** Consolidated Adversary Proceeding - No. 24-02007

Counsel:

Please find attached hereto for your consideration a draft Stipulated Motion for Order
Establishing Deadlines and a proposed order.

In short, the Stipulated Motion/Order sets deadlines in connection with the Trustee's
forthcoming motion on standing (what claims belong to the estate) and stays
pleadings/responses/etc. pending resolution of the motion. (Depositions are to move
forward.)

Specifically, the proposed order provides for the Trustee to file his motion by **May 9**,
responses filed by **May 28**, and any reply filed **June 11**.

004

Given the likely ramifications of the Trustee's motion, we believe the proposed schedule makes sense on a lot of levels and will save the parties significant time and money in the long run. Please let us know if you would be willing to stipulate to the filing of the attached, and please do so by tomorrow (Thursday) so that Rabo (and any other party working on responses to the current pleadings) will know whether they will need to file their motions to dismiss and/or other response/Answer on Friday. Thank you.

Regards,

Matt

**Matthew Cannon | Ray Quinney & Nebeker P.C.** | 36 South State Street, Suite 1400 | Salt Lake City, Utah 84111
Direct: +1 (801) 323-3364 | Facsimile: +1 (801) 532-7543 | www.rqn.com| vCard
This email is from a law firm and may contain privileged or confidential information.  Any unauthorized disclosure, distribution, or other use of this email and its contents is prohibited.  If you are not the intended recipient, please contact the sender and delete this email. Thank you.

## Disclaimer

Important/Confidential: This communication and any files or documents attached to it are intended only for the use of the person or entity to which it is addressed. It contains information that may be privileged, confidential and exempt from disclosure under applicable law. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you are not the intended recipient of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited. If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.

---

<Stipulation on RAF's Response Deadline to Complaint and TPC.docx>

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

*** DRAFT OF 4-30-25 ***

UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN:
240556451
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: tom.riney@uwlaw.com
Email: heath.hendricks@uwlaw.com

--and--

Michael R. Johnson (*Pro Hac Vice*)
Matthew M. Cannon (*Pro Hac Vice*)
Austin C. Nate (*Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
Email:  mjohnson@rqn.com
Email:  mcannon@rqn.com
Email:  anate@rqn.com

*Attorneys for Rabo AgriFinance LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| In re:<br><br>MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.<br><br>    Debtors. | CASE NO. 23-20084-rlj7<br>Chapter No. 7<br><br>(Jointly Administered Cases) |

1

*** DRAFT OF 4-30-25 ***

| | |
|---|---|
| In re:<br><br>2B FARMS, a Texas General Partnership, et al.,<br><br>      Debtors.<br><br>AGTEXAS FARM CREDIT SERVICES, AGTEXAS, PCA and THORLAKSON DIAMOND T FEEDERS, LP,<br><br>      Plaintiffs,<br><br>EDWARD DUFURRENA et al.,<br><br>      Intervenor Plaintiffs,<br><br>v.<br><br>RABO AGRIFINANCE LLC et al.,<br><br>      Defendants. | CASE NO. 23-50096-rlj12<br>Chapter No. 12<br><br>(Jointly Administered Cases)<br><br><br><br><br>ADVERSARY NO. 24-02007-rlj<br><br>(Consolidated Adversary Proceeding) |
| HTLF BANK, as successor to FIRST BANK & TRUST,<br><br>      Plaintiff, Counter-Defendant, and Cross-Claim Defendant,<br><br>v.<br><br>2B FARMS, a Texas General Partnership, TERRY M. ROBINSON, and REBECCA A. ROBINSON,<br><br>      Defendants, Counterclaim-Plaintiffs, Third-Party Plaintiffs and Third-Party Counterclaim Defendants,<br><br>v. | ADVERSARY NO. 24-02007-rlj<br><br>(Consolidated Adversary Proceeding) |

2

*** DRAFT OF 4-30-25 ***

| RABO AGRIFINANCE LLC and MECHANICS BANK, <br><br>     Third-Party Defendants and, as to Rabo AgriFinance LLC only, Third-Party Counterclaim Plaintiff and Cross-Claim Plaintiff. | |
|---|---|

## STIPULATED MOTION FOR ENTRY OF ORDER ESTABLISHING DEADLINES ADDRESSING FILING AND BRIEFING OF TRUSTEE'S FORTHCOMING MOTION TO INTERVENE AND ABATE, AND OTHER CORRESPONDING DEADLINES

