HUDSON M. JOBE
JOBE LAW PLLC
6060 NORTH CENTRAL EXPRESSWAY,
SUITE 500
DALLAS, TEXAS 75206

ALAN DABDOUB
LYNN PINKER HURST & SCHWEGMANN LLP
2100 ROSS AVENUE, SUITE 2700
DALLAS, TEXAS 75201

SPECIAL COUNSEL TO THE KENT RIES,
TRUSTEE OF THE MCCLAIN DEBTORS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| McClain Feed Yard, Inc., et al., | § | Case No. 23-20084-swe7 |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |
| | § | |
| In re: | § | |
| | § | |
| 2B Farms, a Texas General Partnership, et al., | § | Case No. 23-50096-swe12 |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |

AgTexas Farm Credit Services, AgTexas, PCA, Thorlakson Diamond T Feeders, LP,

      Plaintiffs,

Edward Dufurrena, et al.,

      Intervenor-Plaintiffs,

v.

Rabo AgriFinance, LLC, et al.,

      Defendants.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

Adversary No. 24-02007-swe
Consolidated Adversary Proceeding

---

HTLF Bank, as successor to First Bank & Trust,

      Plaintiff, Counter-Defendant, and Cross-Claim Defendant,

v.

2B Farms, a Texas General Partnership, Terry M. Robinson, and Rebecca A. Robinson,

      Defendants, Counterclaim-Plaintiffs, Third-Party Plaintiffs and Third-Party Counterclaim Defendants,

v.

Rabo AgriFinance, LLC and Mechanics Bank,

      Third-Party Defendants and, as to Rabo AgriFinance LLC only, Third-Party Counterclaim Plaintiff and Cross-Claim Plaintiff.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

Adversary No. 24-02007-swe
Consolidated Adversary Proceeding

|  | |
|---|---|
| HTLF Bank, as successor to First Bank & Trust, | § § § |
| Plaintiff and Counter-Defendant, | § § § |
| v. | § § |
| 2B Farms, a Texas General Partnership, Terry M. Robinson, and Angela Robinson, | § § § § |
| Defendants and Counter-Plaintiffs. | § § |

**TRUSTEE'S EXHIBIT LIST FOR JUNE 12, 2025 HEARING ON PLAINTIFFS' EMERGENCY MOTION TO EXTEND DEADLINES TO RESPOND TO CERTAIN MOTIONS TO DISMISS AND TO CONTINUE ALL HEARINGS ON SAME [DKT. 160]**

Kent Ries, Trustee ("Trustee") of the Chapter 7 McClain bankruptcy cases (the "Bankruptcy Cases")[1] files this Exhibit List for June 12, 2025 hearing on Plaintiffs' Emergency Motion to Extend Deadlines to Respond to Certain Motions to Dismiss and to Continue All Hearings on Same [Dkt. 160] as follows:

1. The Trustee requests the Court to take judicial notice of all filings in the Debtors Bankruptcy Cases and related adversary proceedings, including but not limited to the following filings in Adversary No. 24-02002:

| 04/26/2024 | 22 (26 pgs; 3 docs) Joint Motion for remand filed by Plaintiffs AGTexas Farm Credit Services, AgTexas, PCA, Thorlakson Diamond T Feeders, LP (Attachments: # 1 Exhibit Exhibit 1 # 2 Exhibit Exhibit 2) (LeBas, David) |
|---|---|
| 05/24/2024 | 37 (27 pgs) Joint Response opposed to (related document(s): 22 Joint Motion for remand filed by Plaintiff AGTexas Farm Credit Services, Plaintiff AgTexas, PCA, Plaintiff Thorlakson Diamond T Feeders, LP) filed by Defendant Rabo AgriFinance, LLC. (Johnson, Michael) |
| 05/24/2024 | 38 (11 pgs) Response opposed to (related document(s): 22 Joint Motion for remand filed by Plaintiff AGTexas Farm Credit Services, Plaintiff AgTexas, PCA, |

[1] The debtors in the Chapter 7 cases for which Mr. Reis is Trustee are: McClain Feed Yard, Inc. (Case No. 23-20084-swe), McClain Farms, Inc. (Case No. 23-20085-swe), and 7M Cattle Feeders, Inc. (Case No. 23-20086-swe) (hereinafter the "McClain Debtors").

| | |
|---|---|
| | Plaintiff Thorlakson Diamond T Feeders, LP) filed by Defendant Mechanics Bank. (Illmer, Richard) |
| 06/07/2024 | 43 (18 pgs) Response opposed to (related document(s): 32 Motion to consolidate lead case 23-05002 with member case(s) 24-02002*(Motion to Consolidate and Abate Filed by Kent Ries, Chapter 7 Trustee of the McClain Debtors, and Alternatively Trustee's Motion to Intervene and in the Further Alternative, filed by Trustee Kent Ries) filed by Plaintiffs AGTexas Farm Credit Services, AgTexas, PCA, Thorlakson Diamond T Feeders, LP. (LeBas, David)* |
| 06/10/2024 | 44 (14 pgs) Response opposed to (related document(s): 32 Motion to consolidate lead case 23-05002 with member case(s) 24-02002*(Motion to Consolidate and Abate Filed by Kent Ries, Chapter 7 Trustee of the McClain Debtors, and Alternatively Trustee's Motion to Intervene and in the Further Alternative, filed by Trustee Kent Ries) filed by Defendant Rabo AgriFinance, LLC. (Johnson, Michael)* |
| 08/19/2024 | 52 (15 pgs) Order (1) granting trustee's motion to consolidate (with member case 5:2023-ap-5002-rlj) and to abate; (2) denying trustee's motions to intervene and to enforce stay; and (3) denying AgTexas's motion for remand (related document 22,32) Entered on 8/19/2024. (Kerr, S.) Modified on 8/20/2024 (Kerr, S.). |

Respectfully submitted,

*s/ Hudson M. Jobe*
Hudson M. Jobe
Texas Bar No. 24041189
**JOBE LAW PLLC**
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

**SPECIAL COUNSEL TO THE TRUSTEE**


Alan Dabdoub
State Bar No. 24056836
adabdoub@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:    214-981-3800
Facsimile:    214-981-3839

**SPECIAL COUNSEL TO THE TRUSTEE**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 12, 2005, a true and correct copy of the foregoing document was served by electronic transmission via the Court's CM/ECF system upon all parties in this adversary proceeding.

*/s/ Alan Dabdoub*
Alan Dabdoub