SAMPLE OF  PHYSICAL DELIVERY &
SALE OF CATTLE TO McCLAIN DOCUMENTS

**Exhibit**

**F**

exhibitsticker.com

APPX 0108



Dir 1 361 10        8269B0C.004  BNCF:0004414

Statement Date:  1/14/20                                    PAGE 3

Number:  558    Date:  12/16/2019
Amount:  $40000.00

PREPAID FEED

Dir 1 361 7          738/BUC.003  BNCF:0004091

Statement Date:  1/14/21                                    PAGE 2



Number:  661   Date:  12/29/2020
Amount:  $110681.49

4021-00000

PREPAID FEED

APPX 0110                          GCC000054

Dir 1 361 13          4712B0C.002 BNCF:0002645

Statement Date: 1/13/22                                    PAGE 3



Number: 731    Date: 12/28/2021
Amount: $85000.00

4021-00000

PREPAID FEED

```
                    RILEY LIVESTOCK COMPANY                         # 1
                         PO BOX 663
                      MAYFIELD, KY 42066
                      FAX 270-345-2309
                      OFFICE 270-345-2302
                   *********************
                   *   I N V O I C E   *
                   *********************
                         ( 00036 )
=====BILL TO======:  7984          =====SHIP TO======:  7361
     RININGER, JIM                      MCCLAIN FEEDLOT
     2616 S COUNTY RD 50W
     ROCKPORT, IN       47635           HERFORD TX          00000

     JUNE 28, 2012
========================= ======WEIGHT==== ========P R I C E==================
======  HEAD --------   -AVG-   -GROSS-   PER/LB   PER/HD  ====GROSS=========
     82     STRS         295     24,190    218.34   644.10   52,816.45
     =====                      ========                    ===========
      82                          24,190                      52,816.45
```

CERTIFICATION OF NON-PRODUCER STATUS FOR THE RESELLER CLAIMED ON****82
CATTLE PURSUANT TO 7CFR & 1260.116 AND 1260.314   D O   N O T   D E D U C T
THE 1.00 PER HEAD BEEF PROMOTION ASSESSMENT.    BEEF COUNCIL REGISTERED
NO. KY-O34        DATE:      JUNE 28, 2012  SIGNED ____J Smith____

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT
AN  TRANSFERRED ARE OF USA ORIGIN.  SIGNED____J. RILEY    DATE-6-28-12

CR. # 2532
6-29-12
$52,816.45

Sold    $56,023.21
  11-26-12

                                          56,023.21
                                          52,816.45
                                          ─────────
                                           3,206.76

                              Profit

DEPOSIT TICKET

JIMMIE T. RININGER
SHERRY D. RININGER
FARM ACCOUNT    PH. 812-649-2819
2616 S. CO ROAD 50 WEST
ROCKPORT, IN  47635

✓ ☐ CASH ➤
71-1423/839

#1

McClain
Feedyard

DATE  11-27-12
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

TOTAL FROM
OTHER SIDE ➤

SIGN HERE FOR CASH RECEIVED (IF REQUIRED) ★

SUB TOTAL ▷

FREEDOM
B A N K
2596 W. Ridgeway Dr.
PO Box 9
Rockport, IN 47635

Sold

★

★ LESS CASH
RECEIVED ▷

82-Head calves $  56,023.21,

42

---

MCCLAIN FEEDYARD
824 MULLINS LANE
BENTON, KY  42025

2888

Date  11-26-12

88-2579-1113

Pay to the
order of  Jim Rininger

$ 56023 ²¹

Fifty six thosand twenty three + ²¹                                    Dollars 🔒

LONE STAR STATE BANK
2599 74TH ST.
LUBBOCK, TEXAS 79423

For

NP

JR000002

#2

```
                    RILEY LIVESTOCK COMPANY
                         PO BOX 663
                      MAYFIELD, KY 42066
                      FAX 270-345-2309
                     OFFICE 270-345-2302
                    * * * * * * * * * * * * * * * * * * * *
                    *   I N V O I C E   *
                    * * * * * * * * * * * * * * * * * * * *
                         ( 00031 )
=====BILL TO======:   7984            =====SHIP TO======:   7361
    RININGER, JIM                         MCCLAIN FEEDLOT
    2616 S COUNTY RD 50W
    ROCKPORT, IN        47635            HERFORD TX            00000

NOVEMBER 14, 2012
==================== ======WEIGHT==== ========P R I C E=================
======  HEAD -------- -AVG-  -GROSS-  PER/LB  PER/HD ====GROSS=========
        34    HFRS     529    17,985  139.60  738.44  25,107.06
        48    STRS     529    25,370  149.94  792.50  38,039.78
        =====                ========                 ===========
        82                    43,355                   63,146.84
```

CERTIFICATION OF NON-PRODUCER STATUS FOR THE RESELLER CLAIMED ON****82
CATTLE PURSUANT TO 7CFR & 1260.116 AND 1260.314   D O   N O T   D E D U C T
THE 1.00 PER HEAD BEEF PROMOTION ASSESSMENT.     BEEF COUNCIL REGISTERED
NO. KY-034        DATE: NOVEMBER 14, 2012   SIGNED ___J. Smith_____

I ; EST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT
AND TRANSFERRED ARE OF USA ORIGIN.   SIGNED____J. RILEY      DATE-11-14-12

CR. # 2567
11-27-12
#63,146.84

$66,783.84
63,146.84
$3,637.00

Sold         #66,783.84        profet.
3-13-13

JR000003

2013-04-15 14:03        McClain Farms        1 270 527 2577 >>        2707859795 P 1/1

#2

| TOTAL SALES | $92,115.35 |
| TOTAL COST | $63,146.84 |
| FEED/YDG/MED | $21,694.51 |
| 1/2 PROFIT MCCLAIN | $3,637.00 |
| 1/2 PROFIT JIM | $3,637.00 |

APPX 0115

JR000004

#2

DEPOSIT TICKET
**JIMMIE T. RININGER**
**SHERRY D. RININGER**
FARM ACCOUNT PH. 812-649-2819
2616 S. CO ROAD 50 WEST
ROCKPORT, IN  47635

CASH ▶
71-1423/839

McClain

Feedyard  66,783.84

DATE 3-13-13

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

(OR TOTAL FROM OTHER SIDE)

SUB TOTAL ▶

SIGN HERE FOR CASH RECEIVED (IF REQUIRED)

FREEDOM Sold

* LESS CASH RECEIVED ▶

BANK
2596 W. Ridgeway Dr.
PO Box 9
Rockport, IN 47635

82- Hd. calves        $  66,783.84

---

3037

**MCCLAIN FEEDYARD**
824 MULLINS LANE
BENTON, KY  42025

Date 3-13-13        68-2579-1113

Pay to the
order of  Jm Rininger                                    $66,783.84

ixty-six-thousand-seven-hundred-eighty-three 84/100 Dollars

**LONE STAR STATE BANK**
2599 74TH ST.
LUBBOCK, TEXAS 79423

For settle for 82-Head calves    —Meagan McClain

JR000005

#3

```
              RILEY LIVESTOCK COMPANY
                    PO BOX 663
                 MAYFIELD, KY 42066
                 FAX 270-345-2309
                 OFFICE 270-345-2302
                 ********************
                 *   I N V O I C E   *
                 ********************
                      ( 00008 )
=====BILL TO======:  7984           =====SHIP TO======:  7361
   RININGER, JIM                        MCCLAIN FEEDLOT
   2616 S COUNTY RD 50W
   ROCKPORT, IN      47635              HERFORD TX           00000

     MARCH 11, 2013
=========================== ======WEIGHT==== ========P R I C E===================
      HEAD --------    -AVG-    -GROSS-   PER/LB   PER/HD ====GROSS=========
      108    HFRS      456      49,275    148.65   678.22  73,247.29
     =====                      ========                   ===========
      108                       49,275                      73,247.29
```

CERTIFICATION OF NON-PRODUCER STATUS FOR THE RESELLER CLAIMED ON***108
CATTLE PURSUANT TO 7CFR & 1260.116 AND 1260.314  D O  N O T  D E D U C T
THE 1.00 PER HEAD BEEF PROMOTION ASSESSMENT.    BEEF COUNCIL REGISTERED
NO. KY-034         DATE:    MARCH 11, 2013  SIGNED J. Smith

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT
AN  RANSFERRED ARE OF USA ORIGIN.  SIGNED____J. RILEY    DATE- 3-12-13

*Sold*
8-7-13    #77,784.10

77,784.10
73,247.29
—————
$ 4,536.81

*Profit*

JR000006

PREPARED BY

DATE

# 3

Sales   110900 $^{84}$ - 106

Feed sads   28579 $^{93}$

Profit   9023 $^{64}$   ÷2   4536 $^{81}$

cost   73247 $^{29}$

106 hd

APPX 0118

JR000007

#3

McClain
Feedyard

8-7-13

Settle on
108 Hd. calves          $   77,784.10

████████████

MCCLAIN FEEDYARD

Jim Rininger                          8-7-13

Seventy-seven thousand-seven-hundred-eighty four  $ 77,784.10/100

LONE STAR STATE BANK

settle on   108 head calves

████████████

5 math

108 hd
avg wt 456
3/11/13 Bought
8/7/13 Sold

avg wt 2 lb per day

172 247.29 cost

JR000008

2013-08-12 11:53        Riley Livestock              2703453120 >>          2707859795 P 2/2

*Group # 4*

RILEY LIVESTOCK COMPANY
PO BOX 663
MAYFIELD, KY 42066
FAX 270-345-2309
OFFICE 270-345-2302
********************
*    I N V O I C E    *
********************
( 00069 )

