SAMPLE OF INSPECTION REPORTS

**Exhibit**

**G**

exhibitsticker.com



Bryan McLane

Bryan owns 3 Feedyards
Located at    #1   3231  Vanzore Rd
                    Benton Kentucky
             #2   4010 Fm Road  1057
                  Hereford TX
             #3   2548 County Road 15
                  Friona TX


Contracts Corn from Aug to Aug  (Yearly contract)
Contracts Distillers grain  4 to 6mo contracts
Contracts Sweet Bran  Jan to Jen  (yearly Contract)
Buys Sileage on current markets
Started buisness in Hereford  2008
All money decisions are by Bryan McLane




                 Lyndel Va Buskirk

2-28-22                            Charlie Lockwood

Pen 500                            66 Head

Pen 613                            90

Pen 602                            90

Pen 617                            103

Pen 623                            96

Pen 625                            101

Pen 628                            102

Pen 640                            80

Pen 641                            80

Pen 646                            113

                                   921 Head

Address                            305 Head wheat Pasture Benton Ky

2548 County Rd 15                  1226 H

Friona  Texas


Charlie had 294 shipped 3-4-22 that had not

been closed out byet from Benton Ky



Lyndel Van Buskirk

2-28-22                          Brian Blackmen

789 Head

Brian Blackmon Cattle were in Recievng Pens
and were not processed yet they were
on the premises


Address

2548  County Rd 15

Friona Tx


                    Lyndlln Buskil

2-28-22                      Jerrod Lesh

623 Head

Jerod Lesh cattle were in Recieving Pens
and were not processed yet they were on
the premises

   Address
   2548 County Rd 15
   Friona TX


              Lyndell Vn Buskil

3-8-22                          Cole Lockwood

Pen T-11                        170 Head

Pen T-12                        122

Pen T-13                        165

Pen T-14                        168

                                625 Head

Address

3231 Van Zora Rd

Benton Kentucky

Lyndell Un Buskil

2-28-22.                                    Sherle Lockwood

Pen D2                          109 Head

Pen E5                          95

Pen E3                          43

Pen E2                          44

Pen G5                          116

Pen H5                          54

Pen H6                          54

Pen H4                          70

Pen G1                          125

Pen G2                          116

                                826 Head

Address

4010 FM 1057          Hereford Texas

            Lyall V. Burkil

3-8-22                          Lyndel Van Buskirk

Pen T-1                         182 Head

Pen T-1 west                    36 Head

Pen T-2 west                    36 Head

Pen T-6                         37 Head

Pen P-4                         158 Head

                                449 Head

Address                         305 Head   wheat Pasture

3231 Van Zora Rd                754 Head

Benton Kentucky

LVB

2-28 -22                          Lyndel Van Buskirk
Pen E6                            101 Head
Pen G6                                92
Pen H3                               115
Ben B3, B4, B5                        85
                                    393 Head

Address
4010 FM 1057          Hereford Texas

LVB

2-28-22                                    Lyndel Van Buskirk

Pen 400 A                          107 Head

Pen 400 B                          107

Pen 401 A                          72

Pen 411                            129

Pen 406                            91              Address

Pen 407                            110        2548  County Rd 15

Pen 443                            89          Friona TX

Pen 444                            70

Pen 437 A                          13              LVB

Pen 442                            97

Pen 441                            101

Pen 445                            77

Pen 446                            76

Pen 513                            89

Pen 515                            130

Pen 510                            13

Pen 509                            9

Pen 520                            130

Pen 606                            115

Pen 608                            77

Pen 609                            77

Pen 604                            91

Pen 603                            91

Pen 653                            127

Pen 651                            64

Pen 652                            129

                                   2281

3-8-22                          Colby - Susan Van Buskirk

Pen 3 thru 10                   288 Head

Pen T-6                          37 Head

Pen T-7                          37 Head

Pen T-8                          38 Head

Pen T-5                          37

Pen T-4                          37

Pen T-3                          37

Pen 11-12-13-14                  141

                                652 Head

Address

3231 Van Zora Road

Benton Kentucky

Lyndel Van Buskil

2-28-22                          Nicki Lockwood

Pen 410                          86 Head

Pen 508                          85

Pen 618                          90

Pen 616                          63

                                 324 Head

Address

2548 County Rd 15

Friona Texas

Lyndell Un Burkil

CUSTOMER NAME:                     INSPECTION REPORT
**Scarlet & Black Cattle**           DATE:    8/17/22

| LOCATION: | lot # | Class | CAT* TYP | # head | SEX | %OWN | CUST HD | IN WT | IN DATE | DOF | GN/DY | INSP. CUR WT. | OUT WGT | COST TO FINISH | PROJ. OUT DATE | FUT. $ CWT | **BASIS: | MARKET ADJUST. | $/HEAD | LOT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **McClain-Friona** | 881 | #1 | P | 68 | H | 100% | 68.0 | 725 | 8/17/22 | 0 | 1.12 | 725 | | | | $169.00 | | $0.00 | $1,225.25 | $83,317 |
| **McClain-Friona** | 872 | #1 | P | 280 | H | 100% | 280.0 | 650 | 8/17/22 | 0 | 1.12 | 650 | | | | $172.00 | | $0.00 | $1,118.00 | $313,040 |
| **McClain-Friona** | 870 | #1 | P | 280 | H | 100% | 280.0 | 650 | 8/17/22 | 0 | 1.12 | 650 | | | | $172.00 | | $0.00 | $1,118.00 | $313,040 |
| **McClain-Friona** | 863A | #1 | P | 394 | H | 100% | 394.0 | 625 | 8/17/22 | 0 | 1.12 | 625 | | | | $176.00 | | $0.00 | $1,100.00 | $433,400 |
| **McClain-Friona** | 3583 | #1 | P | 400 | H | 100% | 400.0 | 700 | 8/17/22 | 0 | 1.12 | 700 | | | | $169.00 | | $0.00 | $1,183.00 | $473,200 |
| **McClain-Friona** | 887 | #1 | P | 63 | H | 100% | 63.0 | 525 | 8/17/22 | 0 | 1.12 | 525 | | | | $181.50 | | $0.00 | $952.88 | $60,031 |
| | | | | | | | **1485.0** | | | | | | | | | | | | | **$1,676,028** |

**Cattle Shipped 8/8 :**

| Lot | HD Count |
|---|---|
| 856 | 377 |
| 3553 | 109 |
| 3554 | 105 |

**Cattle Shipped 8/15:**

| | |
|---|---|
| 838 | 129 |
| 849 | 353 |
| 3551 | 178 |
| 3560 | 249 |
| 3564 | 168 |
| Total Shipped | **1668** |

These cattle were not inspected and are not included in the numbers above.  Most of these heifers are going out weighing 750-775#.

The cattle are not branded but have lot tags.

All of the information abvove came from Brian McLean who manages the grow yards.

The Friona yard is located 2 Mi W of Friona on FM 1731 then N 1.5 Mi on Co rd..

INSPECTOR  FLYNN FARRIS

CUSTOMER NAME:

**Scarlet & Black Cattle**

INSPECTION REPORT

DATE:     6/3/22

| LOCATION: | lot # | Class | CAT* TYP | # head | SEX | %OWN | CUST HD | IN WT | IN DATE | DOF | GN/DY | INSP. CUR WT. | OUT WGT | COST TO FINISH | PROJ. OUT DATE | FUT. $ CWT | **BASIS: | MARKET ADJUST. | $/HEAD | LOT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **McClain-Friona** | 832 | #1 | P | 75 | H | 100% | 75.0 | 625 | 6/3/22 | 0 | 1.12 | 625 | | | | $154.00 | | $0.00 | $962.50 | $72,188 |
| **McClain-Friona** | 847 | #1 | P | 216 | H | 100% | 216.0 | 700 | 6/3/22 | 0 | 1.12 | 700 | | | | $146.00 | | $0.00 | $1,022.00 | $220,752 |
| **McClain-Friona** | 845 | #1 | P | 160 | H | 100% | 160.0 | 675 | 6/3/22 | 0 | 1.12 | 675 | | | | $150.00 | | $0.00 | $1,012.50 | $162,000 |
| **McClain-Friona** | 842 | #1 | P | 140 | H | 100% | 140.0 | 625 | 6/3/22 | 0 | 1.12 | 625 | | | | $154.00 | | $0.00 | $962.50 | $134,750 |
| **McClain-Friona** | 855 | #1 | P | 443 | H | 100% | 443.0 | 700 | 6/3/22 | 0 | 1.12 | 700 | | | | $146.00 | | $0.00 | $1,022.00 | $452,746 |
| **McClain-Hereford** | 3544 | #1 | P | 42 | H | 100% | 42.0 | 575 | 6/3/22 | 0 | 1.12 | 575 | | | | $159.00 | | $0.00 | $914.25 | $38,399 |
| **McClain-Friona** | 856 | #1 | P | 381 | H | 100% | 381.0 | 700 | 6/3/22 | 0 | 1.12 | 700 | | | | $146.00 | | $0.00 | $1,022.00 | $389,382 |
| **McClain-Hereford** | 3564 | #1 | P | 168 | H | 100% | 168.0 | 575 | 6/3/22 | 0 | 1.12 | 575 | | | | $159.00 | | $0.00 | $914.25 | $153,594 |
| **McClain-Hereford** | 3553 | #1 | P | 110 | H | 100% | 110.0 | 550 | 6/3/22 | 0 | 1.12 | 550 | | | | $159.00 | | $0.00 | $874.50 | $96,195 |
| **McClain-Hereford** | 3554 | #1 | P | 106 | H | 100% | 106.0 | 600 | 6/3/22 | 0 | 1.12 | 600 | | | | $154.00 | | $0.00 | $924.00 | $97,944 |
| **McClain-Friona** | 838 | #1 | P | 130 | H | 100% | 130.0 | 725 | 6/3/22 | 0 | 1.12 | 725 | | | | $146.00 | | $0.00 | $1,058.50 | $137,605 |
| **McClain-Friona** | 849 | #1 | P | 359 | H | 100% | 359.0 | 650 | 6/3/22 | 0 | 1.12 | 650 | | | | $150.00 | | $0.00 | $975.00 | $350,025 |
| **McClain-Hereford** | 3551 | #1 | P | 178 | H | 100% | 178.0 | 650 | 6/3/22 | 0 | 1.12 | 650 | | | | $150.00 | | $0.00 | $975.00 | $173,550 |
| **McClain-Hereford** | 3560 | #1 | P | 251 | H | 100% | 251.0 | 625 | 6/3/22 | 0 | 1.12 | 625 | | | | $154.00 | | $0.00 | $962.50 | $241,588 |
| | | | | | | | 2759.0 | | | | | | | | | | | | | $2,720,717 |

**Cattle Shipped Last Week:**

| Lot | HD Count |
|---|---|
| 3534 | 97 |
| 829 | 394 |

Total Shipped     **491**

These cattle were not inspected and are not included in the numbers above.  Most of these heifers are going out weighing 750-775#.

