BANKERS' NOTES

Exhibit

H

APPX 0236

## MCCLAIN FEEDYARD
### COLTON LONG INVENTORY                                    2/28/2022

| DATE IN | WT IN | CURRENT WT | SEX | TOTAL CHARGES | HEAD | LOT |
|---|---|---|---|---|---|---|
| 10/4/2021 | 496 | 812 | H | 37582.51 | 132 | 712 |
| 10/20/2021 | 489 | 775 | H | 26529.87 | 103 | 713 |
| 10/20/2021 | 458 | 744 | S | 27825.91 | 109 | 737 |
| 11/2/2021 | 547 | 802 | S | 32115.72 | 140 | 746 |
| 11/2/2021 | 499 | 754 | H | 17795.58 | 78 | 747 |
| 10/20/2022 | 445 | 720 | H | 27763.12 | 112 | 734 |
| 11/29/2022 | 517 | 713 | H | 34400.31 | 194 | 760 |
| 11/29/2022 | 522 | 718 | H | 17131.97 | 96 | 771 |
| 1/11/2022 | 597 | 707 | H | 62427.09 | 606 | 803 |
| 1/31/2022 | 570 | 640 | H | 13009.5 | 180 | 804 |
| 1/31/2022 | 566 | 636 | H | 26156.98 | 361 | 810 |
| 1/11/2022 | 582 | 692 | H | 22511.81 | 198 | 3529 |
| 1/31/2022 | 520 | 590 | H | 8248.09 | 99 | 3534 |
| 1/11/2022 | 586 | 696 | H | 5456.88 | 48 | 3537 |
| 1/31/2022 | 569 | 639 | H | 22036.11 | 271 | 3538 |
| 1/31/2022 | 559 | 629 | H | 22100.15 | 270 | 3539 |
| 1/11/2022 | 562 | 672 | H | 10551.42 | 90 | 3540 |
| 10/4/2021 | 577 | 825 | H | 21999.21 | 97 | 721 |

*Handwritten notes:*

Conversation w/ McClain's Banker
Chip Lawson — RaboBank
812-202-9987

- Banked through growth
- At a point "level"
- Moved from $5mm
- Gets reviewed statement — Can Rigg
- Consolidated of 3 entities
- Financial performance is excellent
- Maintains equity in owned cattle
- C/R is 2:1
- BB to conservator — step up each year as fun as BB — always @ 50%
- made "boat load" of money in 2021
- Replaced water lines, & does not fill up yard
- worked w/ vet who worked w/ Elanco
- Contracts w/ local farmer for silage

- His largest customer
- Working unprevent now ①
  → His concern is he needs CFO.

② Daughters could wind down

Keeps good data
- pushing on him to hire CFO

H.E.C.

## MCCLAIN FEEDYARD
### RED RAIDER INVENTORY        1/31/2022

| DATE IN | WT IN | CURRENT | SEX | TOTAL CHARG | HEAD | LOT | |
|---|---|---|---|---|---|---|---|
| 10/4/2022 | 496 | 701 | H | 26659.51 | 132 | ~~712~~ | 50% |
| 10/4/2022 | 577 | 819 | H | 21813.88 | 100 | ~~721~~ | 100% |
| 10/20/2022 | 458 | 663 | S | 22193.05 | 109 | ~~737~~ | 50% |
| 11/29/2022 | 517 | 643 | H | 24422.05 | 194 | 760 | 50% |
| 11/29/2022 | 522 | 648 | H | 12079.06 | 96 | 771 | 50% |
| 1/11/2022 | 562 | 602 | H | 4851.64 | 90 | 3540 | 50% |
| 1/11/2022 | 582 | 622 | H | 10828.62 | 198 | 3529 | 50% |

Chip Lawson
SR Relationship Manger

chip.lawson@Roboag.com

812 202 5987