# MCCLAIN FEEDYARD

**824 MULLINS LANE**
**BENTON KY 42025**

4/4/2023

**BO ROBINSON**

Due Upon Receipt

| DESCRIPTION | | | | |
|---|---|---|---|---|
| 353 H 208976# @193.51 | 1835 | 208976 | 1.9351 | 404,389.46 |
| 237 H 134616# @193.90 | 1836 | 134616 | 1.9390 | 261,020.42 |
| 315 H 177975# @193.95 | 1837 | 177975 | 1.9395 | 345,182.51 |
| 260 H 148980# @193.83 | 1838 | 148980 | 1.9383 | 288,767.93 |
| 508 H 299720# @193.52 | 1839 | 299720 | 1.9352 | 580,018.14 |
| 223 H 133131# @193.46 | 1840 | 133131 | 1.9346 | 257,555.23 |
| 309 H 173658# @194.01 | 1841 | 173658 | 1.9401 | 336,913.89 |

| | SUBTOTAL | 2,473,847.58 |
|---|---|---|
| | CHECK OFF | |
| | TOTAL | $ 2,473,847.58 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM


EXHIBIT E

FirstBank & Trust
9816 Slide Road
Lubbock, TX 79424

Outgoing Wire — Advice of Debit

Date: 04/04/2023                           Wire Create Time: 0844

Account #        : *****8270
Originator Name  : 2B FARMS
Amount           : $2,473,847.58
GFX Reference    : 20230940072800

Beneficiary Bank: MECH BK WALNUT CR
Beneficiary     : ********7
                  MCCLAIN FEED YARD INC.

Beneficiary Info (OBI):
        CATTLE PURCHASE

Bank to Bank Info (BBI):

Reference for Beneficiary (RFB):

Fed Reference Number (IMAD):
        20230404L1LFB83C000133

Please do not respond to this email address as it is an unmonitored mailbox.

# MCCLAIN FEEDYARD

824 MULLINS LANE

BENTON KY 42025

# INVOICE

| INVOICE # | DATE |
|---|---|
|  | 4/5/2023 |

| CUSTOMER ID | TERMS |
|---|---|
|  | Due Upon Receipt |

**BILL TO**

BO ROBINSON

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 161 h 93541# @194.17 | 1842 | 93541 | 1.9417 | 181,628.56 |
| 351 h 203229# @194.20 | 1843 | 203229 | 1.9420 | 394,670.72 |
| 382 h 215448# @194.45 | 1844 | 215448 | 1.9445 | 418,938.64 |
| 304 h 177232# @194.13 | 1845 | 177232 | 1.9413 | 344,060.46 |
| 291 h 172272# @193.98 | 1846 | 172272 | 1.9398 | 334,173.23 |
| 412 h 241844# @194.09 | 1847 | 241844 | 1.9409 | 469,395.02 |
| 321 h 183291# @194.32 | 1848 | 183291 | 1.9432 | 356,171.07 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 2,499,037.72 |
| CHECK OFF | |
| TOTAL | $ 2,499,037.72 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

```
:X/PAYplus Connect Message Print - Message Inquiry Display Dialog Box

;er: blclf     Bank: HEARTLAND FINANCIAL      Date: 04/27/23 11:04:21

:ssage Status: PNRM
:q Num: 20230950104800      Related Seq Num: 20230950113100
iy Method: FED Output    Message ID: FTI0811
ite Recvd: 04/05/2023 10:27:06     Value Date: 04/05/2023

:nder: 111319347,    Receiver: 122238420
nount: $2,499,037.72
:bit info --
   Account: 100118270  Inst: 014  Br: 081  Type: D9
   Name:    2B FARMS
   Addr1:   DBA 2 B FARMS
   Addr2:   9397 CR 3114
   Addr3:   SNYDER TX 79549
   Addr4:

redit info --
   Rcvr:    122238420
   Name:    MECHANICS BANK
   Addr1:
   Addr2:
   Addr3:
   Addr4:

ivice:              Dept:    DEPT1     Trancode: DOMESTIC
itegory:            Linesheet:          Create Template: 2bmc

:ssage Text:

   Sndr Info    {1500}30          P
   Msg Type     {1510}1000
   IMAD         {1520}20230405L1LFB83C000251
   Amount       {2000}000249903772
   Sender DI    {3100}111319347
   Sndr Ref     {3320}20230950104800*
   Rcvr DI      {3400}122238420
   Bus Func     {3600}CTR
   BNF          {4200}D0819150197*
                MCCLAIN FEED YARD INC.*
   ORG          {5000}D100118270*
                2B FARMS*
                DBA 2 B FARMS*
                9397 CR 3114*
                SNYDER TX 79549*
   OBI          {6000}CATTLE PURCHASE*
```

# MCCLAIN FEEDYARD

824 MULLINS LANE
BENTON KY 42025

# INVOICE

| INVOICE # | DATE |
|---|---|
|  | 4/6/2023 |

**BILL TO**
BO ROBINSON

| CUSTOMER ID | TERMS |
|---|---|
|  | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 233 H 134208# @194.26 | 1849 | 134208 | 1.9426 | 260,712.46 |
| 233 H 132344# @194.38 | 1850 | 132344 | 1.9438 | 257,250.27 |
| 511 H 298935# @194.11 | 1851 | 298935 | 1.9411 | 580,262.73 |
| 263 H 148858# @194.40 | 1852 | 148858 | 1.9440 | 289,379.95 |
| 353 H 208623# @194.03 | 1853 | 208623 | 1.9403 | 404,791.21 |
| 318 H 183486# @194.25 | 1854 | 183486 | 1.9425 | 356,421.56 |
| 308 H 173404# @194.49 | 1855 | 173404 | 1.9449 | 337,253.44 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 2,486,071.62 |
| CHECK OFF | |
| TOTAL | $ 2,486,071.62 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

```
FX/PAYplus Connect Message Print - Message Inquiry Display Dialog Box

ser: blclf    Bank: HEARTLAND FINANCIAL       Date: 04/27/23 11:04:22

essage Status: PNRM
eq Num: 20230960113100      Related Seq Num: 20230960113700
ay Method: FED Output      Message ID: FTI0811
ate Recvd: 04/06/2023 10:35:15      Value Date: 04/06/2023

ender: 111319347,     Receiver: 122238420
mount: $2,486,071.62
ebit info --
    Account: 100118270  Inst: 014  Br: 081  Type: D9
    Name:    2B FARMS
    Addr1:   DBA 2 B FARMS
    Addr2:   9397 CR 3114
    Addr3:   SNYDER TX 79549
    Addr4:

redit info --
    Rcvr:    122238420
    Name:    MECHANICS BANK
    Addr1:
    Addr2:
    Addr3:
    Addr4:

dvice:            Dept:    DEPT1       Trancode: DOMESTIC
ategory:          Linesheet:           Create Template: 2bmc

essage Text:

    Sndr Info    {1500}30         P
    Msg Type     {1510}1000
    IMAD         {1520}20230406L1LFB83C000257
    Amount       {2000}000248607162
    Sender DI    {3100}111319347
    Sndr Ref     {3320}20230960113100*
    Rcvr DI      {3400}122238420
    Bus Func     {3600}CTR
    BNF          {4200}D0819150197*
                 MCCLAIN FEED YARD INC.*
    ORG          {5000}D100118270*
                 2B FARMS*
                 DBA 2 B FARMS*
                 9397 CR 3114*
                 SNYDER TX 79549*
    OBI          {6000}CATTLE PURCHASE*
```