





REFER TO MAKER

McClain Farms Inc
824 Maulden Ln
Benton, KY 42025-4702

7620

4-5-23

PAY TO THE ORDER OF  2B Farms    $ 2,559,402.02

Two million five hundred fifty nine thousand four hundred seven dollars and 02/100    DOLLARS

Mechanics Bank
Corner of West Third and Lexington Granville
[illegible]

Megan Reed

MEMO

⑈0076 20⑈ ⑆121210203 6⑇

*1717131947*
04/13/2023
0007548652

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON (S)
REFER TO MAKER





