HUDSON M. JOBE
JOBE LAW PLLC
6060 NORTH CENTRAL EXPRESSWAY,
SUITE 500
DALLAS, TEXAS 75206

ALAN DABDOUB
LYNN PINKER HURST & SCHWEGMANN LLP
2100 ROSS AVENUE, SUITE 2700
DALLAS, TEXAS 75201

SPECIAL COUNSEL TO THE KENT RIES,
TRUSTEE OF THE MCCLAIN DEBTORS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| In re:<br><br>McClain Feed Yard, Inc., et al.,<br><br>Debtors. | Case No. 23-20084-swe7<br>Jointly Administered |
| In re:<br><br>2B Farms, a Texas General Partnership, et al.,<br><br>Debtors. | Case No. 23-50096-swe12<br>Jointly Administered |

**Page 1**

| | |
|---|---|
| AgTexas Farm Credit Services, AgTexas, PCA, Thorlakson Diamond T Feeders, LP, §§§§§<br><br>Plaintiffs,<br><br>Edward Dufurrena, et al.,<br><br>Intervenor-Plaintiffs,<br><br>v.<br><br>Rabo AgriFinance, LLC, et al.,<br><br>Defendants. | Adversary No. 24-02007-swe<br>Consolidated Adversary Proceeding |
| HTLF Bank, as successor to First Bank & Trust,<br><br>Plaintiff, Counter-Defendant, and Cross-Claim Defendant,<br><br>v.<br><br>2B Farms, a Texas General Partnership, Terry M. Robinson, and Rebecca A. Robinson,<br><br>Defendants, Counterclaim-Plaintiffs, Third-Party Plaintiffs and Third-Party Counterclaim Defendants,<br><br>v.<br><br>Rabo AgriFinance, LLC and Mechanics Bank,<br><br>Third-Party Defendants and, as to Rabo AgriFinance LLC only, Third-Party Counterclaim Plaintiff and Cross-Claim Plaintiff. | Adversary No. 24-02007-swe<br>Consolidated Adversary Proceeding |

| | |
|---|---|
| HTLF Bank, as successor to First Bank & Trust, | § § § |
| Plaintiff and Counter-Defendant, | § § |
| v. | § § |
| 2B Farms, a Texas General Partnership, Terry M. Robinson, and Angela Robinson, | § § § |
| Defendants and Counter-Plaintiffs. | § § |

# TRUSTEE'S EXHIBIT LIST FOR HEARING ON MOTION TO INTERVENE AND MOTION TO ENFORCE AUTOMATIC STAY

Kent Ries, Trustee ("Trustee") of the Chapter 7 McClain bankruptcy cases (the "Bankruptcy Cases")[1] files this Exhibit List for Hearing on Motion to Intervene and Motion to Enforce Automatic Stay as follows:

### I. Exhibits

1. The Trustee requests the Court to take judicial notice of the filings in the Debtors' Bankruptcy Cases and related Adversary Proceedings (prior proceedings in this consolidated action, Adv. No. 24-02003, and Adv. No. 25-02005), including the allegations of the respondents to the Trustee's Motion therein.

2. The Trustee requests the Court to take judicial notice of the allegations of the respondents in their Proofs of Claim and the supporting documentation they have filed to their claims, including the Proof of Claim filed by Rabo AgriFinance LLC[2], the Robinsons and their

---

[1] The debtors in the Chapter 7 cases for which Mr. Reis is Trustee are: McClain Feed Yard, Inc. (Case No. 23-20084-swe), McClain Farms, Inc. (Case No. 23-20085-swe), and 7M Cattle Feeders, Inc. (Case No. 23-20086-swe) (hereinafter the "McClain Debtors").

[2] *See* Proof of Claim No. 56, Case No. 23-20084.

