David L. LeBas, SBN 12098600
dlebas@namanhowell.com
Michael S. Duncan, SBN 24097628
mduncan@namanhowell.com
NAMAN HOWELL SMITH & LEE PLLC
8310 N. Capital of Texas Highway, Ste. 490
Austin, Texas 78731
Ph. (512) 479-0300
Fax (512) 474-1901

*ATTORNEYS FOR AGTEXAS FARM CREDIT SERVICES AGTEXAS, PCA AND THORLAKSON DIAMOND T FEEDERS, LP*

**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN DISTRICT OF
TEXAS AMARILLO DIVISION**

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>  Debtors. | Case No. 23-20084-swe<br>Chapter No. 7<br><br>Jointly Administered |
| IN RE:<br><br>2B FARMS, a Texas General Partnership, et al.,<br><br>  Debtors. | Case No. 23-50096-swe<br>Chapter No. 12<br><br>Jointly Administered |
| IN RE:<br><br>AGTEXAS FARM CREDIT SERVICES; AGTEXAS, PCA; AND THORLAKSON DIAMOND T FEEDERS, LP<br><br>  Plaintiffs,<br><br>and<br><br>EDWARD DUFURRENA et al.,<br>  Intervenor-Plaintiffs<br>v. | ADV. PROC. NO. 24-02007-swe<br><br>(Consolidated Adversary Proceeding) |

| | |
|---|---|
| RABO AGRIFINANCE, LLC et al.,<br><br>Defendants | |
| IN RE:<br><br>HTLF BANK, as successor to FIRST BANK & TRUST,<br><br>    Plaintiffs, Counter-Defendant, and Cross-Claim Defendant,<br><br>v.<br><br>2B FARMS, a Texas General Partnership, et al., TERRY M. ROBINSON, and REBECCA A. ROBINSON,<br><br>    Defendants, Counterclaim-Plaintiffs, Third-Party Plaintiffs and Third-Party Counterclaim Defendants,<br><br>v.<br><br>RABO AGRIFINANCE LLC and MECHANICS BANK,<br><br>    Third-Party Defendants, and as to Rabo AgriFinance LLC only, Third-Party Counterclaim Plaintiff and Cross-Claim Plaintiff. | ADV. PROC. NO. 24-02007-swe<br><br>(Consolidated Adversary Proceeding) |

## **PLAINTIFFS' DEMONSTRATIVE EXHIBIT LIST**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    Plaintiffs AgTexas Farm Credit Services, AgTexas PCA, and Thorlakson Diamond T. Feeders, LP file this Demonstrative Exhibit List for the hearing held July 17, 2025, on Trustee's Motion to Intervene [Dkt. 140] (the "Hearing") and would show the Court as follows:

# I.
## DEMONSTRATIVE EXHIBIT LIST

At the Hearing held on this date, the following documents were presented to the Court by Mr. LeBas for demonstrative purposes only.

A. Demonstrative Aid – Sample Inspection Report: This document was filed as Dkt. No. 178-7 at pp. 32-43, Bates-labeled as Thorlakson 2425-2436; and

B. Demonstrative Aid – Chart: "McClain Transactions – Simplified." This document is filed together with this list.

Respectfully submitted,

**NAMAN HOWELL SMITH & LEE PLLC**
David L. LeBas, SBN 12098600
dlebas@namanhowell.com
Michael S. Duncan, SBN 24097628
mduncan@namanhowell.com
8310 N. Capital of Texas Highway, Ste. 490
Austin, Texas 78731
Ph. (512) 479-0300
Fax (512) 474-1901

By: */s/ David L. LeBas*
      David L. LeBas

*ATTORNEYS FOR AGTEXAS FARM CREDIT SERVICES AGTEXAS, PCA AND THORLAKSON DIAMOND T FEEDERS, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, the foregoing document was filed with the Clerk of the Court in the foregoing case using the CM/ECF system, which sent notice of electronic filing to all electronic filing users in this case.

*/s/ David L. LeBas*
David L. LeBas