

April 5, 2023

## VIA EMAIL, FEDERAL EXPRESS AND REGULAR MAIL

Jamie Rabitin
Senior Vice President/Director of Commercial Servicing
MECHANICS BANK
18400 Von Karman Ave.
Irvine, CA 92612
Email: jamie_rabitin@mechanicsbank.com

Michael R. Johnson
ATTORNEY AT LAW

PO Box 45385
Salt Lake City, Utah
84145-0385

36 South State Street
Suite 1400
Salt Lake City, Utah
84111

801 532-1500 FIRM
801 323-3363 DIRECT
801 532-7543 FAX
mjohnson@rqn.com
www.rqn.com

Re:   *Rabo AgriFinance LLC ("RAF" or "Lender"); (A) Deposit Account Control Agreement Between Lender, Mechanics Bank ("Deposit Bank") and McClain Farms, Inc. ("MFI Debtor") Regarding Account 3505283070 ("MFI Account"), (B) Deposit Account Control Agreement Between Lender, Deposit Bank and 7M Cattle Feeders, Inc. ("7M Debtor") Regarding Account 469420423 ("7M Account"), (C) Deposit Account Control Agreement Between Lender, Deposit Bank and McClain Feed Yard, Inc. ("MFY Debtor") Regarding Account 819150197 ("MFY Account"); WRITTEN INSTRUCTIONS TO FREEZE MFI ACCOUNT, 7M ACCOUNT AMD MFY ACCOUNT, AND TO PREVENT ITEMS FROM BEING WITHDRAWN OR PAID FROM THE MFI ACCOUNT, 7M ACCOUNT AND MFY ACCOUNT*

Dear Ms. Rabitin:

This law firm represents RAF with respect to the above-referenced Deposit Account Control Agreements (the "DACAs") between Lender, Deposit Bank and each of MFI Debtor (with respect to the MFI Account), 7M Debtor (with respect to the 7M Account) and MFY Debtor (with respect to the MFY Account). The MFI Account, 7M Account and MFY Account are collectively referred to herein as the "Accounts."

On behalf of RAF, written notice is hereby provided to Deposit Bank that one or more Events of Default have occurred and are ongoing under the loan and security agreements that exist between Lender and each of MFI Debtor, 7M Debtor and MFY Debtor (collectively, the "Debtors").

As a result of those Events of Default, and pursuant to paragraph 5(a) of each of the DACAs, DEPOSIT BANK IS HEREBY INSTRUCTED TO IMMEDIATELY FREEZE THE ACCOUNTS. DEPOSIT BANK MAY

A PROFESSIONAL CORPORATION

# EXHIBIT "D"

RAF/McClain/Mechanics Bank
April 5, 2023
Page 2

ALLOW ADDITIONAL ITEMS OR FUNDS TO BE DEPOSITED
INTO THE ACCOUNTS; BUT DEPOSIT BANK IS HEREBY
INSTRUCTED TO PRECLUDE ANY WITHDRAWALS, DRAWS,
TRANSFERS FROM OR OTHER DISPOSITIONS OF ANY FUNDS
OR PROPERTY IN ANY OF THE ACCOUNTS, WITHOUT THE
FURTHER WRITTEN AUTHORIZATION OF LENDER.

Additionally, and unless contrary written instructions are provided to
Deposit Bank at a later date by an authorized representative of Lender, Lender
hereby requests that Deposit Bank remit to Lender all funds currently on
deposit in the Accounts, as well as all funds that are subsequently deposited
into or that otherwise become available in the Accounts. Lender hereby
authorizes Deposit Bank to deduct its standard wire/transfer fees as part of any
transfer of funds from the Accounts to Lender. Lender's payment instructions
are as follows:

## LENDER'S WIRE INSTRUCTIONS

Correspondent Bank: US Bank
#1 US Bank Plaza
St. Louis, MO 63101
ABA Routing Number: █████████
For credit to: Rabo Agrifinance, Inc.
Account Number █████████
For further credit to: "Rabo Agrifinance, Inc. Obligation # █████████
McClain Farms, Inc."
Contact Servicing Department
(314) 317-8000

## OVERNIGHT SERVICE DELIVERY

Overnight packages should be delivered to:
Rabo Agrifinance, Inc.
Attn: Servicing Department
14767 N Outer 40 Road
Suite 400
St. Louis, MO 63017
(314) 317-8000

Finally, Lender hereby requests that Deposit Bank provide Lender
with online, "read only" access to the Accounts so that Lender can monitor the
activity in the Accounts.

RAF/McClain/Mechanics Bank
April 5, 2023
Page 3

If you would like to discuss this matter further, please contact me by phone at (801) 323-3363 or by email at mjohnson@rqn.com. You also may contact Jeff Hanson, Vice-President and Senior Financial Restructuring Manager for Lender. Mr. Hanson's telephone number is (763) 244-7651, and his email address is jeff.hanson@rabo.com.

Please advise if this letter needs to be sent to any other authorized representatives of Mechanics Bank.

Thank you for your urgent attention to this matter.

Sincerely,

RAY QUINNEY & NEBEKER P.C.

Michael R. Johnson

MRJ/mj

cc:    Brian Keith McClain, Authorized Representative for MFI Debtor, 7M
       Debtor and MFY Debtor (mcclainfarms@gmail.com)
       Jeff Hanson (via email only)
       Linda Kobliska (via email only)
       Kurt Leistikow, Esq. (via email only)
       Brad Bakker (via email only)

1634358