**From:** Jamie Rabatin <Jamie_Rabatin@mechanicsbank.com>
**Sent:** Wednesday, April 5, 2023 6:33 PM
**To:** O'Neal, J (Jacqueline) <Jene.ONeal@raboag.com>
**Cc:** Hanson, J (Jeffrey) <Jeff.Hanson@rabo.com>; nico.didonato@mechanicsbank.com
**Subject:** RE: Rabo AgriFinance/McClain Farms, Inc., McClain Feed Yard, Inc. and 7M Cattle Feeders, Inc.; Demand for Freeze of Borrower Accounts SECURE

This message was sent securely by Mechanics Bank®

Hi Jene-

The accounts are frozen. I have the wire instructions provided in the letter notifying us of the default.

We will review the accounts daily and wire all collected funds as directed.

I have a question – the letter requested that we provide "read only" access to online Banking to the Lender. Are you able to let me know who needs access? I will arrange to get them set up and trained.

Feel free to contact me any time.

Regards,


Jamie Rabatin
Senior Vice President
Director of Commercial Servicing

Mechanics Bank
18400 Von Karman Ave Suite 1100 | Irvine, CA 92612
Tel (424) 230-5388 | Cell (949) 899-4882

jamie_rabatin@mechanicsbank.com
www.MechanicsBank.com

 

Recognized by *Forbes* as one of America's Best Banks.


**From:** Jene.ONeal@raboag.com <Jene.ONeal@raboag.com>
**Sent:** Wednesday, April 5, 2023 2:48 PM
**To:** Jamie Rabatin <Jamie_Rabatin@mechanicsbank.com>
**Cc:** Jeff.Hanson@rabo.com; nico.didonato@mechanicsbank.com
**Subject:** FW: Rabo AgriFinance/McClain Farms, Inc., McClain Feed Yard, Inc. and 7M Cattle Feeders, Inc.; Demand for Freeze of Borrower Accounts

**Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize and know the content is safe.

Hi Jamie,

Can you confirm the accounts are froze and please let me know what you need in order to have the funds swept or wired to RAF?
Thank you for your help!

# EXHIBIT "E"
