Case 24-02007-swe   Doc 205-6   Filed 08/18/25   Entered 08/18/25 12:40:05   Desc
Exhibit F   Page 1 of 6

Exhibit "F-1"

*111319347*
04/13/2023
0007548654

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON (S)
REFER TO MAKER

111319347   04/10/2023
[111319347]

## REFER TO MAKER

| | | |
|---|---|---|
| McClain Farms Inc | Mechanics Bank | 7331 |
| 824 Mullins Ln | Commitment That Lasts Generations | |
| Benton, KY 42025-4702 | | 4-4-23 |

PAY TO THE ORDER OF   2B Farms   $ 2,530,920.39

Two million five hundred thirty thousand nine hundred twenty dollars and 39/100   DOLLARS

Meagan Road
AUTHORIZED SIGNATURE

MEMO

⑈007331⑈ ⑆121102036⑉ 3505283070⑈

⑈007331⑈⑆121102036⑉            3505283070 ⑆02530092039⑈



Exhibit "F-2"

*111319347*
04/13/2023
0007548652

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON (S)
REFER TO MAKER

# REFER TO MAKER

McClain Farms Inc
824 Mullins Ln
Benton, KY 42025-4702

Mechanics Bank
Commitment That Lasts Generations

7620

4·5·23

PAY TO THE ORDER OF 2B Farms  $ 2,559,407.02

Two million five hundred fifty nine thousand four hundred seven dollars and 02/100  DOLLARS

MEMO

Meagan Freed
AUTHORIZED SIGNATURE

⑈0076 20⑈ ⑊1 2 11 20 36⑊ 3 50 5 28 30 70⑈

⑈0076 20⑈⑊1 2 11 10 20 36⑊ 3 50 5 28 30 70 ⑈0 2 55 94 07 02⑈



Case 24-02007-swe   Doc 205-6   Filed 08/18/25   Entered 08/18/25 12:40:05   Desc
Exhibit F   Page 5 of 6

Exhibit "F-3"

*111319347*
04/17/2023
0007548748

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON (S)
REFER TO MAKER

# REFER TO MAKER

**McClain Farms Inc**
824 Mullins Ln
Benton, KY 42025-4702

**Mechanics Bank**
Commitment That Lasts Generations

7621

4-6-23

PAY TO THE
ORDER OF ___2b Farms___                                      $ 2,510,991.⁴⁵

Two million five hundred ten thousand nine hundred ninety one dollars and ⁴⁵/₁₀₀ ___ DOLLARS

Meagan Croad

MEMO

AUTHORIZED SIGNATURE

⑃007621⑃ ⑆121102036⑆ 3505283070⑃

⑃007621⑃⑆121102036⑆       3505283070 ⑃0251099145⑃

