# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., et al<br><br>    Debtors. | Case No. 23-20084-swe7<br>Jointly Administered |
| IN RE:<br><br>2B FARMS, a Texas General Partnership, et al.,<br><br>    Debtors. | Case No. 23-50096-swe12<br>Jointly Administered |
| AGTEXAS FARM CREDIT SERVICES; AGTEXAS, PCA; AND THORLAKSON DIAMOND T FEEDERS, LP<br><br>    Plaintiffs,<br><br>EDWARD DUFURRENA et al.,<br>        Intervenor-Plaintiffs<br>v.<br><br>RABO AGRIFINANCE, LLC et al.,<br><br>    Defendants | Adv. Proc. No. 24-02007-swe<br><br>Consolidated Adversary Proceeding |
| IN RE:<br><br>HTLF BANK, as successor to FIRST BANK & TRUST,<br>    Plaintiffs, Counter-Defendant, and Cross-Claim Defendant,<br>v.<br><br>2B FARMS, a Texas General Partnership, et al., TERRY M. ROBINSON, and REBECCA A. ROBINSON, | Adv. Proc. No. 24-02007-swe<br><br>Consolidated Adversary Proceeding |

1

4900-6621-7569, v. 1

| | |
|---|---|
| Defendants, Counterclaim-Plaintiffs, Third-Party Plaintiffs and Third-Party Counterclaim Defendants,<br><br>v.<br><br>RABO AGRIFINANCE LLC and MECHANICS BANK,<br><br>Third-Party Defendants, and as to Rabo AgriFinance LLC only, Third-Party Counterclaim Plaintiff and Cross-Claim Plaintiff. | |
| IN RE:<br><br>HTLF BANK, as successor to FIRST BANK & TRUST, | Adv. Proc. No. 24-02007-swe |

**STATEMENT TO COURT PURSUANT TO ORDER ENTERED JULY 29, 2025 [ECF 201]**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Court's Order Granting in Part and Denying in Part the Trustee's Motion to Intervene and Enforce the Automatic Stay [ECF 201], Intervenor-Plaintiffs[1] file the below statement as required by the Order.

1. The case name, case number, date, and docket number of the party's prior jury demand or position on bankruptcy jurisdiction, including as required by Federal Rules of Bankruptcy Procedure 7008, 7012(b), 9027(a)(1)(B), or 9027(e)(3)

   a. **No prior formal jury demand was made.**

2. In compliance with any obligation under Federal Rules of Bankruptcy Procedure 7008, 7012(b), 9027(a)(1)(B), or 9027(e)(3), if such party has not previously complied.

---

[1] The Intervenor-Plaintiffs are Ridgefield Capital Group, Drew Phillips, Carraway Cattle, Robert Ellis, Barry Phillips, Big Seven Capital Partners, Richard Carraway, Priest Cattle Company, Ltd, Priest Victory Investment LLC, W. Robbie Russell Living Trust, and Eddie Stewart.

2

      **a. In accordance with the stipulation filed with the Court [ECF 206], Intervenors consent to the jurisdiction of this court and consent to this Court entering final orders and judgments in this case.**

3.      Identify the case name, Proof of Claim number, date, and dollar amount of each Proof of Claim filed by the party in any of the above-captioned bankruptcy cases.

      **a. See attached Exhibit A for a list of the Proof of Claims filed by Intervenors.**

4900-6621-7569, v. 1

Respectfully submitted,

**CRENSHAW, DUPREE & MILAM, LLP**

*/s/ Amber S. Miller*
Amber S. Miller
State Bar No. 24050320
CRENSHAW, DUPREE & MILAM, L.L.P.
P.O. Box 1499
Lubbock, Texas 79408-1499
(806) 762-5281
(806) 762-3510 (fax)
***Attorney for Ridgefield Capital Group, Drew Phillips, Carraway Cattle, Robert Ellis, Barry Phillips, Big Seven Capital Partners, Richard Carraway***

-and-

**JAMES D. BRADBURY, PLLC**
*/s/ James D. Bradbury*
James D. Bradbury
SBN 02814500
Kyle K. Weldon
SBN 24097192
201 Main Street, Suite 600
Fort Worth, Texas 76102
(817) 339-1105
***Attorneys for Priest Cattle Company, Ltd, Priest Victory Investment LLC, W. Robbie Russell Living Trust, and Eddie Stewart***

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 19, 2025, the foregoing document was filed with the Clerk of the Court in the foregoing case using the CM/ECF system, which sent notice of electronic filing to all electronic filing users in this case.

*/s/ Amber S. Miller*
Amber S. Miller

4

4900-6621-7569, v. 1

## **EXHIBIT A**

| Intervenor | Proof of Claim Filing Date | Proof of Claim Filing Number[2] | Dollar Amount |
|---|---|---|---|
| Ridgefield Capital Group | 09/13/2023 | 74 | $2,182,751.53 |
| Drew Phillips | 09/13/2023 | 82 | $517,777.89 |
| Carraway Cattle | 09/13/2023 | 78 | $489,298.48 |
| Robert Ellis | 09/13/2023 | 75 | $249,776.44 |
| Barry Phillips | 09/13/2023 | 76 | $416,216.47 |
| Big Seven Capital Partners | 09/13/2023 | 80 | $594,403.47 |
| Richard Carraway | 09/13/2023 | 79 | $322,320.52 |
| Priest Cattle Company, Ltd. | 09/13/2023 | 67 | $874,901.99 |
| Priest Victory Investment, LLC | 09/13/2023 | 65 | $639,861.35 |
| W. Robbie Russell Living Trust | 09/13/2023 | 60 | $1,500,864.65 |
| Eddie Stewart | 09/13/2023 | 61 | $317,266.34 |
| W. Robbie Rusell and Eddie Stewart | 09/13/2023 | 63 | $2,176,357.46 |

---

[2] The claim numbers listed above are for Proofs of Claim filed in Case No. 23-20084-swe7, In re McClain Feed Yard, Inc. Claims were also filed in the McClain Farms, Inc. and/or 7M original bankruptcy matters.

4900-6621-7569, v. 1