Richard A. Illmer
Buffey Klein
**HUSCH BLACKWELL LLP**
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
t: 214.999.6100
f: 214.999.6170
Rick.Illmer@huschblackwell.com
buffey.klein@huschblackwell.com

Lynn H. Butler
**HUSCH BLACKWELL LLP**
111 Congress Avenue, Suite 1400
Austin, Texas 78701
t: 512.479.9758
f: 512.226.7318
Lynn.Butler@huschblackwell.com

*Counsel for Mechanics Bank*

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| McClain Feed Yard, Inc., et al., | § | Case No. 23-200-84-swe |
| *Debtors.* | § | Jointly Administered |
| | § | |
| In re: | § | |
| | § | |
| 2B Farms, a Texas General | § | Case No. 23-50096-swe12 |
| Partnership, et al., | § | Jointly Administered |
| *Debtors.* | § | |
| | § | |
| AgTexas Farm Credit Services, Ag Texas PCA, | § | |
| Thorlakson Diamond T Feeders, LP, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Adversary Case No. 24-02007-swe |
| | § | Consolidated Adversary Proceeding |
| Edward Dufurrena, et al., | § | |
| *Intervenor-Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | |
| Rabo AgriFinance, LLC, et al., | § | |
| *Defendants.* | § | |
| | § | |
| HTLF Bank, as successor to | § | |
| First Bank & Trust, | § | |



*Plaintiff, Counter-Defendant, and Cross-Claim Defendant,*

v.

2B Farms, a Texas General Partnership, Terry M. Robinson, and Rebecca A. Robinson, *Defendants, Counter-Plaintiffs, Third-Party Plaintiffs and Third-Party Counterclaim Defendants,*

v.

Rabo AgriFinance, LLC and Mechanics Bank, *Third-Party Defendants.*

HTLF Bank, as successor to First Bank & Trust, *Plaintiff and Counter-Defendant,*

v.

2B Farms, a Texas General Partnership, Terry M. Robinson, and Rebecca A. Robinson, *Defendants and Counter-Plaintiffs*

Adversary Case No. 24-02007-swe
Consolidated Adversary Proceeding

## MECHANICS BANK'S STATEMENT PURSUANT TO
## JULY 29, 2025 COURT ORDER [ECF NO. 201]

TO THE HONORABLE JUDGE SCOTT W. EVERETT:

Defendant Mechanics Bank ("Mechanics") respectfully submits this *Statement Pursuant to July 29, 2025 Court Order [ECF No. 201]* in compliance with this Court's July 29, 2025 *Order Granting in Part and Denying in Part the Trustee's Motion to Intervene and Enforce the Automatic Stay* [ECF No. 201] and states as follows:

1.       The case name, case number, date, and docket number of the party's prior jury demand or position on bankruptcy jurisdiction, including as required by Federal Rules of Bankruptcy Procedure 7008, 7012(b), 9027(a)(1)(B), or 9027(e)(3):

**RESPONSE**: **Mechanics did not submit a prior jury demand or position on bankruptcy jurisdiction.** *See* **ECF No. 206.**

2.　　　　In compliance with any obligation under Federal Rules of Bankruptcy Procedure

7008, 7012(b), 9027(a)(1)(B), or 9027(e)(3):

**RESPONSE**: **Mechanics consents to this Court's jurisdiction and to this Court's entry of final orders and judgments.** *See* **ECF No. 206.**

3.　　　　Identifying the case name, Proof of Claim number, date, and dollar amount of each

Proof of Claim filed by the party in any of the above-captioned bankruptcy cases:

**RESPONSE**: **Not applicable.**

Dated: August 19, 2025.　　　　　　Respectfully submitted,


*/s/ Buffey E. Klein*
Richard A. Illmer
State Bar No. 10388350
Buffey E. Klein
State Bar No. 24032515
Husch Blackwell LLP
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 (fax)
rick.illmer@huschblackwell.com
buffey.klein@huschblackwell.com

Lynn Hamilton Butler
State Bar No. 03527350
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Tel: (512) 472-5456
Fax: (512) 479-1101
lynn.butler@huschblackwell.com

**COUNSEL FOR MECHANICS BANK**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 19, 2025, a true and correct copy of the foregoing was served upon all counsel of record pursuant to the Federal Rules of Bankruptcy Procedure, as set out on the attached list.

