John H. Lovell, SBN 12609300
john@lovell-law.net
Lovell Isern & Farabough, LLP
112 SW 8th Avenue, Suite 1000
Amarillo, Texas 79101-2314
Phone: (806) 373-1515
Fax:    (806) 379-7176

--and—

Matthew S. Merriott, SNB 24100846
mmerriott@mhba.com
MULLIN HOARD & BROWN, L.L.P.
500 South Taylor, Suite 800
P.O. Box 31656
Amarillo, Texas 79120-1656
Telephone:  (806) 372-5050
Facsimile:  (806) 372-5086

*Attorneys for First Bank & Trust,
a division of UMB Bank n.a.,
successor by merger to HTLF Bank.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| In re: McClain Feed Yard, Inc., et al,<br><br>　　Debtors. | Case No. 23-20084-rlj7<br>Jointly Administered |
| In re: 2B Farms, a Texas General Partnership, et al,<br><br>　　Debtors. | Case No. 23-50096-rlj12<br>Jointly Administered |
| AgTexas Farm Credit Services, AgTexas PCA, Thorlakson Diamond T Feeders, LP,<br><br>　　Plaintiffs,<br><br>Edward Dufurrena, et al,<br><br>　　Intervenor-Plaintiffs,<br>v. | Adversary No. 24-02007-rlj<br>Consolidated Adversary Proceeding |

1

| | |
|---|---|
| Rabo AgriFinance, LLC, et al, § § §  Defendants § § § _____ § HTLF Bank, as successor to First Bank & Trust, § §  Plaintiff, Counter-Defendant, and § Cross-Claim Defendant, § v. § § 2B Farms, a Texas General Partnership, § Terry M. Robinson, and Rebecca A. Robinson, § §  Defendants, Counterclaim-Plaintiffs, §  Third-Party Counterclaim Defendants, § v. § § Rabo AgriFinance, LLC and Mechanics Bank, § §  Third-Party Defendants and, as to §  Rabo AgriFinance, LLC only, Third- §  Party Counterclaim Plaintiff and §  Cross-Claim Plaintiff. § _____ § HTLF Bank, as successor to First Bank & Trust, § §  Plaintiff and Counter-Defendant, § v. § § § 2B Farms, a Texas General Partnership, § Terry M. Robinson, and Angela Robinson, § §  Defendants and Counter-Plaintiffs[1] § | Adversary No. 24-02007-rlj Consolidated Adversary Proceeding  Adversary No. 24-02007-rlj Consolidated Adversary Proceeding |

### HTLF BANK'S STATEMENT REGARDING ADVERSARY PROCEEDING

Pursuant to the Court's July 31, 2025 Order (Adv. 201), HTLF Bank submits the following Statement regarding the above-captioned adversary proceeding:

1. HTLF Bank has not previously demanded a jury trial in this matter.

---

[1] These claims were originally pending as Adversary No. 23-05003-rlj but were previously consolidated under Adversary No. 23-05002-rlj.

2

2. HTLF Bank refers to the Court to the Parties' Joint Stipulation filed on August 19, 2025, wherein he consents to proceed before The Honorable Judge Scott W. Everett in accordance with 28 U.S.C. § 157(c)(2) and Fed. R. Bankr. P. 7012, as well as consents to Judge Everett entering a final order and judgment in this adversary proceeding, including all matters deemed non-core proceedings under 28 U.S.C. § 157(b).

3. HTLF has filed Proof of Claim Nos. 6-9 in Case No. 23-50096-rlj12 for an original total amount of $8,240,842.

4. HTLF has filed Proof of Claim No. 77 in Case No. 23-20084-rlj7 in an unliquidated amount.

Dated: August 20, 2025

    Respectfully submitted,

**LOVELL ISERN & FARABOUGH, LLP**
John H. Lovell, SBN 12609300
112 SW 8th Avenue, Suite 1000
Amarillo, Texas 79101-2314
Phone: (806) 373-1515
Fax: (806) 379-7176
Email: john@lovell-law.net

**MULLIN HOARD & BROWN, L.L.P.**
Matthew S. Merriott, SBN 24100846
500 South Taylor, Suite 800
P.O. Box 31656
Amarillo, Texas 79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086
Email: mmerriott@mhba.com

By: /s/ *Matthew S. Merriott*
Matthew S. Merriott

*Attorneys for HTLF Bank, as Successor to First Bank & Trust*

## CERTIFICATE OF SERVICE

  I hereby certify that, on this 20th day of August 2025, I electronically filed the foregoing document with the Northern District of Texas through its filing system through and that a true and correct copy was served on the parties listed through the electronic case filing system by email as registered with the electronic case filing system:

                /s/ *Matthew S. Merriott*
                Matthew S. Merriott

4