Timothy T. Pridmore; SBN: 00788224
Todd J. Johnston; SBN: 24050837
MCWHORTER, COBB & JOHNSON, LLP
1722 Broadway (79401)
P. O. Box 2547
Lubbock, Texas 79408
806/762-0214; 806/498-4808 (fax)
*Attorneys for Debtors/Defendants/Counter-Plaintiffs/Third-Party Plaintiffs/Third-Party Defendants 2B Farms, a Texas General Partnership, Terry M. Robinson, Rebecca A. Robinson and Non-Debtor, Angela Robinson*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| In re:<br><br>McClain Feed Yard, Inc., et al.,<br>    *Debtors.* | § § § § § | Case No. 23-20084-rlj7<br>Jointly Administered |
| In re:<br><br>2B Farms, a Texas General Partnership, et al.,<br>    *Debtors.* | § § § § § § § | Case No. 23-500096-rlj12<br>Jointly Administered |
| In re:<br><br>AgTexas Farm Credit Services, AgTexas PCA, Thorlakson Diamond T Feeders, LP,<br>    *Plaintiffs,*<br><br>and<br><br>Edward Dufurrena et. al.,<br>    *Intervenor-Plaintiffs,*<br><br>v.<br><br>Rabo AgriFinance, LLC, et al.,<br>    *Defendants*. | § § § § § § § § § § § § § § § § § § § § | Adversary No. 24-02007-rlj<br>Consolidated Adversary Proceeding |

{00879907.DOCX - ver}

|  |  |  |
|---|---|---|
| In re: <br><br> HTLF Bank, as successor to First Bank & Trust, <br> *Plaintiffs, Counter-Defendant and Cross-Claim Defendant,* <br><br> v. <br><br> 2B Farms, a Texas General Partnership, Terry M. Robinson, and Rebecca A. Robinson, <br> *Defendants, Counterclaim-Plaintiffs, Third-Party Plaintiffs and Third-Party Counterclaim Defendants,* <br><br> v. <br><br> Rabo AgriFinance, LLC and Mechanics Bank, <br> *Third-Party Defendants and, as to Rabo AgriFinance LLC only, Third-Party Counterclaim Plaintiff and Cross-Claim Plaintiff.* | § § § § § § § § § § § § § § § § § § § § § § § § § § § | Adversary No. 24-02007-rlj <br> Consolidate Adversary Proceeding |

### 2B FARMS, A TEXAS GENERAL PARTNERSHIP, TERRY M. ROBINSON AND REBECCA A. ROBINSON'S NOTICE OF FILING OF REDLINE OF THIRD AMENDED THIRD-PARTY AND CONSOLIDATED COMPLAINT (Dkt. No. 205 )

TO THE HONORABLE JUDGE OF SAID COURT:

 2B Farms, a Texas General Partnership, Terry M. Robinson and Rebecca A Robinson (collectively, "**2B Farms**", "**Plaintiffs**" and/or "**Debtors**") file this notice and would show unto the Court as follows.

 1. On March 14, 2025, 2B Farms' *Second Amended Third Party Complaint Also Amending and Consolidating Removed State Court Counterclaims Against HTLF Bank* (Dkt. 104) was filed in this adversary proceeding. On August 18, 2025, 2B Farms filed its *Third Amended Third-Party and Consolidated Complaint* (Dkt. No. 205).

{00879907.DOCX - ver}

2. Pursuant to this Court's request as stated at the July 17, 2025, hearing on the Trustee's Motion to Intervene, 2B Farms files as Exhibit "1" to this notice a redline of its *Third Amended Third-Party and Consolidated Complaint* (Dkt. No. 205)

Respectfully submitted,

**MCWHORTER, COBB & JOHNSON, L.L.P.**
1722 Broadway (79401)
P.O. Box 2547
Lubbock, Texas 79408
(806) 762-0214 - Telephone
(806) 498-4808 – Facsimile

Timothy T. Pridmore
SBN: 00788224
*tpridmore@mcjllp.com*
Todd J. Johnston
SBN: 24050837
*tjohnston@mcjllp.com*

By: */s/ Timothy T. Pridmore*
       Timothy T. Pridmore

***ATTORNEYS FOR DEFENDANTS, COUNTER-PLAINTIFFS, THIRD-PARTY PLAINTIFFS AND THIRD-PARTY DEFENDANTS 2B FARMS, A GENERAL TEXAS PARTNERSHIP, TERRY ROBINSON, REBECCA ROBINSON, AND ANGELA ROBINSON***

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2025, the foregoing document was filed with the Clerk of the Court in the foregoing case using the CM/ECF system, which sent notice of electronic filing to all electronic filing users in the case.

*/s/ Timothy T. Pridmore*
Timothy T. Pridmore

{00879907.DOCX - ver}