Message
___

From: Jamie Rabatin [Jamie_Rabatin@mechanicsbank.com]
Sent: 2/13/2023 9:43:41 PM
To: Chip.Lawson@raboag.com
Subject: McLain Feedyard
Attachments: CHECKS.pdf

Importance: High

Good afternoon, Chip-

\Brian is wanting to deposit the attached checks and is asking us to increase his daily deposit limit form $5MM to $8MM. He has approximately $8MM in presentments.

I don't feel comfortable with what he is doing. These cheks don't appear to have aythign to do with cattle.

What are your thoughts?


Jamie Rabatin
Senior Vice President
Director of Commercial Servicing

Mechanics Bank
18400 Von Karman Ave Suite 1100 | Irvine, CA 92612
Tel (424) 230-5388 | Cell (949) 899-4882

jamie_rabatin@mechanicsbank.com
www.MechanicsBank.com



Recognized by *Forbes* as one of America's Best Banks.

# EXHIBIT "B"