*111319347*
04/13/2023
0007546654

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON (S)
REFER TO MAKER

# REFER TO MAKER

111319347
[111319347] 04/10/2023

McClain Farms Inc
824 Mullins Ln
Benton, KY 42025-4702

7331

Mechanics Bank
Commitment That Lasts Generations
M-887191

PAY TO THE ORDER OF _Zb farms_    4.4-23

_Two million five hundred thirty thousand nine hundred twenty dollars and 39/100_    $ 2,530,920.39 DOLLARS

MEMO

_Meagan Good_
AUTHORIZED SIGNATURE

⑆007331⑆ ⑈121102036⑈ 3505283070⑈

Exhibit "F-1"



*111319347*
04/13/2023
000754865²

RETURN REASON (S)
REFER TO MAKER

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

111319347
[111319347] 04/10/2023

**REFER TO MAKER**

McClain Farms Inc
824 Mullins Ln
Benton, KY 42025-4702

7620

Mechanics Bank
Commitment That Lasts Generations

PAY TO THE ORDER OF  JB Farms                                  $ 2,559,407.⁰²
Two million five hundred fifty nine thousand four hundred seven dollars and ⁰²/₁₀₀   DOLLARS

MEMO _____   4-5-23

Meagan Flood
AUTHORIZED SIGNATURE

⑈007620⑈ ⑆121102036⑆ 3505283070⑈

⑈007620⑈ ⑆121102036⑆ 3505283070 ⑈0255940702⑈

Exhibit "F-2"



*>7hE6TETTT<* 04/13/2023
0002548652

*111319347*
04/17/2023
0007548746

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON (S)
REFER TO MAKER

111319347
[111319347] 04/12/2023

REFER TO MAKER

McClain Farms Inc
824 Mullins Ln
Benton, KY 42025-4702

7621

Mechanics Bank
Commitment That Leads Generations

4-12-23

PAY TO THE ORDER OF  26 Farms                                    $ 2,510,991.45

Two Million five hundred ten thousand Nine hundred ninety one dollars and 45/100   DOLLARS

MEMO
                                                    Meagan Good
                                                    AUTHORIZED SIGNATURE

⑈007621⑈ ⑆121102036⑊ 3505283070⑈

⑈007621⑈ ⑆121102036⑊ 3505283070 ⑊02510991 45⑊

Exhibit "F-3"

