

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 31, 2025**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

|  |  |
|---|---|
| In re:<br><br>McClain Feed Yard, Inc., et al.,<br><br>Debtors. | Case No. 23-20084-swe7<br>Jointly Administered |
| In re:<br><br>2B Farms, a Texas General Partnership, et al.,<br><br>Debtors. | Case No. 23-50096-swe12<br>Jointly Administered |
| AgTexas Farm Credit Services, AgTexas,<br>PCA, Thorlakson Diamond T Feeders, LP,<br><br>Plaintiffs, and<br><br>Edward Dufurrena, et al.,<br><br>Intervenor-Plaintiffs,<br><br>v. | Adversary No. 24-02007-swe<br>Consolidated Adversary Proceeding |

Rabo AgriFinance, LLC, et al.,

      Defendants.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

Kent Ries, Chapter 7 Trustee for the Bankruptcy Estates of McClain Feed Yard, Inc., McClain Farms, Inc., and 7M Cattle Feeders, Inc.,

      Plaintiff,

v.

Community Financial Services Bank; HTLF Bank, Mechanics Bank, and Rabo AgriFinance, LLC,

      Defendants.

Adversary No. 24-02007-swe
Consolidated Adversary Proceeding

HTLF Bank, as successor to First Bank & Trust,

       Plaintiff, Counter-Defendant, and Cross-Claim Defendant,

v.

2B Farms, a Texas General Partnership, Terry M. Robinson, and Rebecca A. Robinson,

       Defendants, Counterclaim-Plaintiffs, Third-Party Plaintiffs and Third-Party Counterclaim Defendants,

v.

Rabo AgriFinance, LLC and Mechanics Bank,

       Third-Party Defendants and, as to Rabo AgriFinance LLC only, Third-Party Counterclaim Plaintiff and Cross-Claim Plaintiff.

HTLF Bank, as successor to First Bank & Trust,

       Plaintiff and Counter-Defendant,

v.

2B Farms, a Texas General Partnership, Terry M. Robinson, and Angela Robinson,

Defendants and Counter-Plaintiffs.

Adversary No. 24-02007-swe
Consolidated Adversary Proceeding

**PROPOSED ORDER GRANTING THE TRUSTEE'S
MOTION TO SEAL DEMONSTRATIVE AID**

Before the Court is the Trustee's Motion to Seal the demonstrative aid (the "Demonstrative") (ECF No. 286) presented by the Trustee during the October 14, 2025, hearing on Mechanics Bank's Motion to Dismiss the Trustee's Second Amended Complaint.

After considering the Trustee's Motion to Seal, the applicable authorities, and the material to be sealed, the Court **GRANTS** the Motion to Seal.  The Clerk shall **SEAL** the Demonstrative such that it is not accessible via the Court's public docket.

### END OF ORDER ###

Respectfully submitted,


*/s/ Alan Dabdoub*
Alan Dabdoub
  State Bar No. 24056836
  adabdoub@lynnllp.com
Campbell Sode
  State Nar No. 24134507
  csode@lynnllp.com
Farsheed Fozouni
  State Bar No. 24097705
  ffozouni@lynnllp.com
Steven G. Gersten
  State Bar No. 24087579
  sgersten@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN LLP**
  2100 Ross Avenue, Suite 2700
  Dallas, Texas 75201
  Telephone:    214-981-3800
  Facsimile:    214-981-3839


*/s/ Hudson M. Jobe*
Hudson M. Jobe
  Texas Bar No. 24041189
  hjobe@jobelawpllc.com
**JOBE LAW PLLC**
  6060 North Central Expressway, Suite 500
  Dallas, Texas 75206
  (214) 807-0563

**SPECIAL COUNSEL TO THE TRUSTEE**


### CERTIFICATE OF SERVICE

I hereby certify that, on October 15, 2025, a true and correct copy of the foregoing was served via the Court's ECF system on all parties that have appeared and requested notice via the Court's ECF system.

*/s/ Alan Dabdoub*
Alan Dabdoub