HUDSON M. JOBE
JOBE LAW PLLC
6060 NORTH CENTRAL EXPRESSWAY,
SUITE 500
DALLAS, TEXAS 75206

ALAN DABDOUB
LYNN PINKER HURST & SCHWEGMANN LLP
2100 ROSS AVENUE, SUITE 2700
DALLAS, TEXAS 75201

SPECIAL COUNSEL TO THE TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | § | |
|---|---|---|
| In re: | § | |
| | § | |
| McClain Feed Yard, Inc., et al., | § | Case No. 23-20084-swe7 |
| | § | Jointly Administered |
| Debtors.[1] | § | |
| | § | |
| | § | |
| In re: | § | |
| | § | |
| 2B Farms, a Texas General Partnership, et al., | § | Case No. 23-50096-swe12 |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-swe), McClain Farms, Inc. (Case No. 23-20085-swe), and 7M Cattle Feeders, Inc. (Case No. 23-20086-swe).

| | |
|---|---|
| AgTexas Farm Credit Services, AgTexas, PCA, Thorlakson Diamond T Feeders, LP, §§§§§ | |
| Plaintiffs, and §§§ | |
| Edward Dufurrena, et al., §§§ | |
| Intervenor-Plaintiffs, §§§ | |
| v. §§§ | Adversary No. 24-02007-swe Consolidated Adversary Proceeding |
| Rabo AgriFinance, LLC, et al., §§§ | |
| Defendants. §§§ | |
| Kent Ries, Chapter 7 Trustee for the Bankruptcy Estates of McClain Feed Yard, Inc., McClain Farms, Inc., and 7M Cattle Feeders, Inc., §§§§§ | |
| Plaintiff, §§§ | |
| v. §§§ | Adversary No. 24-02007-swe Consolidated Adversary Proceeding |
| Community Financial Services Bank; HTLF Bank, Mechanics Bank, and Rabo AgriFinance, LLC, §§§§ | |
| Defendants. §§§ | |

HTLF Bank, as successor to First Bank & Trust,

      Plaintiff, Counter-Defendant, and Cross-Claim Defendant,

v.

2B Farms, a Texas General Partnership, Terry M. Robinson, and Rebecca A. Robinson,

      Defendants, Counterclaim-Plaintiffs, Third-Party Plaintiffs and Third-Party Counterclaim Defendants,

v.

Rabo AgriFinance, LLC and Mechanics Bank,

      Third-Party Defendants and, as to Rabo AgriFinance LLC only, Third-Party Counterclaim Plaintiff and Cross-Claim Plaintiff.

HTLF Bank, as successor to First Bank & Trust,

      Plaintiff and Counter-Defendant,

v.

2B Farms, a Texas General Partnership, Terry M. Robinson, and Angela Robinson,

Defendants and Counter-Plaintiffs.

Adversary No. 24-02007-swe
Consolidated Adversary Proceeding

STIPULATION REGARDING PENDING THIRD-PARTY PLAINTIFF 2B FARMS', A GENERAL PARTNERSHIP, MOTION
FOR PARTIAL SUMMARY JUDGEMENT AGAINST THIRD-PARTY DEFENDANT MECHANICS BANK (ECF NO. 298)

-3-

**STIPULATION REGARDING PENDING
THIRD-PARTY PLAINTIFF 2B FARMS', A TEXAS GENERAL PARTNERSHIP,
MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST THIRD-PARTY
DEFENDANT MECHANICS BANK (ECF NO. 298)**

COME NOW, Third-Party Plaintiff 2B Farms', A Texas General Partnership ("**Plaintiff**") and with Kent Ries, the Chapter 7 Trustee of the bankruptcy estates of McClain Feed Yard, Inc. ("**MFY**") (Case No. 23-20084-swe), McClain Farms, Inc. (Case No. 23-20085-swe), and 7M Cattle Feeders, Inc. ("**7M**") (Case No. 23-20086-swe) (the "**Trustee**"), by and through their counsel of record, and files this Joint Stipulation Regarding the Pending Motion for Partial Summary Judgment Against Third-Party Defendant Mechanics Bank (ECF No. 298):

2B Farms, A Texas General Partnership agrees that the deadline for the Trustee to respond to the Motion for Partial Summary Judgment Against Third-Party Defendant Mechanics Bank (ECF No. 298) will be extended to December 11, 2025.

**AGREED TO BY:**

*/s/Hudson M. Jobe*
Hudson M. Jobe
Texas Bar No. 24041189
**JOBE LAW PLLC**
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

**SPECIAL COUNSEL TO THE TRUSTEE**

*/s/Todd J. Johnston*
Todd J. Johnston SBN 24050837
tjohnston@mcjllp.com

Timothy T. Pridmore SBN 00788224
tpridmore@mcjllp.com
**McWHORTER, COBB & JOHNSON, L.L.P.**

1722 Broadway (79401)
P.O. Box 2547
Lubbock, Texas 79408
806-762-0214 – Telephone
806-762-8014 - Facsimile

**COUNSEL TO THE PLAINTIFF**