Timothy T. Pridmore; SBN: 00788224
Todd J. Johnston; SBN: 24050837
MCWHORTER, COBB & JOHNSON, LLP
1722 Broadway (79401)
P. O. Box 2547
Lubbock, Texas 79408
806/762-0214; 806/498-4808 (fax)
*Attorneys for Debtors/Defendants/Counter-Plaintiffs/Third-Party Plaintiffs 2B Farms, a Texas
General Partnership, Terry M. Robinson, Rebecca A. Robinson and Non-Debtor, Angela
Robinson*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| In re:<br><br>McClain Feed Yard, Inc., et al.,<br><br>    Debtors. | § § § § § § | Case No. 23-20084-swe<br>Jointly Administered |
| In re:<br><br>2B Farms, a Texas General Partnership, et al.,<br><br>    Debtors. | § § § § § § § § | Case No. 23-50096-swe<br>Jointly Administered |
| AgTexas Farm Credit Services, AgTexas, PCA, Thorlakson Diamond T Feeders, LP,<br><br>    Plaintiffs,<br><br>Edward Dufurrena, et al.,<br><br>    Intervenor-Plaintiffs,<br><br>v.<br><br>Rabo AgriFinance, LLC, et al.,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § | Adversary No. 24-02007-swe<br>Consolidated Adversary Proceeding |

| | | |
|---|---|---|
| HTLF Bank, as successor to First Bank & Trust,<br><br>    Plaintiff, Counter-Defendant, and Cross-Claim Defendant,<br><br>v.<br><br>2B Farms, a Texas General Partnership, Terry M. Robinson, and Rebecca A. Robinson,<br><br>    Defendants, Counterclaim-Plaintiffs, Third-Party Plaintiffs and Third-Party Counterclaim Defendants,<br><br>v.<br><br>Rabo AgriFinance, LLC and Mechanics Bank,<br><br>    Third-Party Defendants and, as to Rabo AgriFinance LLC only, Third-Party Counterclaim Plaintiff and Cross-Claim Plaintiff. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | Adversary No. 24-02007-swe<br>Consolidated Adversary Proceeding |
| HTLF Bank, as successor to First Bank & Trust,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>2B Farms, a Texas General Partnership, Terry M. Robinson, and Angela Robinson,<br><br>    Defendants and Counter-Plaintiffs. | § § § § § § § § § § § § § | |

**STIPULATION REGARDING PENDING
THIRD-PARTY PLAINTIFF 2B FARMS', A TEXAS GENERAL PARTNERSHIP,
MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST THIRD-PARTY
<u>DEFENDANT MECHANICS BANK (ECF NO. 298)</u>**

COME NOW, Third-Party Plaintiff 2B Farms, A Texas General Partnership ("Plaintiff")

and with Kent Ries, the Chapter 7 Trustee of the bankruptcy estates of McClain Feed Yard, Inc.

("MFY") (Case No. 23-20084-swe), McClain Farms, Inc. (Case No. 23-20085-swe), and 7M

Cattle Feeders, Inc. ("7M") (Case No. 23-20086-swe) (the "Trustee"), by and through their

counsel of record, and file this Joint Stipulation Regarding the Pending Motion for Partial

Summary Judgment Against Third-Party Defendant Mechanics Bank (ECF No. 298): Trustee

agrees that the deadline for the Plaintiff to file its reply to the *Trustee's Objection and Response*

*to 2B Farms' Motion for Partial Summary Judgment* [Dkt. # 338] will be extended to January 7,

2025.

**AGREED TO BY:**

*/s/ Hudson M. Jobe*
Hudson M. Jobe
Texas Bar No. 24041189
**JOBE LAW PLLC**
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com
**SPECIAL COUNSEL TO THE TRUSTEE**


*/s/ Todd J. Johnston*
Todd J. Johnston SBN 24050837
tjohnston@mcjllp.com
Timothy T. Pridmore SBN 00788224
tpridmore@mcjllp.com
**McWHORTER, COBB & JOHNSON, L.L.P.**
1722 Broadway (79401)
P.O. Box 2547

Lubbock, Texas 79408
806-762-0214 – Telephone
806-762-8014 - Facsimile
**COUNSEL TO THE PLAINTIFF**