Timothy T. Pridmore; SBN: 00788224
Todd J. Johnston; SBN: 24050837
MCWHORTER, COBB & JOHNSON, LLP
1722 Broadway (79401)
P. O. Box 2547
Lubbock, Texas 79408
806/762-0214; 806/498-4808 (fax)
*Attorneys for Debtors/Defendants/Counter-Plaintiffs/Third-Party Plaintiffs 2B Farms, a Texas General Partnership, Terry M. Robinson, Rebecca A. Robinson and Non-Debtor, Angela Robinson*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re: § § § § § § | | |
| McClain Feed Yard, Inc., et al., § § | | Case No. 23-20084-swe Jointly Administered |
| Debtors. § | | |
| In re: § § § § § § § | | |
| 2B Farms, a Texas General Partnership, et al., § § | | Case No. 23-50096-swe Jointly Administered |
| Debtors. § § | | |
| AgTexas Farm Credit Services, AgTexas, PCA, Thorlakson Diamond T Feeders, LP, § § § § | | |
| Plaintiffs, § § | | |
| Edward Dufurrena, et al., § § § | | |
| Intervenor-Plaintiffs, § § | | Adversary No. 24-02007-swe Consolidated Adversary Proceeding |
| v. § § § | | |
| Rabo AgriFinance, LLC, et al., § § § | | |
| Defendants. § § § | | |

*Re: AgTexas Farm Credit Services, et al. v. Rabo AgriFinance, LLC, et al.*                                              Page 1 of 5
2B Farms' Witness and Exhibit List for Hearing on Mechanics Bank's Expedited Motion Pursuant to Fed. R. Civ. P. 56(d) to
Defer Consideration of Motion for Partial Summary Judgment Against Third Party Defendant Mechanics Bank
{00919397.DOCX - ver}

| | | |
|---|---|---|
| HTLF Bank, as successor to First Bank & Trust,<br><br>　　Plaintiff, Counter-Defendant, and Cross-Claim Defendant,<br><br>v.<br><br>2B Farms, a Texas General Partnership, Terry M. Robinson, and Rebecca A. Robinson,<br><br>　　Defendants, Counterclaim-Plaintiffs, Third-Party Plaintiffs and Third-Party Counterclaim Defendants,<br><br>v.<br><br>Rabo AgriFinance, LLC and Mechanics Bank,<br><br>　　Third-Party Defendants and, as to Rabo AgriFinance LLC only, Third-Party Counterclaim Plaintiff and Cross-Claim Plaintiff. | § § § § § § § § § § § § § § § § § § § § § § § § § § | Adversary No. 24-02007-swe<br>Consolidated Adversary Proceeding |
| HTLF Bank, as successor to First Bank & Trust,<br><br>　　Plaintiff and Counter-Defendant,<br><br>v.<br><br>2B Farms, a Texas General Partnership, Terry M. Robinson, and Angela Robinson,<br><br>　　Defendants and Counter-Plaintiffs. | § § § § § § § § § § § § § | |

*Re: AgTexas Farm Credit Services, et al. v. Rabo AgriFinance, LLC, et al.*　　　　　　　　　　　　　　Page 2 of 5
2B Farms' Witness and Exhibit List for Hearing on Mechanics Bank's Expedited Motion Pursuant to Fed. R. Civ. P. 56(d) to
Defer Consideration of Motion for Partial Summary Judgment Against Third Party Defendant Mechanics Bank
{00919397.DOCX - ver}

## WITNESS AND EXHIBIT LIST

TO THE HONORABLE SCOTT W. EVERETT, UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW**, 2B Farms, a Texas General Partnership ("**2B Farms**" and/or "**Debtor**") and files this Witness and Exhibit List for the hearing set for January 7, 2026 at 2:00 p.m. on the Mechanics Bank's *Expedited Motion Pursuant to Fed. R. Civ. P. 56(d) to Defer Consideration of Third Party Plaintiff 2B Farms', a Texas General Partnership, Motion for Partial Summary Judgment Against Third-Party Defendant Mechanics Bank* [ECF 334], and would show the Court as follows:

### I.
### WITNESS LIST

2B Farms expects to call some or all of the following witnesses:

1. While 2B Farms does not anticipate calling any witnesses, its counsel does intend to argue their position at the hearing.

2B Farms further reserves the right to call rebuttal or impeachment witnesses, as may be necessary.

