

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 25, 2025**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re:<br><br>McClain Feed Yard, Inc., et al.,<br><br>    Debtors. | § § § § § § | Case No. 23-20084-swe<br>Jointly Administered |
| In re:<br><br>2B Farms, a Texas General Partnership, et al.,<br><br>    Debtors. | § § § § § § § | Case No. 23-50096-swe<br>Jointly Administered |
| AgTexas Farm Credit Services, AgTexas,<br>PCA, Thorlakson Diamond T Feeders, LP,<br><br>    Plaintiffs,<br><br>Edward Dufurrena, et al.,<br><br>    Intervenor-Plaintiffs, | § § § § § § § § § § | Adversary No. 24-02007-swe |

Page **1** of **8**

# EXHIBIT "H"

| | | |
|---|---|---|
| v.<br><br>Rabo AgriFinance, LLC, et al.,<br><br>    Defendants. | § § § § § § § | Consolidated Adversary Proceeding |
| HTLF Bank, as successor to First Bank & Trust,<br><br>    Plaintiff, Counter-Defendant, and Cross-Claim Defendant,<br><br>v.<br><br>2B Farms, a Texas General Partnership, Terry M. Robinson, and Rebecca A. Robinson,<br><br>    Defendants, Counterclaim-Plaintiffs, Third-Party Plaintiffs and Third-Party Counterclaim Defendants,<br><br>v.<br><br>Rabo AgriFinance, LLC and Mechanics Bank,<br><br>    Third-Party Defendants and, as to Rabo AgriFinance LLC only, Third-Party Counterclaim Plaintiff and Cross-Claim Plaintiff. | § § § § § § § § § § § § § § § § § § § § § § § § § § | Adversary No. 24-02007-swe<br>Consolidated Adversary Proceeding |

| | |
|---|---|
| HTLF Bank, as successor to First Bank & Trust, | § § § |
|     Plaintiff and Counter-Defendant, | § § |
| v. | § § |
| 2B Farms, a Texas General Partnership, Terry M. Robinson, and Angela Robinson, | § § § § |
|     Defendants and Counter-Plaintiffs. | § § |

### Order Granting in Part and Denying in Part the Trustee's Motion to Intervene and Enforce the Automatic Stay

On July 17, 2025, the Court held a hearing on the Trustee's Motion to Intervene and Motion to Enforce Automatic Stay (ECF No. 140) (the "Motion").

After considering the Motion and all related filings, the relevant legal authorities, and the arguments of counsel, the Court **ORDERS** as follows.

1. The Trustee's Motion to Intervene is **GRANTED.** The Trustee shall be considered a party to this adversary proceeding as an "Intervenor-Plaintiff."

2. The Trustee's Motion to Enforce Automatic Stay is GRANTED IN PART **AND DENIED IN PART**, as further set forth herein**.**

Based on the facial allegations set forth in *Plaintiffs and Intervenors' Original Federal Complaint Amending and Consolidating Their State Court Petitions* (ECF No. 103), *2B Farms, A Texas General Partnership, Terry M. Robinson and Rebecca A. Robinson's Second Amended Third-Party Complaint Also Amending and Consolidating Removed State Court Counterclaims Against HTLF Bank* (ECF No. 104) (collectively, the "**Complaints**"), the Court concludes that, as currently pleaded, the Trustee has exclusive standing to control and pursue the below claims asserted in this adversary proceeding. The Court's conclusions as to those claims are made **WITHOUT PREJUDICE** to repleading.

Negligent lending and hiring or supervision, as pleaded in:

   i. Count 2 of ECF No. 103 (¶¶ 151-52); and

   ii. Count 2 of ECF No. 104 (¶¶ 97-98), as pleaded against Mechanics Bank and Rabo AgriFinance, LLC.

A. Texas Uniform Fraudulent Transfer claims, as pleaded in:

   i. Count 4 of ECF No. 103 (¶¶ 156-58); and

   ii. Count 4 of ECF No. 104 (¶¶ 101–03).

The remainder of the relief requested in the Motion is denied **WITHOUT PREJUDICE** to any claim, argument or dispute on ownership or standing in the future, including following further amended pleadings, motion practice, fact discovery, or consideration on the merits.

3. By **August 19, 2025**, each party to this adversary proceeding shall **FILE** a statement:

   A. Identifying the case name, case number, date, and docket number of the party's prior jury demand or position on bankruptcy jurisdiction, including as required by Federal Rules of Bankruptcy Procedure 7008, 7012(b), 9027(a)(1)(B), or 9027(e)(3);

   B. In compliance with any obligation under Federal Rules of Bankruptcy Procedure 7008, 7012(b), 9027(a)(1)(B), or 9027(e)(3), if such party has not previously complied; and

   C. Identifying the case name, Proof of Claim number, date, and dollar amount of each Proof of Claim filed by the party in any of the above-captioned bankruptcy cases.

4. The non-Trustee parties are **ORDERED** to file any further **AMENDMENTS OR SUPPLEMENTS** to their complaints **on or before August 19, 2025.**

5. The pending Motions to Dismiss (ECF No. 114, 119, 121, 127, 128, 131, 133, 153) are **DENIED WITHOUT PREJUDICE** and may be refiled by **September 12, 2025**.

