

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 12, 2026**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| McClain Feed Yard, Inc., et al., | § | Case No. 23-20084-swe7 |
| *Debtors.* | § | Jointly Administered |
| | § | |
| In re: | § | |
| | § | |
| 2B Farms, a Texas General Partnership, et al., | § | Case No. 23-50096-swe12 |
| *Debtors.* | § | Jointly Administered |
| | § | |
| AgTexas Farm Credit Services, Ag Texas PCA, Thorlakson Diamond T Feeders, LP, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Adversary Case No. 24-02007-swe |
| | § | Consolidated Adversary Proceeding |
| Edward Dufurrena, et al., | § | |
| *Intervenor-Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | |
| Rabo AgriFinance, LLC, et al., | § | |
| *Defendants.* | § | |

HB: 4924-5459-4182.1

| | | |
|---|---|---|
| Kent Ries, Chapter 7 Trustee for the Bankruptcy Estates of McClain Feed Yard, Inc., McClain Farms, Inc., and 7M Cattle Feeders, Inc., <br><br>  Plaintiff, <br><br>v. <br><br>Community Financial Services Bank; HTLF Bank, Mechanics Bank, and Rabo AgriFinance, LLC, <br><br>  Defendants. | § § § § § § § § § § § § § § § § § § | Adversary Case No. 24-02007-swe <br> Consolidated Adversary Proceeding |
| HTLF Bank, as successor to First Bank & Trust, <br> *Plaintiff, Counter-Defendant, and Cross-Claim Defendant,* <br><br>v. <br><br>2B Farms, a Texas General Partnership, Terry M. Robinson, and Rebecca A. Robinson, <br> *Defendants, Counter-Plaintiffs, Third-Party Plaintiffs and Third-Party Counterclaim Defendants,* <br><br>v. <br><br>Rabo AgriFinance, LLC and Mechanics Bank, <br> *Third-Party Defendants.* | § § § § § § § § § § § § § § § § § § § § § § | Adversary Case No. 24-02007-swe <br> Consolidated Adversary Proceeding |
| HTLF Bank, as successor to First Bank & Trust, <br> *Plaintiff and Counter-Defendant*, <br><br>v. <br><br>2B Farms, a Texas General Partnership, Terry M. Robinson, and Rebecca A. Robinson, <br> *Defendants and Counter-Plaintiffs* | § § § § § § § § § § § § § | |

**Order Granting Mechanics Bank's <u>Expedited</u> R. 56(d) Motion
and Motion to Continue Summary Judgment Hearing**
HB: 4924-5459-4182.1

# ORDER GRANTING MECHANICS BANK'S
# <u>EXPEDITED</u> MOTION PURSUANT TO FED. R. CIV. P. 56(d) TO DEFER CONSIDERATION OF 2B FARMS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO CONTINUE HEARING FOR 91 DAYS PENDING DISCOVERY

This matter comes before the Court on *Mechanics Bank's <u>Expedited</u> Motion Pursuant to Fed. R. Civ. P. 56(d) to Defer Consideration of 2B Farms' Motion for Summary Judgment and to Continue Hearing for 91 Days Pending Discovery* [Docket Nos. 334 and 336] (the "<u>Motions</u>").[1] The Court, having reviewed the Motions and having considered the statements of counsel at a final hearing before the Court (the "<u>Hearing</u>") finds that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) notices of the Motions and the Hearing were sufficient under the circumstances; (iv) granting the relief requested in the Motions will not harm any party in this Adversary Proceeding; and (v) Mechanics has demonstrated good cause to grant the Motions. Having considered the evidence, arguments of counsel, and all objections and responses, this Court is of the opinion that the Motions are meritorious and establish sufficient grounds to grant the relief requested.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. The Motions are GRANTED as set forth herein.

2. The Hearing on the MSJ, which is currently set on January 12, 2026, is hereby continued to April 29, 2026, at 9:30 a.m. (Central Time) (the "<u>Continued Hearing</u>"), to allow the parties to engage in additional discovery underlying the claims upon which 2B Farms has moved for summary judgment. The Continued Hearing will be a hybrid hearing. Parties who wish to attend in-person may do so at **1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, Texas 75242.** Parties who wish to attend remotely may use the following link or phone number:

---

[1] Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Motions.

