Timothy T. Pridmore; SBN: 00788224
Todd J. Johnston; SBN: 24050837
MCWHORTER, COBB & JOHNSON, LLP
1722 Broadway (79401)
P. O. Box 2547
Lubbock, Texas 79408
806/762-0214; 806/498-4808 (fax)
*Attorneys for Debtors/Defendants/Counter-Plaintiffs/Third-Party Plaintiffs 2B Farms, a Texas General Partnership, Terry M. Robinson, Rebecca A. Robinson and Non-Debtor, Angela Robinson*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re:<br><br>McClain Feed Yard, Inc., et al.,<br><br>　　Debtors. | § § § § § § | Case No. 23-20084-swe<br>Jointly Administered |
| In re:<br><br>2B Farms, a Texas General Partnership, et al.,<br><br>　　Debtors. | § § § § § § § | Case No. 23-50096-swe<br>Jointly Administered |
| AgTexas Farm Credit Services, AgTexas, PCA, Thorlakson Diamond T Feeders, LP,<br><br>　　Plaintiffs,<br><br>Edward Dufurrena, et al.,<br><br>　　Intervenor-Plaintiffs,<br><br>v.<br><br>Rabo AgriFinance, LLC, et al.,<br><br>　　Defendants. | § § § § § § § § § § § § § § § § § | Adversary No. 24-02007-swe<br>Consolidated Adversary Proceeding |
| HTLF Bank, as successor to First Bank & | § | |

*Re: AgTexas Farm Credit Services, et al. v. Rabo AgriFinance, LLC, et al.*　　　　　　　　　　　　　　　Page 1 of 4
Stipulation Regarding 2B Farms and the Robinson Plaintiffs' Response
Deadline to Mechanics Bank's First Set of Discovery Requests
{00925610.DOCX - ver}

| | | |
|---|---|---|
| Trust, | § § § | |
|     Plaintiff, Counter-Defendant, and Cross-Claim Defendant, | § § § | |
| v. | § § | Adversary No. 24-02007-swe<br>Consolidated Adversary Proceeding |
| 2B Farms, a Texas General Partnership, Terry M. Robinson, and Rebecca A. Robinson, | § § § § | |
|     Defendants, Counterclaim-Plaintiffs, Third-Party Plaintiffs and Third-Party Counterclaim Defendants, | § § § § § § | |
| v. | § § | |
| Rabo AgriFinance, LLC and Mechanics Bank, | § § § | |
|     Third-Party Defendants and, as to Rabo AgriFinance LLC only, Third-Party Counterclaim Plaintiff and Cross-Claim Plaintiff. | § § § § § § | |
| HTLF Bank, as successor to First Bank & Trust, | § § § | |
|     Plaintiff and Counter-Defendant, | § § | |
| v. | § § | |
| 2B Farms, a Texas General Partnership, Terry M. Robinson, and Angela Robinson, | § § § | |
|     Defendants and Counter-Plaintiffs. | § § § | |

*Re: AgTexas Farm Credit Services, et al. v. Rabo AgriFinance, LLC, et al.*    Page 2 of 4
Stipulation Regarding 2B Farms and the Robinson Plaintiffs' Response
Deadline to Mechanics Bank's First Set of Discovery Requests
{00925610.DOCX - ver}

# STIPULATION REGARDING
# 2B FARMS AND THE ROBINSON PLAINTIFFS'
# RESPONSE DEADLINE TO MECHANICS BANK'S FIRST SET OF DISCOVERY
# REQUESTS

COME NOW, Third-Party Plaintiffs 2B Farms, A Texas General Partnership, Terry M. Robinson and Rebecca A. Robinson (collectively, "Plaintiffs") and Third-Party Defendant Mechanics Bank, by and through their counsel of record, and file this *Stipulation Regarding 2B Farms and the Robinson Plaintiffs' Response Deadline to Mechanics Bank's First Set of Discovery Requests* served on Plaintiffs on December 16, 2025: Plaintiffs and Mechanics Bank agree that the deadline for Plaintiffs to respond to Mechanics Bank's First Set of Discovery will be extended to Friday, January 23, 2026.

**AGREED TO BY:**

*/s/ Timothy T. Pridmore*
Timothy T. Pridmore SBN 00788224
tpridmore@mcjllp.com
Todd J. Johnston SBN 24050837
tjohnston@mcjllp.com
**McWHORTER, COBB & JOHNSON, L.L.P.**
1722 Broadway (79401)
P.O. Box 2547
Lubbock, Texas 79408
806-762-0214 – Telephone
806-762-8014 - Facsimile
**COUNSEL TO THE PLAINTIFFS**

- And -

*/s/ Buffey E. Klein*
Richard A. Illmer (SBN 10388350)
Buffey E. Klein (SBN 24032515)
**HUSCH BLACKWELL, LLP**
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 facsimile
rick.illmer@huschblackwell.com
buffey.klein@huschblackwell.com

*Re: AgTexas Farm Credit Services, et al. v. Rabo AgriFinance, LLC, et al.*   Page 3 of 4
Stipulation Regarding 2B Farms and the Robinson Plaintiffs' Response
Deadline to Mechanics Bank's First Set of Discovery Requests
{00925610.DOCX - ver}

- *And -*

Lynn Hamilton Butler (SBN 03527350)
**HUSCH BLACKWELL, LLP**
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Tel: (512) 472-5456
Fax: (512) 479-1101
lynn.butler@huschblackwell.com
**COUNSEL FOR MECHANICS BANK**

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2026, the foregoing document was filed with the Clerk of the Court in the foregoing case using the CM/ECF system, which sent notice of electronic filing to all electronic filing users in this case.

*/s/ Timothy T. Pridmore*
Timothy T. Pridmore

*Re: AgTexas Farm Credit Services, et al. v. Rabo AgriFinance, LLC, et al.*    Page 4 of 4
Stipulation Regarding 2B Farms and the Robinson Plaintiffs' Response
Deadline to Mechanics Bank's First Set of Discovery Requests
{00925610.DOCX - ver}