**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>     Debtors. | Case No. 23-20084-swe<br>     Chapter No. 7<br><br>Jointly Administered |
| IN RE:<br><br>2B FARMS, a Texas General Partnership, et al.,<br><br>     Debtors. | Case No. 23-50096-swe<br>     Chapter No. 12<br><br>Jointly Administered |
| IN RE:<br>AGTEXAS FARM CREDIT SERVICES; AGTEXAS, PCA; AND THORLAKSON DIAMOND T FEEDERS, LP<br><br>Plaintiffs,<br><br>and<br><br>EDWARD DUFURRENA et al.,<br>Intervenor-Plaintiffs<br>v.<br><br>RABO AGRIFINANCE, LLC et al.,<br><br>Defendants | ADV. PROC. NO. 24-02007-swe<br><br>(Consolidated Adversary Proceeding) |
| IN RE:<br><br>HTLF BANK, as successor to FIRST BANK & TRUST, | ADV. PROC. NO. 24-02007-swe |

| | |
|---|---|
| Plaintiffs, Counter-Defendant, and Cross-Claim Defendant,<br><br>v.<br><br>2B FARMS, a Texas General Partnership, et al., TERRY M. ROBINSON, and REBECCA A. ROBINSON,<br><br>Defendants, Counterclaim-Plaintiffs, Third-Party Plaintiffs and Third-Party Counterclaim Defendants,<br><br>v.<br><br>RABO AGRIFINANCE LLC and MECHANICS BANK,<br><br>Third-Party Defendants, and as to Rabo AgriFinance LLC only, Third-Party Counterclaim Plaintiff and Cross-Claim Plaintiff. | (Consolidated Adversary Proceeding) |

## <u>NOTICE OF DISMISSAL OF PARTY WITHOUT PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Intervenor-Plaintiffs Priest Cattle Company, Ltd., Priest Victory Investment LLC, and Eddie Stewart hereby file this Notice of Dismissal of Party asking that they be dismissed as parties to Adv. Proc. No. 24-2007-SWE against Defendants Rabo AgriFinance LLC, Rabo Diversified Services LLC, Mechanics Bank, HTLF Bank, as successor to First Bank & Trust, Community Financial Services Bank, Shawn Ragland, and Meagan Goad (collectively, "Defendants"), without prejudice, and with each party to bear its own costs and attorneys' fees. Defendants stipulate to this dismissal without prejudice by the signature of their attorneys of record below.

DATED: February 19, 2026

Respectfully submitted,

<table>
<tr><td>

/s/ James D. Bradbury
James D. Bradbury
State Bar No. 02814500
jim@bradburycounsel.com
**James D. Bradbury, PLLC**
201 Main Street, Suite 600
Fort Worth, Texas 76102
Telephone:    817-339-1105
Fax:          817-886-3495

**Attorneys for Priest Cattle Company, Ltd, Priest Victory Investment LLC, and Eddie Stewart**

</td><td>

/s/ W. Heath Hendricks (with permission)
**UNDERWOOD LAW FIRM, P.C.**
Thomas C. Riney, SBN 16935100
W. Heath Hendricks, SBN 240556451
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: tom.riney@uwlaw.com
Email: heath.hendricks@uwlaw.com

and

Michael R. Johnson (*Pro Hac Vice*)
Matthew M. Cannon (*Pro Hac Vice*)
Austin C. Nate (*Pro Hac Vice*)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com
Email: mcannon@rqn.com
Email: anate@rqn.com

**Attorneys for Rabo AgriFinance LLC and Rabo Diversified Services LLC**

</td></tr>
<tr><td>

/s/ Dallas Flick (with permission)
Matthew Muckleroy
State Bar No. 24066796
mmuckleroy@cwl.law
Dallas Flick
State Bar No. 24104675
dflick@cwl.law
**CRAWFORD, WISHNEW & LANG, PLLC**
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: 214-817-4500
Facsimile: 214-602-6551

**Attorneys for Shawn Ragland**

</td><td>

/s/ Buffey E. Klein (with permission)
Richard A. Illmer
State Bar No. 10388350
Rick.illmer@huschblackwell.com
Buffey E. Klein
State Bar No. 24032515
Buffey.klein@huschblackwell.com
**Husch Blackwell LLP**
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 (fax)

**Attorneys for Mechanics Bank**

</td></tr>
</table>

*/s/ Matthew S. Merriott (with permission)*
John H. Lovell, SBN 12609300
john@lovell-law.net
**LOVELL ISERN & FARABOUGH, LLP**
112 Southwest 8th Avenue, Suite 1000
Amarillo, Texas 79101-2314

*and*

Matthew S. Merriott, SBN 24100846
mmerriott@mhba.com
**MULLIN HOARD & BROWN, L.L.P.**
500 South Taylor, Suite 800
P.O. Box 31656
Amarillo, Texas 79101

***Attorneys for First Bank & Trust, a division of UMB Bank n.a., successor by merger to HTLF Bank***

*/s/ Aaron Kaufman (with permission)*
Aaron Kaufman, SBN 24033684
akaufman@grayreed.com
Amber M. Carson, SBN 24075610
akaufman@grayreed.com
**GRAY REED**
1601 Elm St., Suite 4600
Dallas, TX 75201
Tele: 469.320.6050
Fax: 469.320.6886

***Attorneys for Community Financial Services Bank***

*/s/ Charity S. Bird (with permission)*
Charity S. Bird (*Pro Hac Vice*)
cbird@kaplanjohnsonlaw.com
**KAPLAN JOHNSON ABATE & BIRD, LLP**
710 West Main Street
Ste 4th Floor
Louisville, Kentucky 40202

***Attorneys for Meagan Goad***

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2026, the foregoing document was filed with the Clerk of the Court in the foregoing case using the CM/ECF system, which sent notice of electronic filing to all electronic filing users in the case.

*/s/ James D. Bradbury*
James D. Bradbury