

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 16, 2026**

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| In re:<br><br>MCCLAIN FEED YARD, INC., *et al.*,[1]<br><br>Debtors. | § § § § § § § § | Chapter 7<br><br>Case No. 23-20084-SWE<br><br>(Jointly Administered) |
| In re:<br><br>2B FARMS, a Texas General Partnership, *et al.*,[2]<br><br>Debtors. | § § § § § § § § | Chapter 12<br><br>Case No. 23-50096-SWE<br><br>(Jointly Administered) |
| KENT REIS, | § § § § | |

---

[1] The Debtors in the jointly administered chapter 7 cases, along with their case numbers, are: McClain Feed Yards, Inc. (Case No. 23-20084-SWE); McClain Farms, Inc. (Case No. 23-20085-SWE); and 7M Cattle Feeders, Inc. (Case No. 23-20086-SWE).

[2] The Debtors in the jointly administered chapter 12 cases, along with their case numbers, are: 2B Farms (Case No.23-50096-SWE) and co-debtors Terry M. Robinson and Rebecca A. Robinson (Case No. 23-50097-SWE).

1

| | |
|---|---|
| *Chapter 7 Trustee for the Bankruptcy Estates of McClain Feed Yard, Inc., McClain Farms, Inc., and 7M Cattle Feeders, Inc.*, § § § | Adv. Proc. No. 24-2007-SWE |
| Plaintiff, § | *Previously 25-2005* |
| v. § § | |
| COMMUNITY FINANCIAL SERVICES BANK, HTLF BANK, MECHANICS BANK, AND RABO AGRIFINANCE, LLC, § § § § | |
| Defendants. | |

| | |
|---|---|
| AGTEXAS FARM CREDIT SERVICES, AG-TEXAS, PCA, THORLAKSON DIAMOND T FEEDERS, LP, § § § § | |
| Plaintiffs, § § | |
| EDWARD DUFURRENA, *et al.*,[3] § § | Adv. Proc. No. 24-2007-SWE |
| Intervenor-Plaintiffs, § § | *Previously 23-5002 and 24-2002* |
| v. § § | |
| RABO AGRIFINANCE, LLC, *et al.*, § § | |
| Defendants*.* § § | |

| | |
|---|---|
| HTLF BANK, as successor to First Bank & Trust, § § § | |
| Plaintiff, Counter-Defendant, and Cross-Claim Defendant, § § § | |
| v. § § | |
| 2B FARMS, a Texas General Partnership, TERRY M. ROBINSON, and REBECCA A. ROBINSON, § § § | Adv. Proc. No. 24-2007-SWE *Previously 23-5002 and 23-5003* |

---

[3] Dennis Buss, Buss Family Trust, Eddie Bryant, Robert Gray, Ronnie Gray, Gray Brothers, Craig Sutton, Amy Sutton, Steve Ryan, AJ Jacques Living Trust, Gungoll Cattle Co., LLC, Leah Gungoll, Morrison Café, LLC, Lesh Family Trust, Gary Lesh, Jan Lesh, Jared Lesh, Joel Brookshire, Gene Brookshire Family Limited Partnership, Scarlet and Black Cattle, LLC, Janice Lawhon, Jordan Lesh, LLC, Bryan Blackman, Steve T Scott Farm, Inc. Scott Livestock Company, Inc., Arnold Braun Trust, Robert Braun, Jim Rininger, Robert Spring, Michael Evans, Miranda Evans, Charles Lockwood, Cole Lockwood, Sherle Lockwood, Nikki Lockwood, Lyndal Van Buskirk, Janet Van Buskirk, Colby Van Buskirk, Jimmy Greer, Dustin Johnson, Dora Blackman, Ridgefield Capital Asset Management, LP, Robert Ellis, Big Seven Capital Partners, LLC, Carraway Cattle, LLC, Richard Carraway, Drew Phillips, Barry Phillips, Priest Cattle Company, Ltd., Priest Victory Investment LLC, W. Robbie Russell Living Trust, and Eddie Stewart.

