

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 30, 2026**

_____

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **McClain Feed Yard, Inc., et al.,** | § | **Case No. 23-20084-swe-7** |
| | § | **Jointly Administered** |
| | § | |
| **Debtors.** | § | |
| | § | |
| | § | |
| **In re:** | § | |
| | § | |
| **2B Farms, a Texas General Partnership, et al.,** | § | **Case No. 23-50096-swe-12** |
| | § | **Jointly Administered** |
| | § | |
| **Debtors.** | § | |
| | § | |
| | § | |
| **AgTexas Farm Credit Services et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Adv. No. 24-2007-swe** |
| | § | **Consolidated Adversary** |
| **Rabo AgriFinance, LLC et al.,** | § | **Proceeding** |
| | § | |
| **Defendants.** | § | |

1

---
### *Corrected Order Regarding Caption and*
### *Granting Related Relief*
---

By order entered on September 4, 2025, the Court approved the use of a lengthy and unwieldy caption for this consolidated adversary proceeding. Docket No. 219. The Court approved an alternative, simpler caption by order entered on March 27, 2026. Docket No. 404. Unfortunately, both of those orders approved captions indicating this consolidated adversary proceeding would be pending in the Amarillo Division even though the parties previously stipulated to the venue of Adversary Proceeding No. 24-2007 being transferred to the Lubbock Division. Docket No. 206.

Therefore, the Court **ORDERS** as follows:

1. The stipulation at Docket number 206 is **APPROVED**.

2. Venue of the consolidated Adversary Proceeding 24-2007 shall be transferred to the Lubbock Division.

3. The orders at Docket Numbers 219 and 404 are amended to approve the use of captions (both the lengthy and unwieldy one and the alternative, simpler one) indicating that the consolidated Adversary Proceeding 24-2007 is pending in the Lubbock Division.


### End of Order ###