John H. Lovell, SBN 12609300
john@lovell-law.net
LOVELL ISERN & FARABOUGH, LLP
112 SW 8th Avenue, Suite 1000
Amarillo, Texas 79101-2314
Phone: (806) 373-1515
Fax:    (806) 379-7176

—and—

Matthew S. Merriott, SNB 24100846
mmerriott@mhba.com
MULLIN HOARD & BROWN, L.L.P.
500 South Taylor, Suite 800
P.O. Box 31656
Amarillo, Texas 79120-1656
Phone: (806) 372-5050
Fax:    (806) 372-5086

*Attorneys for First Bank & Trust, a
division of UMB Bank n.a., successor by
merger to HTLF Bank.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| McClain Feed Yard, Inc., et al., | § | Case No. 23-20084-swe-7 |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |
| | § | |
| In re: | § | |
| | § | |
| 2B Farms, a Texas General Partnership, et al., | § | Case No. 23-50096-swe-12 |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |
| | § | |
| AgTexas Farm Credit Services, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adversary No. 24-02007-swe |
| | § | Consolidated Adversary Proceeding |
| Rabo AgriFinance, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## JOINDER TO NON-MOVANTS RESPONSES TO TRUSTEE'S
## MOTION FOR RECONSIDERATION

HTLF joins in the responses and objections to the Trustee's Motion for Reconsideration

(Doc. 414) filed by Non-Movants Rabo Agrifinance, LLC (Doc. 421), Community Financial

Services Bank (Doc. 423), and Mechanics Bank (Doc. 424).

Considering the Court's thorough opinion and the prior briefing on the motions to dismiss,

HTLF does not believe further briefing is necessary. However, HTLF will provide additional

briefing if the Court believes any issues need further development. If the Court holds a hearing to

reconsider its ruling on the Motions to Dismiss and associated briefing, HTLF intends to

participate.

Dated: June 3, 2026

Respectfully submitted,

LOVELL ISERN & FARABOUGH, LLP
John H. Lovell, SBN 12609300
112 SW 8th Avenue, Suite 1000
Amarillo, Texas 79101-2314
Phone: (806) 373-1515
Fax:    (806) 379-7176
Email: john@lovell-law.net

MULLIN HOARD & BROWN, L.L.P.
Matthew S. Merriott, SBN 24100846
500 South Taylor, Suite 800
P.O. Box 31656
Amarillo, Texas 79120-1656
Phone: (806) 372-5050
Fax:    (806) 372-5086
Email: mmerriott@mhba.com

By: */s/ Matthew S. Merriott*
Matthew S. Merriott

*Attorneys for HTLF Bank, as Successor to
First Bank & Trust*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 3rd day of June 2026, I electronically filed the foregoing document with the Northern District of Texas through its filing system through and that a true and correct copy was served on the parties listed through the electronic case filing system by email as registered with the electronic case filing system.

/s/ Matthew S. Merriott
Matthew S. Merriott