Defendant Rabo AgriFinance LLC ("**Rabo**"), Defendant HTLF Bank, as successor to First Bank & Trust ("**HTLF**"), Defendant Mechanics Bank ("**Mechanics**" and, together with Rabo and HTLF, "**Defendants**"), Plaintiffs 2B Farms, Terry M. Robinson, and Rebecca A. Robinson (collectively, "**2B Farms**"), Plaintiffs AgTexas Farm Credit Services, AgTexas, PCA ("**AgTexas**"), Thorlakson Diamond T Feeders, LP ("**Thorlakson**"), and Intervenors Dennis Buss, Buss Family Trust, Eddie Bryant, Robert E. Gray, Ronnie Gray, Gray Brothers, Steven Ryan, Janice Lawhon, AJ Jacques Living Trust, Gungoll Cattle, LLC, Leah Gungoll, Morrison Cafe, LLC, Gary Lesh, Jan Lesh, Lesh Family Trust, Jared Lesh, Jordan Lesh, LLC, Joel Brookshire, Gene Brookshire Family, LP, Douglas Finley, Scarlet and Black Cattle, LLC, Bryan Blackman, Steve T. Scott Farm, Inc., Scott Livestock Company, Inc., Arnold Braun Trust, Robert Braun, Jim Rininger, Robert Spring, Michael Evans, Miranda Evans, Charles Lockwood, Cole Lockwood, Sherle Lockwood, Nikki Lockwood, Lynda Van Buskirk, Janet Van Buskirk, Colby Van Buskirk, Susan Van Buskirk, Jimmy Greer, Dustin Johnson, and Dora Blackman (collectively,

*** DRAFT OF 4-30-25 ***

"**Intervenors**" and, together with 2B Farms, AgTexas, and Thorlakson "**Plaintiffs**"), and Kent Ries, Chapter 7 Trustee of the McClain Debtors (the "**Trustee**"), all through their respective counsel, hereby file this *Stipulated Motion for Entry of Order Establishing Deadlines Addressing the Filing and Briefing of Trustee's Forthcoming Motion to Intervene and Abate, and Other Corresponding Deadlines* (the "**Stipulated Motion**"). The Plaintiffs, Defendants, and Trustee shall collectively be referred to herein as the "**Parties**."

## INTRODUCTION

The Parties respectfully request that the Court enter the attached Order Establishing Deadlines to address the deadlines related to the critical and consequential issue of what claims belong to the Trustee. Resolution of this issue will have an enormous impact not only on this consolidated adversary proceeding, but on nearly every proceeding in or stemming from the Jointly Administered bankruptcy cases before the Court (collectively, the "**McClain Cases**").

## RELEVANT FACTS

1.      The McClain Cases are comprised of the following:

    a.   The Jointly Administered Chapter 7 Case No. 23-20084 (the "**McClain Bankr Cases**") of the "**McClain Debtors**," comprised of

       i.   *McClain Feed Yard, Inc.* (Case No. 23-20084);
      ii.   *McClain Farms, Inc.* (Case No. 23-20085);
    iii.   *7M Cattle Feeders, Inc.* (Case No. 23-20086).

    b.   The above-captioned Consolidated Adversary Proceeding No. 25-02007 (the "**Consolidated Adversary Proceeding**") comprised of

       i.   *HTLF Bank v. 2B Farms et al.*, (Adv. Proc. No. 23-05002) (as part of the Jointly Administered Chapter 12 Case No. 23-50096, *In re 2B Farms, et al.* ("**In re 2B Farms**"));

4

*** DRAFT OF 4-30-25 ***

ii.  *HTLF v. 2B Farms et al. v. Rabo AgriFinance LLC et al.* (Adv. Proc.
No. 23-05002) (as part of In re 2B Farms);

iii.  *AgTexas Farm Credit Services, et al. v. Rabo AgriFinance LLC et. al.*
(Adv. Proc. No. 23-05002) (as part of McClain Bankr Cases).

c.  The case *Ries v. Community Financial Services Bank et el.,* Adversary
Proceeding No. 25-02005 (the "**Trustee v Banks Case**").

d.  The case *Ries v. Angela Robinson et al.*, Adversary Proceeding No. 25-02003
(the "**Trustee v Investors Case**").

e.  The case *Rabo AgriFinance LLC v. Acey Livestock, LLC et al.*, Adversary
Proceeding No. 23-02005 (the "**Dealer Trust Case**").

2.    The consolidation of the three actions comprising the Consolidated Adversary
Proceeding occurred in August 2024, and was in response to a motion filed by the Trustee in May
2024. (*See Motion to Consolidate and Abate filed by Kent Ries, Chapter 7 Trustee of the McClain
Debtors, and Alternatively Trustee's Motion to Intervene and in the Further Alternative, Motion
to Enforce Automatic Stay* (the "**Trustee's First Motion**") (Dkt. 32); Court's Order dated August
27, 2024 (the "**Consolidation Order**") (Dkt. 65).)