=====BILL TO======:  7984                    =====SHIP TO======:  7361
   RININGER, JIM                                 MCCLAIN FEEDLOT
   2616 S COUNTY RD 50W
   ROCKPORT, IN        47635                     HERFORD TX              00000

   AUGUST 12, 2013

| HEAD | | WEIGHT -AVG- | -GROSS- | PRICE PER/LB | PER/HD | GROSS |
|------|------|------|------|------|------|------|
| 118 | HFRS | 425 | 50,185 | 152.09 | 646.83 | 76,326.37 |
| 118 | | | 50,185 | | | 76,326.37 |

CERTIFICATION OF NON-PRODUCER STATUS FOR THE RESELLER CLAIMED ON***118
CATTLE PURSUANT TO 7CFR & 1260.116 AND 1260.314  D O    N O T    D E D U C T
THE 1.00 PER HEAD BEEF PROMOTION ASSESSMENT.      BEEF COUNCIL REGISTERED
NO. KY-034        DATE:   AUGUST 12, 2013  SIGNED_____

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT
P*** TRANSFERRED ARE OF USA ORIGIN.   SIGNED_____ J. RILEY      DATE 8-12-13

CR. # 2647
8-12-13
# 76,326.37

Sold
1-10-14
# 126,188.24

# 2649

# 126,188.24
115,502.55
½ 10,685.69

profit - 5,342.22

JR000009

Sales       $126188^{24}$

Cost        $76326^{32}$

Feed/Meds   $39176^{18}$

Profit      $10685^{69}$

1/2 Profit  $5342^{85}$

# 4

group

sold

JR000010

RILEY LIVESTOCK COMPANY
PO BOX 663
MAYFIELD, KY 42066
FAX 270-345-2309
OFFICE 270-345-2302
*********************
*   I N V O I C E   *
*********************
( 00084 )

*Group 5*

=====BILL TO======:   7984                    =====SHIP TO======:   7984
   RININGER, JIM                                 RININGER, JIM
   2616 S COUNTY RD 50W                          2616 S COUNTY RD 50W
   ROCKPORT, IN          47635                   ROCKPORT, IN          47635

OCTOBER 10, 2013                                                                2

| HEAD | | -AVG- | -GROSS- | PER/LB | PER/HD | ====GROSS========= |
|------|------|-------|---------|--------|--------|--------------------|
| 15 | HFRS | 550 | 8,247 | 130.66 | 718.36 | 10,775.40 |
| 15 | | | 8,247 | | | 10,775.40 |

CERTIFICATION OF NON-PRODUCER STATUS FOR THE RESELLER CLAIMED ON****15
CATTLE PURSUANT TO 7CFR & 1260.116 AND 1260.314  D O   N O T   D E D U C T
THE 1.00 PER HEAD BEEF PROMOTION ASSESSMENT.      BEEF COUNCIL REGISTERED
NO. KY-034        DATE:  OCTOBER 10, 2013  SIGNED _____

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT
AND TRANSFERRED ARE OF USA ORIGIN.  SIGNED_____ J. RILEY      DATE-10-10-13

*CR. # 2653*
*10-12-13*
*$10,775.40*

*Sold - 11,820.74*
*Cost - 10,775.40*
*1,045.34*

*Thank you*

#5

Cost 10775 $^{40}$

Sales 16178 $^{10}$

Feed 3312                    11820 $^{74}$

Profit 2090 $^{70}$

½ 1045 $^{35}$

Bought Oct. 10 2013

JR000012

APPX 0123

DEPOSIT TICKET

**JIMMIE T. RININGER**
**SHERRY D. RININGER**
FARM ACCOUNT
2616 S. CO RD. 50 W
ROCKPORT, IN 47635

☑ CASH ▷
71-1423/839

DATE 2-25-14
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED) ★

FREEDOM
BANK
2596 W. Ridgeway Dr.
PO Box 9
Rockport, IN 47635

McClain
Feedyard

#5

SUB TOTAL ▷

★ LESS CASH ▷
RECEIVED

Sold calves $ 11,820.74

---

3624

**MCCLAIN FEEDYARD INC**
824 MULLINS LANE
BENTON, KY 42025

Date 2-24-14          88-2579-1113

Pay to the
order of   Jim Rininger                                   $ 11820 74

eleven thousand eight hundred twenty + 74/100 ____ Dollars 🔒

**LONE STAR STATE BANK**
2599 74TH ST.
LUBBOCK, TEXAS 79423

Meagan Powell          MP

For _____

05/20 ... FAX 580-662-2008 Austin Cattle Co --- AND RILEY 001/001



# AUSTIN CATTLE COMPANY
### Bonded Livestock Dealer & Order Buyer

No: 54107

32420 E. 2020 Road · Ringling, Oklahoma 73456
Phone 580-662-2230 · FAX 580-662-2008

Ronnie Austin 580-662-2230     Established 1971     Stanley Austin 580-504-2660

SOLD TO Sherle Lockwood      6-20 2021

ADDRESS _____

Note # 1002139

| NO. HEAD | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|
| 151 | Steers | 72,800 | | 118,248.62 |

SHERLE OR CHARLES LOCKWOOD    5180
29730 E 1960 ROAD
RINGLING OK 73456    DATE 8-30-21
PAY TO THE ORDER OF Van Bushel Trucking   $2,700.00
Two thousand seven hundred dollars
AMERICAN NATIONAL BANK
MEMO freight    Sherle Lockwood
380010 5180

Acct #380010, Check #5180, 9/10/2021, $2,700.00

| | | TOTALS | 72,800 | | 118,248.62 |

Average Price 162⁴³   793¹⁰ Allen

Average Weight 482

| | | |
|---|---|---|
| Commission | $ | |
| Feed | $ | |
| Medicine | $ | |
| Gathering | $ | |
| Fre | | |

Due Nov. 20-21

Ext. Due Date

Sold 12-20-2021
F 142,793³¹
on Exhibit

sent to McClain Farms yard in August 2021

Freight check # 5180 paid 8/30/21

APPX 0125

03/19/2020 FRI 9:04 FAX 5806622008 Austin Cattle Co ANB Rley Ⓩ001/001



# AUSTIN CATTLE COMPANY
## Bonded Livestock Dealer & Order Buyer

No: 52565

32420 E. 2020 Road · Ringling, Oklahoma 73456
Phone 580-662-2230 · FAX 580-662-2008

Ronnie Austin 580-662-2230   Established 1971   Stanley Austin 580-504-2660

SOLD TO _Cole Lockwood_____   3-13  20 20

ADDRESS _____

Note # 1000134

| NO. HEAD | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|
| 95 | Strs | 43945 | | 70680.72 |

COLE LOCKWOOD
CHARLES LOCKWOOD
(580) 512-9550
30789 E 1920 RD
RINGLING, OK 73456

1819
86-296/1031

9/29/2020 DATE

PAY TO THE ORDER OF _VanBusKick Trucking_   $ 744 61/100

_Seven hundred fourty four dollars and 61/100_ DOLLARS

AMERICAN NATION BANK
WWW.BANKANB.COM

FOR _Trucking_   _Cole Lockwood_

⑈103103960⑈ 366733⑈ 01819

Acct # 366733, Ck # 1819, 10/07/2020, $744.61

Sent 45 str to McClain Farms   VPRO

| | | TOTALS | 43945 | | 70680.72 |

Average Price __160 84/xx__   744 01

Average Weight __463__

Sold 12-17-2020
is 41,940.90
On Exhibit

| Commission | $ |
|---|---|
| Feed | $ |
| Medicine | $ |
| Gathering | $ |
| Freight | $ |
| TOTAL | $ |

APPX 0126

05/... FAX ... AUSTIN CATTLE... ☐001/002



# AUSTIN CATTLE COMPANY
## Bonded Livestock Dealer & Order Buyer

N°  54903

32420 E. 2020 Road · Ringling, Oklahoma 73456
Phone 580-662-2230 · FAX 580-662-2008

Ronnie Austin 580-662-2230     Established 1971     Stanley Austin 580-504-2660

SOLD TO __Cole Lockwood__     5-25   20 22

ADDRESS _____

Advance To 366733
Note # 1002777

{ Replaces Invoice 54899 }

| NO. HEAD | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|
| 240 | Steers | 110370 | | 203540.62 |

(check image)
COLE LOCKWOOD
CHARLES LOCKWOOD
RINGLING OK 73456                     2233
8-15-22
Pay to Van Buskirk Trucking         $ 1963 50/100
One thousand nine hundred sixty three dollars and 50
AMERICAN NATION BANK
Cattle hauling                Cole Lockwood
Acct # 366733  Ck # 2233  08/16/2022  $1963.50

| 240 | | TOTALS | 110370 | | 203540.62 |

Average Price 184.42  848 09

Average Weight 460

| Commission | $ |
|---|---|
| Feed | $ |
| Medicine | $ |
| Gathering | $ |
| Freight | $ |
| TOTAL | $ |

Sent 85 str to McClain Farms

Sold 12-16-2022
$ 97,149.60

On Exhibit

*Flippin Printing · Sulphur Springs, Tx.*

Advance Note # 1001638

**MCCLAIN FARMS INC.**
824 MULLINS LANE
BENTON KY. 42025

BILL TO: CHARLES LOCKWOOD

1/25/2021

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 270 | H | 107784 | 1.3473 | $145,217.38 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| 270 | H&e | 399¹⁶ | 537 ⁸⁵ | $145,217.38 |