The cattle are not branded but have lot tags.

All of the information abovve came from Brian McLean who manages the grow yards.

The Friona yard is located 2 Mi W of Friona on FM 1731 then N 1.5 Mi on Co rd..

The Hereford yard is located 8 Mi W of Hereford on FM 1057 then 2 Mi N on FM 1058.

INSPECTOR  FLYNN FARRIS

CUSTOMER NAME:                         INSPECTION REPORT
**Scarlet & Black Cattle**            DATE:      3/9/22

| LOCATION: | lot # | Class | CAT* TYP | # head | SEX | %OWN | CUST HD | IN WT | IN DATE | DOF | GN/DY | INSP. CUR WT. | OUT WGT | COST TO FINISH | PROJ. OUT DATE | FUT. $ CWT | **BASIS: | MARKET ADJUST. | $/HEAD | LOT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **McClain-Friona** | 734 | #1 | P | 24 | H | 100% | 24.0 | 675 | 3/9/22 | 0 | 1.12 | 675 | | | | $148.00 | | $0.00 | $999.00 | $23,976 |
| **McClain-Friona** | 760 | #1 | P | 23 | H | 50% | 11.5 | 625 | 3/9/22 | 0 | 1.12 | 625 | | | | $154.00 | | $0.00 | $962.50 | $11,069 |
| **McClain-Friona** | 771 | #1 | P | 21 | H | 50% | 10.5 | 700 | 3/9/22 | 0 | 1.12 | 700 | | | | $145.00 | | $0.00 | $1,015.00 | $10,658 |
| **McClain-Hereford** | 3540 | #1 | P | 90 | H | 50% | 45.0 | 625 | 3/9/22 | 0 | 1.12 | 625 | | | | $154.00 | | $0.00 | $962.50 | $43,313 |
| **McClain-Hereford** | 3529 | #1 | P | 198 | H | 50% | 99.0 | 650 | 3/9/22 | 0 | 1.12 | 650 | | | | $148.00 | | $0.00 | $962.00 | $95,238 |
| **McClain-Friona** | 803 | #1 | P | 608 | H | 100% | 608.0 | 625 | 3/9/22 | 0 | 1.12 | 625 | | | | $154.00 | | $0.00 | $962.50 | $585,200 |
| **McClain-Hereford** | 3537 | #1 | P | 48 | H | 100% | 48.0 | 600 | 3/9/22 | 0 | 1.12 | 600 | | | | $154.00 | | $0.00 | $924.00 | $44,352 |
| **McClain-Friona** | 810A | #1 | P | 361 | H | 100% | 361.0 | 625 | 3/9/22 | 0 | 1.12 | 625 | | | | $154.00 | | $0.00 | $962.50 | $347,463 |
| **McClain-Hereford** | 3534 | #1 | P | 99 | H | 100% | 99.0 | 625 | 3/9/22 | 0 | 1.12 | 625 | | | | $154.00 | | $0.00 | $962.50 | $95,288 |
| **McClain-Hereford** | 3538 | #1 | P | 271 | H | 100% | 271.0 | 625 | 3/9/22 | 0 | 1.12 | 625 | | | | $154.00 | | $0.00 | $962.50 | $260,838 |
| **McClain-Hereford** | 3539 | #1 | P | 270 | H | 100% | 270.0 | 625 | 3/9/22 | 0 | 1.12 | 625 | | | | $154.00 | | $0.00 | $962.50 | $259,875 |
| **McClain-Friona** | 804 | #1 | P | 180 | H | 100% | 180.0 | 625 | 3/9/22 | 0 | 1.12 | 625 | | | | $154.00 | | $0.00 | $962.50 | $173,250 |
| **McClain-Friona** | 811B | #1 | P | 186 | H | 100% | 186.0 | 650 | 3/9/22 | 0 | 1.12 | 650 | | | | $148.00 | | $0.00 | $962.00 | $178,932 |
| **McClain-Friona** | 809A | #1 | P | 499 | H | 100% | 499.0 | 600 | 3/9/22 | 0 | 1.12 | 600 | | | | $154.00 | | $0.00 | $924.00 | $461,076 |
| | | | | | | | 2712.0 | | | | | | | | | | | | | $2,590,525 |

**Cattle Shipped Last Week:**

| Lot | HD Count | |
|---|---|---|
| 734 | 85 | |
| 760 | 83 | (50%of 166) |
| 771 | 36.5 | (50% of 73) |
| 712 | 64.5 | (50% of 129) |
| 737 | 53.5 | (50% of 107) |
| 713 | 100 | |
| 747 | 137 | |
| 746 | 77 | |
| 721 | 98 | |

Total Shipped         **735**

These cattle were not inspected and are not included in the numbers above.  Most of these heifers are going out weighing 750-775#.

Lot 3537 there are 79 total cattle in the lot but only 48 are Colton's the balance belong to Brian McClean.  This information came from Brian McClean.
The cattle are not branded but have lot tags.
All of the information abvove came from Brian McLean who manages the grow yards.

The Friona yard is located 2 Mi W of Friona on FM 1731 then N 1.5 Mi on Co rd..
The Hereford yard is located 8 Mi W of Hereford on FM 1057 then 2 Mi N on FM 1058.

CUSTOMER NAME:                     INSPECTION REPORT
**Scarlet & Black Cattle**        DATE:        3/9/22

| LOCATION: | lot # | Class | CAT* TYP | # head | SEX | %OWN | CUST HD | IN WT | IN DATE | DOF | GN/DY | INSP. CUR WT. | OUT WGT | COST TO FINISH | PROJ. OUT DATE | FUT. $ CWT | **BASIS: | MARKET ADJUST. | $/HEAD | LOT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

INSPECTOR  FLYNN FARRIS

* CATTLE TYPE: F = FEEDYARD, P = PASTURE, H = HOLSTIEN

| pen | lot | | | |
|---|---|---|---|---|
| 453 | 803 | 79 | Hf S | 625 # |
| 643 | 804 | 74 | Hf s | 623 # |
| 642 | 804 | 74 | 4f5 | 625 # |
| 626 | 804 | 67⁵⁹ | Hf5 | 625 |
| 616 | 803 | 45 | hf s | 650 # |
| 618 | 803 | 71 | hf s | 625-700 # |
| 620 | 734 | 24 | Hf | 625 |
| 604 | 803 | 60 | hf | 625 |
| 503 | 811 B | 92 | hf | 625 |
| 512 | 811 B | 94 | hf | 625 650 |
| 504 | 71 B A | 79 | hf | 625 |
| 503 | 810 A | 15 | hf | 6 |
| ? 507 | 810 | 111 | hf | 625 |
| 447 | 711 | 21 | '' | 7 |
| 411 | 810 A | 11 b | '' | 650 |
| 416 | 809 A | 15 | '' | 6-625 |
| 401 A | 803 | 75 | '' | 6 |
| 400 A | 803 | 81 | '' | 6 |
| 400 B | 803 | 53 | '' | 6 |
| 413 (was) | 809 A | 105 | '' | 625 |
| 406 | 809 A | 24 | '' | 625 |
| 513 | 810 A | 91 | hf | 625 |
| 650 | 803 | 75 | hb | 650 |
| 651 | 803 | 75 | hf | 650 |
| 502 | 760 | 23 | hf | 625 |

A 809 44

| | | | | |
|---|---|---|---|---|
| D1 | 3534 | 9A | HE | 625 |
| E4 | 3537 | 7R | 4C | ↓ |
| F3 | 3529 | 98 | Hf | ↓ |
| 65 | 3538 | 100 | Qf | 625 |
| 66 | 3540 | 90 | hf | 625 |
| 4b | 3535 | 43 | Hf | 675 |
| 14 5 | 3535 | 50 | 4f | " |
| 14 # | 3535 | 63 | &f | 625 |
| 61 | 3539 | 66 | Qf | 625 |
| 61 | 3538 | 28 | Qf | 600 |
| 62 | 3538 | 100 | Qf | 600 |
| 63 | 3538 | 43 | Af | 625 |
| 63 | 3539 | 43 | hf | 625 |
| RR | 3529 | 100 | 4f | 675 |
| R4 | 80GA | 61 | Hf | 625 |
| RL | 80GA | 155 | Rf | 650 |
| | | 3056 | | |

## MCCLAIN FEEDYARD

3/9/2022

LONG INVENTORY

| LOT | SEX | PEN | COUNT | PEN | COUNT | PEN | COUNT | PEN | COUNT | TOTAL |
|-----|-----|-----|-------|-----|-------|-----|-------|-----|-------|-------|
| 734 | H | 620 | 24 | | | | | | | 24 |
| 760 | H | 502 | 23 | 11.5 | 50 7, | | | | | 23 |
| 771 | H | 447 | 21 | 10.5 | 50 7, | | | | | 21 |
| 3540 | H | G6 | 90 | 45 | 50 7. | | | | | 90 |
| 3529 | H | F3 | 98 | R2 | 100 | | | | 50 7. 99 | 198 |
| 803 | H | 616 | 45 | 618 | 71 | 604 | 60 | 653 | 73 | 608 |
| | | 400A | 53 | 400B | 81 | 401A | 75 | 650/651 | 75/75 | |
| 3537 | H | E4 | 79 | | | | | | | ? 48 |
| 810A | H | 504 | 79 | 508 | 75 | 411 | 116 | 518 | 91 | 361 |
| | | | | | | | | | | |
| 3534 | H | D1 | 99 | | | | | | | 99 |
| 3538 | H | G2 | 100 | G5 | 100 | G3 | 43 | G1 | 28 | 271 |
| | | | | | | | | | | |
| 3539 | H | H6 | 48 | H5 | 50 | H4 | 63 | G3 | 43 | 270 |
| | | G1 | 66 | | | | | | | |
| 804 | H | 626 | 59 | 635 | 74 | 643 | 61 | | | 180 |
| 811B | H | 503 | 92 | 512 | 94 | | | | | 186 |
| 809A | H | 408 | 74 | 416 | 105 | 418 | 105 | R6 | 155 | 499 |
| | | R4 | 61 | | | | | | | |

Total - 2878

Shipped Cattle Last Week

| LOT | DREW | COLTON | SHIP | | LOT | DREW | COLTON | SHIP | |
|-----|------|--------|------|---|-----|------|--------|------|---|
| 734 | | 100% | 85 | | 712 | 50% | 50% | 129 | 64.5 |
| 760 | 50% | 50% | 166 83 | | 713 | | 100% | 100 | |
| 771 | 50% | 50% | 73 36.5 | | 737 | 50% | 50% | 107 | 53.5 |
| 3540 | 50% | 50% | | | 747 | | 100% | 137 | |
| 3529 | 50% | 50% | | | 746 | | 100% | 77 | |
| 803 | | 100% | | | 721 | 100% | | 98 | |
| 3537 | | 100% | | | | | | | |
| 810A | | 100% | | | | | | | |
| 3534 | | 100% | | | | | | | |
| 3538 | | 100% | | | | | | | |
| 3539 | | 100% | | | | | | | |
| 804 | | 100% | | | | | | | |
| 811B | | 100% | | | | | | | |
| 809A | | 100% | | | | | | | |