**Page 3**

general partnership (2B Farms)[3], HTLF Bank[4], Thorlakson Diamond T Feeders, LP[5], AgTexas Farm Credit Services and AgTexas, PCA[6], and the other 54 parties, referred to as the "Intervenors" in this lawsuit:

| Name of Party | POC 23-20084 McClain Feed Yard, Inc. | POC 23-20085 McClain Farms, Inc. | POC 23-20086 7M Cattle Feeders, Inc. |
|---|---|---|---|
| 1. AgTexas Farm Credit Services | #72-2 Amended Unliquidated | #84-2 Amended Unliquidated | #71-2 Amended Unliquidated |
| 2. AgTexas, PCA | #73-2 Amended Unliquidated | #82-2 Amended Unliquidated | #70-2 Amended Unliquidated |
| 3. Thorlakson Diamond T Feeders, L.P. | #64-2 Amended $9,997,068.00 | #68-2 Amended $9,997,068.00 | #62-2 Amended $9,997,068.00 |
| 4. Dennis Buss | #38 $308,873.53 | #39 $308,873.53 | #33 $308,873.53 |
| 5. Buss Family Trust | #54 $380,090.19 | #55 $380,090.19 | #49 $380,090.19 |
| 6. Eddie Bryant | #30 $214,820.95 | #30 $214,820.95 | #25 $214,820.95 |
| 7. Robert Gray | #34 $234,663.23 | #35 $234,663.23 | #29 $234,663.23 |
| 8. Ronnie Gray | #28 $200,450.00 | #28 $200,450.00 | #23 $200,450.00 |
| 9. Gray Brothers | #33 $436,533.90 | #34 $436,533.90 | #28 $436,533.90 |
| 10. Craig Sutton | #43 $400,109.56 | #44 $400,109.56 | #38 $400,109.56 |
| 11. Amy Sutton | #43 $400,109.56 | #44 $400,109.56 | #38 $400,109.56 |
| 12. Steve Ryan | #53 $251,609.07 | #54 $251,609.07 | #48 $251,609.07 |
| 13. A.J. Jacques Living Trust | #26 $365,509.27 | #26 $365,509.27 | #21 $365,509.27 |

---

[3] *See* Proof of Claim No. 47, Case No. 23-20084.

[4] *See* Proofs of Claim Nos. 6-9, Case No. 23-50097.

[5] *See* Proof of Claim No. 64, Case No. 23-20084.

[6] *See* Proof of Claim No. 73, Case No. 23-20084.

| | | | |
|---|---|---|---|
| 14. Gungoll Cattle, LLC | #41-2 Amended $495,648.89 | #42 $495,648.89 | #36 $495,648.89 |
| 15. Leah Gungoll | #42 $150,852.24 | #43 $150,852.24 | #37 $150,852.24 |
| 16. Morrison Café, LLC | #66 $789,452.20 | #69 $789,452.20 | #61 $789,452.20 |
| 17. Lesh Family Trust | #86 $776,745.49 | #90 $776,745.49 | #74 $776,745.49 |
| 18. Gary Lesh | #88 $300,335.37 | #71 $300,335.37 | #64 $300,335.37 |
| 19. Jan Lesh | #88 $300,335.37 | #71 $300,335.37 | #64 $300,335.37 |
| 20. Jared Lesh | #62 $7,699,133.66 | #66 $7,699,133.66 | #59 $7,699,133.66 |
| 21. Joel Brookshire | #59 $315,000.00 | #61 $315,000.00 | #55-2 Amended $315,000.00 |
| 22. Gene Brookshire Family, LP | #57 $6,500,000.00 | #58 $6,500,000.00 | #51 $6,500,000.00 |
| 23. Douglas Finley | #29 $99,921.28 | #29 $99,921.28 | #24 $99,921.28 |
| 24. Scarlet & Black Cattle, LLC | #68 $3,707,039.52 | #74 $3,707,039.52 | #65 $3,707,039.52 |
| 25. Janice E. Lawhon | #39 $149,488.75 | #40 $149,488.75 | #34 $149,488.75 |
| 26. Jordan Lesh, LLC | #87 $342,301.95 | #62 $342,301.95 | #56 $342,301.95 |
| 27. Bryan Blackman | #31 $661,956.48 | #31 $661,956.48 | #26 $661,956.48 |
| 28. Steve T Scott Farms Inc. | #58 $4,806,566.53 | #59 $4,806,566.53 | #53 $4,806,566.53 |
| 29. Scott Livestock Company, Inc. | #55 $252,689.84 | #56 $252,689.84 | #50-2 $252,689.84 |
| 30. Arnold Braun Trust | #27 $562,232.17 | #27 $562,232.17 | #22 $562,232.17 |
| 31. Robert Braun | #35 $345,547.65 | #36 $345,547.65 | #30 $345,547.65 |
| 32. Jim Rininger | #51 $240,778.44 | #52 $240,778.44 | #46 $240,778.44 |
| 33. Robert Spring | #52 $149,812.73 | #53 $149,812.73 | #47 $149,812.73 |
| 34. Michael Evans | #36 $200,812.14 | #37 $200,812.14 | #31 $200,812.14 |
| 35. Miranda Evans | #36 $200,812.14 | #37 $200,812.14 | #31 $200,812.14 |