*/s/ Buffey E. Klein*
Buffey E. Klein

**2B Farms**
c/o Todd J. Johnston
McWhorter Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401
*Added: 05/14/2025*
*(3rd Party Plaintiff)*

represented
by

**Todd Jeffrey Johnston**
McWhorter Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401
(806)762-0214
(806)762-8014 (fax)
tjohnston@mcjllp.com
*Assigned: 08/19/25*

**2B Farms**
c/o Todd J. Johnston
McWhorter Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401
*Added: 05/14/2025*
*(Counter-Claimant)*

represented
by

**Todd Jeffrey Johnston**
McWhorter Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401
(806)762-0214
(806)762-8014 (fax)
tjohnston@mcjllp.com
*Assigned: 05/14/25*

**2B Farms, a General Texas Partnership**
9397 CR 3114
Snyder, TX 79549
Tax ID / EIN: 75-2480085
*Added: 08/19/2024*
*(3rd Party Plaintiff)*

represented
by

**Todd Jeffrey Johnston**
McWhorter Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401
(806)762-0214
(806)762-8014 (fax)
tjohnston@mcjllp.com
*Assigned: 10/16/24*

**2B Farms, a General Texas Partnership**
9397 CR 3114
Snyder, TX 79549
*Added: 08/19/2024*
*(3rd Party Plaintiff)*

**2B Farms, a General Texas Partnership**
9397 CR 3114
Snyder, TX 79549
Tax ID / EIN: 75-2480085
*Added: 08/19/2024*
*(Counter-Defendant)*

represented
by

**Todd Jeffrey Johnston**
McWhorter Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401
(806)762-0214
(806)762-8014 (fax)
tjohnston@mcjllp.com
*Assigned: 07/14/25*

| | | |
|---|---|---|
| **2B Farms, a General Texas Partnership**<br>9397 CR 3114<br>Snyder, TX 79549<br>Tax ID / EIN: 75-2480085<br>*Added: 08/19/2024*<br>*(Defendant)* | represented by | **Todd Jeffrey Johnston**<br>McWhorter Cobb & Johnson, LLP<br>1722 Broadway<br>Lubbock, TX 79401<br>(806)762-0214<br>(806)762-8014 (fax)<br>tjohnston@mcjllp.com<br>*Assigned: 10/21/24* |
| **AGTexas Farm Credit Services**<br>*Added: 08/19/2024*<br>*(Plaintiff)* | represented by | **Michael S Duncan**<br>Naman, Howell, Smith & Lee<br>8310 N Capital of Texas Hwy<br>Ste 490<br>Austin, TX 78731<br>512-807-2465<br>mduncan@namanhowell.com<br>*Assigned: 01/07/25* |
| | | **David L. LeBas**<br>Naman, Howell, Smith & Lee, PLLC<br>8310 Capitol of Texas Highway,<br>Suite 490<br>Austin, TX 78731<br>(512) 479-0300<br>(512) 474-1901 (fax)<br>dlebas@namanhowell.com<br>*Assigned: 09/19/24* |
| **AJ Jacques Living Trust**<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105<br>*Added: 08/20/2024*<br>*(Intervenor-Plaintiff)* | represented by | **Joshua D. Kundert**<br>Sprouse Shrader Smith PLLC<br>701 S. Taylor St.<br>Suite 500<br>Amarillo, TX 79101<br>806-468-3300<br>806-373-3454 (fax)<br>josh.kundert@sprouselaw.com<br>*Assigned: 01/03/25* |
| | | **John F. Massouh**<br>Sprouse Shrader Smith, P.C.<br>701 S. Taylor, Suite 500<br>Box 15008<br>Amarillo, TX 79101<br>(806) 468-3337<br>(806) 373-3454 (fax)<br>john.massouh@sprouselaw.com<br>*Assigned: 01/09/25* |

**AgTexas PCA**
*Added: 08/19/2024*
*(Plaintiff)*

represented
by

**Michael S Duncan**
Naman, Howell, Smith & Lee
8310 N Capital of Texas Hwy
Ste 490
Austin, TX 78731
512-807-2465
mduncan@namanhowell.com
*Assigned: 01/07/25*

**David L. LeBas**
Naman, Howell, Smith & Lee, PLLC
8310 Capitol of Texas Highway,
Suite 490
Austin, TX 78731
(512) 479-0300
(512) 474-1901 (fax)
dlebas@namanhowell.com
*Assigned: 09/19/24*

**Arnold Braun Trust**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented
by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Big Seven Capital Partners, LLC**
Crenshaw, Dupree & Milam, LLP
4411 98th Street, Suite 400
Lubbock, TX 79424
United States
8067418495
amiller@cdmlaw.com
*Added: 09/19/2024*
*(Intervenor)*

represented by

**Amber Miller**
Crenshaw, Dupree & Milam, LLP
4411 98th Street
Suite 400
Lubbock, TX 79424
806-762-5281
amiller@cdmlaw.com
*Assigned: 09/19/24*