### II.
### EXHIBIT LIST

2B Farms intends to submit the following exhibits, which were either attached to its Response or incorporated by reference therein.

| | |
|---|---|
| Exhibit "A" | Agreed Scheduling Order entered October 3, 2025 [ECF 270]. |
| Exhibit "B" | Third-Party Plaintiff 2B Farms' Motion for Partial Summary Judgment Against Third-Party Defendant Mechanics Bank dated November 10, 2025 [ECF 298]. |
| Exhibit "C" | Brief in Support of Third-Party Plaintiff 2B Farms' Motion for Partial Summary Judgment Against Third-Party Defendant Mechanics Bank dated November 10, 2025 [ECF 299]. |
| Exhibit "D" | Appendix in Support of 2B Farms' Motion for Partial Summary Judgment Against Third-Party Defendant Mechanics Bank. dated November 10, 2025 [ECF 300]. |
| Exhibit "D-1" | Appendix (continued) in Support of 2B Farms' Motion for Partial Summary Judgment Against Third-Party Defendant Mechanics Bank dated November 10, 2025 [ECF 300-1]. |

*Re: AgTexas Farm Credit Services, et al. v. Rabo AgriFinance, LLC, et al.*    Page 3 of 5
2B Farms' Witness and Exhibit List for Hearing on Mechanics Bank's Expedited Motion Pursuant to Fed. R. Civ. P. 56(d) to Defer Consideration of Motion for Partial Summary Judgment Against Third Party Defendant Mechanics Bank
{00919397.DOCX - ver}

| | |
|---|---|
| Exhibit "E" | Mechanics Bank's Objection to Third-Party Plaintiffs' Motion for Summary Judgment dated December 16, 2025 [ECF 333]. |
| Exhibit "F" | Expedited Motion Pursuant to Fed. R. Civ. P. 56(d) to Defer Consideration of Third Party Plaintiff 2B Farms', a Texas General Partnership, Motion for Partial Summary Judgment Against Third-Party Defendant Mechanics Bank dated December 17, 2025 [ECF 334]. |
| Exhibit "G" | Order Denying Mechanics Bank's Motion for Protective Order and Stay of Discovery Pending Ruling on Motion to Dismiss entered on January 30, 2025 [ECF 92]. |
| Exhibit "H" | Order Granting in Part and Denying in Part the Trustee's Motion to Intervene and Enforce Automatics Stay entered on July 25, 2025 [ECF 201]. |
| Exhibit "I" | 2B Farms' Objection and Response Opposed to Mechanics Bank's Expedited Motion Pursuant to FED.R. CIV.P. 56(d) to Defer Consideration of 2B Farms' Motion for Partial Summary Judgment and to Continue Hearing for 91 Days Pending Discovery [ECF 347]. |

2B Farms reserves the right to offer any exhibit designated by other parties, present exhibits for rebuttal or impeachment purposes and to offer any documents or pleadings filed in this bankruptcy proceeding.

2B Farms further reserves the right to supplement or amend this list any time prior to the hearing.

DATED: December 30, 2025.

Respectfully submitted

**MCWHORTER, COBB & JOHNSON, L.L.P.**
1722 Broadway
P.O. Box 2547
Lubbock, Texas 79408
(806) 762-0214 - Telephone
(806) 498-4808 – Facsimile

Timothy T. Pridmore
SBN: 00788224
*tpridmore@mcjllp.com*
Todd Johnston
SBN: 24050837
*tjohnston@mcjllp.com*

---

*Re: AgTexas Farm Credit Services, et al. v. Rabo AgriFinance, LLC, et al.*    Page 4 of 5
2B Farms' Witness and Exhibit List for Hearing on Mechanics Bank's Expedited Motion Pursuant to Fed. R. Civ. P. 56(d) to Defer Consideration of Motion for Partial Summary Judgment Against Third Party Defendant Mechanics Bank
{00919397.DOCX - ver}

        */s/ Timothy T. Pridmore*
        Timothy T. Pridmore

*Attorneys for Debtors, Defendants, Counterclaim Plaintiffs, Third-Party Plaintiffs, Third-Party Counterclaim Defendants 2B Farms, a Texas General Partnership, Terry M. Robinson, Rebecca A. Robinson and Non-Debtor, Angela Robinson*

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, I electronically filed the foregoing *Witness and Exhibit List* with the United States Bankruptcy Court for the Northern District of Texas by using the CM/ECF system which sent notice to registered ECF users in this case.

        */s/ Timothy T. Pridmore*
        Timothy T. Pridmore

*Re: AgTexas Farm Credit Services, et al. v. Rabo AgriFinance, LLC, et al.*    Page 5 of 5
2B Farms' Witness and Exhibit List for Hearing on Mechanics Bank's Expedited Motion Pursuant to Fed. R. Civ. P. 56(d) to Defer Consideration of Motion for Partial Summary Judgment Against Third Party Defendant Mechanics Bank
{00919397.DOCX - ver}