All relief not expressly granted above is **DENIED WITHOUT PREJUDICE.**

### # # # END OF ORDER # # #

**Agreed as to form and substance:**

BY: */s/ David LeBas (with permission)*
David L. LeBas
State Bar No. 12098600
Michael S. Duncan
State Bar No. 24097628
NAMAN HOWELL SMITH & LEE, PLLC
8310 N. Capital of Texas Hwy., Suite 490
Austin, Texas 78731
Telephone: (512) 479-0300
Fax: (512) 474-1901
Email: dlebas@namanhowell.com
Email: mduncan@namanhowell.com

Attorneys for Thorlakson Diamond T Feeders, LP, AgTexas Farm Credit Services and AgTexas PCA


BY: */s/ Amber S. Miller (with permission)*
Amber S. Miller
State Bar No. 24050320
CRENSHAW, DUPREE & MILAM, L.L.P.
P.O. Box 1499
Lubbock, Texas 79408-1499
Telephone: (806) 762-5281
Fax: (806) 762-3510
Email: amiller@cdmlaw.com

Attorneys for Ridgefield Capital Group, Drew Phillips, Carraway Cattle, Robert Ellis, Barry Phillips, Big Seven Capital Partners, Richard Carraway

BY: */s/ Timothy T. Pridmore (with permission)*
Timothy T. Pridmore
State Bar No. 00788224
Todd Johnston
State Bar No. 24050837
McWHORTER COBB & JOHNSON, LLP
PO Box 2547
Lubbock, Texas 79408
Telephone: (806) 762-0214
Fax: (806) 762-8014
Email: tpridmore@mcjllp.com
Email: tjohnston@mcjllp.com

Attorneys for 2B Farms, a Texas General Partnership, Terry M. Robinson, Rebecca A. Robinson and Non-Debtor, Angela Robinson

BY: */s/ Richard A. Illmer (with permission)*
Richard A. Illmer
State Bar No. 10388350
Buffey Klein
State Bar No. 24032515
HUSCH BLACKWELL, LLP
1900 N. Pearl Street, Suite 1800 Dallas, Texas 75201
Telephone: (214) 999-6100
Fax: (214) 999-6700
Email: rick.illmer@huschblackwell.com
Email: buffey.klein@huschblackwell.com

Attorneys for Mechanics Bank

BY: */s/ John Massouh (with permission)*
John Massouh
State Bar No. 24026866
SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas 79105-5008
Telephone: (806) 468-3300
Fax: (806) 373-3454
Email: john.massouh@sprouselaw.com

-and –

Abel Leal
State Bar No. 24026989
The Leal Law Firm, LLC
14180 N. Dallas Parkway, Suite 300
Dallas, Texas 75254
Telephone: (214) 395-5325
Fax: (806) 364-2526
Email: abel@leal.law

Attorneys For Dennis Buss, Buss Family Trust, Eddie Bryant, Robert E. Gray, Ronnie Gray, Gray Brothers, Craig Sutton, Amy Sutton, Steve Ryan, Janice Lawhon, AJ Jacques Living Trust, Gungoll Cattle, LLC, Leah Gungoll, Morrison Café, LLC, Gary Lesh, Jan Lesh, Lesh Family Trust, Jared Lesh, Jordan Lesh, LLC, Joel Brookshire, Gene Brookshire Family, LP, Douglas Finley, Scarlet And Black Cattle, LLC, Bryan Blackman, Steve T Scott Farm, Inc., Scott Livestock Company, Inc., Arnold Braun Trust, Robert Braun, Jim Rininger, Robert Spring, Michael Evans, Miranda Evans, Charles Lockwood, Cole Lockwood, Sherle Lockwood, Nikki Lockwood, Lyndal Van Buskirk, Janet Van Buskirk, Colby Van Buskirk, Susan Van Buskirk, Jimmy Greer, Dustin Johnson and Dora Blackman

Case 24-20007-swe Doc 2349-8 Filed 07/29/25 Entered 07/29/25 12:50:34 Desc Main
Exhibit H - Order Granting in Part and Denying in Part the Trustees    Page 6 of 8
Document    Page 6 of 8

Page **6** of **8**

BY: /s/ *James D. Bradbury (with permission)*
James D. Bradbury
State Bar No. 02814500
Kyle K. Weldon
State Bar No. 24097192
JAMES D. BRADBURY, PLLC
201 Main Street, Suite 600
Fort Worth, Texas 76102
Telephone: 817-339-1105
Fax: 817-886-3495
Email: jim@bradburycounsel.com
Email: kyle@bradburycounsel.com

Attorneys for Priest Cattle Company, Ltd, Priest Victory Investment LLC, W. Robbie Russell Living Trust, and Eddie Stewart

BY: /s/ *John H. Lovell (with permission)*
John H. Lovell
State Bar No. 12609300
LOVELL, ISERN & FARABOUGH, LLP
112 SW 8th Ave., Suite 1000
Amarillo, Texas 79101
Telephone: (806) 373-1515
Email: john@lovell-law.net

Attorneys for HTLF Bank, as successor to First Bank & Trust

BY: /s/ *Michael R. Johnson (with permission)*
Michael R. Johnson (admitted *pro hac vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Fax: (801) 532-7543
mjohnson@rqn.com

Attorneys for Rabo AgriFinance LLC

BY: */s/ Matthew S. Muckleroy (with permission)*
Matthew S. Muckleroy
State Bar No. 24066796
CRAWFORD, WISHNEW & LANG PLLC
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Fax (214) 602-6551
Email: mmuckleroy@cwl.law

Attorney for Shawn Ragland

BY: */s/ Hudson M. Jobe*
Hudson M. Jobe
State Bar No. 24041189
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
Telephone:  (214) 807-0563
Email:  hjobe@jobelawpllc.com

And

Alan Dabdoub
State Bar No. 24056836
adabdoub@lynnllp.com
LYNN PINKER HURST & SCHWEGMANN LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: 214-981-3800
Fax: 214-981-3839
Email:  adabdoub@lynnllp.com

SPECIAL COUNSEL TO THE TRUSTEE