**Order Granting Mechanics Bank's <u>Expedited</u> R. 56(d) Motion
and Motion to Continue Summary Judgment Hearing**                                                                 Page 1

**For WebEx Video Participation/Attendance**:
Link: https://us-courts.webex.com/meet/everett

**For WebEx Telephonic Only Participation/Attendance**:
Dial-In: 1-650-479-3207
Access Code:  2304 017 9738

Additional instructions regarding access, remote appearances and other courtroom guidelines are attached to this Order.

3. 2B Farms shall be permitted to amend or supplement its motion for partial summary judgment, brief in support, and appendix of evidence (collectively, the "2B Farms MSJ") on or before March 18, 2026.

4. Mechanics shall be entitled to amend or supplement its objection to 2B Farms' MSJ, as amended or supplemented, and/or file its response to assert any objections, defenses, counterclaims, arguments and/or evidence against any of the arguments and evidence set forth in the 2B Farms MSJ. Mechanics' shall file its response and/or amend or supplement its objection by April 8, 2026.

5. Plaintiff-Intervenor Kent Ries, the Chapter 7 Trustee of the McClain Debtors, shall also be permitted to amend or supplement its objection and response against any of the arguments and evidence set forth in the 2B Farms MSJ, as amended, by April 8, 2026.

6. 2B Farms shall have until April 22, 2026, to respond to any pending objections, responses, defenses, counterclaims, arguments and/or evidence asserted by any party to the arguments and evidence set forth in the 2B Farms MSJ, as amended.

7. The entry of this Order is without prejudice to further continuances as the parties may request and the Court may order.

###END OF ORDER###

Order submitted by:
Richard A. Illmer (SBN 10388350)
Buffey E. Klein (SBN 24032515)
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 facsimile
rick.illmer@huschblackwell.com
buffey.klein@huschblackwell.com

Lynn Hamilton Butler (SBN 03527350)
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Tel: (512) 472-5456
Fax: (512) 479-1101
lynn.butler@huschblackwell.com

*Counsel for Mechanics Bank*

# WebEx Hearing Instructions
## Judge Scott W. Everett

Pursuant to General Order 2023-05 issued by the Court on September 19, 2023, hearings before Judge Scott W. Everett will be conducted pursuant to the guidelines set forth in the General Order unless ordered otherwise.

**For WebEx Video Participation/Attendance:**

Link:    https://us-courts.webex.com/meet/everett

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In:  1-650-479-3207;   Access code:   2304 017 9738

**Participation/Attendance Requirements:**

- Counsel and other parties-in-interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties-in-interest who will <u>not</u> be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic-only mode may attend the hearing in the WebEx telephonic-only mode using the WebEx dial-in and access code above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. <u>During hearings participants are required to keep their lines on mute when they are not addressing the Court or otherwise actively participating in the hearing</u>. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**.  For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Witnesses are required to attend the hearing in the WebEx video mode, and live testimony will only be accepted from witnesses who have the WebEx video function activated**. Telephonic testimony without accompanying video will <u>not</u> be accepted by the Court.  The Court may consider special requests for other appearance options on a case-by-case basis.

- All WebEx hearing attendees are required to comply with Judge Everett's Telephonic and Videoconference Hearing Policy (included within Judge Everett's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates .

**Exhibit Requirements:**

- Any party intending to introduce documentary evidence at the hearing <u>must</u> file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a <u>separate, individual attachment thereto</u> so that the Court and all participants have ready access to all designated exhibits.

- In addition, for evidentiary hearings, when more than ten exhibits have been filed in ECF or when the total page count of all exhibits exceeds 500 pages, Judge Everett requests a thumb/USB drive be delivered to him prior to the hearing at: U.S. Bankruptcy Court, Attn: Stephen Manz, 1100 Commerce Street, Room 1254, Dallas, TX 75242.