2

|  |  |
|---|---|
| Defendants, Counterclaim-Plaintiffs, Third-Party Plaintiffs and Third-Party Counterclaim Defendants, | § § § § § § § |
| v. | § |
| RABO AGRIFINANCE, LLC and MECHANICS BANK, | § § § |
| Third-Party Defendants and, as to Rabo AgriFinance LLC only, Third-Party Counterclaim Plaintiff and Cross-Claim Plaintiff. | § § § § § § § § |
| HTLF BANK, as successor to First Bank & Trust, | § § § |
| Plaintiff and Counter-Defendant, | § § |
| v. | § § |
| 2B FARMS, a Texas General Partnership, TERRY M. ROBINSON, and ANGELA ROBINSON, | § § § § |
| Defendants and Counter-Plaintiffs. | § § § § § |

### STIPULATION AND AGREED ORDER ABATING
### SUMMARY JUDGMENT SCHEDULING ORDER AND RELATED DEADLINES

Third-Party Plaintiff and Chapter 12 Debtor 2B Farms, a Texas General Partnership ("Plaintiff"), and Third-Party Defendant Mechanics Bank ("Mechanics" and, collectively with the Plaintiff, the "Parties" or each a "Party"), hereby enter into this *Stipulation and Agreed Order Abating Summary Judgment Scheduling Order and Related Deadlines* abating the Court's scheduling order filed at Docket No. 355 and all related deadlines set forth therein (the "Stipulation"). In support hereof, the Parties respectfully state as follows:

3

**Recitals**

WHEREAS, on March 10, 2026, the Court held a hearing (the "Hearing") on the *Third-Party Defendant Mechanics Bank's Motion to Dismiss Plaintiffs' Third Amended Third-Party and Consolidated Complaint* [Docket No. 356] (the "Motion to Dismiss"), pursuant to which Mechanics sought to dismiss *2B Farms, a Texas General Partnership, Terry M. Robinson and Rebecca A. Robinson's Third Amended Third-Party and Consolidated Complaint* [Docket No. 205] (the "Complaint"), which matters the Court took under advisement; and

WHEREAS, for the reasons stated by the Court on the record of the Hearing, the Parties agreed to abate the *Order Granting Mechanics Bank's Expedited Motion Pursuant to Fed. R. Civ. P. 56(d) to Defer Consideration of 2B Farms' Motion for Summary Judgment and Motion to Continue Hearing for 91 Days Pending Discovery* [Docket No. 355] (the "Scheduling Order") and all related deadlines concerning *Third-Party Plaintiff 2B Farms', a Texas General Partnership, Motion for Partial Summary Judgment Against Third-Party Defendant Mechanics Bank* [Docket No. 298] (the "2B Farms MSJ") and all responses thereto.

**Stipulation and Agreed Order**

NOW, THEREFORE, IT IS STIPULATED, AGREED, AND ORDERED AS FOLLOWS:

1. The Scheduling Order and all related deadlines regarding the Motion for Summary Judgment are hereby ABATED pending the Court's ruling on the Motion to Dismiss and further order of the Court.

2. The Parties may jointly request to reset the Motion for Summary Judgment hearing and deadlines set forth in the Scheduling Order by filing an agreed motion to reset the hearing and deadlines, provided that the Court's ruling on the Motion to Dismiss has been entered and has not

4

mooted the relief requested in the Motion for Summary Judgment, and provided further that the

Parties have conferred and agreed upon a new hearing date and related deadlines.

3. Nothing contained herein shall be deemed a waiver or relinquishment by either

Party of any rights with respect to the Motion for Summary Judgment.

4. This Order shall become effective as a stipulation among the Parties and a final

order of the Court immediately upon its execution.

5. The Court hereby retains jurisdiction to interpret or enforce the terms of this Order.

**# # # End of Order # # #**

**STIPULATED AND AGREED TO THIS 16TH DAY OF MARCH, 2026:**

| | |
|---|---|
| HUSCH BLACKWELL LLP | MCWHORTER, COBB & JOHNSON, LLP |

/s/ Thomas J. Zavala

Richard A. Illmer (SBN 10388350)
Buffey E. Klein (SBN 24032515)
Thomas J. Zavala (SBN 24116265)
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 *facsimile*
rick.illmer@huschblackwell.com
buffey.klein@huschblackwell.com
tom.zavala@huschblackwell.com

Lynn Hamilton Butler (SBN 03527350)
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Tel: (512) 472-5456
Fax: (512) 479-1101
lynn.butler@huschblackwell.com

*Counsel for Mechanics Bank*

/s/ Todd J. Johnston (by TJZ w/ permission)