3.     As outlined in the Trustee's First Motion, consolidation and abatement were
appropriate because many of the claims that had been asserted in the three yet-to-be-consolidated
cases were claims that that the Trustee argued belonged to the McClain estate/Trustee and could
only be asserted by the Trustee. (*See generally* Trustee's First Motion.)

4.    The Consolidation Order acknowledges that "the Trustee is asking the Court to
abate these proceedings while he continues to investigate potential McClain *estate* causes of
action, which may well overlap with the charges made within the two adversary proceedings."
(Consolidation Order at 9.)

010

*** DRAFT OF 4-30-25 ***

5.      The Court granted this request and abated the consolidated action for 120 days. (*Id.* at 12, 15.)

6.      As to the issue of what claims belonged to the Trustee, the Court stated:

As the pleadings presently stand—where the McClain Debtors are not parties to either adversary proceeding—the Court is reluctant to decide if and which specific causes *might* belong to the McClain Debtors' bankruptcy estates. Relief is not sough against the McClain Debtors. Unless and until the Trustee actually intervenes and asserts actions with overlapping facts *on behalf of the estate*, the Court cannot definitively determine the ownership and rightful party to pursue such actions. The Court is *not* prepared to decide that plaintiffs, as primary plaintiff of by counterclaim or cross action, *cannot* bring the actions they assert here.

(*Id.* at 11-12.)

7.      Therefore, the Court denied without prejudice to reurging the Trustee's request to intervene and to enforce the stay in connection with the estate's purported ownership of the claims. (*Id.* at 15.)

8.      On March 14, 2025, Plaintiffs filed in the Consolidated Adversary Proceeding amended pleadings, respectively, containing claims against the Defendants for negligence, knowing participation in breach of fiduciary duties, civil conspiracy, and fraudulent transfer, among others. (*See Plaintiffs' and Intervenors' Original Federal Complaint Amending and Consolidating their State Court Petitions* (the "**AgTexas Complaint**") (Dkt. 103); *2B Farms, a Texas General Partnership, Terry M. Robinson and Rebecca A. Robinson's Second Amended Third-Party Complaint Also Amending and Consolidating Removed State Court Counterclaims Against HTLF Bank* ("**2B Complaint**") (Dkt. 104)).

011

*** DRAFT OF 4-30-25 ***

9.      Also on March 14, 2025, the Trustee filed in the Trustee v Banks Case *Trustee's Original Adversary Complaint* (the "**Trustee Complaint**") (Trustee v Banks Case Dkt. 1), wherein the Trustee asserted claims against the Bank Defendants for negligence, knowing participation in breach of fiduciary duties, civil conspiracy, and fraudulent transfer, among others.

10.     The claims against Defendants in both the Consolidated Adversary Proceeding and in the Trustee v Banks Case are based largely on the same purported facts. (*Compare* 2B Complaint & AgTexas Complaint *with* Trustee Complaint.)

11.     The Trustee intends to soon file in this Consolidated Adversary Proceeding a motion (the "**Trustee's Second Motion**") to specifically address who "owns" the claims that have been asserted (or could be asserted) in the Consolidated Adversary Proceeding.

12.     The Trustee has committed to filing Trustee's Second Motion by no later than May 9, 2025.

## ARGUMENT

The filing, briefing, and resolution of the forthcoming Trustee's Second Motion—which motion addresses the crucial question of who may assert what claims—will have an enormous impact on the claims, parties, and future proceedings in the Consolidated Adversary Proceeding, as well as other McClain Cases.

As this Court is likely keenly aware, in deciding "[w]hether the bankruptcy estate or a creditor can pursue a claim against third parties," courts "focus on whether the creditor has suffered a direct injury or one that is derivative of an injury to the debtor." *In re Buccaneer Res., LLC*, 912 F.3d 291, 293 (5th Cir. 2019). "If the harm to the creditor comes about only because of harm to

7

*** DRAFT OF 4-30-25 ***

the debtor, then its injury is derivative, and the claim is property of the estate." *Id.* But if a claim "does not flow from injury to the debtor," then it belongs to the creditor. *Id.* This is so even where the unlawful conduct also harms the debtor—meaning that in some instances, "the estate and a creditor may have separate claims against a third party arising out of the same events." *Id.* And the same is true even if the creditor alleges a claim that "could be brought by a number of creditors, instead of just one." *In re Seven Seas Petroleum, Inc.*, 522 F.3d 575, 588 (5th Cir. 2008). Rather, the analysis simply turns on whether the alleged injury "stem[s] from the depletion of estate assets." *Id.* at 295. If a claim belongs to the bankruptcy estate, then the bankruptcy trustee (or other estate representative, including a DIP) has *exclusive* standing to assert that claim. *Id.* at 584.