No Contract - Personal Calves

Those to be delivered to Ringling, Ok for spring & summer grazing

showing on Exhibit
Bryan Sold on 7-26-2021 for $186,047.⁵⁸

APPX 0128



# AUSTIN CATTLE COMPANY
### Bonded Livestock Dealer & Order Buyer

No: 52708

32420 E. 2020 Road · Ringling, Oklahoma 73456
Phone 580-662-2230 · FAX 580-662-2008

Ronnie Austin 580-662-2230         Established 1971         Stanley Austin 580-504-2660

SOLD TO Charly Lockwood                    4-25    20 20

ADDRESS _____

( Advance

→ Note # 1000925

| NO. HEAD | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|
| 114 | Steers | 48,860 | | 77507.34 |

Paid Trucking To Arizona yard

CHARLES L. OR CAROL LOCKWOOD
30789 E. 1920 RD PH. 580-512-9550
RINGLING, OK 73456                8570
                                  86-296/1031
                     10-1-20
                     DATE
PAY TO THE
ORDER OF  VanBuskek Trucks      $ 1869.79
One Thousand Eight hundred Sixty nine + 79/100 DOLLARS

AMERICAN NATION BANK
WWW.BANKAMB.COM      American Classic
FOR Trucking
1:103102960: 222149" 08570

Acct # 222149, Ck # 8570, 10/07/2020, $1869.79

On Exhibit sold
1-5-2021
$ 109.100.17

TOTALS

Est. On Personal Calves
Bought 4-25-20
   Cost    679.89
   Vet      28 —
   3% Loss  20 —
   Feed & mineral 85 —
   Trucking  14.40
            $ 829.29

Average Price ___159.14___ .1 679.89

Average Weight ___429___

Sent to McClain Farms 8-28-20

Sold 1-4-21

Sold 1-5-21 $ 957.02   114 str
Est. Net      $ 127.73
Not counting Interest = ($23.80)

APPX 0129

To Charles Lockwood

Cost on Personal Calves
Bought 2-6-19
 Cost 604.94
 Vet 28.—
3% Loss 18.—
Feed & Mineral 85.—
Freight 20.88

Est. Cost $ 756.82
Delivered to Yard 146 Head
Sold 2-21-20 $ 857.86

Not Counting Interest — ($21.—) $101.04



**Cody Cattle Co.**
13181 US Highway 177
Byars, OK 74831
phillipcodycattle@gmail.com

Cell 405-627-5451
Fax 580-759-3999

Loaded DALHAR TX
Destination Ringling / Byars OK
Date 2-6-19

371 MIXED  $217,094.22
FREIGHT  4,748.00
Com  2590.00

Total  $224,432.22
Per Head  $604.94

Note # 263063

First Advance To 222149

+ 125 more 617 73
$ 77,215

on Exhibit
sold 2-21-20
for $129,248.00

CHARLES L. OR CAROL LOCKWOOD
30789 E 1920 RD PH 580-512-9550
RINGLING OK 73456

8389
86-296/1031

PAY TO THE ORDER OF  Van Bushnk Truckers $ 3049 20
Three Thousand forty Nine + 20/xx DOLLARS

AMERICAN NATION BANK
American Classic

FOR  Hauling

Acct # 222149, Ck # 8389, 11/06/2019, $3049 20

Trucking 146 head to Nollon Farms Friona TX

**MCCLAIN FARMS INC.**
824 MULLINS LANE
BENTON KY. 42025

1/22/2020

BILL TO: CHARLES LOCKWOOD

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 100 | H | 46830 | 1.3156 | $61,609.55 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| 100 | | 468 ᴸᴮ | 616 ᴴᴰ | $61,609.55 |

Advance Loan
# 100123
No Contract
Bought for Personal
Spring & Summer Grass

# To
222149

Bryan Sold on 9-27-20
$ 303,394.⁵⁸
on exhibit

# MCCLAIN FARMS

824 MULLINS LANE

BENTON, KY 42025

Phone: 270-703-5660

*Notes & 000123*

# INVOICE

| INVOICE # | DATE |
|-----------|------|
| 179 | 1/13/2020 |

| BILL TO |
|---------|
| CHARLES LOCKWOOD |

| CUSTOMER ID | TERMS |
|-------------|-------|
| | Due Upon Receipt |

PLEASE MAKE CHECK TO MCCLAIN FARMS

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|-------------|-----|------------|--------|
| 357 H 166005# @130.45 | 166005 | 1.3045 | 216,553.52 |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | 1 | | - |
| | 1 | | - |
| | 1 | | - |
| | 1 | | - |
| | 1 | | - |
| | 1 | | - |
| | | | - |

*$606 ⁴⁰ @ 465 lb*

*Total Note: 460 HFR AVG $770⁰⁰*

*Bryon Sold on 5-27-20 $303,394 ⁵⁸ on Exhibit*

*Thank you for your business!*

*Bought for whont Pasture*

*No Contract - Personal Calves*

| SUBTOTAL | 216,553.52 |
|----------|-----------|
| FREIGHT | |
| TOTAL | $ 216,553.52 |

*357 HFR*

If you have any questions about this invoice, please contact
Meagan Powell at 270-703-1295 or mcclainfarms@gmail.com

APPX 0134

Case 24-02007-swe    Doc 178-6    Filed 06/30/25    Entered 06/30/25 20:37:19    Desc
Appendix Sample of Physical Delivery & Sale of Cattle    Page 28 of 73

LVB000694

APPX 0135

## VAN BUSKIRK TRUCKING INC.
P.O. Box 778
Ringling, OK  73456
(580) 662-3013

## STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

*Van Buskirk Trucking*
(Name of Carrier)              (SCAC)

Shipper No. _____

Carrier No. _____

Date *12-7-22*

| | |
|---|---|
| TO: Consignee  *J M Growyard* | FROM: Shipper *VanBuskirk Cattle* |

On Collect on Delivery shipments, the letter "COD" must appear before consignee's name -- or as otherwise provided in Item 430. Sec. 1

| | |
|---|---|
| Street | Street |
| Destination *Friora, TX,*    Zip Code | Origin *Ringling, OK*    Zip Code |
| Route | Vehicle Number *51 UB2* |

| No. Shipping Units | • HM | Kind of Packaging, Description of Articles. Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| | | | | | |
| 92 | | HEIFERS | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

REMIT C.O.D. TO: ADDRESS:

**COD**    Amt: $

C.O.D. FEE:
PREPAID ☐ $
COLLECT ☐

TOTAL CHARGES:  $

Note – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ per _____

Subject to Section T of the conditions. If the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of the shipment without payment of freight and all other lawful charges.

(Signature of Consignor.)

FREIGHT CHARGES
FREIGHT PREPAID    Check box if charges
except when box at    are to be collected
right is checked    ☐

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition or contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | CARRIER  **VAN BUSKIRK TRUCKING INC.** |
|---|---|
| PER | PER *Kerry Stipp* |
| RECEIVER | DATE *12-7-22* |

• Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.
Monitored at all times the Hazardous Material is in transportation including storage incidental to transportation



**VanBuskirk Fertilizer**
P.O. Box 778
Ringling, Oklahoma 73456
(580) 662-2447

To Frima  Not Sold

No 48559

To _KEC_

Date _12-7-22_

Price per ton _____ Tons _____ $ _____

Customer App. _____ Plow _____ Acres _____

Commodity _92 Head_

Other _____

Weigher _Ken Brakil_

Driver ON ☐    Driver OFF ☐

GROSS    89600 lb
TARE    35620 lb
NET    53980

REMARKS:

Ave 586.74

APPX 0136    LVB000695

DELIVERY DATE 12-7-22    PICK UP DATE 12-7-22    TRUCK 51UB2    DRIVER Terry Self

ORIGIN Ringling, OK    DESTINATION Friona, TX

BILL NO. VanBuskirk Cattle

ENDING READING    325445

BEGINNING READING    325075

TOTAL LOADED MILES    370

| ODOMETER READING | STATE | | HIGHWAY |
|---|---|---|---|
| 325075 | OK, | 95 | 89, 70 |
| 325170 | TX, | 275 | 70, 70, 86, 214 |
| | OK | 158 | |
| | TX | 533 | |
| D.H. | | | |
| 325070 | OK, | 5 | 89 |
| 325445 | TX, | 258 | 214, 86, 287, 240, 44 |
| 325703 | OK | 58 | 44, 70 |
| 325741 | Ringling | | |

691

## Forward Contract Agreement

This agreement exists to identify the forward contract arrangement between Brian McClain of McClain Feedyard, 2548 CR 15 Friona Tx. 79035, and Scarlet and Black Cattle, LLC and Red Raider Cattle, LLC ("S&B and RR"). This arrangement, defined in this agreement, simply states that Brian McClain has forward contracted this particular set of cattle described herein for sale at a future date at a future weight with an intermediary broker who contracts on behalf of Friona Industries. Brian McClain will grow the cattle to the desired weight but will bill S&B and RR for the monthly costs, which S&B and RR will pay on a monthly basis.

The forward contract is applied to the cattle originally identified in two invoices dated 8/06/2021 from Langley Cattle Buying, LLC and is for 113 head of heifers at a total weight of 60,285 lbs.