## MCCLAIN FEEDYARD                3/9/2022

LONG INVENTORY

| LOT | SEX | PEN | COUNT | PEN | COUNT | PEN | COUNT | PEN | COUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 734 | H | 620 | 24 | | | | | | | 24 |
| 760 | H | 502 | 23 | | | | | | | 23 |
| 771 | H | 447 | 21 | | | | | | | 21 |
| 3540 | H | G6 | 90 | | | | | | | 90 |
| 3529 | H | F3 | 98 | R2 | 100 | | | | | 198 |
| 803 | H | 616 | 45 | 618 | 71 | 604 | 60 | 653 | 73 | 608 |
| | | 400A | 53 | 400B | 81 | 401A | 75 | 650/651 | 75/75 | |
| 3537 | H | E4 | 79 | | | | | | | 48 |
| 810A | H | 504 | 79 | 508 | 75 | 411 | 116 | 518 | 91 | 361 |
| 3534 | H | D1 | 99 | | | | | | | 99 |
| 3538 | H | G2 | 100 | G5 | 100 | G3 | 43 | G1 | 28 | 271 |
| 3539 | H | H6 | 48 | H5 | 50 | H4 | 63 | G3 | 43 | 270 |
| | | G1 | 66 | | | | | | | |
| 804 | H | 626 | 59 | 635 | 74 | 643 | 61 | | | 180 |
| 811B | H | 503 | 92 | 512 | 94 | | | | | 186 |
| 809A | H | 408 | 74 | 416 | 105 | 418 | 105 | R6 | 155 | 499 |
| | | R4 | 61 | | | | | | | |

CUSTOMER NAME:                           INSPECTION REPORT
**Scarlet & Black Cattle**               DATE:      11/22/22

| LOCATION: | lot # | Class | CAT* TYP | # head | SEX | %OWN | CUST HD | IN WT | IN DATE | DOF | GN/DY | INSP. CUR WT. | OUT WGT | COST TO FINISH | PROJ. OUT DATE | FUT. $ CWT | **BASIS: | MARKET ADJUST. | $/HEAD | LOT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **McClain-Friona** | 901 | #1 | P | 345 | S | 100% | 345.0 | 675 | 11/22/22 | 0 | 1.25 | 675 | | | | $179.00 | | $0.00 | $1,208.25 | $416,846 |
| **McClain-Friona** | 905 | #1 | P | 68 | S | 100% | 68.0 | 650 | 11/22/22 | 0 | 1.25 | 650 | | | | $179.00 | | $0.00 | $1,163.50 | $79,118 |
| **McClain-Friona** | 913 | #1 | P | 375 | H | 100% | 375.0 | 575 | 11/22/22 | 0 | 1.12 | 575 | | | | $168.00 | | $0.00 | $966.00 | $362,250 |
| **McClain-Friona** | 914 | #1 | P | 445 | S | 100% | 445.0 | 625 | 11/22/22 | 0 | 1.25 | 625 | | | | $183.00 | | $0.00 | $1,143.75 | $508,969 |
| **McClain-Friona** | 915 | #1 | P | 71 | H | 100% | 71.0 | 550 | 11/22/22 | 0 | 1.12 | 550 | | | | $168.00 | | $0.00 | $924.00 | $65,604 |
| **McClain-Friona** | 3595 | #1 | P | 337 | H | 100% | 337.0 | 575 | 11/22/22 | 0 | 1.12 | 575 | | | | $168.00 | | $0.00 | $966.00 | $325,542 |
| **McClain-Friona** | 3596 | #1 | P | 201 | H | 100% | 201.0 | 550 | 11/22/22 | 0 | 1.12 | 550 | | | | $168.00 | | $0.00 | $924.00 | $185,724 |
| **McClain-Friona** | 8763A | #1 | P | 397 | H | 100% | 397.0 | 600 | 11/22/22 | 0 | 1.12 | 600 | | | | $167.00 | | $0.00 | $1,002.00 | $397,794 |
| | | | | | | | 2239.0 | | | | | | | | | | | | | $2,341,847 |

The cattle are not branded but have lot tags.
All of the information abvove came from Brian McLean who manages the grow yards.

The Friona yard is located 2 Mi W of Friona on FM 1731 then N 1.5 Mi on Co rd..

INSPECTOR  FLYNN FARRIS

======================================================================================================

\* CATTLE TYPE: F = FEEDYARD, P = PASTURE, H = HOLSTIEN

======================================================================================================

*February 25, 2022
Inspection visit February 9-11 McClain Feeders, Hereford and Friona

The purpose of our trip was to verify inventory and get to know Brian McClain better. Through visiting with Brian, we gained a better understanding of his operation and increased our comfort level in the venture.

We have enjoyed satisfactory returns. After two years of working with Brian it was good to spend a day with him. It also helped us understand more about Hi-Plains feeding and the value Brian's program brings to these large cattle feeders.

Brian McClain is a cattle buyer at heart.  As a cattle buyer, I think Brian's had identified an additional opportunity in providing a reliable source of preconditioned feeders for fattening yards.

As a successful cattle buyer, he has all the connections to source light calves throughout the southeast and in Oklahoma and transform them into very saleable groups of feeders in quantities that are attractive to lots in the Hi-Plains.  This class of cattle could go on feed easier, minimize health costs, allow for easier acclimation, and better gains.

His program generates a consistent product that fits well for both us and the end customer.

I tried to assess all these criteria and will provide my thoughts on how he measures up.


## RISK MANAGEMENT

Brian's risk management is dirt simple and effective. He forward contracts 100% of the cattle within days of purchase. Through our discussions in the truck he was explaining that he is given a basis that is good for the week (off feeder board on closest del. Month, when the bought cattle will be sold to a feedlot) and uses that basis agreement to determine the price he can afford to pay for the cattle. This allows him to price calves so they can work. He also takes strong forward positions on his feed when he thinks the prices are good. He currently has contracts for corn and DDG that will take him to new crop. There has been considerable strength in the corn market since these contracts so we will be keeping a close eye on the projected COG when we enter new crop. Currently Brian has sold exclusively to Friona Industries, but with some corporate changes Brian has started to look elsewhere. This has resulted in some very favorable bids coming in from Cactus Feeders, which in my mind only strengthens our position. Cactus is a large reputable feeder with approximately 600,000 cattle on feed in their 10 lots.  I believe Brian will be keeping the door open for further business with Friona Industries.

THORLAKSON_002021

## CATTLE AND FEEDLOT OPERATIONS

The cattle in his lots are what generally are described as number 1 feeders. I believe Brian does a very good job of buying cattle that are easy to market and perform well within the yard.

His cost of gains are very competitive,

The cost of his animal health program is low, mortality is within acceptable levels, our cattle have averaged 2.43%

The cattle are comfortable in the pens, conducive to predictable gains and robust health.

What really impressed me is the simplicity of the operation. He does not have or need a feedmill, sparing him the costs and headaches that are incumbent with a mill.

Earlier I mentioned that Friona Industries has gone through a bit of corporate change. This has opened an opportunity to grow our operation. Friona Industries used to offer a buy-back program that would allow operators like Brian to receive the up-front cost of the cattle right away, leaving them only responsible to cover the cost to grow the calf to the contract delivery weight. Friona had kept about 7000 cattle of this program on feed with Brian and he is now seeking to replace some of these cattle with an increase in our program (or cattle).

## Observations and Information

The following information is based on our in person visit with Brian plus a blend of references from a number of people we have confidence in, who have done business with Brian over many years.

### Brian McClain

Age:51

Physical condition: stocky but in good shape, exercises regularly

Good memory for cattle information, numeric, focused on work (a work horse not a show horse)

Competitive, confident in his knowledge but eager to learn, not arrogant, moderately acrophobic

### Business

Very knowledgeable of all significant elements that impact profitability

Values stable business relationships, loyal to customers and vendors alike but remains aware of competitiveness

Very knowledgeable on the buy side of the cattle, has a strong rancher base and is offered a lot of cattle

Buys good quality cattle that are easy to sell with a minimum of turnbacks, can source big groups of cattle quickly.

A private person, guards his operational practices

Maintains strict confidentiality with his customers

He is adamant in his risk management through forward contracting and insistent that all his cattle are contracted.

THORLAKSON_002022

**Closing Thoughts**

The numbers we saw in the feedlot checked with Brian's figures. By the end of this week, we expect to be able to confirm last week's cattle sales with deposits and closeouts. This will complete the confirmation of inventory.

*Today's Note: Brian's bookkeeping is slow, today Brian has $2,345,053 in Sale proceeds of ours, but he also has $2,004,113, of cattle purchases that are in our inventory that we will pay him for as, soon as he deposits our sales proceeds. Next week we will be all square.*

After the visit we came away very comfortable with Brian's knowledge, business acumen and integrity. Brian operates a simple operation at minimal cost enabling him to keep his operational cost low. Combine that with his disciplined risk management and cattle buying skills, you have the reasons why we are pleased with the results to date.

Ben Thorlakson 403-540-0666   Thorlakson Diamond T Cattle Feeders LP

Tom Thorlakson 403-999-3156  Thorlakson Diamond T Cattle Feeders LP

THORLAKSON_002023

## NOVEMBER 2022

**14 MONDAY**

Tom's hereford cow died at our place. Cause unknown

Golf lesson - Finish scoring a grip adoption

**15 TUESDAY**

**16 WEDNESDAY**  Flew to Dallas

Tom & I drove to Hereford. Good drive, good visit. Saw Metallic Cat at Rocking P farms. Jessie Leaner is a friend of Tom's, he is the head trainer.

We talked about buying a 2yr old full Grey coming to train that sell at a queen.

## NOVEMBER 2022

**17 THURSDAY**  Went to Hereford lot and inventoried our cattle.

Went to Amarillos visited w/ James Marton @ Ag Tserve. They are very good people. Went back to Hereford lot and did more check on inventory.

Staying at Best Western in Hereford. Spent a couple hours at Friena Lot.

**18 FRIDAY**  Spent the day at Friena Lot on inventory. Made good progress on the inventory and will finish up tomorrow. Maybe a little ways on Sunday before we got back to Jordans.

**19 SATURDAY**  Friena - then driving to Iriquital, Colorado & back. He is notching trip. Picking up Tom's travel tent trailer then back to Hereford.

**20 SUNDAY**  Friena The morning cattle guys left. Or cattle sunny day, the cattle look a lot better then they did on Thursday. Cold weather. Drove back to Wichita this.