| | | | |
|---|---|---|---|
| 36. Charles Lockwood | #46 9/12/23 | #47 9/12/23 | #40 9/12/23 |
| 37. Cole Lockwood | #49 $576,533.01 | #50 $576,533.01 | #44 $576,533.01 |
| 38. Sherle Lockwood | #44 $766,041.83 | #45 $766,041.83 | #39 $766,041.83 |
| 39. Nikki Lockwood | #48 $391,049.21 | #49 $391,049.21 | #43 $391,049.21 |
| 40. Lyndal VanBuskirk | #71 $494,432.51 | #78 $494,432.51 | #68 $494,432.51 |
| 41. Janet VanBuskirk | #83 $484,475.35 | #88 $484,475.35 | #72 $484,475.35 |
| 42. Colby VanBuskirk | #84 $605,885.29 | #89 $605,885.29 | #73 $605,885.29 |
| 43. Susan VanBuskirk | #84 $605,885.29 | #89 $605,885.29 | #73 $605,885.29 |
| 44. Jimmy Greer | #37 $354,918.73 | #38 $354,918.73 | #32 $354,918.73 |
| 45. Dustin Johnson | #50 $201,446.78 | #51 $201,446.78 | #45 $201,446.78 |
| 46. Dora Blackman | #32 $53,651.36 | #33 $53,651.36 | #27 $53,651.36 |
| 47. Ridgefield Capital Asset Management L.P. | #74 $2,182,751.53 | #79 $2,182,751.53 | |
| 48. Robert Ellis | #75 $249,776.44 | #80 $249,776.44 | |
| 49. Big Seven Capital Partners, LLC | #80 $594,403.47 | #85 $594,403.47 | |
| 50. Carraway Cattle, LLC | #78 $489,298.48 | #83 $489,298.48 | |
| 51. Richard Carraway | #79 $322,320.52 | #77 $322,320.52 | |
| 52. Drew Phillips | #82 $517,777.89 | #87 $517,777.89 | |
| 53. Barry Phillips | #76 $416,216.47 | #81 $416,216.47 | |
| 54. Priest Cattle Company, Ltd. | #67 $709,680.77 | #73 $709,680.77 | #66 $709,680.77 |
| 55. Priest Victory Investment LLC | #65 $639,861.35 | #70 $639,861.35 | #63 $639,861.35 |
| 56. Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust | #60 $1,500,864.65 | #64 $1,500,864.65 | #57 $1,500,864.65 |
| 57. Eddie Stewart | #61 $317,266.34 | #65 $317,266.34 | #58 $317,266.34 |

Respectfully submitted,

Alan Dabdoub
State Bar No. 24056836
adabdoub@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:   214-981-3800
Facsimile:    214-981-3839

**SPECIAL COUNSEL TO THE TRUSTEE**

*/s/ Hudson M. Jobe*
Hudson M. Jobe
Texas Bar No. 24041189
**JOBE LAW PLLC**
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

**SPECIAL COUNSEL TO THE TRUSTEE**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 14, 2025,, a true and correct copy of the foregoing document was served by electronic transmission via the Court's CM/ECF system upon all parties in this adversary proceeding.

*/s/ Hudson M. Jobe*
Hudson M. Jobe