**Bryan Blackman**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Dora Blackman**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Robert Braun**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Joel Brookshire**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Eddie Bryant**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Dennis Buss**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

| | | |
|---|---|---|
| | | **John F. Massouh**<br>Sprouse Shrader Smith, P.C.<br>701 S. Taylor, Suite 500<br>Box 15008<br>Amarillo, TX 79101<br>(806) 468-3337<br>(806) 373-3454 (fax)<br>john.massouh@sprouselaw.com<br>*Assigned: 01/09/25* |
| **Buss Family Trust**<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105<br>*Added: 08/20/2024*<br>*(Intervenor-Plaintiff)* | represented by | **Joshua D. Kundert**<br>Sprouse Shrader Smith PLLC<br>701 S. Taylor St.<br>Suite 500<br>Amarillo, TX 79101<br>806-468-3300<br>806-373-3454 (fax)<br>josh.kundert@sprouselaw.com<br>*Assigned: 01/03/25* |
| | | **John F. Massouh**<br>Sprouse Shrader Smith, P.C.<br>701 S. Taylor, Suite 500<br>Box 15008<br>Amarillo, TX 79101<br>(806) 468-3337<br>(806) 373-3454 (fax)<br>john.massouh@sprouselaw.com<br>*Assigned: 01/09/25* |
| **Richard Carraway**<br>Crenshaw, Dupree & Milam, LLP<br>4411 98th Street, Suite 400<br>Lubbock, TX 79424<br>United States<br>8067418495<br>amiller@cdmlaw.com<br>*Added: 09/19/2024*<br>*(Intervenor)* | represented by | **Amber Miller**<br>Crenshaw, Dupree & Milam, LLP<br>4411 98th Street<br>Suite 400<br>Lubbock, TX 79424<br>806-762-5281<br>amiller@cdmlaw.com<br>*Assigned: 09/19/24* |

**Carraway Cattle, LLC**
Crenshaw, Dupree & Milam, LLP
4411 98th Street, Suite 400
Lubbock, TX 79424
United States
8067418495
amiller@cdmlaw.com
*Added: 09/19/2024*
*(Intervenor)*

|  | represented by |  |
|---|---|---|

**Amber Miller**
Crenshaw, Dupree & Milam, LLP
4411 98th Street
Suite 400
Lubbock, TX 79424
806-762-5281
amiller@cdmlaw.com
*Assigned: 09/19/24*

**Edward Dufurrena**
*Added: 08/19/2024*
*(Intervenor-Plaintiff)*
PRO SE

**Robert Ellis**
4411 98th Street, Suite 400
Lubbock, TX 79424
United States
8067418495
amiller@cdmlaw.com
*Added: 09/19/2024*
*(Intervenor)*

represented by

**Amber Miller**
Crenshaw, Dupree & Milam, LLP
4411 98th Street
Suite 400
Lubbock, TX 79424
806-762-5281
amiller@cdmlaw.com
*Assigned: 09/19/24*

**Michael Evans**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

| | | |
|---|---|---|
| **Miranda Evans**<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105<br>*Added: 08/20/2024*<br>*(Intervenor-Plaintiff)* | represented<br>by | **Joshua D. Kundert**<br>Sprouse Shrader Smith PLLC<br>701 S. Taylor St.<br>Suite 500<br>Amarillo, TX 79101<br>806-468-3300<br>806-373-3454 (fax)<br>josh.kundert@sprouselaw.com<br>*Assigned: 01/03/25* |
| | | **John F. Massouh**<br>Sprouse Shrader Smith, P.C.<br>701 S. Taylor, Suite 500<br>Box 15008<br>Amarillo, TX 79101<br>(806) 468-3337<br>(806) 373-3454 (fax)<br>john.massouh@sprouselaw.com<br>*Assigned: 01/09/25* |
| **Douglas Finley**<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105<br>*Added: 08/20/2024*<br>*(Intervenor-Plaintiff)* | represented<br>by | **Joshua D. Kundert**<br>Sprouse Shrader Smith PLLC<br>701 S. Taylor St.<br>Suite 500<br>Amarillo, TX 79101<br>806-468-3300<br>806-373-3454 (fax)<br>josh.kundert@sprouselaw.com<br>*Assigned: 01/03/25* |
| | | **John F. Massouh**<br>Sprouse Shrader Smith, P.C.<br>701 S. Taylor, Suite 500<br>Box 15008<br>Amarillo, TX 79101<br>(806) 468-3337<br>(806) 373-3454 (fax)<br>john.massouh@sprouselaw.com<br>*Assigned: 01/09/25* |

**First Bank & Trust**
*Added: 08/19/2024*
*(Cross Defendant)*

represented
by

**Matthew S Merriott**
Mullin Hoard & Brown, LLP
500 South Taylor
Suite 800, LB# 213
Amarillo, TX 79101
806-372-5050
mmerriott@mhba.com
*Assigned: 01/08/25*
*LEAD ATTORNEY*

**First Bank & Trust**
*Added: 08/19/2024*
*(Plaintiff)*
PRO SE

**Gene Brookshire Family, LP**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented
by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Meagan Goad**
c/o Boerner, Dennis & Franklin
P.O. Box 1738
Lubbock, TX 79408
806-763-0044
bfranklin@bdflawfirm.com
*Added: 08/20/2024*
*(Defendant)*

represented
by

**Charity S Bird**
Kaplan Johnson Abate & Bird, LLP
710 West Main Street
Ste 4th Floor
Louisville, KY 40202
502-416-1630
cbird@kaplanjohnsonlaw.com
*Assigned: 10/09/24*