- Paper copies of exhibits are not encouraged; however, paper copies may be provided <u>to the witness(s)</u> at an in-person hearing if preferred.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Everett's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates .

- When electronically filing the Notice of Hearing via CM/ECF select "at https://us-courts.webex.com/meet/everett" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do not select Judge Everett's Dallas courtroom as the location for the hearing.

**CONNECTION INSTRUCTIONS FOR PARTICIPATING IN A WEBEX VIRTUAL HEARING**

The Court will allow participation in a virtual hearing using either of the following two methods. Please connect at least 10 minutes prior to the hearing time. It is recommended that attorneys discuss the logistics of the WebEx appearance with their clients/witnesses at least 48 hours before the hearing.

**Option 1: Using the WebEx app on your smartphone, tablet, laptop, or desktop.**

Please connect using only one device. Using two or more devices may cause audio feedback issues.

If using a phone or tablet for video, it should be set in a stationary position. Holding a phone or tablet in your hand while speaking does not yield a good video for the court.

**NOTE: If you are experiencing audio issues when using the WebEx application,** you may use the "Call Me At" selection under "Audio Connection" to move just the audio portion of the WebEx conference to your telephone.

**Option 2: Call in via phone (audio only).**

Webex dial-in number: 1-650-479-3207 (access code: 2304 017 9738).

HELPFUL HINTS AND ETIQUETTE

- Please use the mute function when you are not speaking. Please be aware that sometimes the court mutes everyone when there is background noise. When you want to speak, make sure you are not on mute. Call-in users should dial *6 to unmute your line.

- Remember to state your name for the record each time before speaking and speak slowly and clearly so the Court can get a good record.

- Use headphones whenever possible, especially if using a desktop PC with external speakers. We have found that newer iPhones provide the best visual and audio feed – better than most desktop computers. If you are on a personal computer, headphones or earbuds are required for those who need to speak during the hearing.

- During examination, attorneys and witnesses should use a separate camera and microphone when possible. To avoid feedback, parties using separate devices must not be in the same room. The Court may consider special requests on a case-by-case basis.

- WebEx participants may use the "share" button to easily share their screen or document with the Court or other WebEx participants. Press "stop sharing" to remove the presentation from the meeting.

- When making an appearance from a vehicle, please park in a safe location with windows rolled up (to minimize background distraction and noise) and use a headset that is ear-to-phone (not the vehicle's hands-free speaker-phone option).

- Suggestions for participating in a WebEx hearing from home: If you are having connectivity problems, turn off devices that may be using bandwidth on your home network. Devices or applications such as Facetime, Roku, streaming media players, video games, or large downloads can negatively impact the audio and video quality of the WebEx meeting.

- Participants are reminded that they should wear attire suitable for court.

- Participants who wish to test their WebEx connection or the share screen functionality in advance of the hearing may arrange a "practice run" by contacting the courtroom deputy.

Exhibits should be filed ahead of time by the date that they would normally be exchanged pursuant to our local rules using the "list (witness/exhibit/generic)" OR "notice (generic)" OR "Support/Supplemental document" event in ECF.

Demonstrative aids and Power Points should also be filed prior to the hearing, if possible. If not, WebEx has the ability to allow you to share your screen, or a particular document, with everyone in the hearing. If these documents are admitted as exhibits, they would then have to be filed after the hearing.

- During the hearing, lawyers can refer to (and offer) their exhibits by referencing the exhibit's docket number for the court and all to access. After the hearing, the court will create a Minute Entry reflecting which exhibits were admitted. You should consider emailing exhibits to witnesses ahead of time since they may not have access to PACER.

- In addition for evidentiary hearings, when more than ten exhibits have been filed in ECF or when the total page count of all exhibits exceeds 500 pages, Judge Everett requests a thumb/USB drive be delivered to him prior to the hearing at: U.S. Bankruptcy Court, Attn: Stephen Manz, 1100 Commerce Street, Room 1254, Dallas, TX 75242.

- Paper copies of exhibits are not encouraged; however, paper copies may be provided to the witness(s) at an in-person hearing if preferred.