Timothy T. Pridmore (SBN 00788224)
Todd J. Johnston (SBN 24050837)
1722 Broadway (79401)
P.O. Box 2547
Lubbock, Texas 79408
(806) 762-0214
(806) 762-8014 *facsimile*
tpridmore@mcjllp.com
tjohnston@mcjllp.com

*Attorneys for Debtors, Defendants,*
*Counterclaim Plaintiffs, Third-Party*
*Plaintiffs, Third-Party Counterclaim*
*Defendants 2B Farms, a Texas General*
*Partnership, Terry M. Robinson, Rebecca A.*
*Robinson and Non-Debtor, Angela Robinson*

United States Bankruptcy Court

Northern District of Texas

AGTexas Farm Credit Services,
     Plaintiff

Rabo AgriFinance, LLC,
     Defendant

Adv. Proc. No. 24-02007-swe

# CERTIFICATE OF NOTICE

| District/off: 0539-2 | User: admin | Page 1 of 14 |
|---|---|---|
| Date Rcvd: Mar 17, 2026 | Form ID: pdf001 | Total Noticed: 63 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Brandon Beck, 2301 Broadway, Lubbock, TX 79401-2916 |
| aty | + | Campbell Sode, Lynn Pinker Hurst & Schwegmann LLP, 2100 Ross Avenue, Suite 2700, Dallas, TX 75201-7919 |
| tr | + | Kent Ries, PO Box 3100, Amarillo, TX 79116-3100 |
| 3pp | + | 2B Farms, c/o Todd J. Johnston, McWhorter Cobb & Johnson, LLP, 1722 Broadway, Lubbock, TX 79401-3093 |
| 3pp | + | 2B Farms, a General Texas Partnership, 9397 CR 3114, Snyder, TX 79549-1379 |
| ip | + | AJ Jacques Living Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Amy Sutton, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Angela Robinson, c/o Todd J. Johnston, McWhorter, Cobb & Johnson, LLP, P.O. Box 2547, Lubbock, TX 79408-2547 |
| ip | + | Arnold Braun Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| inv | + | Barry Phillips, Crenshaw, Dupree & Milam, LLP, 4411 98th Street, Suite 400, Lubbock, TX 79424, UNITED STATES 79424-5061 |
| inv | + | Big Seven Capital Partners, LLC, Crenshaw, Dupree & Milam, LLP, 4411 98th Street, Suite 400, Lubbock, TX 79424, UNITED STATES 79424-5061 |
| ip | + | Bryan Blackman, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Buss Family Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| inv | + | Carraway Cattle, LLC, Crenshaw, Dupree & Milam, LLP, 4411 98th Street, Suite 400, Lubbock, TX 79424, UNITED STATES 79424-5061 |
| ip | + | Charles Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Cole Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Craig Sutton, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Dennis Buss, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Dora Blackman, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Douglas Finley, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| inv | + | Drew Phillips, Crenshaw, Dupree & Milam, LLP, 4411 98th Street, Suite 400, Lubbock, TX 79424, UNITED STATES 79424-5061 |
| ip | + | Dustin Johnson, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Eddie Bryant, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Gary Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Gene Brookshire Family, LP, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Gray Brothers, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Gungoll Cattle, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Jan Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Janice Lawhon, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Jared Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Jim Rininger, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Jimmy Greer, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Joel Brookshire, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Jordan Lesh, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Leah Gungoll, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Lesh Family Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Meagan Goad, c/o Boerner, Dennis & Franklin, P.O. Box 1738, Lubbock, TX 79408-1738 |
| ip | + | Michael Evans, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Miranda Evans, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Morrison Cafe, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Nikki Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| 3pp | + | Rebecca Robinson, 9397 CR 3114, Snyder, TX 79549-1379 |
| 3pp | + | Rebecca Robinson, c/o Todd J. Johnston, McWhorter Cobb & Johnson, LLP, 1722 Broadway, Lubbock, TX 79401-3093 |
| inv | + | Richard Carraway, Crenshaw, Dupree & Milam, LLP, 4411 98th Street, Suite 400, Lubbock, TX 79424, UNITED STATES 79424-5061 |
| inv | + | Ridgefeld Capital Asset Management, LP, Crenshaw, Dupree & Milam, LLP, 4411 98th Street, Suite 400, Lubbock, TX 79424, UNITED |