The case law is replete with examples of estate-exclusive claims. For instance, where a third party lured the debtor into transferring its assets, the injured creditors could not sue even though they had "reduced bankruptcy recovery"; only the estate could. *Id.* at 294 (discussing *In re Lothian Oil, Inc.*, 531 F. App'x 428, 439–40 (5th Cir. 2013)). Similarly, only the estate could sue a "bank for aiding the debtor's managers to encumber the debtor's assets with new liens." *Id.* (discussing *In re R.E. Loans*, 2013 WL 1265205, at *5 (N.D. Tex. Mar. 28, 2013)). And where third parties were alleged to have mismanaged the debtor to the creditor's detriment, again, the claim against the third parties "belong[ed] exclusively to the estate." *In re Educators Grp. Health Tr.*, 25 F.3d 1281, 1284–85 (5th Cir. 1994).

The Parties expect that the filing and subsequent briefing of the Trustee's Second Motion will provide the Court with the facts and law necessary to rule on this issue and otherwise provide critical guidance on how to most efficiently move forward in the McClain Cases. Indeed, the

*** DRAFT OF 4-30-25 ***

Court's ruling could result in potential further consolidations, interventions, abatements and/or dismissal of estate claims, bifurcation/severance of claims, etc., and whether creditors can or should be abated or enjoined from pursuing their own claims (and for how long such abatement should occur). Accordingly, the Parties respectfully request the Court to enter the enclosed Order Establishing Deadlines providing that, among other things, the Trustee will file his Trustee's Second Motion by no later than May 9, 2025, with full briefing on the motion to occur by June.

## **CONCLUSION**

For the reasons outlined above, the Parties respectfully ask the Court to enter the enclosed Order Establishing Deadlines.

DATED:  May 1, 2025.

> UNDERWOOD LAW FIRM, P.C.
> Thomas C. Riney, SBN: 16935100
> W. Heath Hendricks, SBN: 240556451
> 500 South Taylor, Suite 1200, LB 233
> Amarillo, Texas 79101
> Telephone: (806) 376-5613
> Facsimile: (806) 379-0316
> Email: tom.riney@uwlaw.com
> Email: heath.hendricks@uwlaw.com
>
> RAY QUINNEY & NEBEKER P.C.
> Michael R. Johnson *(Pro Hac Vice)*
> 36 South State, Suite 1400
> Salt Lake City, UT 84111
> Telephone:  (801) 532-1500
> Facsimile:  (801) 532-7543
> Email:  mjohnson@rqn.com
>
> */s/ Michael R. Johnson*
> Michael R. Johnson
> *Attorneys for Rabo AgriFinance LLC*

9

*** DRAFT OF 4-30-25 ***

[ADD SIGNATURES FOR ALL PARTIES]

015

*** DRAFT OF 4-30-25 ***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 1, 2025, the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which sent notice of electronic filing to all electronic filing users in this case.

*/s/ Michael R. Johnson*
Michael R. Johnson

1707100

*** DRAFT OF 4-30-25 ***

UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN: 240556451
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: tom.riney@uwlaw.com
Email: heath.hendricks@uwlaw.com

--and--

Michael R. Johnson (*Pro Hac Vice*)
Matthew M. Cannon (*Pro Hac Vice*)
Austin C. Nate (*Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
Email:  mjohnson@rqn.com
Email:  mcannon@rqn.com
Email:  anate@rqn.com

*Attorneys for Rabo AgriFinance LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| In re:<br><br>MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.<br><br>     Debtors. | CASE NO. 23-20084-rlj7<br>Chapter No. 7<br><br>(Jointly Administered Cases) |