These cattle are forward contracted at a price of $1.441 per lb. at a sale weight of 750 lbs for delivery in October 2021.

| Scarlet & Black Cattle, LLC | Red Raider Cattle, LLC | Brian McClain, McClain Feedyard |
|---|---|---|
| Date:   8/08/2021 | Date:   8/08/2021 | Date: 8/10/2021 |
| Signed: | Signed: | Signed: |

SB000040

# LANGLEY CATTLE BUYING, LLC

**INVOICE**

Bonded Livestock Dealer

Buying & Selling All Classes of Cattle
Phone: (580) 317-5310
Email: c.langley@sbcglobal.net

DATE: AUGUST 6, 2021
INVOICE # 5883

**SCARLET & BLACK CATTLE & RED RAIDER CATTLE**

| NO. HD | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|--------|-------------|--------|-------|--------|
| 113 | Hfrs- Avg. Wt. 533 | 60,285 | $144.17 | $86,912.88 |
| | | | | |
| | ½ Due each $43,456.44 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | CERTIFICATION OF NON-PRODUCER STATUS FOR THE RESELLER Claimed on 113 Cattle pursuant to 7CFR & 1260.116, and 1260.314 DO NOT DEDUCT THE $1.00 per head Beef Promotion Assessment BEEF COUNCIL<br><br>SIGNATURE: _Clint Langley_    DATE: 08-06-2021 | TOTAL: | | $86,912.88 |

*Wiring Instructions:*
*AmeriState Bank, Hugo,OK 74743*
*Routing# 103102452*
*Clinton Langley*
*Account# 181081689*

*Overnight Address:*
*2951 E. 2090 Rd.*
*Hugo, OK 74743*

*__I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT & TRANSFERRED ARE OF USA ORIGIN.__*

*__Thank You for Your Business!__*

APPX 0139

SB000042



**SCOTT LIVESTOCK COMPANY**
*LIVESTOCK DEALER*
**4125 E. STATE HWY 52 • HARTFORD, AL 36344**
Office: (334) 684-0800 • Fax: (334) 684-8443

STEVE T. SCOTT

REMIT: PEOPLES BANK
710 MAIN STREET
SUITE 30
P.O. BOX 612
COLLINS, MS 39428

Jan 5, 2021
Bill to: 7M CATTLE FEEDERS                Ship to                                023574

824 MULLINS LANE
BENTON KY
42025

| Head | Description | | Avg-wt | Weight | Price | Amount |
|---|---|---|---|---|---|---|
| 6 | CC | STR | 698 | 4,188 | 55.00 | 2,303.40 |

Expense      Gst

: RAILERS

023574    Avg-wt:  698    Avg-cost:  55.00       Amount due        2,303.40

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER

Claimed on #_____6_____ cattle pursuant to
7CFR § 1260.174
DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

_____   1/5/21
Signature          Date

I attest that all livestock referenced by this document
and transferred are of USA origin. .

Customers paying for livestock purchased of or through this company by check or draft agree
that title does not pass until the funds have been received by this company.
**SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH
AFTER DELIVERY TO BUYER.**



MCCLAIN FARMS INC
824 MULLINS LN
BENTON, KY 42025-4702
PH (270) 527-0640

CFSB
COMMUNITY FINANCIAL SERVICES BANK
www.yourlifeyourbank.com

73 332/839    **28264**

1/13/2021

PAY TO THE
ORDER OF    Scott Livestock                    $  **12,763.70

Twelve Thousand Seven Hundred Sixty-Three and 70/100************************************************************************

DOLLARS

scott livestock

Meagan Powell
AUTHORIZED SIGNATURE    MP

⑆028264⑆ ⑉083903328⑉ ⑆02 1037 86⑆

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER, A VOID PANTOGRAPH AND MICROPRINTING

APPX 0141

3

# SCOTT LIVESTOCK COMPANY
## *LIVESTOCK DEALER*
**4125 E. STATE HWY 52 • HARTFORD, AL 36344**
Office: (334) 684-0800 • Fax: (334) 684-8443

(SLC)

STEVE T. SCOTT

REMIT: PEOPLES BANK
710 MAIN STREET
SUITE 30
P.O. BOX 612
COLLINS, MS 39428

Jan 11, 2021
Bill to: 7M CATTLE FEEDERS

824 MULLINS LANE
BENTON KY
42025

Ship to

023580

| Head | Description | | Avg-wt | Weight | Price | Amount |
|------|-------------|------|--------|--------|-------|--------|
| 134 | CC | HFS | 729 | 97,718 | 126.08 | 123,202.85 |

: 100740# GROSS SHRINK 3%
: .08 SLIDE UP/DOWN 750#

|  | Expense | Gst |
|--|---------|-----|

Total expenses

023580   Avg-wt: 729   Avg-cost: 126.08   Amount due   123,202.85

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER

Claimed on #___134___ cattle pursuant to
7CFR § 1260.174
DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

Signature     Date

I attest that all livestock referenced by this document
and transferred are of USA origin. .

Customers paying for livestock purchased of or through this company by check or draft agree
that title does not pass until the funds have been received by this company.
**SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH
AFTER DELIVERY TO BUYER.**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER, A VOID PANTOGRAPH AND MICROPRINTING

**MCCLAIN FARMS INC**
824 MULLINS LN
BENTON, KY 42025-4702
PH (270) 527-0640

⟳ **CFSB**
COMMUNITY FINANCIAL SERVICES BANK
www.yourlifeyourbank.com

73 332/839    **28284**

1/15/2021

PAY TO THE
ORDER OF     Scott Livestock                                    $  **123,202.85

One Hundred Twenty-Three Thousand Two Hundred Two and 85/100************************************************    DOLLARS

scott livestock

*Meagan Powell*  MP
AUTHORIZED SIGNATURE

⑈028284⑈ ⑆083903328⑆      ⑈02 1037 86⑈

APPX 0143

5

## SCOTT LIVESTOCK COMPANY
*LIVESTOCK DEALER*
**4125 E. STATE HWY 52 • HARTFORD, AL 36344**
Office: (334) 684-0800 • Fax: (334) 684-8443

**(SLC)**

STEVE T. SCOTT

REMIT: PEOPLES BANK
710 MAIN STREET
SUITE 30
P.O. BOX 612
COLLINS, MS 39428

Jan 21, 2021
Bill to: MCCLAIN FEEDYARD

824 MULLINS LANE
BENTON KY
42025

Ship to    MCCLAIN FEEDYARD                          023584

HEREFORD TX

| Head | Description | | Avg-wt | Weight | Price | Amount |
|------|-------------|---|--------|--------|-------|--------|
| 106 | 045L | HFS | 491 | 52,070 | 133.41 | 69,466.59 |

|  | Expense | Gst |  |
|--|---------|-----|--|
| : PROCESSING: $27.05 PER HEAD | 2,867.30 | | 2,867.30 |
| : 8CC EXCEDE + 20CC VALBAZEN + 4CC DECTOMAX | | | |
| : 2CC BSG BVD + 2CC INFORCE 3 + 5CC ULTRABAC 7 | | | |
| : PI TEST + #TAG 3434 | | | |
| : PRICED DELIVERED TO HEREFORD TX | | | |
| Total expenses | 2,867.30 | | 2,867.30 |

023584    Avg-wt:  491    Avg-cost: 138.92    Amount due    72,333.89

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER
Claimed on # 106 cattle pursuant to
7CFR § 1260.174
DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

Signature _____  Date 1/21/21

I attest that all livestock referenced by this document
and transferred are of USA origin. .

Customers paying for livestock purchased of or through this company by check or draft agree
that title does not pass until the funds have been received by this company.
**SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH
AFTER DELIVERY TO BUYER.**

APPX 0144





# SCOTT LIVESTOCK COMPANY
*LIVESTOCK DEALER*
4125 E. STATE HWY 52 • HARTFORD, AL 36344
Office: (334) 684-0800 • Fax: (334) 684-8443

STEVE T. SCOTT

REMIT: PEOPLES BANK
710 MAIN STREET
SUITE 30
P.O. BOX 612
COLLINS, MS 39428

Feb  9, 2021
Bill to: 7M CATTLE FEEDERS            Ship to                           023597

824 MULLINS LANE
BENTON KY
42025

| Head | Description | | Avg-wt | Weight | Price | Amount |
|------|-------------|---|--------|--------|-------|--------|
| 199 | CC | HFS | 765 | 152,212 | 123.20 | 187,525.18 |

Expense        Gst

: 156920# GROSS SHRINK 3%
: .08 SLIDE UP/DOWN 750#

Total expenses

023597   Avg-wt:   765      Avg-cost: 123.20      Amount due      187,525.18

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER
Claimed on # 199 _____ cattle pursuant to
7CFR § 1260.174
DO NOT DEDUCT the.
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

Signature          Date
2/9/21

I attest that all livestock referenced by this document
and transferred are of USA origin.

Customers paying for livestock purchased of or through this company by check or draft agree
that title does not pass until the funds have been received by this company.
SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH
AFTER DELIVERY TO BUYER.