Late bred sheep

## NOVEMBER 2022

**21 MONDAY**

Drove 19 hrs over the past 5 days.
Feel good about our ice bites.
Confirmed numbers and approval for
shipped cattle and detailed misc
cattle that we will pay for.
A very busy few days but productive and
necessary due still time.
Visited with Sandi nice facility.
Talked w Aunt Ruby got good report of B Tennis

Flew back from Dallas to Phoenix

**22 TUESDAY**

Very busy and productive visit with Tom
the last few days. Somewhat exhausting.
Driving range. My progress in golf is
sometimes two steps forward one back
sometimes one step forward two back
Tom Conlin came by. Arranged for Bowers to come by
Repaired irrigation for grape fruit
Tom & I looking at buying a couple of yearling colts.

**23 WEDNESDAY**

again
Bowers came by. He will check irrigation and
repair as required sanitize and trim shrubs.
I removed old paint on door trim and painted
Making progress I believe on fight on Solar Project.
BA and I went to see The Flagelmans
Thought provoking.
Tom & I are preparing our ⃟ T inspection report.

---

**24 THURSDAY**   Exercise 170 sa   BP ok
Thanksgiving Day

Lengthy calls to Brad & John. John wrote a good
update letters
Tom working on completing ⃟ T audit. Concerns shed
Mitts construction.
Practice golf swing on driving range. Making
progress. Got some groceries, firming.

Happy Thanksgiving. U.S. Folks looks late for dinner.

---

**25 FRIDAY**   Exercise $\frac{160}{545}$ · 30min

Talked to Tom. He is headed to OKC to pick up
Sara's bed.
Run 3.3 km   23:37   8.55 km/hr
Golf Driving Range 40 min   — Making progress
Mtn biking Usary Park — 63 min
Conference call John & Brent.
Return to Mesa home 2:40
John wrote a good Solar Farm / See 26 Neighbors
information letter — very well done

---

**26 SATURDAY**

Exercise 190 step
Golf today to Terry. Took off.
Thai food for supper.
BP ± 189 to 120

---

**27 SUNDAY**

Exercise · 200 sit up
2 mi.   21:30 knot

Dinner to Terry & Donna.
Drama & BA
— lots of laughs

THORLAKSON_002025

THORLAKSON_002026



APPX 0209

THORLAKSON_002027

Diamond T Inspection Report Nov. 17 – Nov. 20 / 2022

**Objective:**

To confirm our book inventory at MacClain's two yards and assess the state of our cattle inventory at the two sites as well as confirm recent sales, accounts receivables and new purchases at the two sites.

**Procedures:**

To confirm the cattle numbers, we counted the cattle in the pens, trying to accomplish this with a minimum amount of disruption to the normal operation of the yard. To do this we drove the feed allys stopping at each pen, first checking that the lot numbers of the cattle in the pen matched the inventory summary provided by Brian. Once we confirmed the lot number, we would back up to the beginning of the pen and drive slowly and get a count on the cattle. We would then check the count against Brian's figures. We did take into account that some cattle may be in a hospital pen or unrecorded deads. It can also be difficult to get a completely accurate count if the cattle aren't being cooperative if they are moving fast or staying in groups. In some cases where the cattle were really frisky, we would both go into the pen and stretch the cattle out so that we could generate a more accurate count. Most of our counts were within 5 or 10 head. It was also helpful that most of the pens had less than 120 head. To get a precise head count it is best to run the cattle out to the ally and count the cattle back into the pen, however we felt that our counts were close enough.

There was a cold spell here from about November 10 to 18 that was very tough on the cattle, particularly the new cattle. We saw more deads and sick cattle than we did on our last trip. Back home in Alberta wind chill of -5C or -10C would not a problem but for the cattle out of Florida it can generate some real health challenges (mostly Bovine Respiratory disease— "Shipping Fever".

**Hereford Lot:**

This is a relatively small lot with a current capacity of >5000 head. The cattle here are well cared for and the animal health appeared satisfactory. The lot appears to be well run and Bob appears to be conscientious, taking pride in maintaining a high standard of care.

**Friona Yard:**

Friona yard is the old yard that a portion, maybe 50%, has been reactivated. The cattle here looked pretty tough on Thursday Nov. 17. There was a lot of deads in the pens perhaps 30 that had accumulated over the previous week. By Sunday November 20, with better weather the cattle looked a lot better.

To us, it appears that they are short staffed and could use some more cowboys and perhaps a good lead hand to coordinate activities. Perhaps their people can handle normal operations but when there is a problem they don't have enough to stay on top of the situation. For

THORLAKSON_002028

example, they are behind on removing deads from the pens and their feed bunk management is not up to snuff, too many hungry cattle at the end of the day. When we were here in February, we noticed the same issues. We feel they could tighten up with their feed bunks reads. It also appeared that there were more off spec cattle in the new arrivals and in some of the lots. Perhaps this reflects the fact that with Brian's injury there wasn't the close attention paid to cleaning up the incoming cattle to meet the feeder contract specs.

**General Observations and Action plan.**

- The numbers in the lots that we purchase show that in some cases we purchased only a portion of a total lot. This makes it difficult to keep a tight control on our numbers. It appears Brian ensures that our death loss does not exceed 3% and this way he does not need to worry about finding every single animal that were originally assigned to us. It appears that he allocates about 2.5% death loss to each lot and thinks that probably works out fair for everyone. It is a system that has worked quite well. Not withstanding that, we would like to have a ear tag on our cattle that has a Diamond T on the tag. We will be discussing this with Brian. We would like a simple tag that has a dedicated colour and the Diamond T imprinted at the top, below that the tag is blank with enough room to put the Lot and individual animal number. We could have a series of 4 or more dedicated colours and rotate through them on a quarterly basis. This would aid in easier inventory control for treated cattle, sorting and marketing.
- There are three components to our inventory check:
  1) Sold cattle that we have not received closeouts prior to November 17. Schedule A
  2) Physical inventory counted in the yard. Schedule B
  3) New Cattle that we are purchasing, most of these are present in the yard
     (not sure the best way to describe these cattle) Schedule C

Tom—I think you will already have these 3 lists prepared on Excel spreadsheets. We can talk about this.

We feel that all aspects of our investment have been confirmed, either through physical inventory or settlement.

We intend to follow this up with an inventory check in January 2023 and then be present for a combined inventory check in March with bankers from Ag Texas and also Brian's bankers.

THORLAKSON_002029



# INVOICE

**Customer: Thorlakson Diamond T Feeders, LP**

**AgTexas Farm Credit Services**

**DATE:**    January 7, 2021

Kandi Stewart - Accounts Payable

**FILE ID:**    201229007

5004 N. Loop 289
Lubbock, TX 79416

Phone: 806-745-4575

| DESCRIPTION | AMOUNT |
|---|---|
| Services: | |
| Chattel Evaluation | 400.00 |
| Cattle Evaluation at Friona, TX., (2) | |
| **TOTAL** | $        400.00 |

Make all checks payable to: **Ag Texas FCLA**

If you have any questions concerning this invoice, contact:
**Steve Shaller, 806-731-6549    Steve.Shaller@agtexas.com**

Tax ID No. 75-2911358

*Thank You For Your Business!*

APPX 0212

THORLAKSON_002425

# AGTEXAS FARM CREDIT SERVICES

# GENERAL CATTLE INSPECTION

**Borrower:** **THORLAKSON DIAMOND T FEEDERS, LP**     Date:   **01/06/21**

## LOCATION of HEADQUARTERS:

ABSOLUTE LOCATION: GPS: N.34.66278, W.102.77698
RELATIVE LOCATION:  2548 CR 15, Friona, TX 79035

## MANAGEMENT

OWNER CHARACTER:  Mr. Brian McClain is the manager and owner of the growyard where these cattle are located. The growyard is located west of Friona that was previously known as HEC Feeders. This yard had been sitting vacant until a year and half ago, when Mr. McClain purchased the property and began expanding his cattle backgrounding operation. Now, approximately 40% of the yard is being used. The received cattle are loosely placed in multiple pens to improve the adjustment period, as well as, the health. This appears to be working well, as the death loss usually stays at 3% or below. Most of the cattle purchased are from markets located in Kentucky and Florida. These lightweight cattle are forward contracted for sale as feeders, at the time of purchase. This allows Mr. McClain to determine his purchase price, in order to create a more secure profit margin.

## LIVESTOCK OBSERVATIONS

CATTLE IDENTIFICATION:  All cattle are ear tagged with had written feeder tags that have both a Lot number and an individual ID number.

PERCENTAGE OF CATTLE OWNERSHIP: It is my understanding that Thorlakson Diamond T Feeders, LP owns 100% of the cattle.

QUALITY OF LIVESTOCK:  The cattle are 65% Black Angus/Black Angus X and 35% English/Exotic X, that are #1 to #1 ½ in quality.

PERCENTAGE OF CATTLE PHYSICALLY VERIFIED:  The total number of cattle for this inspection is 1,096 head. I saw 100% of these cattle.

CATTLE CONDITION & HEALTH:  All cattle inspected were in very good condition and health.

---

I certify that as of the above date I have personally seen the crops, livestock, equipment, and/or real estate described above or in attachments to this report, that such are identified as indicated, and that I am not related to the applicant and have no interest, financial or otherwise, in the loan or subject property, either directly or indirectly.  I further certify that any evaluation completed as part of this report was not based on a requested minimum valuation or specific valuation for approval of a loan.

*Steve Shaller*                                          1-6-21

THORLAKSON_002426

FEED QUALITY:  The cattle that are being fed a good quality feed. The feed mill on the facility is  non-operational, but the ration is mainly silage that is stored on site, and other shipped in commodities. I saw an adequate feed supply and feeding equipment at the feedyard.

CATTLE VALUATION:  Sources –Cost to Finish Analysis-Feeder, current estimated feeding performance stated on the Comprehensive Yardsheets, and the customer's forward contract selling price. The estimated current total cattle value is $885,888.00. The estimated finished feeder total value is $1,014,012.00.

ENVIRONMENTAL ISSUES:  I am not trained on environmental issues but did not see any items that would appear to cause environmental injury or harm to cattle, crops or personnel at any location visited.

## EQUIPMENT INSPECTION

N/A

## CROP INSPECTION

N/A

## SUMMARY

Mr. McClain seems to be a very knowledgeable cattleman and caretaker, with an excellent understanding of the cattle industry. His operation shows signs of rapid growth, with every decision being well planned.