**Todd Farmer**
Farmer & Wright, PLLC
4975 Alben Barkley Drive
Paducah, KY 42001
270-443-4431
todd@farmerwright.com
*Assigned: 10/10/24*

**Robert E Gray**
1936 Southside Terrace
Dallas, TX 75232
SSN / ITIN: xxx-xx-2815
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Ronnie Gray**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Gray Brothers**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Jimmy Greer**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Leah Gungoll**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Gungoll Cattle, LLC**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**HTLF Bank, Successor-in-Interest to
First Bank & Trust**
*Added: 08/20/2024*
*(3rd Pty Defendant)*

| | | |
|---|---|---|
| **HTLF Bank, Successor-in-Interest to First Bank & Trust**<br>*Added: 08/20/2024*<br>*(Defendant)* | represented by | **Matthew S Merriott**<br>Mullin Hoard & Brown, LLP<br>500 South Taylor<br>Suite 800, LB# 213<br>Amarillo, TX 79101<br>806-372-5050<br>mmerriott@mhba.com<br>*Assigned: 01/09/25* |
| **HTLF Bank, Successor-in-Interest to First Bank & Trust**<br>*Added: 08/20/2024*<br>*(Plaintiff)* | represented by | **John H. Lovell**<br>Lovell Isern & Farabough, LLP<br>112 SW 8th Avenue<br>Suite 1000<br>Amarillo, TX 79101-2314<br>806-373-1515<br>806-379-7176 (fax)<br>john@lovell-law.net<br>*Assigned: 11/05/24*<br><br>**Matthew S Merriott**<br>Mullin Hoard & Brown, LLP<br>500 South Taylor<br>Suite 800, LB# 213<br>Amarillo, TX 79101<br>806-372-5050<br>mmerriott@mhba.com<br>*Assigned: 01/09/25* |
| **Dustin Johnson**<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105<br>*Added: 08/20/2024*<br>*(Intervenor-Plaintiff)* | represented by | **Joshua D. Kundert**<br>Sprouse Shrader Smith PLLC<br>701 S. Taylor St.<br>Suite 500<br>Amarillo, TX 79101<br>806-468-3300<br>806-373-3454 (fax)<br>josh.kundert@sprouselaw.com<br>*Assigned: 01/03/25*<br><br>**John F. Massouh**<br>Sprouse Shrader Smith, P.C.<br>701 S. Taylor, Suite 500<br>Box 15008<br>Amarillo, TX 79101<br>(806) 468-3337<br>(806) 373-3454 (fax)<br>john.massouh@sprouselaw.com<br>*Assigned: 01/09/25* |

**Jordan Lesh, LLC**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Janice Lawhon**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

| | | |
|---|---|---|
| **Gary Lesh**<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105<br>*Added: 08/20/2024*<br>*(Intervenor-Plaintiff)* | represented<br>by | **Joshua D. Kundert**<br>Sprouse Shrader Smith PLLC<br>701 S. Taylor St.<br>Suite 500<br>Amarillo, TX 79101<br>806-468-3300<br>806-373-3454 (fax)<br>josh.kundert@sprouselaw.com<br>*Assigned: 01/03/25*<br><br>**John F. Massouh**<br>Sprouse Shrader Smith, P.C.<br>701 S. Taylor, Suite 500<br>Box 15008<br>Amarillo, TX 79101<br>(806) 468-3337<br>(806) 373-3454 (fax)<br>john.massouh@sprouselaw.com<br>*Assigned: 01/09/25* |
| **Jan Lesh**<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105<br>*Added: 08/20/2024*<br>*(Intervenor-Plaintiff)* | represented<br>by | **Joshua D. Kundert**<br>Sprouse Shrader Smith PLLC<br>701 S. Taylor St.<br>Suite 500<br>Amarillo, TX 79101<br>806-468-3300<br>806-373-3454 (fax)<br>josh.kundert@sprouselaw.com<br>*Assigned: 01/03/25*<br><br>**John F. Massouh**<br>Sprouse Shrader Smith, P.C.<br>701 S. Taylor, Suite 500<br>Box 15008<br>Amarillo, TX 79101<br>(806) 468-3337<br>(806) 373-3454 (fax)<br>john.massouh@sprouselaw.com<br>*Assigned: 01/09/25* |