District/off: 0539-2 User: admin Page 2 of 14

Date Rcvd: Mar 17, 2026 Form ID: pdf001 Total Noticed: 63

STATES 79424-5061

| | | |
|---|---|---|
| ip | + | Robert Braun, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Robert E Gray, 1936 Southside Terrace, Dallas, TX 75232-3742 |
| inv | + | Robert Ellis, 4411 98th Street, Suite 400, Lubbock, TX 79424, UNITED STATES 79424-5062 |
| ip | + | Robert Spring, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Ronnie Gray, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Scarlet and Black Cattle, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Sherle Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Steve Ryan, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| ip | + | Steve T Scott Farm, Inc., c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| 3pp | + | Terry Robinson, 9397 CR 3114, Snyder, TX 79549-1379 |
| 3pp | + | Terry Robinson, c/o Todd J. Johnston, McWhorter Cobb & Johnson, LLP, 1722 Broadway, Lubbock, TX 79401-3093 |
| inv | + | W. Robbie Russell Living Trust, 201 Main Street, Suite 600, Fort Worth, TX 76102-3110 |
| inv | + | Wiley Roby Russell Russell, Jr., James D. Bradbury, PPLC, 201 Main Street, Suite 600, Fort Worth, TX 76102-3110 |

TOTAL: 58

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Mar 17 2026 22:27:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Mar 17 2026 22:27:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Mar 17 2026 22:27:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Mar 17 2026 22:26:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Mar 17 2026 22:27:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ip | | Edward Dufurrena |
| crd | | First Bank & Trust |
| pla | | First Bank & Trust |
| dft | | HTLF Bank, Successor-in-Interest to First Bank & T |
| pla | | HTLF Bank, Successor-in-Interest to First Bank & T |
| 3pd | | HTLF Bank, Successor-in-Interest to First Bank & T |
| ip | | Open A Arena LLC |
| dft | | Rabo Diversified Services LLC |
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| cc | *+ | 2B Farms, c/o Todd J. Johnston, McWhorter Cobb & Johnson, LLP, 1722 Broadway, Lubbock, TX 79401-3093 |
| cd | *+ | 2B Farms, a General Texas Partnership, 9397 CR 3114, Snyder, TX 79549-1379 |
| dft | *+ | 2B Farms, a General Texas Partnership, 9397 CR 3114, Snyder, TX 79549-1379 |
| 3pp | *+ | 2B Farms, a General Texas Partnership, 9397 CR 3114, Snyder, TX 79549-1379 |
| cd | *+ | Rebecca Robinson, 9397 CR 3114, Snyder, TX 79549-1379 |
| dft | *+ | Rebecca Robinson, 9397 CR 3114, Snyder, TX 79549-1379 |
| 3pp | *+ | Rebecca Robinson, 9397 CR 3114, Snyder, TX 79549-1379 |
| cc | *+ | Rebecca Robinson, c/o Todd J. Johnston, McWhorter Cobb & Johnson, LLP, 1722 Broadway, Lubbock, TX 79401-3093 |
| cd | *+ | Terry Robinson, 9397 CR 3114, Snyder, TX 79549-1379 |
| dft | *+ | Terry Robinson, 9397 CR 3114, Snyder, TX 79549-1379 |

District/off: 0539-2                                   User: admin                                        Page 3 of 14
Date Rcvd: Mar 17, 2026                          Form ID: pdf001                               Total Noticed: 63

3pp            *+              Terry Robinson, 9397 CR 3114, Snyder, TX 79549-1379
cc             *+              Terry Robinson, c/o Todd J. Johnston, McWhorter Cobb & Johnson, LLP, 1722 Broadway, Lubbock, TX 79401-3093

TOTAL: 8 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Michael Kaufman | |
| | on behalf of Defendant Community Financial Services Bank akaufman@grayreed.com |
| Aaron Michael Kaufman | |
| | on behalf of Creditor Community Financial Services Bank akaufman@grayreed.com |
| Abel Angel Leal | |
| | on behalf of Plaintiff Steve T Scott Farm  Inc. abel@ssbtxlaw.com, abel@leal.law |
| Abel Angel Leal | |
| | on behalf of Plaintiff Arnold Braun Trust abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | |
| | on behalf of Plaintiff Douglas Finley abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | |
| | on behalf of Plaintiff Dora Blackman abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | |
| | on behalf of Plaintiff Robert Braun abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | |
| | on behalf of Plaintiff Scarlet and Black Cattle  LLC abel@ssbtxlaw.com, abel@leal.law |
| Abel Angel Leal | |
| | on behalf of Plaintiff Gray Brothers abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | |
| | on behalf of Plaintiff Craig Sutton abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | |
| | on behalf of Plaintiff Gene Brookshire Family  LP abel@ssbtxlaw.com, abel@leal.law |
| Abel Angel Leal | |
| | on behalf of Plaintiff Steve Ryan abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | |
| | on behalf of Plaintiff Michael Evans abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | |
| | on behalf of Plaintiff Scott Livestock Company  Inc. abel@ssbtxlaw.com, abel@leal.law |
| Abel Angel Leal | |
| | on behalf of Plaintiff Sherle Lockwood abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | |
| | on behalf of Plaintiff Robert E Gray abel@ssbtxlaw.com  abel@leal.law |