1

017

*** DRAFT OF 4-30-25 ***

| | |
|---|---|
| In re:<br><br>2B FARMS, a Texas General Partnership, et al.,<br><br>     Debtors.<br><br>AGTEXAS FARM CREDIT SERVICES, AGTEXAS, PCA and THORLAKSON DIAMOND T FEEDERS, LP,<br><br>     Plaintiffs,<br><br>EDWARD DUFURRENA et al.,<br><br>     Intervenor Plaintiffs,<br><br>v.<br><br>RABO AGRIFINANCE LLC et al.,<br><br>     Defendants. | CASE NO. 23-50096-rlj12<br>Chapter No. 12<br><br>(Jointly Administered Cases)<br><br><br><br><br><br>ADVERSARY NO. 24-02007-rlj<br><br>(Consolidated Adversary Proceeding) |
| HTLF BANK, as successor to FIRST BANK & TRUST,<br><br>     Plaintiff, Counter-Defendant, and Cross-Claim Defendant,<br><br>v.<br><br>2B FARMS, a Texas General Partnership, TERRY M. ROBINSON, and REBECCA A. ROBINSON,<br><br>     Defendants, Counterclaim-Plaintiffs, Third-Party Plaintiffs and Third-Party Counterclaim Defendants,<br><br>v. | ADVERSARY NO. 24-02007-rlj<br><br>(Consolidated Adversary Proceeding) |

018

*** DRAFT OF 4-30-25 ***

| | |
|---|---|
| RABO AGRIFINANCE LLC and MECHANICS BANK, <br><br> Third-Party Defendants and, as to Rabo AgriFinance LLC only, Third-Party Counterclaim Plaintiff and Cross-Claim Plaintiff. | |

## ORDER ESTABLISHING DEADLINES ADDRESSING FILING AND BRIEFING OF TRUSTEE'S FORTHCOMING MOTION TO INTERVENE AND ABATE, AND OTHER CORRESPONDING DEADLINES

Before the Court is the *Stipulated Motion for Order Establishing Deadlines Addressing the Filing and Briefing of Trustee's Forthcoming Motion to Intervene and Abate, and Other Corresponding Deadlines* (the "**Stipulated Motion**"), which motion was stipulated to by all parties in this Consolidated Adversary Proceeding as well as Kent Ries, Chapter 7 Trustee of the McClain Debtors (the "**Trustee**").

The Court, having considered the Stipulated Motion, and good cause appearing, hereby **GRANTS** the Stipulated Motion.

**IT IS HEREBY ORDERED** that the following deadlines apply and supersede all prior or pending deadlines insofar as those deadlines are inconsistent:

1. The Trustee shall file the Trustee's Second Motion (as that motion is described in the Stipulated Motion) on or before **May 9, 2025**.

2. Responses to the Trustee's Second Motion shall be filed on or before **May 28, 2025**.

3. Any reply by the Trustee shall be filed by **June 11, 2025**.

*** DRAFT OF 4-30-25 ***

    4.      All other deadlines, including those for responding to the current pleadings and/or

motions to dismiss such pleadings, are stayed pending resolution of the Trustee's Second Motion.

    5.      Within ten days after the Court's ruling on the Trustee's Second Motion, the Parties

are to submit to the Court a proposed schedule for the filing and/or amending of pleadings, and

corresponding response deadlines.

    DATED:  May 1, 2025.

BY THE COURT:


*/s/*_____


[ADD SIGNATURES FOR ALL PARTIES – APPROVED AS TO FORM]

020

*** DRAFT OF 4-30-25 ***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 1, 2025, the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which sent notice of electronic filing to all electronic filing users in this case.

*/s/ Michael R. Johnson*
Michael R. Johnson

1707373

021

**EXHIBIT C**

## McClain Bankruptcy[1] Adversary Proceedings

| Cause No. | Filed Date | Plaintiffs | Defendants | Description |
|---|---|---|---|---|
| 24-02007-swe (consolidated) | 4/21/2023 | AgTexas, Thorlakson, Intervenors | Rabo AgriFinance, Mechanics, HTLF, Ragland, Goad | Claims against banks, others, for missing cattle |
| | 7/13/2023 | HTLF<br>2B Farms, Robinsons (as counter/third-party pltfs) | 2B Farms, Robinsons, Rabo, Mechanics | HTLF claims based on debt owed by Robinsons |
| | 7/13/2023 | HTLF | 2B Farms, Terry Robinson, Angela Robinson | HTLF claims based on debt owed by Robinsons |
| 25-02003-swe | 3/2/2025 | Bankruptcy Trustee | Numerous | Trustee's fraudulent transfer/ preference/ subordination claim |
| 25-02005-swe | 3/14/2025 | Bankruptcy Trustee | Rabo AgriFinance, Mechanics, HTLF, Community Financial Services Bank | Trustee's claim against the banks |
| 23-02005-swe[2] | 11/27/2023 | Rabo AgriFinance | Acey Livestock et al | Rabo Dec Action on Dealer Trust |

---

[1] The McClain bankruptcies are jointly administered under 23-20084-swe7.  The Robinson/2B Farms bankruptcies are jointly administered under 23-50096-swe12.

[2] Not involved in motions to dismiss.