7



**MCCLAIN FARMS INC**
824 MULLINS LN
BENTON, KY 42025-4702
PH (270) 527-0640

73 332/839

28471

2/22/2021

PAY TO THE
ORDER OF    Scott Livestock

$ **187,525.18

One Hundred Eighty-Seven Thousand Five Hundred Twenty-Five and 18/100*********************

DOLLARS

◯ **CFSB**
COMMUNITY FINANCIAL SERVICES BANK
www.yourlifeyourbank.com

scott livestock

_Megan Powell_
AUTHORIZED SIGNATURE

MP

⑆028471⑆ ⑆083903328⑆ 02 1037 86⑆

APPX 0146





# SCOTT LIVESTOCK COMPANY
*LIVESTOCK DEALER*
**4125 E. STATE HWY 52 • HARTFORD, AL 36344**
Office: (334) 684-0800 • Fax: (334) 684-8443

**STEVE T. SCOTT**

| REMIT: PEOPLES BANK |
| 710 MAIN STREET |
| SUITE 30 |
| P.O. BOX 612 |
| COLLINS, MS 39428 |

Feb 26, 2021
Bill to: MCCLAIN FARMS

Ship to    FOB    023610

824 MULLINS LANE
BENTON KY
42025

| Head | Description | Avg-wt | Weight | Price | Amount |
|---|---|---|---|---|---|
| 204 | HFS | 750 | 152,930 | 124.00 | 189,633.20 |

Expense    Gst

: 157660 GROSS SHRINK 3%
: .08 SLIDE UP/DOWN 750#

Total expenses

023610    Avg-wt:  750    Avg-cost: 124.00    Amount due    189,633.20

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER
Claimed on # _____204_____ cattle pursuant to
7CFR § 1260.174
DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

Signature    Date

I attest that all livestock referenced by this document
and transferred are of USA origin.

Customers paying for livestock purchased of or through this company by check or draft agree
that title does not pass until the funds have been received by this company.
**SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH
AFTER DELIVERY TO BUYER.**



APPX 0148

MCCLAIN FARMS INC
824 MULLINS LN
BENTON, KY 42025-4702
PH (270) 527-0640

CFSB
COMMUNITY FINANCIAL SERVICES BANK
www.yourlifeyourbank.com

73  332/839    28579

3/8/2021

PAY TO THE
ORDER OF    Scott Livestock                                          $  **189,633.20

One Hundred Eighty-Nine Thousand Six Hundred Thirty-Three and 20/100**********************************************    DOLLARS

scott livestock

Meagan Powell    MP
AUTHORIZED SIGNATURE

⑈028579⑈ ⑆083903328⑆ ⑈02 1037 86⑈

10

**(SLC)**

STEVE T. SCOTT

## SCOTT LIVESTOCK COMPANY
*LIVESTOCK DEALER*
**4125 E. STATE HWY 52 • HARTFORD, AL 36344**
Office: (334) 684-0800 • Fax: (334) 684-8443

REMIT: PEOPLES BANK
710 MAIN STREET
SUITE 30
P.O. BOX 612
COLLINS, MS 39428

Apr 20, 2021
Bill to: 7M CATTLE FEEDERS

Ship to     FOB

023637

824 MULLINS LANE
BENTON KY
42025

| Head | Description | | Avg-wt | Weight | Price | Amount |
|------|-------------|---|--------|--------|-------|--------|
| 67 | CC | HFS | 746 | 50,013 | 130.32 | 65,176.94 |

| | | Expense | Gst |
|---|---|---------|-----|
| : 51560# GROSS SHRINK 3% | | | |
| : .08 SLIDE UP/DOWN 750# | | | |

Total expenses          --------     -------     ----------

023637   Avg-wt:   746   Avg-cost: 130.32      Amount due     65,176.94

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER
Claimed on # ___67___ cattle pursuant to
7CFR § 1260.174
DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

Signature          Date

I attest that all livestock referenced by this document
and transferred are of USA origin.

Customers paying for livestock purchased of or through this company by check or draft agree
that title does not pass until the funds have been received by this company.
SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH
AFTER DELIVERY TO BUYER.

# SCOTT LIVESTOCK COMPANY
## *LIVESTOCK DEALER*
**4125 E. STATE HWY 52 • HARTFORD, AL 36344**
Office: (334) 684-0800 • Fax: (334) 684-8443

STEVE T. SCOTT

REMIT: PEOPLES BANK
710 MAIN STREET
SUITE 30
P.O. BOX 612
COLLINS, MS 39428

Apr 20, 2021
Bill to: 7M CATTLE FEEDERS

824 MULLINS LANE
BENTON KY
42025

Ship to    FOB

023638

| Head | Description | | Avg-wt | Weight | Price | Amount |
|------|-------------|------|--------|--------|-------|--------|
| 59 | CC | STR | 835 | 49,237 | 138.20 | 68,045.53 |

: 50760# GROSS 3% SHRINK
: .08 SLIDE UP/DOWN 825#

Expense       Gst

Total expenses

023638   Avg-wt:  835    Avg-cost: 138.20    Amount due    68,045.53

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER
Claimed on # 59 _____ cattle pursuant to
7CFR § 1260.174
DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

Signature                    Date
4/20/21

I attest that all livestock referenced by this document
and transferred are of USA origin.  .

Customers paying for livestock purchased of or through this company by check or draft agree
that title does not pass until the funds have been received by this company.
**SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH
AFTER DELIVERY TO BUYER.**

APPX 0150

12



**STEVE T. SCOTT**

# SCOTT LIVESTOCK COMPANY
*LIVESTOCK DEALER*
**4125 E. STATE HWY 52 • HARTFORD, AL 36344**
Office: (334) 684-0800 • Fax: (334) 684-8443

REMIT: PEOPLES BANK
710 MAIN STREET
SUITE 30
P.O. BOX 612
COLLINS, MS 39428

Mar  8, 2021
Bill to: MCCLAIN FARMS

824 MULLINS LANE
BENTON KY
42025

Ship to

023611

| Head | Description | | Avg-wt | Weight | Price | Amount |
|---|---|---|---|---|---|---|
| 65 | CC | HFS | 788 | 51,226 | 121.36 | 62,167.87 |

| | Expense | Gst |
|---|---|---|

: 52810 GROSS SHRINK 3%
: .08 SLIDE UP/DOWN 750#

Total expenses

023611   Avg-wt:   788   Avg-cost: 121.36   Amount due   62,167.87

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER
Claimed on # __65__ cattle pursuant to
7CFR § 1260.174
DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

_____   3|8|21
Signature                Date

I attest that all livestock referenced by this document
and transferred are of USA origin. .

Customers paying for livestock purchased of or through this company by check or draft agree
that title does not pass until the funds have been received by this company.
**SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH
AFTER DELIVERY TO BUYER.**

*13*



**STEVE T. SCOTT**

# SCOTT LIVESTOCK COMPANY
*LIVESTOCK DEALER*
**4125 E. STATE HWY 52 • HARTFORD, AL 36344**
Office: (334) 684-0800 • Fax: (334) 684-8443

```
REMIT: PEOPLES BANK
710 MAIN STREET
SUITE 30
P.O. BOX 612
COLLINS, MS 39428
```

Mar  8, 2021
Bill to: MCCLAIN FARMS

    824 MULLINS LANE
    BENTON KY
    42025

Ship to    FOB

023612

| Head | Description | | Avg-wt | Weight | Price | Amount |
|------|-------------|---|--------|--------|-------|--------|
| 108 | CC | STR | 853 | 92,145 | 125.76 | 115,881.55 |

                                                                  Expense      Gst

: 94995 GROSS SHRINK 3%
: .08 SLIDE UP/DOWN 850#

                    Total expenses

023612   Avg-wt:  853   Avg-cost: 125.76   Amount due   115,881.55

---

```
CERTIFICATION OF NON PRODUCERS STATUS
         FOR THE RESELLER
Claimed on #  108        cattle pursuant to
         7CFR § 1260.174
        DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

_____   3/8/21
      Signature              Date
```

I attest that all livestock referenced by this document
and transferred are of USA origin.

Customers paying for livestock purchased of or through this company by check or draft agree
that title does not pass until the funds have been received by this company.
**SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH
AFTER DELIVERY TO BUYER.**

APPX 0152



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER, A VOID PANTOGRAPH AND MICROPRINTING

**MCCLAIN FARMS INC**
824 MULLINS LN
BENTON, KY 42025-4702
PH (270) 527-0640

**CFSB**
COMMUNITY FINANCIAL SERVICES BANK
www.yourlifeyourbank.com

73 $\frac{332}{839}$

**28659**

3/23/2021

PAY TO THE
ORDER OF       Scott Livestock                                                          $  **178,049.42

One Hundred Seventy-Eight Thousand Forty-Nine and 42/100************************************************************       DOLLARS

scott livestock

Meagan Powell
AUTHORIZED SIGNATURE   MP

⑈028659⑈  ⑆083903328⑆  ⑈02 1037 86⑈

APPX 0153

14

15



**STEVE T. SCOTT**

# SCOTT LIVESTOCK COMPANY
*LIVESTOCK DEALER*
**4125 E. STATE HWY 52 • HARTFORD, AL 36344**
Office: (334) 684-0800 • Fax: (334) 684-8443

REMIT: PEOPLES BANK
710 MAIN STREET
SUITE 30
P.O. BOX 612
COLLINS, MS 39428

Mar 12, 2021
Bill to: MCCLAIN FEEDYARD

824 MULLINS LANE
BENTON KY
42025

Ship to    MCCLAIN FEEDYARD                    023616

HEREFORD TX

| Head | Description | Avg-wt | Weight | Price | Amount |
|------|-------------|--------|--------|-------|--------|
| 127  | 040L    HFS | 411 | 52,228 | 149.18 | 77,913.73 |

|  | Expense | Gst |  |
|--|---------|-----|--|
| : PROCESSING: $22.84 PER HEAD | 2,900.68 | | 2,900.68 |
| : 6CC EXCEDE + 20CC VALBAZEN + 4CC DECTOMAX | | | |
| : 2CC BSG BVD + 2CC INFORCE 3 + 5CC ULTRABAC 7 | | | |
| : PI TEST + #TAG | | | |
| : PRICED DELIVERED TO HEREFORD TX | | | |
| Total expenses | 2,900.68 | | 2,900.68 |

023616   Avg-wt:  411   Avg-cost: 154.73   Amount due   80,814.41

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER
Claimed on # 127 _____ cattle pursuant to
7CFR § 1260.174
DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

Signature                    3/12/21
                             Date

I attest that all livestock referenced by this document
and transferred are of USA origin. .