THORLAKSON_002427

**Cost to Finish**

**FEEDLOT CATTLE VALUATION**  Date: 01/06/21  FUTURES  Date: 01/06/21

TOTAL CV $ 885,888  TOTAL HD 1,096.0  Cattle Location: 7M Feeders, Fiona, TX

Owner Name: Thorlakson DTF

Notes: D = Dairy cattle, H = Heifers, M = Mixed Steers & Heifers, S = Steers, FD = Dairy cattle sold as feeders. (The column is only used for the needed information in the sheet. The designation is shown in the live or feeder column.)

| | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Live Feeder | 1.2267 | 1.2267 | 1.2958 | | | FD | | | | | | | |
| Class | D | | H | M | S | | | | | | | | |
| ROG | | | | | | 2.50 | | | | | | | |
| COG | | | | | | 0.85 | | | | | | | |
| Basis Weight FWeight | | | | | | 725 | | | | | | | |

| LOT # | Interest | Head | Class | Current Weight | Valuation Date | Present Weight | Live or Feeder | Implied Unit Price | Current Value | Rate of Gain | #'s to Gain | Cost/# of Gain | Addl. Feed Cost | Sale Weight | Futures Price | Basis | Unit Price | Sale Date | Current Value / Head | Finished Value / Hd | Total Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 345 | 100.0% | 102 | FD | 664 | 01/06/21 | 664 | Feeder | 1.2613 | 85,426 | 2.50 | 61 | 0.85 | 5,269 | 725 | 1.2267 | 0.0000 | 1.2267 | Jan-21 | 838 | 889 | 90,714 |
| 321 | 100.0% | 210 | FD | 671 | 01/06/21 | 671 | Feeder | 1.2570 | 177,126 | 2.50 | 54 | 0.85 | 9,639 | 725 | 1.2267 | 0.0000 | 1.2267 | Jan-21 | 843 | 889 | 186,782 |
| 368 | 100.0% | 204 | FD | 556 | 01/06/21 | 556 | Feeder | 1.4313 | 162,344 | 2.50 | 169 | 0.85 | 29,305 | 725 | 1.2958 | 0.0000 | 1.2958 | Mar-21 | 796 | 939 | 191,649 |
| 350 | 100.0% | 206 | FD | 552 | 01/06/21 | 552 | Feeder | 1.4355 | 163,235 | 2.50 | 173 | 0.85 | 30,292 | 725 | 1.2958 | 0.0000 | 1.2958 | Mar-21 | 792 | 939 | 193,528 |
| 352A | 100.0% | 190 | FD | 550 | 01/06/21 | 550 | Feeder | 1.4376 | 150,234 | 2.50 | 175 | 0.85 | 28,263 | 725 | 1.2958 | 0.0000 | 1.2958 | Mar-21 | 791 | 939 | 178,491 |
| 371 | 100.0% | 87 | FD | 563 | 01/06/21 | 563 | Feeder | 1.4241 | 69,753 | 2.50 | 162 | 0.85 | 11,980 | 725 | 1.2958 | 0.0000 | 1.2958 | Mar-21 | 802 | 939 | 81,733 |
| 335 | 100.0% | 97 | FD | 563 | 01/06/21 | 563 | Feeder | 1.4241 | 77,770 | 2.50 | 162 | 0.85 | 13,357 | 725 | 1.2958 | 0.0000 | 1.2958 | Mar-21 | 802 | 939 | 91,128 |
| TOTALS | | 1,096 | | | Equivalent Head | 1,096 | | | $ 885,888 | | | | $ 129,124 | | | | | | 808 | 925 | $ 1,014,071 |

Copy:Thorlakson Diamond T Feeders, LP Insp. 01-06-21.xls

APPX 0215

THORLAKSON_002428

Current Date  1/6/2021

## Current Inventory Data

| Lot | Count | Sex | Date In | In Wt. | Current Wt. | Purchase Cost/Lot | Purchase Cost/Hd | Accrued Exp./Lot | Accrued Exp./Hd | Total Inputs/Lot | Total Inputs/Hd | Weight Gained | DOF | ADG | Cost/Day/Hd | Sale Wt | Lbs Left | Days Left | Out Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 345 | 102 | H | 10/21/2020 | 482.80 | 664.00 | $64,731.13 | $634.62 | $13,716.16 | $134.47 | $78,447.29 | $769.09 | 181.20 | 77 | 2.35 | $1.75 | 725 | 61.00 | 22.18 | 1/28/2021 |
| 321 | 210 | H | 10/21/2020 | 484.30 | 671.00 | $131,619.40 | $626.76 | $28,826.14 | $137.27 | $160,445.54 | $764.03 | 186.70 | 77 | 2.42 | $1.78 | 725 | 54.00 | 19.64 | 1/25/2021 |
| 368 | 204 | H | 12/7/2020 | 497.50 | 556.00 | $139,592.10 | $684.28 | $6,108.98 | $29.95 | $145,701.08 | $714.22 | 58.50 | 30 | 1.95 | $1.00 | 725 | 169.00 | 61.45 | 3/8/2021 |
| 350 | 206 | H | 12/7/2020 | 492.80 | 552.00 | $139,352.24 | $676.47 | $6,444.66 | $31.28 | $145,796.90 | $707.75 | 59.20 | 30 | 1.97 | $1.04 | 725 | 173.00 | 62.91 | 3/9/2021 |
| 352A | 190 | H | 12/16/2020 | 509.40 | 550.00 | $129,278.40 | $680.41 | $4,651.30 | $24.48 | $133,929.70 | $704.89 | 40.60 | 21 | 1.93 | $1.17 | 725 | 175.00 | 63.64 | 3/10/2021 |
| 371 | 87 | H | 12/16/2020 | 521.00 | 566.00 | $61,519.68 | $707.12 | $2,177.10 | $25.02 | $63,696.78 | $732.15 | 45.00 | 21 | 2.14 | $1.19 | 725 | 159.00 | 57.82 | 3/4/2021 |
| 335 | 97 | H | 12/16/2020 | 521.00 | 566.00 | $68,355.20 | $704.69 | $2,479.28 | $25.56 | $70,834.48 | $730.25 | 45.00 | 21 | 2.14 | $1.22 | 725 | 159.00 | 57.82 | 3/4/2021 |
| Totals | 1,096 | | | | | $734,448.15 | | $64,403.62 | | $798,851.77 | | | | | | | | | |

APPX 0216

THORLAKSON_002429

| COG | Future Costs | | | | Fwd Price | Slide | Slide Lbs $ | Future Revenue | | | Revenue/Lot | P&L/Hd | Future P&L | | | ROI | Market Value |
| | Future Cost/Hd | Future Cost/Lot | Total Cost/Hd | Total Cost/Lot | | | | Adj. Sales Price | Revenue/Hd | | | | P&L/Lot | P&L/Lot % Split | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0.85 | $51.85 | $5,288.70 | $820.94 | $83,735.99 | $122.67 | $0.08 | $0.00 | $122.67 | $889.36 | $90,714.47 | $68.42 | $6,978.48 | $4,654.64 | 7.19% | $85,425.77 |
| $0.85 | $45.90 | $9,639.00 | $809.93 | $170,084.54 | $122.68 | $0.08 | $0.00 | $122.68 | $889.43 | $186,780.30 | $79.50 | $16,695.76 | $11,136.07 | 8.46% | $177,141.30 |
| $0.85 | $143.65 | $29,304.60 | $857.87 | $175,005.68 | $130.23 | $0.08 | $0.00 | $130.23 | $944.17 | $192,610.17 | $86.30 | $17,604.49 | $11,742.19 | 8.41% | $163,305.57 |
| $0.85 | $147.05 | $30,292.30 | $854.80 | $176,089.20 | $129.58 | $0.08 | $0.00 | $129.58 | $939.46 | $193,527.73 | $84.65 | $17,438.53 | $11,631.50 | 8.35% | $163,235.43 |
| $0.85 | $148.75 | $28,262.50 | $853.64 | $162,192.20 | $128.25 | $0.08 | $0.00 | $128.25 | $929.81 | $176,664.38 | $76.17 | $14,472.18 | $9,652.94 | 7.47% | $148,401.88 |
| $0.85 | $135.15 | $11,756.05 | $867.30 | $75,454.83 | $129.17 | $0.08 | $0.00 | $129.17 | $936.48 | $81,473.98 | $69.19 | $6,019.15 | $4,014.77 | 6.53% | $69,715.92 |
| $0.85 | $135.15 | $13,109.55 | $865.40 | $63,944.03 | $129.17 | $0.08 | $0.00 | $129.17 | $936.48 | $90,838.80 | $71.08 | $6,894.77 | $4,598.81 | 6.73% | $77,729.23 |
| | | | | | | | | | | Sum/Avg | | $86,103.35 | $57,430.93 | 7.59% | $884,955.12 |

THORLAKSON_002430

Current Date   12/23/2020

Current

| Lot | Count | Sex | Date In | In Wt | Current Wt | Purchase Cost/Lot | Purchase Cost/Hd | Accrued Exp./Lot | Accrued Exp./Hd |
|---|---|---|---|---|---|---|---|---|---|
| 288A | 211 | H | 9/14/2020 | 481.70 | 765.00 | $137,661.22 | $652.42 | $49,027.06 | $232.36 |
| 310 | 214 | H | 10/21/2020 | 481.20 | 642.00 | $131,698.63 | $615.41 | $29,906.07 | $139.75 |
| 345 | 105 | H | 10/21/2020 | 482.80 | 634.00 | $64,731.13 | $616.49 | $13,716.16 | $130.63 |
| 321 | 213 | H | 10/21/2020 | 484.30 | 641.00 | $131,619.40 | $617.93 | $28,826.14 | $135.33 |
| 368 | | H | 12/7/2020 | 497.50 | 526.00 | $139,592.10 | $674.36 | $6,108.98 | $29.51 |
| 350 | 299 | H | 12/7/2020 | 492.80 | 522.00 | $139,352.24 | $666.76 | $6,444.66 | $30.84 |
| 352A | 193 | H | 12/16/2020 | 509.40 | 520.00 | $129,278.40 | $669.84 | $4,651.30 | $24.10 |
| 371 | 90 | H | 12/16/2020 | 521.00 | 533.00 | $61,519.68 | $683.55 | $2,177.10 | $24.19 |
| 335 | 100 | H | 12/16/2020 | 521.00 | 533.00 | $68,355.20 | $683.55 | $2,479.28 | $24.79 |
| Totals | 1,542 | | | | | $1,003,808.00 | | $143,336.75 | |

APPX 0218

THORLAKSON_002431

**AgTexas Farm Credit Services**

## LIVESTOCK INVENTORY INSPECTION

CATTLE OWNER: _Thorlakson Diamond T_   DATE: _1-6-21_   CARETAKER: _Brian McClain_

| CATTLE LOCATION PASTURE TYPE & CONDITION | % OWNED | TOTAL HEAD | SEX | CURRENT WT / AGE | BRAND & LOCATION | CATTLE CONDITION | PASTURE: OWNED LEASED |
|---|---|---|---|---|---|---|---|
| 34. 662278   102. 77698 | | | | | | | |
| | | | | | | | |
| Old HEC Fdyd | | | | | | | |
| Current hd 1096 - Hand written ear tags with Lot # & individual FD | | | ✓ | | | | |
| | | | | | | | |
| ROG - 2.9 - 3.2 | | | | | | | |
| Death Loss  3% | | | | | | | |
| | | | | | | | |
| Take to Feeder wt. | | | | | | | |
| Cattle are Forward contracted | | | | | | | |
| before purchase. | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 100,000 hd yard | | | | | | | |
| 40,000 hd - water capacity. | | | | | | | |
| | | | | | | | |
| Feed in commodity bays. | | | | | | | |
| Silage pile on site | | | | | | | |
| Mill non-Functional | | | | | | | |
| | | | | | | | |
| Approx 40% yard being used. | | | | | | | |
| But pens are not even close | | | | | | | |
| to Full, Giving cattle a lot | | | | | | | |
| of room. Loads are split | | | | | | | |
| Into 2 pens with sick pen | | | | | | | |
| between. | | | | | | | |
| | | | | | | | |
| Cattle in very good condition. | | | | | | | |
| Saw many FT brands on | | | | ✓ | ca | | |