| | | |
|---|---|---|
| **Jared Lesh**<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105<br>*Added: 08/20/2024*<br>*(Intervenor-Plaintiff)* | represented<br>by | **Joshua D. Kundert**<br>Sprouse Shrader Smith PLLC<br>701 S. Taylor St.<br>Suite 500<br>Amarillo, TX 79101<br>806-468-3300<br>806-373-3454 (fax)<br>josh.kundert@sprouselaw.com<br>*Assigned: 01/03/25* |
| | | **John F. Massouh**<br>Sprouse Shrader Smith, P.C.<br>701 S. Taylor, Suite 500<br>Box 15008<br>Amarillo, TX 79101<br>(806) 468-3337<br>(806) 373-3454 (fax)<br>john.massouh@sprouselaw.com<br>*Assigned: 01/09/25* |
| **Lesh Family Trust**<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105<br>*Added: 08/20/2024*<br>*(Intervenor-Plaintiff)* | represented<br>by | **Joshua D. Kundert**<br>Sprouse Shrader Smith PLLC<br>701 S. Taylor St.<br>Suite 500<br>Amarillo, TX 79101<br>806-468-3300<br>806-373-3454 (fax)<br>josh.kundert@sprouselaw.com<br>*Assigned: 01/03/25* |
| | | **John F. Massouh**<br>Sprouse Shrader Smith, P.C.<br>701 S. Taylor, Suite 500<br>Box 15008<br>Amarillo, TX 79101<br>(806) 468-3337<br>(806) 373-3454 (fax)<br>john.massouh@sprouselaw.com<br>*Assigned: 01/09/25* |

| | | |
|---|---|---|
| **Charles Lockwood**<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105<br>*Added: 08/20/2024*<br>*(Intervenor-Plaintiff)* | represented by | **Joshua D. Kundert**<br>Sprouse Shrader Smith PLLC<br>701 S. Taylor St.<br>Suite 500<br>Amarillo, TX 79101<br>806-468-3300<br>806-373-3454 (fax)<br>josh.kundert@sprouselaw.com<br>*Assigned: 01/03/25* |
| | | **John F. Massouh**<br>Sprouse Shrader Smith, P.C.<br>701 S. Taylor, Suite 500<br>Box 15008<br>Amarillo, TX 79101<br>(806) 468-3337<br>(806) 373-3454 (fax)<br>john.massouh@sprouselaw.com<br>*Assigned: 01/09/25* |
| **Cole Lockwood**<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105<br>*Added: 08/20/2024*<br>*(Intervenor-Plaintiff)* | represented by | **Joshua D. Kundert**<br>Sprouse Shrader Smith PLLC<br>701 S. Taylor St.<br>Suite 500<br>Amarillo, TX 79101<br>806-468-3300<br>806-373-3454 (fax)<br>josh.kundert@sprouselaw.com<br>*Assigned: 01/03/25* |
| | | **John F. Massouh**<br>Sprouse Shrader Smith, P.C.<br>701 S. Taylor, Suite 500<br>Box 15008<br>Amarillo, TX 79101<br>(806) 468-3337<br>(806) 373-3454 (fax)<br>john.massouh@sprouselaw.com<br>*Assigned: 01/09/25* |

| | | |
|---|---|---|
| **Nikki Lockwood**<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105<br>*Added: 08/20/2024*<br>*(Intervenor-Plaintiff)* | represented by | **Joshua D. Kundert**<br>Sprouse Shrader Smith PLLC<br>701 S. Taylor St.<br>Suite 500<br>Amarillo, TX 79101<br>806-468-3300<br>806-373-3454 (fax)<br>josh.kundert@sprouselaw.com<br>*Assigned: 01/03/25*<br><br>**John F. Massouh**<br>Sprouse Shrader Smith, P.C.<br>701 S. Taylor, Suite 500<br>Box 15008<br>Amarillo, TX 79101<br>(806) 468-3337<br>(806) 373-3454 (fax)<br>john.massouh@sprouselaw.com<br>*Assigned: 01/09/25* |
| **Sherle Lockwood**<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105<br>*Added: 08/20/2024*<br>*(Intervenor-Plaintiff)* | represented by | **Joshua D. Kundert**<br>Sprouse Shrader Smith PLLC<br>701 S. Taylor St.<br>Suite 500<br>Amarillo, TX 79101<br>806-468-3300<br>806-373-3454 (fax)<br>josh.kundert@sprouselaw.com<br>*Assigned: 01/03/25*<br><br>**John F. Massouh**<br>Sprouse Shrader Smith, P.C.<br>701 S. Taylor, Suite 500<br>Box 15008<br>Amarillo, TX 79101<br>(806) 468-3337<br>(806) 373-3454 (fax)<br>john.massouh@sprouselaw.com<br>*Assigned: 01/09/25* |

**Mechanics Bank**
*Added: 08/19/2024*
*(3rd Pty Defendant)*

represented
by

**Richard A. Illmer**
Husch Blackwell LLP
1900 N. Pearl Street
Suite 1800
Dallas, TX 75201
(214) 999-6100
(214) 999-6170 (fax)
rick.illmer@huschblackwell.com
*Assigned: 11/22/24*

**Buffey E. Klein**
Husch Blackwell
1900 N. Pearl Street
Suite 1800
Dallas, TX 75201
214-999-6100
214-999-6170 (fax)
buffey.klein@huschblackwell.com
*Assigned: 06/05/25*