District/off: 0539-2                    User: admin                                    Page 4 of 14

Date Rcvd: Mar 17, 2026                 Form ID: pdf001                                 Total Noticed: 63

Abel Angel Leal

    on behalf of Plaintiff Jimmy Greer abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Dustin Johnson abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Jordan Lesh  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Susan Van Buskirk abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Bryan Blackman abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Nikki Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Dennis Buss abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Gary Lesh abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Lesh Family Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Colby Van Buskirk abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Robert Spring abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Buss Family Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Jared Lesh abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Leah Gungoll abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Janet Van Buskirk abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Jan Lesh abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Eddie Bryant abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Jim Rininger abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Joel Brookshire abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff AJ Jacques Living Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Ronnie Gray abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Cole Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Lyndal Van Buskirk abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Amy Sutton abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Charles Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Janice Lawhon abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Morrison Cafe  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

    on behalf of Plaintiff Gungoll Cattle  LLC abel@ssbtxlaw.com, abel@leal.law

District/off: 0539-2 User: admin Page 5 of 14

Date Rcvd: Mar 17, 2026 Form ID: pdf001 Total Noticed: 63

Abel Angel Leal
on behalf of Plaintiff Miranda Evans abel@ssbtxlaw.com abel@leal.law

Alan Dabdoub
on behalf of Plaintiff Kent Ries adabdoub@lynnllp.com kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Alan Dabdoub
on behalf of Trustee Kent Ries adabdoub@lynnllp.com kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Buffey E. Klein
on behalf of 3rd Pty Defendant Mechanics Bank buffey.klein@huschblackwell.com
Tanya.adams@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com;penny.keller@huschblackwell.com

Buffey E. Klein
on behalf of Defendant Mechanics Bank buffey.klein@huschblackwell.com
Tanya.adams@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com;penny.keller@huschblackwell.com

Charity S Bird
on behalf of Defendant Meagan Goad cbird@kaplanjohnsonlaw.com
hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com

Dallas Flick
on behalf of Defendant Shawn Ragland dflick@cwl.law

David L. LeBas
on behalf of Plaintiff AgTexas PCA dlebas@namanhowell.com jaucoin@namanhowell.com

David L. LeBas
on behalf of Plaintiff AGTexas Farm Credit Services dlebas@namanhowell.com jaucoin@namanhowell.com

David L. LeBas
on behalf of Plaintiff Thorlakson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
on behalf of Plaintiff AgTexas PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

Elizabeth Geary
on behalf of Intervenor Richard Carraway elizabeth@gearybeck.com

Elizabeth Geary
on behalf of Intervenor Big Seven Capital Partners LLC elizabeth@gearybeck.com

Elizabeth Geary
on behalf of Intervenor Barry Phillips elizabeth@gearybeck.com

Elizabeth Geary
on behalf of Intervenor Drew Phillips elizabeth@gearybeck.com

Elizabeth Geary
on behalf of Intervenor Ridgefeld Capital Asset Management LP elizabeth@gearybeck.com

Elizabeth Geary
on behalf of Intervenor Robert Ellis elizabeth@gearybeck.com

Elizabeth Geary
on behalf of Intervenor Carraway Cattle LLC elizabeth@gearybeck.com

Farsheed Fozouni
on behalf of Trustee Kent Ries ffozouni@lynnllp.com

Hudson M. Jobe
on behalf of Plaintiff Kent Ries hjobe@jobelawpllc.com
aiadmin@jobelawpllc.com;mberryman@jobelawpllc.com;hudsonjobe77@ecf.courtdrive.com