Customers paying for livestock purchased of or through this company by check or draft agree
that title does not pass until the funds have been received by this company.
SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH
AFTER DELIVERY TO BUYER.

APPX 0154

16



MCCLAIN FARMS INC
824 MULLINS LN
BENTON, KY 42025-4702
PH (270) 527-0640

73 332/639    28658

3/22/2021

PAY TO THE
ORDER OF    Scott Livestock

Eighty Thousand Eight Hundred Fourteen and 41/100************************

$    **80,814.41

DOLLARS

scott livestock

CFSB

Megan Burd
AUTHORIZED SIGNATURE

⑆028658⑆ ⑆083903328⑆ ⑈02 1037 86⑈

APPX 0155

17

# SCOTT LIVESTOCK COMPANY
## *LIVESTOCK DEALER*
**4125 E. STATE HWY 52 • HARTFORD, AL 36344**
Office: (334) 684-0800 • Fax: (334) 684-8443

(SLC)

STEVE T. SCOTT

REMIT: PEOPLES BANK
710 MAIN STREET
SUITE 30
P.O. BOX 612
COLLINS, MS 39428

Mar 15, 2021
Bill to: 7M CATTLE FEEDERS

824 MULLINS LANE
BENTON KY
42025

Ship to    FOB

023617

| Head | Description | | Avg-wt | Weight | Price | Amount |
|------|-------------|------|--------|--------|-------|--------|
| 133 | CC | HFS | 720 | 95,802 | 126.40 | 121,093.73 |

: 98765# GROSS SHRINK 3%
: .08 SLIDE UP/DOWN 750#

Expense      Gst

Total expenses

023617   Avg-wt:   720   Avg-cost: 126.40        Amount due    121,093.73

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER
Claimed on # __133_____ cattle pursuant to
7CFR § 1260.174
DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

_Signature_       _3/15/21_
Signature           Date

I attest that all livestock referenced by this document
and transferred are of USA origin.  .

Customers paying for livestock purchased of or through this company by check or draft agree
that title does not pass until the funds have been received by this company.
**SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH
AFTER DELIVERY TO BUYER.**

APPX 0156



*18*

# SCOTT LIVESTOCK COMPANY
*LIVESTOCK DEALER*
4125 E. STATE HWY 52 • HARTFORD, AL 36344
Office: (334) 684-0800 • Fax: (334) 684-8443

STEVE T. SCOTT

REMIT: PEOPLES BANK
710 MAIN STREET
SUITE 30
P.O. BOX 612
COLLINS, MS 39428

Mar 16, 2021
Bill to: MCCLAIN FARMS

824 MULLINS LANE
BENTON KY
42025

Ship to    FOB

023620

| Head | Description | Avg-wt | Weight | Price | Amount |
|------|-------------|--------|--------|-------|--------|
| 16 | HFS | 917 | 14,666 | 116.64 | 17,106.42 |

: 15120# GROSS SHRINK 3%
: SLIDE UP/DOWN .08 900#

|  | Expense | Gst |
|--|---------|-----|

Total expenses

023620    Avg-wt:   917    Avg-cost: 116.64    Amount due    17,106.42

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER
Claimed on # __16__ _____ cattle pursuant to
7CFR § 1260.174
DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

_Signature_     _3/16/21_
Signature     Date

I attest that all livestock referenced by this document
and transferred are of USA origin. .

Customers paying for livestock purchased of or through this company by check or draft agree
that title does not pass until the funds have been received by this company.
SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH
AFTER DELIVERY TO BUYER.

Case 24-02007-swe    Doc 178-6    Filed 06/30/25    Entered 06/30/25 20:37:19    Desc
Appendix Sample of Physical Delivery & Sale of Cattle    Page 51 of 73

19

MCCLAIN FARMS INC
824 MULLINS LN
BENTON, KY 42025-4702
PH (270) 527-0640

73 $\frac{572}{659}$    28720

3/26/2021

○ CFSB

PAY TO THE
ORDER OF    Scott Livestock

$    **138,200.15

One Hundred Thirty-Eight Thousand Two Hundred and 15/100*************************************************    DOLLARS

scott livestock

Kimberly Moreland
AUTHORIZED SIGNATURE    MP

APPX 0158

20



**SCOTT LIVESTOCK COMPANY**
*LIVESTOCK DEALER*
4125 E. STATE HWY 52 • HARTFORD, AL 36344
Office: (334) 684-0800 • Fax: (334) 684-8443

STEVE T. SCOTT

REMIT: PEOPLES BANK
710 MAIN STREET
SUITE 30
P.O. BOX 612
COLLINS, MS 39428

Mar 29, 2021
Bill to: MCCLAIN FARMS

    824 MULLINS LANE
    BENTON KY
    42025

Ship to   FOB

023627

| Head | Description | | Avg-wt | Weight | Price | Amount |
|------|-------------|--|--------|--------|-------|--------|
| 335 | CC | HFS | 738 | 247,263 | 124.96 | 308,979.84 |

Expense    Gst

: 254910# GROSS SHRINK 3%
: .08 SLIDE UP/DOWN 750#

Total expenses

023627  Avg-wt:  738   Avg-cost: 124.96   Amount due   308,979.84

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER
Claimed on # ___335___ cattle pursuant to
7CFR § 1260.174
DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

Signature     3/29/21  Date

I attest that all livestock referenced by this document
and transferred are of USA origin. .

Customers paying for livestock purchased of or through this company by check or draft agree
that title does not pass until the funds have been received by this company.
**SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH
AFTER DELIVERY TO BUYER.**

APPX 0159

21



MCCLAIN FARMS INC
824 MULLINS LN
BENTON, KY 42025-4702
PH (270) 527-0640

CFSB
COMMUNITY FINANCIAL SERVICES BANK
www.yourlifeyourbank.com

28766

73  332/839

4/5/2021

PAY TO THE
ORDER OF    Scott Livestock                                    $ **308,979.84

Three Hundred Eight Thousand Nine Hundred Seventy-Nine and 84/100**************************************  DOLLARS

scott livestock

AUTHORIZED SIGNATURE

⑈028766⑈ ⑈083903328⑈ 02 1037 86⑈

APPX 0160

# Scott Livestock Company
10150 Hwy 47
West Point, MS 39773

## LIVESTOCK CONTRACT

THIS CONTRACT, made this 6th day of January 2023 by and between Scott Livestock Company, of Clay County, Mississippi herein after known as Seller, and McClain Farms/Brian McClain, herein after known as the Buyer, covers the sale of the following described livestock  The receipt of which is hereby acknowledged by the seller

| NUMBER | DESCRIPTION | PRICE |
|---|---|---|
| 4 loads | #1HFS<br>.08 slide over<br>& under 750# | 170.25 FOB |

These HFS are now located at 7M Cattle Feeders Friona, TX and McClain Feedyard, Hereford, TX. And are to remain there until delivered. Deliveries are to be made as follows: March 2023 at Buyers option. The Cattle are to be weighed with a 3% shrink on the ground. The cattle are to be base sorted by the Buyer.
All Cattle are to be sound and in merchantable condition
And free of any contagious disease. Crippled, deformed,
Blind –eyed, locoed, lump-jawed, or otherwise deformed animals, maybe rejected by the buyer.

All cattle to be delivered free of all encumbrances, and with clear title.

SELLER

SCOTT LIVESTOCK COMPANY

BY: _____
Steve T. Scott, Owner

BUYER

McClain Farms/ Brain McClain

*Brian McClain*

BY: Brian McClain (Jan 9, 2023 13:33 CST)
Brian McClain

APPX 0161

# SCOTT LIVESTOCK COMPANY
## LIVESTOCK DEALER

STEVE T. SCOTT

10150 Hwy 47
West Point, MS 39773

REMIT: PEOPLES BANK
710 MAIN STREET, SUITE 30
P.O. BOX 612
COLLINS, MS 39428

BILLED TO: McClain Farms

824 Mullins Ln

Benton, KY

SHIPPED TO: FOB

April 2023 Contract 4 loads

DATE: 4-25-23

| NO. HEAD | KIND | AVER. WT. | WEIGHT | PRICE PER CWT. | AMOUNT |
|---|---|---|---|---|---|
| 265 | hfs | 750 | 198,750 | 170.25 | $338,371.88 |

**CERTIFICATION OF NON PRODUCERS STATUS FOR THE RESELLER**

Claimed on # 265 cattle pursuant to 7CFR § 1260.174, DO NOT DEDUCT the $1.00 per head Beef Promotion Assessment BEEF COUNCIL REGISTERED No. MS-030

_Signature_ _4-25-23_
Signature          Date

I attest that all livestock referenced by this document and transferred are of U.S. origin.

| | |
|---|---|
| Commission | |
| Freight | |
| Medicine | |
| Feed | |
| Health Certificate | |

**PAY THIS AMOUNT**

| Amt Due | $338,371.88 |
|---|---|

Customers paying for livestock purchased of or through this company by check or draft agree that title does not pass until the funds have been received by this company.
SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH AFTER DELIVERY TO BUYER.