THORLAKSON_002432



AG Texas Farm Credit
6901 Quaker Ave., Suite 300
Lubbock, TX 79413
**817−293−6103**

### CHATTEL ORDER FORM
### COMPANY: AgTexas Amarillo Branch

**File Information**

**File ID:** 201229007        **Due Date:** 1/15/2021

**Loan Number:** new

**Appraiser Information**

**Loan Type:** New Customer − Primary      **Appraiser:**

**Form:** Chattel Evaluation

**Appraisal Fee:**        **Interest Valued:**

**Real Estate Valued:**        **Effective Date of Valuation:**

**Client Information**

**Client:** AG Texas Farm Credit        **Borrower:** Thorlakson Diamond T Feeders, LP
                                             Brian McClain

**Address:** 2001 S Soncy Rd        **Co−Borrower:**
Amarillo, TX 79124

**Subject Property**

**Address:** 1        **Intended Use:** New Customer
Friona, TX 79035

**County:** Parmer        **Map:** Map Link

---

Equipment  [ ]

Please attach inventory list for each entry if request is an equipment inspection.

Crops    [ ]

Beef
Cattle   [X]   see attached inventory sheets − Brian has 2 yards he owns, one west of Dalhart by cowboy church, one is Friona (the old HEC yard) and he leases some space with another yard. These cattle are forward contracted at time of purchase with Friona Industries through a broker. Please value the cattle on a cost to raise basis using the fwd contracted price (Brian can supply those prices). He will be able to give you a cost of gain that's realistic in his operation as well.

Dairy
Cattle   [ ]

Other    [ ]

**Property Contact Information**

**Contact Person:** Brian McClain        **Work Phone:**

**Cell Phone:** (270) 703−5660        **Home Phone:**

**Contact Email:** mcclainfarms@gmail.com

**Contact Notes:** Brian McClain is the caretaker and owner of the grow yards where Thorlakson's cattle are located. Brian said that it was mandatory that he accompany the inspector on the inspection so that there is no miscommunication. Brian is vehement about this because of a poor inspection before that resulted in a bad experience with another customer's lender. Brian is a nice guy and excellent operator.

Other information believed germane to the appraisal bid:

APPX 0221

THORLAKSON_002434

7M Cattle Feeders

Texas
Texas, AC +/-

APPX 0222

THORLAKSON_002435

Steve Shaller

## <u>QUALIFICATIONS OF THE APPRAISER</u>

## <u>STEVE SHALLER</u>

### <u>Background and Experience</u>

- Fourth generation of a Texas Panhandle ranching family, which is currently operating near Clarendon, Texas.
- Chattel Evaluation Director for Ag Texas Farm Credit Services (1 year).
- Chattel Evaluator for Ag Texas Farm Credit Services (4 years).
- Independent Chattel Appraiser (2 years).
- Supervising Inspector for the Texas Animal Health Commission (3 years).
- Field Inspector for the Texas Animal Health Commission (6 years).
- Ranch Manager for a 500 cow/3,000 stocker cattle operation, which included 1,000 acres of farmland (3 years).
- Ranch Foreman for a 15,000 head stocker operation (7 years).
- Active with the family ranch operation near Clarendon, Texas, which includes cattle, irrigated and dryland wheat, cotton, peanuts and hay.
- Owned and operated irrigated and dryland hay, wheat and cattle operation (9 years).

### <u>Education</u>

- West Texas A & M University-BAAS Degree in Animal Science
- Clarendon College-Associates Degree in Ranch and Feedlot Operations

### <u>Professional Memberships</u>

- American Society of Agriculture Appraisers (Lifetime Member)
- International Society of Livestock Appraisers (Lifetime Member)
- American Society of Farm Equipment Appraisers (Lifetime Member)
- American Society of Equine Appraisers (Lifetime Member)
- National USPAP 15 hour Course Completion
- Senior Appraiser-American Society of Agriculture Appraisers
- Senior Appraiser-American Society of Equine Appraisers

### <u>Other</u>

- During my lifetime of experience with the ranching and farming industry, I have bought and sold thousands of cattle and thousands of dollars of farm equipment during this time. I am confident in saying that I am well qualified to give a professional opinion as to the value of the subject property in this appraisal.

THORLAKSON_002436



# INVOICE

**Customer: Thorlakson Diamond T Feeders, LP**

**AgTexas Farm Credit Services**
Kandi Stewart - Accounts Payable
5004 N. Loop 289
Lubbock, TX 79416
Phone: 806-745-4575

**DATE:**   October 25, 2021
**FILE ID:**   210528005

| DESCRIPTION | AMOUNT |
|---|---|
| Services: | |
| | |
| Chattel Evaluation | 600.00 |
| Cattle Evaluation at Friona, TX and Hereford, TX., (3) | |
| | |
| | |
| **TOTAL** | $   600.00 |

Make all checks payable to: **Ag Texas FCLA**

If you have any questions concerning this invoice, contact:
**Steve Shaller, 806-731-6549     Steve.Shaller@agtexas.com**

Tax ID No. 75-2911358

*Thank You For Your Business!*

THORLAKSON_002437

# AGTEXAS FARM CREDIT SERVICES

## GENERAL CATTLE INSPECTION

Borrower:   **THORLAKSON DIAMOND T FEEDERS, LP**      Date:   **10/12/21**

### LOCATION of HEADQUARTERS:

ABSOLUTE LOCATION: GPS: N.34.66278, W.102.77698
RELATIVE LOCATION:  2548 CR 15, Friona, TX 79035

### MANAGEMENT

OWNER CHARACTER:  Mr. Brian McClain is the manager and owner of the growyard where these cattle are located. The growyard is located west of Friona that was previously known as HEC Feeders. This yard had been sitting vacant until a year and half ago, when Mr. McClain purchased the property and began expanding his cattle backgrounding operation. Now, approximately 40% of the yard is being used. The received cattle are loosely placed in multiple pens to improve the adjustment period, as well as the health. This appears to be working well, as the death loss usually stays at 3% or below. Most of the cattle purchased are from markets located in Kentucky and Florida. These lightweight cattle are forward contracted for sale as feeders, at the time of purchase. This allows Mr. McClain to determine his purchase price, in order to create a more secure profit margin.

### LIVESTOCK OBSERVATIONS

CATTLE IDENTIFICATION:  All cattle are ear tagged with had written feeder tags that have both a Lot number and an individual ID number.

PERCENTAGE OF CATTLE OWNERSHIP: It is my understanding that Thorlakson Diamond T Feeders, LP owns 100% of the cattle.

QUALITY OF LIVESTOCK:  The cattle are 65% Black Angus/Black Angus X and 35% English/Exotic X, that are #1 to #1 ½ in quality.

PERCENTAGE OF CATTLE PHYSICALLY VERIFIED:  The total number of cattle for this inspection is 2,775 head. I saw 100% of these cattle.

CATTLE CONDITION & HEALTH:  All cattle inspected were in very good condition and health.

---

I certify that as of the above date I have personally seen the crops, livestock, equipment, and/or real estate described above or in attachments to this report, that such are identified as indicated, and that I am not related to the applicant and have no interest, financial or otherwise, in the loan or subject property, either directly or indirectly.  I further certify that any evaluation completed as part of this report was not based on a requested minimum valuation or specific valuation for approval of a loan.

*Steve Shaller*                                                          10-12-21

THORLAKSON_002438

FEED QUALITY:  The cattle that are being fed a good quality feed. The feed mill on the facility is  non-operational, but the ration is mainly silage that is stored on site, and other shipped in commodities. I saw an adequate feed supply and feeding equipment at the feedyard.

CATTLE VALUATION:  Sources – Texas Cattle Feeders Association Market Report dated, October 8, 2021, and the customer's forward contract selling price and weight was available for a few of the Lots.

ENVIRONMENTAL ISSUES:  I am not trained on environmental issues but did not see any items that would appear to cause environmental injury or harm to cattle, crops or personnel at any location visited.

## EQUIPMENT INSPECTION

N/A

## CROP INSPECTION

N/A

## SUMMARY

Mr. McClain seems to be a very knowledgeable cattleman and caretaker, with an excellent understanding of the cattle industry. His operation shows signs of rapid growth, with every decision being well planned.

THORLAKSON_002439

**AgTexas Farm Credit Services**
Livestock Valuation Report

**Borrower Name:** Thorlakson Diamond T Feeders
**Valuation Date:** October 12, 2021

| Head | Interest | Sex | Weight / Age | Market Value / CWT / Head | Locations | Value/Head | Total Value | Contract Wt. | Contract Price |
|------|----------|-----|------|------|-----------|------------|-------------|--------------|----------------|
| | | | | | 7M Feeders, Friona, TX, GPS: N.34.66278, W.102.77698 | | | | |
| 190 | 100.0% | H | 663 | $1.45 | Lot 597 | $961.35 | $182,657 | 750 | $1.29 |
| 110 | 100.0% | S | 613 | $1.59 | Lot 598 | $974.67 | $107,214 | 750 | $1.35 |
| 165 | 100.0% | H | 555 | $1.49 | Lot 596 | $826.95 | $136,447 | 750 | N/A |
| 271 | 100.0% | H | 635 | $1.47 | Lot 616 | $933.45 | $252,965 | 750 | N/A |
| 223 | 100.0% | S | 625 | $1.47 | Lot 617 | $918.75 | $204,881 | 750 | N/A |
| 127 | 100.0% | H | 645 | $1.47 | Lot 617A | $948.15 | $120,415 | 750 | N/A |
| 210 | 100.0% | H | 642 | $1.47 | Lot 618 | $943.74 | $198,185 | 750 | N/A |
| 212 | 100.0% | H | 631 | $1.47 | Lot 660 | $927.57 | $196,645 | 750 | $1.49 |
| 259 | 100.0% | H | 599 | $1.49 | Lot 644 | $892.51 | $231,160 | 750 | N/A |
| 158 | 100.0% | H | 610 | $1.47 | Lot 665 | $896.70 | $141,679 | 750 | N/A |
| 213 | 100.0% | H | 615 | $1.47 | Lot 664 | $904.05 | $192,563 | 750 | N/A |
| 212 | 100.0% | H | 631 | $1.47 | Lot 661 | $927.57 | $196,645 | 750 | N/A |
| 213 | 100.0% | H | 628 | $1.47 | Lot 662 | $923.16 | $196,633 | 750 | $1.49 |
| 212 | 100.0% | H | 628 | $1.47 | Lot 663 | $923.16 | $195,710 | 750 | N/A |
| **2775** | **Total Head** | | | | | **Total Value:** | **$2,553,798** | | |