**Mechanics Bank**
*Added: 08/19/2024*
*(3rd Pty Defendant)*

**Mechanics Bank**
*Added: 08/19/2024*
*(Defendant)*

represented
by

**Richard A. Illmer**
Husch Blackwell LLP
1900 N. Pearl Street
Suite 1800
Dallas, TX 75201
(214) 999-6100
(214) 999-6170 (fax)
rick.illmer@huschblackwell.com
*Assigned: 12/05/24*

**Buffey E. Klein**
Husch Blackwell
1900 N. Pearl Street
Suite 1800
Dallas, TX 75201
214-999-6100
214-999-6170 (fax)
buffey.klein@huschblackwell.com
*Assigned: 07/11/25*

**Morrison Cafe, LLC**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Open A Arena LLC**
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

**Barry Phillips**
Crenshaw, Dupree & Milam, LLP
4411 98th Street, Suite 400
Lubbock, TX 79424
United States
8067418495
amiller@cdmlaw.com
*Added: 09/19/2024*
*(Intervenor)*

represented by

**Amber Miller**
Crenshaw, Dupree & Milam, LLP
4411 98th Street
Suite 400
Lubbock, TX 79424
806-762-5281
amiller@cdmlaw.com
*Assigned: 09/19/24*

**Drew Phillips**
Crenshaw, Dupree & Milam, LLP
4411 98th Street, Suite 400
Lubbock, TX 79424
United States
8067418495
amiller@cdmlaw.com
*Added: 09/19/2024*
*(Intervenor)*

represented by

**Amber Miller**
Crenshaw, Dupree & Milam, LLP
4411 98th Street
Suite 400
Lubbock, TX 79424
806-762-5281
amiller@cdmlaw.com
*Assigned: 09/19/24*

**Priest Cattle Company, Ltd.**
James D. Bradbury, PPLC
201 Main Street
Suite 600
Fort Worth, TX 76102
817-339-1105
jim@bradburycounsel.com
*Added: 09/19/2024*
*(Intervenor)*

represented
by

**Amber Miller**
Crenshaw, Dupree & Milam, LLP
4411 98th Street
Suite 400
Lubbock, TX 79424
806-762-5281
amiller@cdmlaw.com
*Assigned: 09/19/24*

**Kyle Weldon**
James D. Bradbury, PLLC
201 Main Street
Ste 600
Fort Worth, TX 76102
817-339-1105
kyle@bradburycounsel.com
*Assigned: 10/16/24*

**Priest Victory Investment, LLC**
James D. Bradbury, PPLC
201 Main Street
Suite 600
Fort Worth, TX 76102
817-339-1105
jim@bradburycounsel.com
*Added: 09/19/2024*
*(Intervenor)*

represented
by

**Amber Miller**
Crenshaw, Dupree & Milam, LLP
4411 98th Street
Suite 400
Lubbock, TX 79424
806-762-5281
amiller@cdmlaw.com
*Assigned: 09/19/24*

**Kyle Weldon**
James D. Bradbury, PLLC
201 Main Street
Ste 600
Fort Worth, TX 76102
817-339-1105
kyle@bradburycounsel.com
*Assigned: 10/16/24*

**Rabo AgriFinance, LLC**
*Added: 08/19/2024*
*(3rd Pty Defendant)*

represented
by

**Matthew M. Cannon**
Ray Quinney & Nebeker P.C.
36 South State Street
Suite 1400
Salt Lake City, UT 84111
801-532-1500
801-532-7543 (fax)
mcannon@rqn.com
*Assigned: 07/11/25*

**Michael R. Johnson**
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
(801) 532-1500
(801) 532-7543 (fax)
mjohnson@rqn.com
*Assigned: 08/20/24*

**Rabo AgriFinance, LLC**
*Added: 08/19/2024*
*(3rd Pty Defendant)*

**Rabo AgriFinance, LLC**
*Added: 08/19/2024*
*(Cross-Claimant)*

represented by

**Michael R. Johnson**
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
(801) 532-1500
(801) 532-7543 (fax)
mjohnson@rqn.com
*Assigned: 08/20/24*

**Rabo AgriFinance, LLC**
*Added: 08/19/2024*
*(Defendant)*

represented by

**Matthew M. Cannon**
Ray Quinney & Nebeker P.C.
36 South State Street
Suite 1400
Salt Lake City, UT 84111
801-532-1500
801-532-7543 (fax)
mcannon@rqn.com
*Assigned: 05/28/25*

**Michael R. Johnson**
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
(801) 532-1500
(801) 532-7543 (fax)
mjohnson@rqn.com
*Assigned: 08/20/24*