Hudson M. Jobe
on behalf of Trustee Kent Ries hjobe@jobelawpllc.com
aiadmin@jobelawpllc.com;mberryman@jobelawpllc.com;hudsonjobe77@ecf.courtdrive.com

Hudson M. Jobe
on behalf of Trustee Kent Ries Trustee hjobe@jobelawpllc.com,
aiadmin@jobelawpllc.com;mberryman@jobelawpllc.com;hudsonjobe77@ecf.courtdrive.com

John F. Massouh
on behalf of Plaintiff Robert Spring john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Intervenor-Plaintiff Morrison Cafe LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Intervenor-Plaintiff Michael Evans john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Intervenor-Plaintiff Steve T Scott Farm Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Steve T Scott Farm  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff AJ Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Susan Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Colby Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Miranda Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Robert E Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff AJ Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Miranda Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Jan Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Susan Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Robert E Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

District/off: 0539-2                                      User: admin                                                    Page 7 of 14

Date Rcvd: Mar 17, 2026                              Form ID: pdf001                                        Total Noticed: 63

John F. Massouh

on behalf of Intervenor-Plaintiff Lyndal Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Amy Sutton john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Amy Sutton john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Ronnie Gray john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Jan Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Janet Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Lesh Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Charles Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Gary Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Scott Livestock Company  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Lyndal Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Joel Brookshire john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Robert Braun john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Robert Braun john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Gray Brothers john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Arnold Braun Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Scarlet and Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Buss Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Jared Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Arnold Braun Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Joel Brookshire john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Sherle Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Jim Rininger john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Robert Spring john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Janice Lawhon john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

District/off: 0539-2                                    User: admin                                    Page 8 of 14

Date Rcvd: Mar 17, 2026                              Form ID: pdf001                              Total Noticed: 63

John F. Massouh

on behalf of Intervenor-Plaintiff Colby Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Gray Brothers john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Scarlet and Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Janet Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Scott Livestock Company  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John H. Lovell

on behalf of Plaintiff HTLF Bank  Successor-in-Interest to First Bank & Trust john@lovell-law.net,
tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

John H. Lovell

District/off: 0539-2                          User: admin                                    Page 9 of 14

Date Rcvd: Mar 17, 2026                       Form ID: pdf001                                 Total Noticed: 63

on behalf of Defendant HTLF Bank  Successor-in-Interest to First Bank & Trust john@lovell-law.net, tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

John H. Lovell

on behalf of Cross Defendant First Bank & Trust john@lovell-law.net tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

John H. Lovell

on behalf of Defendant HTLF Bank john@lovell-law.net  tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

John H. Lovell

on behalf of Plaintiff First Bank & Trust john@lovell-law.net tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

Joshua D. Kundert

on behalf of Plaintiff Nikki Lockwood kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Dora Blackman kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Dennis Buss kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Charles Lockwood kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Lyndal Van Buskirk kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Ronnie Gray kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Nikki Lockwood kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Bryan Blackman kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Gray Brothers kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Jared Lesh kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Michael Evans kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Eddie Bryant kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Robert Spring kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Leah Gungoll kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Gungoll Cattle  LLC kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Scott Livestock Company  Inc. kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Douglas Finley kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Janet Van Buskirk kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Colby Van Buskirk kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Jimmy Greer kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Jordan Lesh  LLC kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Jimmy Greer kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Lesh Family Trust kundert@gassturek.com

District/off: 0539-2                          User: admin                              Page 10 of 14

Date Rcvd: Mar 17, 2026                    Form ID: pdf001                       Total Noticed: 63

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Robert Spring kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Gary Lesh kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Miranda Evans kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Susan Van Buskirk kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Lyndal Van Buskirk kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Jim Rininger kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Gungoll Cattle  LLC kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Steve Ryan kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Craig Sutton kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Cole Lockwood kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Morrison Cafe  LLC kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Scott Livestock Company  Inc. kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Gene Brookshire Family  LP kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Sherle Lockwood kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Jared Lesh kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Craig Sutton kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Douglas Finley kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Jim Rininger kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Amy Sutton kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Jan Lesh kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Morrison Cafe  LLC kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Michael Evans kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Susan Van Buskirk kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Robert E Gray kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff AJ Jacques Living Trust kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Robert Braun kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Dustin Johnson kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff AJ Jacques Living Trust kundert@gassturek.com