X8295

# Scott Livestock Company
### 10150 Hwy 47
### West Point, MS 39773

## LIVESTOCK CONTRACT

THIS CONTRACT, made this 6th day of January 2023 by and between Scott Livestock Company, of Clay County, Mississippi herein after known as Seller, and McClain Farms/Brian McClain, herein after known as the Buyer, covers the sale of the following described livestock   The receipt of which is hereby acknowledged by the seller

| NUMBER | DESCRIPTION | PRICE |
|---|---|---|
| 4 loads | #1HFS<br>.08 slide over<br>& under 750# | 170.25 FOB |

These HFS are now located at 7M Cattle Feeders Friona, TX and McClain Feedyard, Hereford, TX. And are to remain there until delivered.  Deliveries are to be made as follows: April 2023 at Buyers option. The Cattle are to be weighed with a 3% shrink on the ground. The cattle are to be base sorted by the Buyer.
All Cattle are to be sound and in merchantable condition
And free of any contagious disease. Crippled, deformed,
Blind —eyed, locoed, lump-jawed, or otherwise deformed animals, maybe rejected by the buyer.

All cattle to be delivered free of all encumbrances, and with clear title.

SELLER

BUYER

SCOTT LIVESTOCK COMPANY

McClain Farms/ Brain McClain

BY: _____
Steve T. Scott, Owner

*Brian McClain*
BY: Brian McClain (Jan 9, 2023 13:34 CST)
Brian McClain

APPX 0163

# SCOTT LIVESTOCK COMPANY
## LIVESTOCK DEALER

STEVE T. SCOTT

10150 Hwy 47
West Point, MS 39773

REMIT: PEOPLES BANK
710 MAIN STREET, SUITE 30
P.O. BOX 612
COLLINS, MS 39428

BILLED TO: McClain Farms

824 Mullins Ln

Benton, KY

SHIPPED TO: FOB

April 2023 Contract Lot 939

DATE:    4-25-23

| NO. HEAD | KIND | AVER. WT. | WEIGHT | PRICE PER CWT. | AMOUNT |
|---|---|---|---|---|---|
| 149 | strs | 775 | 115,475 | 176.00 | $203,236.00 |
| | | | | | |
| | | | | | |
| | | | | | |

### CERTIFICATION OF NON PRODUCERS STATUS FOR THE RESELLER

Claimed on #  149  cattle pursuant to
7CFR § 1260.174, DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

_____  4-25-23
Signature              Date

I attest that all livestock referenced by this document and transferred are of U.S. origin.

| | |
|---|---|
| Commission | |
| Freight | |
| Medicine | |
| Feed | |
| Health Certificate | |
| | |

| PAY THIS AMOUNT | | | Amt Due | $203,236.00 |
|---|---|---|---|---|

Customers paying for livestock purchased of or through this company by check or draft agree that title does not pass until the funds have been received by this company.
SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH AFTER DELIVERY TO BUYER.

X8295

# Scott Livestock Company
## 10150 Hwy 47
## West Point, MS 39773

## LIVESTOCK CONTRACT

THIS CONTRACT, made this 29th day of December 2022 by and between Scott Livestock Company, of Clay County, Mississippi herein after known as Seller, and McClain Farms/Brian McClain, herein after known as the Buyer, covers the sale of the following described livestock   The receipt of which is hereby acknowledged by the seller

| NUMBER | DESCRIPTION | PRICE |
|---|---|---|
| 2 loads | #1STR<br>.08 slide over<br>& under 775# | 176.00 FOB |

These STR are now located at 7M Cattle Feeders Friona, TX and McClain Feedyard, Hereford, TX. And are to remain there until delivered.  Deliveries are to be made as follows: April 2023 at Buyers option. The Cattle are to be weighed with a 3% shrink on the ground. The cattle are to be base sorted by the Buyer.
All Cattle are to be sound and in merchantable condition
And free of any contagious disease. Crippled, deformed,
Blind –eyed, locoed, lump-jawed, or otherwise deformed animals, maybe rejected by the buyer.

All cattle to be delivered free of all encumbrances, and with clear title.

SELLER                                                    BUYER

SCOTT LIVESTOCK COMPANY                    McClain Farms/ Brain McClain

BY: _____            BY: Brian McClain (Jan 3, 2023 10:01 CST)
Steve T. Scott, Owner                             Brian McClain

APPX 0165

# SCOTT LIVESTOCK COMPANY
## LIVESTOCK DEALER

STEVE T. SCOTT

10150 Hwy 47
West Point, MS 39773

REMIT: PEOPLES BANK
710 MAIN STREET, SUITE 30
P.O. BOX 612
COLLINS, MS 39428

BILLED TO:  McClain Farms

824 Mullins Ln

Benton, KY

SHIPPED TO: FOB

April 2023 Contract Lot 940

DATE:  4-25-23

| NO. HEAD | KIND | AVER. WT. | WEIGHT | PRICE PER CWT. | AMOUNT |
|---|---|---|---|---|---|
| 135 | hfs | 775 | 104,625 | 166.00 | $173,677.50 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CERTIFICATION OF NON PRODUCERS STATUS FOR THE RESELLER**

Claimed on # 135 cattle pursuant to 7CFR § 1260.174, DO NOT DEDUCT the $1.00 per head Beef Promotion Assessment BEEF COUNCIL REGISTERED No. MS-030

_Signature_   4-25-23   _Date_

I attest that all livestock referenced by this document and transferred are of U.S. origin.

| | |
|---|---|
| Commission | |
| Freight | |
| Medicine | |
| Feed | |
| Health Certificate | |

**PAY THIS AMOUNT**

Amt Due   $173,677.50

Customers paying for livestock purchased of or through this company by check or draft agree that title does not pass until the funds have been received by this company.
SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH AFTER DELIVERY TO BUYER.

X8295

APPX 0166

# Scott Livestock Company
10150 Hwy 47
West Point, MS 39773

## LIVESTOCK CONTRACT

THIS CONTRACT, made this 29th day of December 2022 by and between Scott Livestock Company, of Clay County, Mississippi herein after known as Seller, and McClain Farms/Brian McClain, herein after known as the Buyer, covers the sale of the following described livestock   The receipt of which is hereby acknowledged by the seller

| NUMBER | DESCRIPTION | PRICE |
|---|---|---|
| 2 loads | #1HFS<br>.08 slide over<br>& under 775# | 166.00 FOB |

These HFS are now located at 7M Cattle Feeders Friona, TX and McClain Feedyard, Hereford, TX. And are to remain there until delivered.  Deliveries are to be made as follows: April 2023 at Buyers option. The Cattle are to be weighed with a 3% shrink on the ground. The cattle are to be base sorted by the Buyer.
All Cattle are to be sound and in merchantable condition
And free of any contagious disease. Crippled, deformed,
Blind –eyed, locoed, lump-jawed, or otherwise deformed animals, maybe rejected by the buyer.

All cattle to be delivered free of all encumbrances, and with clear title.

SELLER                                              BUYER

SCOTT LIVESTOCK COMPANY               McClain Farms/ Brain McClain

BY: _____        BY: Brian McClain (Jan 3, 2023 10:01 CST)
Steve T. Scott, Owner                    Brian McClain

APPX 0167

# MCCLAIN FEEDYARD

**824 MULLINS LANE**

**BENTON KY 42025**

# INVOICE

| INVOICE # | DATE |
|---|---|
| | 12/29/2022 |

| BILL TO |
|---|
| SCOTT LIVESTOCK |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

*Pd CK#108830*
*1/11/23*
*Cleared on 1/13/23*

*@ 7M Cattle Feeders Friona TX*

| DESCRIPTION | | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 135 H 72495# @169.70 | SOLD 166 @ 775 *Lot#940* | 72495 | 1.6970 | 123,024.02 |
| 149 S 80758# @180.20 | SOLD 176 @ 775 *Lot#939* | 80758 | 1.8020 | 145,525.92 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 268,549.94 |
| CHECK OFF | |
| TOTAL | $ 268,549.94 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# SCOTT LIVESTOCK COMPANY
## LIVESTOCK DEALER

STEVE T. SCOTT

10150 Hwy 47
West Point, MS 39773

REMIT: PEOPLES BANK
710 MAIN STREET, SUITE 30
P.O. BOX 612
COLLINS, MS 39428

BILLED TO: McClain Farms

824 Mullins Ln

Benton, KY

SHIPPED TO: FOB

April 2023 Contract Lot 943

DATE:    4-25-23

| NO. HEAD | KIND | AVER. WT. | WEIGHT | PRICE PER CWT. | AMOUNT |
|---|---|---|---|---|---|
| 352 | hfs | 775 | 272,800 | 168.25 | $458,986.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CERTIFICATION OF NON PRODUCERS STATUS FOR THE RESELLER**

Claimed on # 352 cattle pursuant to 7CFR § 1260.174, DO NOT DEDUCT the $1.00 per head Beef Promotion Assessment BEEF COUNCIL REGISTERED No. MS-030

_Signature_    4-25-23
Signature    Date

I attest that all livestock referenced by this document and transferred are of U.S. origin.

_Signature_

PAY THIS AMOUNT

| | | | |
|---|---|---|---|
| Commission | | | |
| Freight | | | |
| Medicine | | | |
| Feed | | | |
| Health Certificate | | | |
| | | | |
| | Amt Due | | $458,986.00 |

Customers paying for livestock purchased of or through this company by check or draft agree that title does not pass until the funds have been received by this company.
SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH AFTER DELIVERY TO BUYER.