APPX 0227

THORLAKSON_002440

## MCCLAIN FEEDYARD                    10/12/2021

### THORLAKSON INVENTORY

| LOT | SEX | PEN | COUNT | PEN | COUNT | PEN | COUNT | PEN | COUNT | TOTAL |
|-----|-----|-----|-------|-----|-------|-----|-------|-----|-------|-------|
| | 597 H | 718 | 100 | 719 | 100 | | | | | 190 |
| | 598 S | 729 | 110 | | | | | | | 110 |
| | 596 H | 510 | 57 | D2 | 108 | | | | | 165 |
| | 616 H | 416 | 19 | 995 | 25 | 522 | 227 | | | 271 |
| | 617 S | 439 | 101 | 508 | 45 | 965 | 77 | | | 223 |
| 617A | H | 402 | 127 | | | | | | | 127 |
| | 618 H | 501 | 185 | 419C | 15 | 956 | 10 | | | 210 |
| | 660 H | 432B | | 41 | 433A | 40 | 440 | 131 | | 212 |
| | 644 H | 438 | 53 | 406 | 108 | 437B | 98 | | | 259 |
| | 665 H | 444 | 144 | 511 | 14 | | | | | 158 |
| | 664 H | 512 | 146 | 436A | 67 | | | | | 213 |
| | 661 H | 413 | 83 | 412 | 129 | | | | | 212 |
| | 662 H | 601 | 54 | 602 | 114 | 433B | 45 | | | 213 |
| | 663 H | 603 | 68 | 604 | 68 | 443 | 46 | 433B | 45 | 212 |

| LOT | WEIGHT |
|-----|--------|
| 597 | 663 |
| 598 | 613 |
| 596 | 555 |
| 616 | 635 |
| 617 | 625 |
| 617A | 645 |
| 618 | 642 |
| 660 | 631 |
| 644 | 599 |
| 665 | 610 |
| 664 | 615 |
| 661 | 631 |
| 662 | 628 |
| 663 | 628 |

THORLAKSON_002441

# TCFA MARKET REPORT

October 8, 2021

## AVERAGE PRICE

|  | Steers | Heifers |
|---|---|---|
| This Week** | $123.91 | $124.03 |
| Last Week*** | $123.77 | $123.73 |
| Net Change | + $ 0.14 | + $ 0.30 |

## CARCASS CUTOUT

| Date | Ch. 1-3 | Se. 1-3 | Fab | Trmg | Total |
|---|---|---|---|---|---|
| Thurs. 10/07 | 285.30 | 264.44 | 141 | 44 | 185 |
| Wed. 10/06 | 286.62 | 262.91 | 114 | 43 | 157 |
| Tues. 10/05 | 287.71 | 267.78 | 120 | 51 | 171 |
| Mon. 10/04 | 289.18 | 265.16 | 74 | 29 | 103 |
| Fri. 10/01 | 292.36 | 264.84 | 85 | 29 | 114 |

## LIVE CARCASS - RETAIL PRICES

|  | This Week 10/08/21 | Last Week 10/01/21 | Month Ago 09/10/21 | Year Ago 10/09/20 |
|---|---|---|---|---|
| Live, $/cwt. | 123.91 | 123.77 | 123.91 | 108.98 |
| Carcass Price Index | 224.42 | 229.83 | 251.20 | 181.81 |
| *Retail, $/lb. | 7.14 | 6.73 | 6.47 | 5.43 |

**Estimated Hide and Offal Value** from an average 1,400-lb. slaughter steer this week was $16.22 per cwt. live weight, compared to $15.44 last week and $8.37 last year.

## GRAIN SALES

**North Plains** | Price per cwt. | | Basis per bu. |
|---|---|---|---|
| Corn | $11.05 - $11.50 | + 0.85 to + 1.10 |
| Milo | $10.34 - $10.52 | + 0.45 to + 0.55 |

**South Plains**
| Corn | $11.50 - $11.68 | + 1.10 to + 1.20 |
| Milo | $10.52 - $10.70 | + 0.55 to + 0.65 |

**U.S. Exports** | Sales | Shipments |
|---|---|---|
|  | Million Bushels | |
| Corn | 49.8M | 38.4M |
| Milo | 0.1M | 1.9M |

*Cash prices per cwt. f.o.b. elevator;*
*Basis -- CBOT December Futures*
*Thursday close*

## SALES

|  | This Week** | | | Last Week*** | | |
|---|---|---|---|---|---|---|
|  | Steers | Heifers | Total | Steers | Heifers | Total |
| Cash | 2,521 | 4,617 | 7,138 | 3,721 | 4,088 | 7,809 |
| Formula | 38,573 | 22,200 | 60,773 | 37,524 | 20,879 | 58,403 |
| Total | 41,094 | 26,817 | 67,911 | 41,245 | 24,967 | 66,212 |

| Year Ago | Steers | Heifers | Total | ** Preliminary |
|---|---|---|---|---|
|  | 55,066 | 24,541 | 79,607 | ***Final |

## TCFA AREA SALES    *Convert to Formula

Steer & heifer average weights 1200-1350 lbs. All 65-80% Choice

| Steers | | Heifers | |
|---|---|---|---|
| 1,139 | 124.00 | 295 | 124.25 |
| 119 | 123.00 | 1,918 | 124.00 |
| 73 | *CTF | 228 | *CTF |
| 49 | 124.00 Grid | 666 | 124.00 Grid |
| 1,141 | Grid | 1,510 | Grid |

## WEEKLY BEEF EXPORTS (Metric Tons)

|  | 09/30/21 | 09/23/21 | 10/01/20 |
|---|---|---|---|
| Weekly Exports | 15,700 | 18,500 | 16,900 |
| Weekly Net Sales | 15,600 | 16,100 | 20,700 |

### TCFA Live Cattle Basis (Cash Minus Futures)

| LIVE | 10/08/21 | Wkly Chg | 10/01/21 | 10/09/20 | 5-Yr Avg |
|---|---|---|---|---|---|
| Spot | -1.67 | -5.04 | 3.37 | -0.89 | -0.48 |
| Oct-21 | -1.67 | -5.04 | 3.37 | -0.89 | -0.48 |
| Dec-21 | -6.34 | -4.91 | -1.43 | -3.62 | -3.50 |
| Feb-22 | -10.89 | -4.63 | -6.26 | -5.32 | -7.04 |
| Apr-22 | -13.77 | -3.84 | -9.93 | -6.87 | -8.16 |
| Jun-22 | -8.62 | -3.89 | -4.73 | -0.55 | -1.41 |
| Aug-22 | -7.39 | -3.76 | -3.63 | 1.11 | 0.60 |

### TCFA Feeder Cattle Basis (Cash Minus Futures)

| FEEDER | 10/01/21 | Wkly Chg | 09/24/21 | 10/02/20 | 5-Yr Avg |
|---|---|---|---|---|---|
| Spot | -2.83 | 1.67 | -4.50 | -1.75 | -1.89 |
| Oct-21 | -2.83 | 4.39 | -7.22 | -1.75 | -1.89 |
| Nov-21 | -2.98 | 5.46 | -8.44 | -1.72 | -1.25 |
| Jan-22 | -3.93 | 5.54 | -9.47 | 0.15 | 1.89 |
| Mar-22 | -5.16 | 4.89 | -10.05 | 0.72 | 3.12 |
| Apr-22 | -8.88 | 3.54 | -12.42 | -0.75 | 2.60 |
| May-22 | -12.03 | 2.27 | -14.30 | -1.78 | 2.59 |
| Aug-22 | -19.16 | 1.66 | -20.82 | -6.20 | -0.38 |



CHOICE FED CATTLE, HIGH PLAINS

THORLAKSON_002442

## Slaughter (head)

|  | 10/09/21 | 10/02/21 | 10/10/20 |  |  | 10/09/21 | 10/02/21 | 10/10/20 |
|---|---|---|---|---|---|---|---|---|
| Cattle | 657,000 | 637,000 | 637,000 |  | Beef | 544.1 | 526.2 | 536.4 |
| Hogs | 2,597,000 | 2,516,000 | 2,728,000 |  | Total Meat | 1093.9 | 1056.6 | 1127.4 |

### Production (million lbs.)

### Average Weights

|  | This Week 10/09/21 | | Last Week 10/02/21 | | Year Ago 10/10/20 | |
|---|---|---|---|---|---|---|
|  | Live | Dressed | Live | Dressed | Live | Dressed |
| Cattle | 1369 | 830 | 1366 | 828 | 1388 | 844 |
| Hogs | 283 | 210 | 282 | 210 | 290 | 215 |

**Total F.I. Meat Production** for the week ending October 9, 2021 is 3.5% higher than last week and 3.0% lower than a year ago.

## FUTURES

| Live Cattle | October High | Low | Close | December High | Low | Close | February High | Low | Close | April High | Low | Close |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mon. | 122.98 | 120.53 | 122.63 | 128.55 | 125.53 | 128.05 | 132.98 | 130.40 | 132.40 | 136.00 | 133.80 | 135.53 |
| Tues. | 123.40 | 122.50 | 122.83 | 128.75 | 127.60 | 127.85 | 133.53 | 132.15 | 132.75 | 136.73 | 135.33 | 136.10 |
| Wed. | 124.00 | 122.63 | 123.83 | 128.70 | 127.13 | 128.23 | 133.70 | 132.03 | 133.18 | 137.00 | 135.38 | 136.63 |
| Thurs. | 125.35 | 123.73 | 125.28 | 130.23 | 128.03 | 130.10 | 134.78 | 133.00 | 134.65 | 138.20 | 136.48 | 138.00 |
| Fri. | 125.65 | 125.20 | 125.58 | 130.60 | 129.93 | 130.25 | 135.05 | 134.55 | 134.80 | 138.23 | 137.53 | 137.68 |
| Weekly | 125.65 | 120.53 | 125.58 | 130.60 | 125.53 | 130.25 | 135.05 | 130.40 | 134.80 | 138.23 | 133.80 | 137.68 |

| Feeder Cattle | October High | Low | Close | November High | Low | Close | January High | Low | Close | March High | Low | Close |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mon. | 155.53 | 152.53 | 155.00 | 155.40 | 152.55 | 155.03 | 155.75 | 153.13 | 155.55 | 156.50 | 154.20 | 156.33 |
| Tues. | 157.48 | 155.00 | 156.10 | 157.93 | 155.15 | 156.88 | 157.68 | 155.53 | 157.28 | 158.30 | 156.28 | 157.93 |
| Wed. | 157.10 | 155.08 | 156.80 | 158.45 | 155.65 | 158.13 | 159.15 | 156.20 | 158.78 | 159.78 | 156.90 | 159.53 |
| Thurs. | 160.40 | 157.03 | 160.35 | 161.75 | 158.10 | 161.60 | 161.43 | 158.78 | 161.25 | 161.93 | 159.43 | 161.75 |
| Fri. | 160.60 | 159.35 | 159.48 | 162.13 | 161.00 | 161.15 | 161.90 | 160.93 | 161.13 | 162.35 | 161.48 | 161.68 |
| Weekly | 160.60 | 152.53 | 159.48 | 162.13 | 152.55 | 161.15 | 161.90 | 153.13 | 161.13 | 162.35 | 154.20 | 161.68 |