**Rabo Diversified Services LLC**
*Added: 03/14/2025*
*(Defendant)*
PRO SE

**Shawn Ragland**
*Added: 08/20/2024*
*(Defendant)*

represented by

**Dallas Flick**
Crawford, Wishnew & Lang PLLC
1700 Pacific Ave.
Ste. 2390
Dallas, TX 75201
214-817-4500
dflick@cwl.law
*Assigned: 04/04/25*

**Matthew S. Muckleroy**
Crawford, Wishnew & Lang PLLC
1700 Pacific Avenue
Suite 2390
Dallas, TX 75201
214-817-4519
mmuckleroy@cwl.law
*Assigned: 01/08/25*
*LEAD ATTORNEY*

**Ridgefeld Capital Asset Management, LP**
Crenshaw, Dupree & Milam, LLP
4411 98th Street, Suite 400
Lubbock, TX 79424
United States
8067625281
amiller@cdmlaw.com
*Added: 09/19/2024*
*(Intervenor)*

represented by

**Amber Miller**
Crenshaw, Dupree & Milam, LLP
4411 98th Street
Suite 400
Lubbock, TX 79424
806-762-5281
amiller@cdmlaw.com
*Assigned: 09/19/24*

**Kent Ries (Trustee)**
c/o Quilling, Selander, Lownds, et al
Attn: Hudson M. Jobe
2001 Bryan Street
Suite 1800
Dallas, TX 75201
United States
2148712100
hjobe@qslwm.com
*Added: 08/19/2024*
*(Trustee)*

represented by

**Alan Dabdoub**
Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Ave., Ste. 2700
Dallas, TX 75201
(214) 981-3800
(214) 981-3839 (fax)
adabdoub@lynnllp.com
*Assigned: 05/29/25*

**Steven G Gersten**
Lynn Pinker Hurst & Schwegmann
2100 Ross Ave
Suite 2700
Ste Floor 27
Dallas, TX 75201
214-292-3663
sgersten@lynnllp.com
*Assigned: 07/14/25*

**Hudson M. Jobe**
Jobe Law PLLC
6060 North Central Expressway
Suite 500
Dallas, TX 75206
214-807-0563
hjobe@jobelawpllc.com
*Assigned: 05/27/25*

**Jim Rininger**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented
by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Angela Robinson**
c/o Todd J. Johnston
McWhorter, Cobb & Johnson, LLP
P.O. Box 2547
Lubbock, TX 79408
*Added: 08/19/2024*
*(Defendant)*

represented
by

**Todd Jeffrey Johnston**
McWhorter Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401
(806)762-0214
(806)762-8014 (fax)
tjohnston@mcjllp.com
*Assigned: 08/19/25*

**Rebecca Robinson**
9397 CR 3114
Snyder, TX 79549
SSN / ITIN: xxx-xx-8119
*Added: 08/19/2024*
*(3rd Party Plaintiff)*

represented
by

**Todd Jeffrey Johnston**
McWhorter Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401
(806)762-0214
(806)762-8014 (fax)
tjohnston@mcjllp.com
*Assigned: 10/16/24*

**Rebecca Robinson**
9397 CR 3114
Snyder, TX 79549
*Added: 08/19/2024*
*(3rd Party Plaintiff)*

**Rebecca Robinson**
9397 CR 3114
Snyder, TX 79549
SSN / ITIN: xxx-xx-8119
*Added: 08/19/2024*
*(Counter-Defendant)*

represented
by

**Todd Jeffrey Johnston**
McWhorter Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401
(806)762-0214
(806)762-8014 (fax)
tjohnston@mcjllp.com
*Assigned: 07/14/25*

**Rebecca Robinson**
9397 CR 3114
Snyder, TX 79549
SSN / ITIN: xxx-xx-8119
*Added: 08/19/2024*
*(Defendant)*

represented
by

**Todd Jeffrey Johnston**
McWhorter Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401
(806)762-0214
(806)762-8014 (fax)
tjohnston@mcjllp.com
*Assigned: 07/14/25*

**Rebecca Robinson**
c/o Todd J. Johnston
McWhorter Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401
*Added: 05/14/2025*
*(3rd Party Plaintiff)*

**Rebecca Robinson**
c/o Todd J. Johnston
McWhorter Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401
*Added: 05/14/2025*
*(Counter-Claimant)*

represented
by

**Todd Jeffrey Johnston**
McWhorter Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401
(806)762-0214
(806)762-8014 (fax)
tjohnston@mcjllp.com
*Assigned: 05/14/25*

**Terry Robinson**
9397 CR 3114
Snyder, TX 79549
SSN / ITIN: xxx-xx-9385
*Added: 08/19/2024*
*(3rd Party Plaintiff)*

represented
by

**Todd Jeffrey Johnston**
McWhorter Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401
(806)762-0214
(806)762-8014 (fax)
tjohnston@mcjllp.com
*Assigned: 10/16/24*