District/off: 0539-2                                    User: admin                                         Page 11 of 14
Date Rcvd: Mar 17, 2026                               Form ID: pdf001                                   Total Noticed: 63

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Bryan Blackman kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Lesh Family Trust kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Amy Sutton kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Gary Lesh kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Gray Brothers kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Ronnie Gray kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Sherle Lockwood kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Janet Van Buskirk kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Dennis Buss kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Arnold Braun Trust kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Steve T Scott Farm  Inc. kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Robert E Gray kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Janice Lawhon kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Robert Braun kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Steve T Scott Farm  Inc. kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Charles Lockwood kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Gene Brookshire Family  LP kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Cole Lockwood kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Leah Gungoll kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Janice Lawhon kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Joel Brookshire kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Buss Family Trust kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Jan Lesh kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Colby Van Buskirk kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Dustin Johnson kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Eddie Bryant kundert@gassturek.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Miranda Evans kundert@gassturek.com

Joshua D. Kundert

on behalf of Plaintiff Arnold Braun Trust kundert@gassturek.com

District/off: 0539-2                                      User: admin                                          Page 12 of 14
Date Rcvd: Mar 17, 2026                              Form ID: pdf001                                   Total Noticed: 63

Joshua D. Kundert
on behalf of Intervenor-Plaintiff Dora Blackman kundert@gassturek.com

Joshua D. Kundert
on behalf of Intervenor-Plaintiff Steve Ryan kundert@gassturek.com

Joshua D. Kundert
on behalf of Plaintiff Buss Family Trust kundert@gassturek.com

Joshua D. Kundert
on behalf of Intervenor-Plaintiff Scarlet and Black Cattle  LLC kundert@gassturek.com

Joshua D. Kundert
on behalf of Plaintiff Joel Brookshire kundert@gassturek.com

Joshua D. Kundert
on behalf of Plaintiff Scarlet and Black Cattle  LLC kundert@gassturek.com

Joshua D. Kundert
on behalf of Intervenor-Plaintiff Jordan Lesh  LLC kundert@gassturek.com

Kent David Ries
on behalf of Trustee Kent Ries kent@kentries.com

Kyle Weldon
on behalf of Intervenor Wiley Roby Russell Russell  Jr. kyle.weldon@wickphillips.com

Kyle Weldon
on behalf of Intervenor W. Robbie Russell Living Trust kyle.weldon@wickphillips.com

Lynn Hamilton Butler
on behalf of Defendant Mechanics Bank lynn.butler@huschblackwell.com
penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com

Matthew M. Cannon
on behalf of Cross-Claimant Rabo AgriFinance  LLC mcannon@rqn.com, lbeidoun@rqn.com;docket@rqn.com

Matthew M. Cannon
on behalf of 3rd Pty Defendant Rabo AgriFinance  LLC mcannon@rqn.com, lbeidoun@rqn.com;docket@rqn.com

Matthew M. Cannon
on behalf of Defendant Rabo AgriFinance  LLC mcannon@rqn.com, lbeidoun@rqn.com;docket@rqn.com

Matthew S Merriott
on behalf of Plaintiff First Bank & Trust mmerriott@mhba.com  lsteen@mhba.com

Matthew S Merriott
on behalf of Plaintiff HTLF Bank  Successor-in-Interest to First Bank & Trust mmerriott@mhba.com, lsteen@mhba.com

Matthew S Merriott
on behalf of Cross Defendant First Bank & Trust mmerriott@mhba.com  lsteen@mhba.com

Matthew S Merriott
on behalf of Defendant HTLF Bank  Successor-in-Interest to First Bank & Trust mmerriott@mhba.com, lsteen@mhba.com

Matthew S Merriott
on behalf of Defendant HTLF Bank mmerriott@mhba.com  lsteen@mhba.com

Matthew S. Muckleroy
on behalf of Defendant Shawn Ragland mmuckleroy@cwl.law  paralegal2@cwl.law

Michael R. Johnson
on behalf of Defendant Rabo AgriFinance  LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michael R. Johnson
on behalf of 3rd Pty Defendant Rabo AgriFinance  LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michael R. Johnson
on behalf of Cross-Claimant Rabo AgriFinance  LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michael S Duncan
on behalf of Plaintiff AGTexas Farm Credit Services mduncan@namanhowell.com

Michael S Duncan
on behalf of Plaintiff Thorlakson Diamond T Feeders  LP mduncan@namanhowell.com