X8295

# Scott Livestock Company
10150 Hwy 47
West Point, MS 39773

## LIVESTOCK CONTRACT

THIS CONTRACT, made this 10th day of January 2023 by and between Scott Livestock Company, of Clay County, Mississippi herein after known as Seller, and McClain Farms/Brian McClain, herein after known as the Buyer, covers the sale of the following described livestock   The receipt of which is hereby acknowledged by the seller

| NUMBER | DESCRIPTION | PRICE |
|---|---|---|
| 6 loads | #1HFS<br>.08 slide over<br>& under 775# | 168.25 FOB |

These HFS are now located at 7M Cattle Feeders Friona, TX and McClain Feedyard, Hereford, TX. And are to remain there until delivered.  Deliveries are to be made as follows: April 2023 at Buyers option. The Cattle are to be weighed with a 3% shrink on the ground. The cattle are to be base sorted by the Buyer.
All Cattle are to be sound and in merchantable condition
And free of any contagious disease. Crippled, deformed,
Blind –eyed, locoed, lump-jawed, or otherwise deformed animals, maybe rejected by the buyer.

All cattle to be delivered free of all encumbrances, and with clear title.

SELLER

SCOTT LIVESTOCK COMPANY

BY: _____

Steve T. Scott, Owner

BUYER

McClain Farms/ Brain McClain

BY: Brian McClain (Feb 27, 2023 17:28 CST)

Brian McClain

APPX 0170

# MCCLAIN FEEDYARD

824 MULLINS LANE

BENTON KY 42025

# INVOICE

| INVOICE # | DATE |
|---|---|
| | 1/11/2023 |

**BILL TO**

SCOTT LIVESTOCK

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

*Pd Ck #108830*
*1/11/23*
*Cleared on 1/13/23*

*@ 7M Cattle Feeders Friona TX*

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 352 H 205568# @168.20 *Lot # 943* | 205568 | 1.6820 | 345,765.38 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 345,765.38 |
| CHECK OFF | |
| TOTAL | $ 345,765.38 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM





Pay Invoices

12/29/22  284 hd  $268,549.94  Lot# 939 & 940
1/11/23  352 hd  $345,765.38  Lot# 943

# SCOTT LIVESTOCK COMPANY
## LIVESTOCK DEALER

STEVE T. SCOTT

10150 Hwy 47
West Point, MS 39773

REMIT: PEOPLES BANK
710 MAIN STREET, SUITE 30
P.O. BOX 612
COLLINS, MS 39428

BILLED TO: McClain Farms

824 Mullins Ln

Benton, KY

SHIPPED TO: FOB

April 2023 Contract Lot 950

DATE: 4-25-23

| NO. HEAD | KIND | AVER. WT. | WEIGHT | PRICE PER CWT. | AMOUNT |
|---|---|---|---|---|---|
| 688 | hfs | 775 | 533,200 | 172.50 | $919,770.00 |

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER

Claimed on # 688 cattle pursuant to
7CFR § 1260.174, DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

*A Scott*    4-25-23
Signature    Date

I attest that all livestock referenced by this document and transferred are of U.S. origin.

*A Scott*

| | |
|---|---|
| Commission | |
| Freight | |
| Medicine | |
| Feed | |
| Health Certificate | |

PAY THIS AMOUNT | Amt Due | $919,770.00

Customers paying for livestock purchased of or through this company by check or draft agree that title does not pass until the funds have been received by this company.
SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH AFTER DELIVERY TO BUYER.

X8295

# Scott Livestock Company
## 10150 Hwy 47
## West Point, MS 39773

## LIVESTOCK CONTRACT

THIS CONTRACT, made this 8th day of February 2023 by and between Scott
Livestock Company, of Clay County, Mississippi herein after known as Seller, and
McClain Farms/Brian McClain, herein after known as the Buyer, covers the sale of the
following described livestock   The receipt of which is hereby acknowledged by the
seller

| NUMBER | DESCRIPTION | PRICE |
|--------|-------------|-------|
| 8 loads | #1HFS<br>.08 slide over<br>& under 775# | 172.50 FOB |

These HFS are now located at 7M Cattle Feeders Friona, TX and McClain Feedyard,
Hereford, TX. And are to remain there until delivered.  Deliveries are to be made as
follows: April 2023 at Buyers option. The Cattle are to be weighed with a 3% shrink on
the ground. The cattle are to be base sorted by the Buyer.
All Cattle are to be sound and in merchantable condition
And free of any contagious disease. Crippled, deformed,
Blind –eyed, locoed, lump-jawed, or otherwise deformed animals, maybe rejected by the
buyer.

All cattle to be delivered free of all encumbrances, and with clear title.

SELLER                                    BUYER

SCOTT LIVESTOCK COMPANY          McClain Farms/ Brain McClain

BY: _____    BY: _____
Steve T. Scott, Owner                Brian McClain (Feb 27, 2023 17:27 CST)
                                     Brian McClain

APPX 0174

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

BILL TO:  SCOTT LIVESTOCK

2/8/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 344 | H | 203992 | 1.738 | $354,538.10 |
| 170 | H | 100130 | 1.742 | $174,426.46 |
| 174 | H | 102764 | 1.739 | $178,706.60 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  |  |
| 688 |  |  |  | $707,671.15 |

Lot # 950
1 7M Cattle Feeders
Friona, TX

I

Pd CK# 109856
2/8/23
Cleared on 2/13/23

APPX 0175





Pay Invoice 2/8/23  688 hd  $707,671.15
Lot # 950

# SCOTT LIVESTOCK COMPANY
## LIVESTOCK DEALER

STEVE T. SCOTT

10150 Hwy 47
West Point, MS 39773

REMIT: PEOPLES BANK
710 MAIN STREET, SUITE 30
P.O. BOX 612
COLLINS, MS 39428

BILLED TO: McClain Farms

824 Mullins Ln

Benton, KY

SHIPPED TO: FOB

May 2023 Contract Lot 1601

DATE:    4-25-23

| NO. HEAD | KIND | AVER. WT. | WEIGHT | PRICE PER CWT. | AMOUNT |
|---|---|---|---|---|---|
| 425 | hfs | 775 | 329,375 | 175.00 | $576,406.25 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CERTIFICATION OF NON PRODUCERS STATUS FOR THE RESELLER**

Claimed on # 425 cattle pursuant to 7CFR § 1260.174, DO NOT DEDUCT the $1.00 per head Beef Promotion Assessment BEEF COUNCIL REGISTERED No. MS-030

Signature _____  Date 4-25-23

I attest that all livestock referenced by this document and transferred are of U.S. origin.

| | |
|---|---|
| Commission | |
| Freight | |
| Medicine | |
| Feed | |
| Health Certificate | |

| PAY THIS AMOUNT | | | Amt Due | $576,406.25 |
|---|---|---|---|---|

Customers paying for livestock purchased of or through this company by check or draft agree that title does not pass until the funds have been received by this company.
SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH AFTER DELIVERY TO BUYER.

X8285

APPX 0177

# Scott Livestock Company

10150 Hwy 47
West Point, MS 39773

## LIVESTOCK CONTRACT

THIS CONTRACT, made this 14th day of February 2023 by and between Scott Livestock Company, of Clay County, Mississippi herein after known as Seller, and McClain Farms/Brian McClain, herein after known as the Buyer, covers the sale of the following described livestock  The receipt of which is hereby acknowledged by the seller

| NUMBER | DESCRIPTION | PRICE |
|---|---|---|
| 7 loads | #1HFS<br>.08 slide over<br>& under 775# | 175.00 FOB |

These HFS are now located at 7M Cattle Feeders Friona, TX and McClain Feedyard, Hereford, TX. And are to remain there until delivered.  Deliveries are to be made as follows: May 2023 at Buyers option. The Cattle are to be weighed with a 3% shrink on the ground. The cattle are to be base sorted by the Buyer.
All Cattle are to be sound and in merchantable condition
And free of any contagious disease. Crippled, deformed,
Blind —eyed, locoed, lump-jawed, or otherwise deformed animals, maybe rejected by the buyer.

All cattle to be delivered free of all encumbrances, and with clear title.

SELLER                                    BUYER

SCOTT LIVESTOCK COMPANY          McClain Farms/ Brain McClain

BY: _____     BY: _____
        Steve T. Scott, Owner                Brian McClain (Feb 27, 2023 17:28 CST)
                                                    Brian McClain

APPX 0178

# MCCLAIN FEEDYARD

**824 MULLINS LANE**

**BENTON KY 42025**

# INVOICE

| INVOICE # | DATE |
|---|---|
|  | 2/14/2023 |

| CUSTOMER ID | TERMS |
|---|---|
|  | Due Upon Receipt |

**BILL TO**

**SCOTT LIVESTOCK**

*Pd Ck# 109859*
*2/14/23*
*Cleared on 2/17/23*

*@ 7M Cattle Feeders Friona TX*

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 427 H 251503# @176 *Lot #1601* | 251503 | 1.7600 | 442,645.28 |

*Thank you for your business!*

| | | |
|---|---|---|
| SUBTOTAL | | 442,645.28 |
| CHECK OFF | | |
| TOTAL | $ | 442,645.28 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

APPX 0179



109859

SCOTT LIVESTOCK COMPANY
10100 HIGHWAY 47
WEST POINT, MISSISSIPPI 39773
PHONE: (334) 701-7212

PEOPLES BANK

Feb 14, 2023   109859   $***442,645.28

Four Hundred Forty Two Thousand Six Hundred Forty Five and 18/100 Dollars

MCCLAIN FEEDYARD
PAY TO THE
ORDER OF   824 MULLINS LANE
BENTON KY
42025

SCOTT LIVESTOCK COMPANY



Pay Invoices
2/14/23 427hd $442,645.28
Lot #1601