## AUCTION REPORT

|  | Amarillo | Okla. City | San Angelo | Tulia | Dalhart | OKC West | Woodward |
|---|---|---|---|---|---|---|---|
| Volume-- |  | 6,210 | 965 | 939 | 2,031 | 5,878 | 3,580 |
| **Feeder Steers:** |  |  |  |  |  |  |  |
| Med. 1 3/4 | ----- | 153.00-199.00 | ----- | 173.00-188.00 | 181.00-206.00 | 198.00-218.00 | 168.00-192.00 |
| 4/5 | ----- | 159.00-177.00 | 192.00-192.50 | 168.00-184.00 | 173.00-195.00 | 180.00-187.00 | 154.00-173.00 |
| 5/6 | ----- | 145.00-167.00 | 155.00-157.00 | 154.50-157.00 | 152.50-180.00 | 154.00-169.00 | 141.00-166.00 |
| 6/7 | ----- | 140.00-159.00 | 141.00-149.00 | 147.50 | 144.50-162.50 | 148.00-170.50 | 140.50-161.50 |
| 7/8 | ----- | 145.50-158.00 | 137.00-138.00 | 128.00-153.25 | 156.00-158.50 | 153.50-163.00 | 152.00-158.00 |
| Med. 1 & 2 3/4 | ----- | ----- | 173.00-178.00 | ----- | ----- | 167.50-170.00 | 136.00-154.00 |
| 4/5 | ----- | 154.00-163.00 | 160.00-165.00 | 176.00 | ----- | 151.00-178.00 | 134.00-158.00 |
| 5/6 | ----- | 139.00-159.00 | 143.00-154.00 | 145.00-150.00 | 150.00-156.00 | 143.00-158.00 | 136.00-155.50 |
| **Feeder Heifers:** |  |  |  |  |  |  |  |
| Med. 1 3/4 | ----- | 134.00-140.00 | ----- | 158.00-165.00 | 158.50-163.00 | 147.00-156.00 | 145.00-155.00 |
| 4/5 | ----- | 132.00-157.00 | 146.00 | 143.00-158.00 | 145.00-161.00 | 146.00-167.00 | 126.00-159.00 |
| 5/6 | ----- | 135.00-154.00 | 134.00-137.00 | 130.00-141.00 | 140.00-158.00 | 132.00-164.00 | 133.00-151.00 |
| 6/7 | ----- | 128.00-150.50 | 130.00 | 123.50-131.50 | 129.50-146.50 | 143.00-152.50 | 132.00-157.50 |
| 7/8 | ----- | 136.00-144.00 | 120.00 | 115.00-137.50 | 130.00-145.75 | 141.50-149.25 | 125.00-145.00 |
| Med. 1 & 2 3/4 | ----- | 120.00 | 145.00-146.00 | ----- | ----- | 140.00 | 134.00-151.00 |
| 4/5 | ----- | 130.00-139.00 | 134.00-144.00 | 130.00-135.00 | 136.00-140.00 | 139.00-141.00 | 125.00-149.00 |

**Amarillo –** AMS has discontinued coverage for this sale until further notice.

**Oklahoma City –** Feeder steers steady to $3 higher. Feeder heifers steady to $2 lower.

**San Angelo –** Steer and heifer calves and yearlings $1 - $3 lower.

**Tulia –** Feeder steers and heifers sold steady to $2 higher.

**Dalhart –** Feeder steers and heifers over 650 lbs. firm to $2 higher, instances $3 higher.

**OKC West –** Feeder steers traded $1 - $2 higher. Feeder heifers under 800 lbs. sold $2 - $3 lower, over 800 lbs. mostly steady.

**Woodward –** Feeder steers and heifers $2 - $6 higher.

This copyrighted material is the property of TCFA and is intended for the use of TCFA members only. It may not be redistributed, transmitted, stored or reproduced, in whole or in part, without the prior written consent of TCFA. The information contained in this material is believed to be reliable and correct, and the views expressed reflect judgments at this time and are subject to change without notice. TCFA does not warrant or guarantee that the information is complete, comprehensive or accurate and it should not be relied upon as such.

## LIVESTOCK INVENTORY INSPECTION

Fdrs

CATTLE OWNER: Thorlakson Diemond T   DATE: 10-12-21   CARETAKER: Brian M'Clann

| CATTLE LOCATION PASTURE TYPE & CONDITION | % OWNED | TOTAL HEAD | SEX | CURRENT WT/AGE | BRAND & LOCATION | CATTLE CONDITION | PASTURE: OWNED | LEASED |
|---|---|---|---|---|---|---|---|---|
| 34. 66278   102. 77698 | | | | | | | ∕ 660 | H |
| 7M Feeders | | | | | | | ∕ 665 | H |
| | | | | | | | 596 | H |
| OID HEC Yard. | | | | | | | ∕ 664 | H |
| | | | | | | | ∕ 662 | H |
| #/ x-bred cattle Few | 1½ | | | | | | ∕ 663 | H |
| | | | | | | | ∕ 616 | H |
| Cattle good condition | | | | | | | 677 | S |
| | | | | | | | ∕ 644 | H |
| Lot tags Hand written. | | | Lot # + | Individual | ID | | ∕ 598 | S |
| | | | | | | | ∕ 597 | H |
| Operating Normally. | | | | | | | ∕ 596 | H |
| | | | | | | | ∕ 617A | A |
| | | | | | | | ∕ 618 | H |
| Lots of F1 cattle | | | | | F1 LHip | | ∕ 617 | S |
| | | | | | | | ∕ 616 | H |
| Appox 40% of yard is aused | | | | | | | | |
| Pens are Not even close to Full. | | | | | | | | |
| Give cattle a lot of room with sick pen between. | | | | | | | | |
| 100,000 head yard | | | | | | | | |
| 40,000 water capacity | | | | | | | | |
| Take to Feeder wt. | | | | | | | | |
| Contracted Forward before | | | | | | | | |
| Purchase. | | | | | | | | |
| | | | | | | | | |
| Feedin commodity buys | | | | | | | | |
| Silage on site, No mill | · | | | | | | | |
| | | | | | | | | |

APPX 0231

THORLAKSON_002444



AG Texas Farm Credit
6901 Quaker Ave., Suite 300
Lubbock, TX 79413
**817–293–6103**

**CHATTEL ORDER FORM**
**COMPANY: AgTexas Amarillo Branch**

**File Information**

        **File ID:** 210528005              **Due Date:** 7/7/2021
        **Loan Number:** 5687860

**Appraiser Information**

        **Loan Type:**                   **Appraiser:**
        **Form:**
        **Appraisal Fee:**               **Interest Valued:**
        **Real Estate Valued:**      **Effective Date of Valuation:**

**Client Information**

        **Client:** AG Texas Farm Credit         **Borrower:** Thorlakson Diamond T Feeders
                                           Brian McClain
        **Address:** 2001 S Soncy Rd         **Co-Borrower:**
                Amarillo, TX 79124

**Subject Property**

        **Address:** 1               **Intended Use:** Bi–Annual Inspection
                Friona, TX 79035
        **County:** Parmer               **Map:** Map Link

Equipment [ ]

Please attach inventory list for each entry if request is an equipment inspection.

| | | |
|---|---|---|
| Crops | [ ] | |
| Beef Cattle | [X] | see attached April Borrowing Base, however, there will be updated numbers to use once the schedule is visited. Please note that these cattle are all forward contracted to FI at time of purchase and the cost of gains on the cattle are lower than normal due to Brian McClain purchasing a lot of feed in advance. |
| Dairy Cattle | [ ] | |
| Other | [ ] | |

**Property Contact Information**

        **Contact Person:** Brian McClain         **Work Phone:**
            **Cell Phone:** (270) 703–5660         **Home Phone:**
      **Contact Email:** mcclainfarms@gmail.com
                  Brian McClain is the owner of the feedyard where the cattle are located. It's the old HEC yard in Friona. He requires that the
      **Contact Notes:** inspection take place when he is there. He'll be available last week in June or 1st week in July but you need to contact him to set
                  it up in advance please. Thank you

Other information believed germane to the appraisal bid:

**THORLAKSON_002445**

**Texas**
Texas, AC +/-

7M Cattle Feeders

— Tour

● Gate

● Existing Site

Steve Shaller

APPX 0233

THORLAKSON_002446



7M Cattle Feeders

Texas, AC +/-

Texas

— Tour

Gate

Existing Site

Steve Shaller

APPX 0234

THORLAKSON_002447

## <u>QUALIFICATIONS OF THE APPRAISER</u>

## <u>STEVE SHALLER</u>

### <u>Background and Experience</u>

- Fourth generation of a Texas Panhandle ranching family, which is currently operating near Clarendon, Texas.
- Chattel Evaluation Director for Ag Texas Farm Credit Services (2 years).
- Chattel Evaluator for Ag Texas Farm Credit Services (4 years).
- Independent Chattel Appraiser (2 years).
- Supervising Inspector for the Texas Animal Health Commission (3 years).
- Field Inspector for the Texas Animal Health Commission (6 years).
- Ranch Manager for a 500 cow/3,000 stocker cattle operation, which included 1,000 acres of farmland (3 years).
- Ranch Foreman for a 15,000 head stocker operation (7 years).
- Active with the family ranch operation near Clarendon, Texas, which includes cattle, irrigated and dryland wheat, cotton, peanuts and hay.
- Owned and operated irrigated and dryland hay, wheat and cattle operation (9 years).

### <u>Education</u>

- West Texas A & M University-BAAS Degree in Animal Science
- Clarendon College-Associates Degree in Ranch and Feedlot Operations

### <u>Professional Memberships</u>

- American Society of Agriculture Appraisers (Lifetime Member)
- International Society of Livestock Appraisers (Lifetime Member)
- American Society of Farm Equipment Appraisers (Lifetime Member)
- American Society of Equine Appraisers (Lifetime Member)
- National USPAP 15 hour Course Completion
- Senior Appraiser-American Society of Agriculture Appraisers
- Senior Appraiser-American Society of Equine Appraisers

### <u>Other</u>

- During my lifetime of experience with the ranching and farming industry, I have bought and sold thousands of cattle and thousands of dollars of farm equipment during this time. I am confident in saying that I am well qualified to give a professional opinion as to the value of the subject property in this appraisal.

THORLAKSON_002448