**Terry Robinson**
9397 CR 3114
Snyder, TX 79549
*Added: 08/19/2024*
*(3rd Party Plaintiff)*

**Terry Robinson**
9397 CR 3114
Snyder, TX 79549
SSN / ITIN: xxx-xx-9385
*Added: 08/19/2024*
*(Counter-Defendant)*

represented
by

**Todd Jeffrey Johnston**
McWhorter Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401
(806)762-0214
(806)762-8014 (fax)
tjohnston@mcjllp.com
*Assigned: 07/14/25*

**Terry Robinson**
9397 CR 3114
Snyder, TX 79549
SSN / ITIN: xxx-xx-9385
*Added: 08/19/2024*
*(Defendant)*

represented
by

**Todd Jeffrey Johnston**
McWhorter Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401
(806)762-0214
(806)762-8014 (fax)
tjohnston@mcjllp.com
*Assigned: 07/14/25*

**Terry Robinson**
c/o Todd J. Johnston
McWhorter Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401
*Added: 05/14/2025*
*(3rd Party Plaintiff)*

**Terry Robinson**
c/o Todd J. Johnston
McWhorter Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401
*Added: 05/14/2025*
*(Counter-Claimant)*

represented
by

**Todd Jeffrey Johnston**
McWhorter Cobb & Johnson, LLP
1722 Broadway
Lubbock, TX 79401
(806)762-0214
(806)762-8014 (fax)
tjohnston@mcjllp.com
*Assigned: 05/14/25*

**Wiley Roby Russell Russell, Jr.**
James D. Bradbury, PPLC
201 Main Street
Suite 600
Fort Worth, TX 76102
817-339-1105
jim@bradburycounsel.com
*Added: 09/19/2024*
*(Intervenor)*

represented
by

**Amber Miller**
Crenshaw, Dupree & Milam, LLP
4411 98th Street
Suite 400
Lubbock, TX 79424
806-762-5281
amiller@cdmlaw.com
*Assigned: 09/19/24*

**Kyle Weldon**
James D. Bradbury, PLLC
201 Main Street
Ste 600
Fort Worth, TX 76102
817-339-1105
kyle@bradburycounsel.com
*Assigned: 10/16/24*

**Steve Ryan**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented
by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Scarlet and Black Cattle, LLC**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Scott Livestock Company, Inc.**
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Robert Spring**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Steve T Scott Farm, Inc.**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Eddie Stewart**
201 Main Street
Suite 600
Fort Worth, TX 76102
817-339-1105
jim@bradburycounsel.com
*Added: 09/19/2024*
*(Intervenor)*

represented
by

**Amber Miller**
Crenshaw, Dupree & Milam, LLP
4411 98th Street
Suite 400
Lubbock, TX 79424
806-762-5281
amiller@cdmlaw.com
*Assigned: 09/19/24*

**Kyle Weldon**
James D. Bradbury, PLLC
201 Main Street
Ste 600
Fort Worth, TX 76102
817-339-1105
kyle@bradburycounsel.com
*Assigned: 10/16/24*

**Amy Sutton**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented
by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Craig Sutton**
c/o John Massouh
PO Box 15008
Amarillo, TX 79105
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Thorlakson Diamond T Feeders, LP**
*Added: 08/19/2024*
*(Plaintiff)*

represented by

**Michael S Duncan**
Naman, Howell, Smith & Lee
8310 N Capital of Texas Hwy
Ste 490
Austin, TX 78731
512-807-2465
mduncan@namanhowell.com
*Assigned: 01/07/25*

**David L. LeBas**
Naman, Howell, Smith & Lee, PLLC
8310 Capitol of Texas Highway,
Suite 490
Austin, TX 78731
(512) 479-0300
(512) 474-1901 (fax)
dlebas@namanhowell.com
*Assigned: 09/19/24*

**Colby Van Buskirk**
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Janet Van Buskirk**
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Lyndal Van Buskirk**
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented
by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**Susan Van Buskirk**
*Added: 08/20/2024*
*(Intervenor-Plaintiff)*

represented
by

**Joshua D. Kundert**
Sprouse Shrader Smith PLLC
701 S. Taylor St.
Suite 500
Amarillo, TX 79101
806-468-3300
806-373-3454 (fax)
josh.kundert@sprouselaw.com
*Assigned: 01/03/25*

**John F. Massouh**
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468-3337
(806) 373-3454 (fax)
john.massouh@sprouselaw.com
*Assigned: 01/09/25*

**W. Robbie Russell Living Trust**
201 Main Street
Suite 600
Fort Worth, TX 76102
817-339-1105
jim@bradburycounsel.com
*Added: 09/19/2024*
*(Intervenor)*

represented
by

**Amber Miller**
Crenshaw, Dupree & Milam, LLP
4411 98th Street
Suite 400
Lubbock, TX 79424
806-762-5281
amiller@cdmlaw.com
*Assigned: 09/19/24*

**Kyle Weldon**
James D. Bradbury, PLLC
201 Main Street
Ste 600
Fort Worth, TX 76102
817-339-1105
kyle@bradburycounsel.com
*Assigned: 10/16/24*