Michael S Duncan
on behalf of Plaintiff AgTexas PCA mduncan@namanhowell.com

Rachel E Barr
on behalf of Plaintiff AgTexas  PCA rbarr@namanhowell.com

Rachel E Barr

District/off: 0539-2    User: admin    Page 13 of 14

Date Rcvd: Mar 17, 2026    Form ID: pdf001    Total Noticed: 63

on behalf of Plaintiff AGTexas Farm Credit Services rbarr@namanhowell.com

Rachel E Barr

on behalf of Plaintiff Thorlakson Diamond T Feeders  LP rbarr@namanhowell.com

Richard A. Illmer

on behalf of 3rd Pty Defendant Mechanics Bank rick.illmer@huschblackwell.com
karen.massey@huschblackwell.com,dee.baatz@huschblackwell.com,Kerri.mata@huschblackwell.com,javon.johnson@huschblackwell.com,karen-massey-7572@ecf.pacerpro.com

Richard A. Illmer

on behalf of Defendant Mechanics Bank rick.illmer@huschblackwell.com
karen.massey@huschblackwell.com,dee.baatz@huschblackwell.com,Kerri.mata@huschblackwell.com,javon.johnson@huschblackwell.com,karen-massey-7572@ecf.pacerpro.com

Steven G Gersten

on behalf of Plaintiff Kent Ries sgersten@lynnllp.com sjohnston@lynnllp.com

Steven G Gersten

on behalf of Trustee Kent Ries sgersten@lynnllp.com sjohnston@lynnllp.com

Thomas Joseph Zavala

on behalf of 3rd Pty Defendant Mechanics Bank Tom.Zavala@huschblackwell.com
Christine.Deacon@huschblackwell.com;tom-zavala-3068@ecf.pacerpro.com

Thomas Joseph Zavala

on behalf of Defendant Mechanics Bank Tom.Zavala@huschblackwell.com
Christine.Deacon@huschblackwell.com;tom-zavala-3068@ecf.pacerpro.com

Todd Farmer

on behalf of Defendant Meagan Goad todd@farmerwright.com stephanie@sfk-law.com

Todd Jeffrey Johnston

on behalf of Counter-Defendant Rebecca A. Robinson tjohnston@mcjllp.com tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of Counter-Claimant Rebecca Robinson tjohnston@mcjllp.com tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of Defendant 2B Farms  a General Texas Partnership tjohnston@mcjllp.com, tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of 3rd Party Plaintiff 2B Farms tjohnston@mcjllp.com tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of Counter-Defendant Rebecca Robinson tjohnston@mcjllp.com tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of Defendant Terry Robinson tjohnston@mcjllp.com tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of Defendant Angela Robinson tjohnston@mcjllp.com tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of Defendant 2B Farms  a Texas General Partnership tjohnston@mcjllp.com, tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of 3rd Party Plaintiff Rebecca A. Robinson tjohnston@mcjllp.com tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of Counter-Defendant 2B Farms  a General Texas Partnership tjohnston@mcjllp.com, tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of Counter-Defendant 2B Farms  a Texas General Partnership tjohnston@mcjllp.com, tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of Defendant Terry M. Robinson tjohnston@mcjllp.com tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of Counter-Defendant Terry Robinson tjohnston@mcjllp.com tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of 3rd Party Plaintiff Rebecca Robinson tjohnston@mcjllp.com tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of 3rd Party Plaintiff 2B Farms  a Texas General Partnership tjohnston@mcjllp.com, tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of 3rd Party Plaintiff 2B Farms  a General Texas Partnership tjohnston@mcjllp.com, tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of Defendant Rebecca Robinson tjohnston@mcjllp.com tlofgren@mcjllp.com

District/off: 0539-2                         User: admin                                    Page 14 of 14
Date Rcvd: Mar 17, 2026                      Form ID: pdf001                                Total Noticed: 63

Todd Jeffrey Johnston
                    on behalf of Counter-Claimant Terry Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
                    on behalf of Counter-Claimant 2B Farms tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
                    on behalf of 3rd Party Plaintiff Terry Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
                    on behalf of Defendant Rebecca A. Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
                    on behalf of 3rd Party Plaintiff Terry M. Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

William Heath Hendricks
                    on behalf of Defendant Rabo AgriFinance  LLC heath.hendricks@uwlaw.com,
                    roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com


TOTAL: 295